B1 (Official Form 1) (1/08)

| **United States Bankruptcy Court**<br>**District of Kansas** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>QuVis, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  EIN: 48-1169925 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>2921 SW Wanamaker Dr<br>Suite 107<br>Topeka, KS    ZIPCODE 66614 | Street Address of Joint Debtor (No. and Street, City, and State<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Shawnee | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>QuVis, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐  Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32442 - Adobe PDF

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
QuVis, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
    (Date)

### Signature of Attorney*

X  /s/ Edward J. Nazar
_____
Signature of Attorney for Debtor(s)

EDWARD J. NAZAR 09845
_____
Printed Name of Attorney for Debtor(s)

Redmond & Nazar, L.L.P.
_____
Firm Name

245 N. Waco, Ste. 402
_____
Address

Wichita, KS 67202
_____

(316) 262-8361    ednazar@redmondnazar.com
_____
Telephone Number           e-mail

5/15/2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____
X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Kenbe D. Goertzen
_____
Signature of Authorized Individual

KENBE D. GOERTZEN
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

5/15/2009
_____
Date

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 33342 - Adobe PDF

# United States Bankruptcy Court
## District of Kansas

In re ___QuVis, Inc.___                           Case No. _____

                 Debtor

                                            Chapter ___11___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0 | | |
| B – Personal Property | YES | 3 | $ 179,184 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 9 | | $ 31,129,279 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 10 | | $ 252,376 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 251 | | $ 11,882,218 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| **TOTAL** | | 277 | $ 179,184 | $ 43,263,873 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

# United States Bankruptcy Court
## District of Kansas

In re    QuVis, Inc.                         Case No. _____

              Debtor

                                               Chapter     11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re   QuVis, Inc. _____ ,
　　　　　　　　　　　　Debtor

Case No. _____

Chapter _____11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor<br>and complete<br>mailing address<br>including zip code* | (2)<br>*Name, telephone number and<br>complete mailing address,<br>including zip code, of employee,<br>agent, or department of creditor<br>familiar with claim who may be contacted* | (3)<br>*Nature of claim<br>(trade debt, bank<br>loan, government<br>contract, etc.* | (4)<br>*Indicate if<br>claim is<br>contingent, unliquidated,<br>disputed or<br>subject to setoff* | (5)<br>*Amount of claim<br>[if secured also<br>state value of security]* |
|---|---|---|---|---|
| MTV Capital Limited Partnership<br>101 N. Robinson Ave, Suite 800<br>Oklahoma City, OK 73102 | | | Contingent | 6,478,180<br>Collateral FMV<br>0 |
| Seacoast Capital Partners II LP<br>55 Ferncroft Rd<br>Danvers, MA 01923 | | | | 5,387,041<br>Collateral FMV<br>0 |
| Kaga Electronics<br>2-2-9 Hongou<br>Bunkyou-ku<br>Tokyo, Japan<br>133-8503 | | | | 2,821,747 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Vern Nelson
247 E. Chestnut, Apt. 2501
Chicago, IL 60611

2,615,817

Beth Wittig
521 SW Westchester
Topeka, KS 66606

1,236,447

Sanmina-SCI
Corporation
2700 N. 1st St
San Jose, CA 95134

Contingent

1,049,390

Wichita Investment
Group - Shults
2375 S. Maple Dunes
Ct
Wichita, KS 67235

937,708

JFM Limited
Partnership I
3333 SE 21st
Topeka, KS 66612

875,958
Collateral FMV
0

Wichita Investment
Group
237 S Maple Dunes Ct
Wichita, KS 67235

853,769

Priscilla Kay Nelson
IRA #06-1719, dtd
9/30/2004,
PrivateBank & Trust
Co., Custodian
c/o Cynthia Sikora
10 N. Dearborn #700
Chicago, IL 60602

625,277

Westar Industries, Inc.
818 So. Kansas Ave
Topeka, KS 66612

600,263

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Bromberg & Sunstein, LLP
125 Summer St
Boston, MA
02110-1618
549,299

Douglas Friesen
10014 W. Greenspoint
Wichita, KS 67205
534,827

Marilyn R. Friesen
Greenbush
PO Box 5831
Denver, CO
80217-5831
410,534

Mark Sullivan
c/o Spark Digital
Media, Inc.
PO Box 37449
Houston, TX
77237-7449
351,672

Douglas Clifton
Cusick
1120 Sandalwood
Wichita, KS 67230
339,088
Collateral FMV
0

Andy Fakhoury
2800 Windsor Blvd.
Oklahoma City, OK
73127
322,842

Katharine F. Bennett
PO Box 89
Lake Forest, IL 60045
301,986

Michael King
315 Lochmere Drive
Morristown, TN
37814
220,336

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Diane Cline
2037 Brentwood
Wichita, KS
67218-4925

217,091
Collateral FMV
0

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    5/15/2009

Signature    /s/ Kenbe D. Goertzen

KENBE D. GOERTZEN,
President

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re   QuVis, Inc.                                                    Case No. _____
_____                                        _____
**Debtor**                                                                       **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re   QuVis, Inc.                                                    Case No. _____
　　　　　　　　　 **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash Equivalent | | 500 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Corporate Checking Account - 3642<br><br>Landmark National Bank<br>Account No. 3642 | | 507 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | QuVIS Software, Inc. - 96% | | Unknown |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  -  33242 - Adobe PDF

In re __QuVis, Inc._____     Case No. _____
          **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable *Bose Electronic *Iwerks | | 23,177 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Digi-Service Promissory Note $350,000 - chance of collection is slight | | 0 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Patents See Attached | | Unknown |
| | | Trademarks See Attached | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Paragon Software *Sofware license device driver EXT driver MacIntosh (Wraptor) | | 35,000 |
| | | Thompson for Watermarking | | Unknown |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

**SCHEDULE B**

**PATENT COLLATERAL**

<u>Registered Patents:</u>

QuVIS Image Processing Patents include:

- Apparatus and Method for Entropy Encoding      US Patent No. 6,298,160

- System and Method for Improving Compressed Image Appearance using Stochastic Resonance and Energy Replacement      US Patent. No. 6,636,643

- Scalable Resolution Motion Image Recording & Storage System US Patent No. 6,823,129

- Optimized Signal Quantification      US Patent No. 6,718,065

- Quality Priority Image Storage and Communication      US Patent No. 6,532,308

- Apparatus and Method for Optimal Compression of Interlaced Motion Images      US Patent No. 6,289,132

- Apparatus and Method for Entropy Encoding      US Patent No. 6,580,833

- Apparatus and Method for Improved Interlaced Processing (as amended)      US Patent No. 6,928,191

- System and Method for Optimizing Image Resolution Using Pixelated Imaging Devices      US Patent No. 6,900,821


<u>Pending Patent Applications:</u>

US 2001/0055034
US 2002/0044692
US 2002/0141499
US 2003/0185455
US 2003/0142875
US 2008/0012872
US 2008/0095464
US 2008/0012872
US 2008/0095464

498167

**SCHEDULE C**

**TRADEMARK COLLATERAL**

<u>Registered Trademarks:</u>

Registration No. 2,644,202 QUCLIPS & Design
Registration No. 2,644,196 QUCLIPS
Registration No. 2,840,662 Q QUVIS & Design
Registration No. 2,567,645 QUVIS
Registration No. 2,324,716 Q & Design
Registration No. 2,360,476 QUBIT

<u>Pending Trademark Applications:</u>

Application No. 77/560,645  WRAPTOR (Newly Filed)

498167

In re   QuVis, Inc.                                                              Case No.
       **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer List | | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Included in Inventory | | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Included in Inventory | | Unknown |
| 30. Inventory. | | Inventory | | 120,000 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

              0         continuation sheets attached    Total   $      179,184

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re   QuVis, Inc.
_____                    Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds
$136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  -  32442 - Adobe PDF

B6D (Official Form 6D) (12/07)

In re ____QuVis, Inc._____,     Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Allen Schmidt<br>1104 Franklin<br>Wichita KS 67203 | | | Equity shareholder<br><br><br>VALUE $            0 | | | | Unknown | Unknown |
| ACCOUNT NO.<br><br>Andy Fakhoury<br>2800 Windsor Blvd.<br>Oklahoma City, OK 73127 | | | Legal Note Holder<br><br><br>VALUE $            0 | | | | 322,842 | 322,842 |
| ACCOUNT NO.<br><br>Anthony G.A. Pollack<br>4121 N. Jasmine Court<br>Wichita, KS 67226 | | | Software<br><br><br>VALUE $            0 | | | | 30,815 | 30,815 |

____9____ continuation sheets attached

Subtotal ▶
(Total of this page)     $   353,657   |   $   353,657

Total ▶
(Use only on last page)  $               |   $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,      Case No. _____

**Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Beth Wittig <br> 521 SW Westchester <br> Topeka, KS 66606 | | | Legal Note Holder <br><br><br> VALUE $        0 | | | | 1,236,447 | 1,236,447 |
| ACCOUNT NO. <br><br> Blue Heron Investments, LLC <br> 14554 SW 60th <br> Andover, KS 67002 | | | Legal Note Holder <br><br><br> VALUE $        0 | | | | 201,981 | 201,981 |
| ACCOUNT NO. <br><br> Chris Shults <br> 237 S Maple Dunes Ct <br> Wichita, KS 67235 | | | Legal Note Holder <br><br><br> VALUE $        0 | | | | 105,144 | 105,144 |
| ACCOUNT NO. <br><br> Christine M. Baugher Revocable Living Trust <br> PO Box 2018 <br> Lake Forest, IL 60045 | | | <br><br><br> VALUE $        0 | | | | 116,844 | 116,844 |
| ACCOUNT NO. <br><br> Clyde Rivard <br> PO Box 1385 <br> Castle Rock, CO 80104 | | | Legal Note Holder <br><br><br> VALUE $        0 | | | | 122,488 | 122,488 |

Sheet no. __1__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $  1,782,904 | $ |
| Total(s) (Use only on last page) | $ | $ |

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342- Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> D. Edward Davis or Melva M. Davis <br> 19 Snead Lane <br> Amarillo, TX 79124 | | | Legal Note Holder <br><br><br><br> VALUE $                 0 | | | | 28,112 | 28,112 |
| ACCOUNT NO. <br><br> David A Nelson IRA C/C UMB Bank <br> P.O. Box 419692 <br> Kansas City, Kansas 64141 | | | Equity shareholder <br><br><br><br> VALUE $                 0 | | | | Unknown | Unknown |
| ACCOUNT NO. <br><br> Diane Cline <br> 2037 Brentwood <br> Wichita, KS 67218-4925 | | | Legal Note Holder <br><br><br><br> VALUE $                 0 | | | | 217,091 | 217,091 |
| ACCOUNT NO. <br><br> Douglas Clifton Cusick <br> 1120 Sandalwood <br> Wichita, KS 67230 | | | Legal Note Holder <br><br><br><br> VALUE $                 0 | | | | 339,088 | 339,088 |
| ACCOUNT NO. <br><br> Fred Kann <br> c/o KL Industries <br> Park 80 West, Plaza One <br> Saddle Brook, NJ 07663-5807 | | | Legal Note Holder <br><br><br><br> VALUE $                 0 | | | | 153,387 | 153,387 |

Sheet no. __2__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)   $   737,678    $
(Total(s) of this page)
Total(s)   $     $
(Use only on last page)

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____

**Debtor**                                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>George Eugen Stephenson Revocable Trust<br>2211 Rosemont Circle<br>Wichtita, KS 67228 | | | Legal Note Holder<br><br><br><br>VALUE $            0 | | | | 42,249 | 42,249 |
| ACCOUNT NO.<br><br>H&S Trading Co.<br>2363 Cardinal Dr<br>Wichita, KS 67204 | | | Legal Note Holder<br><br><br><br>VALUE $            0 | | | | 46,193 | 46,193 |
| ACCOUNT NO.<br><br>Heritage Properties, LLC<br>c/o Bryan Hess<br>PO Box 1009<br>McPherson, KS 67460 | | | Legal Note Holder<br><br><br><br>VALUE $            0 | | | | 129,912 | 129,912 |
| ACCOUNT NO.<br><br>J. Greg Kite<br>230 North Market<br>Suite 201<br>Wichita, KS 67202-2006 | | | <br><br><br><br>VALUE $            0 | | | | 117,396 | 117,396 |
| ACCOUNT NO.<br><br>James Graham<br>4110 SW Eagle Point<br>Topeka, KS 66610 | | | Legal Note Holder<br><br><br><br>VALUE $            0 | | | | 50,000 | 50,000 |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)  
(Total(s) of this page)       $    385,750       $

Total(s)  
(Use only on last page)       $       $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JFM Limited Partnership I<br>3333 SE 21st<br>Topeka, KS 66612 | | | Security: Accounts Receivable<br><br><br>VALUE $                 0 | | | | 875,958 | 875,958 |
| ACCOUNT NO.<br><br>Joe M and Janice F Stange<br>PO Box 720434<br>Norman OK 73070 | | | Equity shareholder<br><br><br>VALUE $                 0 | | | | 0 | 0 |
| ACCOUNT NO.<br><br>Joe Stange<br>7512 Yorkshire Ct<br>Amarillo, TX 79121 | | | Legal Note Holder<br><br><br>VALUE $                 0 | | | | 152,762 | 152,762 |
| ACCOUNT NO.<br><br>Marietta S and Robert M Lies Trustees<br><br>Marietta S Lies Living Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | | | Equity shareholder<br><br><br>VALUE $                 0 | | | | Unknown | Unknown |
| ACCOUNT NO.<br><br>Marilyn R. Friesen Greenbush<br>PO Box 5831<br>Denver, CO 80217-5831 | | | Legal Note Holder<br><br><br>VALUE $                 0 | | | | 410,534 | 410,534 |

Sheet no. __4__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)     $   1,439,254    $
(Total(s) of this page)

Total(s)     $      $
(Use only on last page)

               (Report also on
               Summary of Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and Related
Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,    Case No. _____

            **Debtor**                                                               **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mark Sullivan<br>c/o Spark Digital Media, Inc.<br>PO Box 37449<br>Houston, TX 77237-7449 | | | Legal Note Holder<br><br><br>VALUE $     0 | | | | 351,672 | 351,672 |
| ACCOUNT NO.<br><br>Michael Kann<br>c/o KL Industries<br>Park 80 West, Plaza One<br>Saddle Brook, NJ 07663-5807 | | | Legal Note Holder<br><br><br>VALUE $     0 | | | | 77,653 | 77,653 |
| ACCOUNT NO.<br><br>MSL Investments LP<br>c/o Robert J. Schippers<br>2363 Cardinal Dr<br>Wichtita KS 67204 | | | Equity shareholder<br><br><br>VALUE $     0 | | | | Unknown | Unknown |
| ACCOUNT NO.<br><br>MTV Capital Limited Partnership<br>101 N. Robinson Ave, Suite 800<br>Oklahoma City, OK 73102 | | | Legal Note Holder<br>Case No. 07-cv-981-HE<br><br><br>VALUE $     0 | X | | | 6,478,180 | 6,478,180 |
| ACCOUNT NO.<br><br>Myron Bregman<br>c/o KL Industries<br>Park 80 West - Plaza One<br>Saddle Brook, NJ 07663-5807 | | | Legal Note Holder<br><br><br>VALUE $     0 | | | | 140,445 | 140,445 |

Sheet no. _5_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                              Subtotal (s)   ➤  $   7,047,950    $

(Total(s) of this page)

Total(s)    $              $
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  - 32342 - Adobe PDF

In re ___QuVis, Inc._____,      Case No. _____
             **Debtor**                                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Owen Leonard<br>c/o KL Industries<br>Park 80 West, Plaza One<br>Saddle Brook, NJ 07663-5807 | | | Legal Note Holder<br><br>VALUE $    0 | | | | 9,993,136 | 9,993,136 |
| ACCOUNT NO.<br><br>Peter Clfford<br>100 Danbury Rd - Apt 2G<br>Ridgevield, CT 06877 | | | Legal Note Holder<br><br>VALUE $    0 | | | | 28,133 | 28,133 |
| ACCOUNT NO.<br><br>Priscilla Kay Nelson IRA #06-1719, dtd 9/30/2004, PrivateBank & Trust Co., Custodian<br>c/o Cynthia Sikora<br>10 N. Dearborn #700<br>Chicago, IL 60602 | | | Legal Note Holder<br><br>VALUE $    0 | | | | 625,277 | 625,277 |
| ACCOUNT NO.<br><br>Roger Schulz<br>114 S. Main<br>PO Box 515<br>Canton, KS 67428-0515 | | | Legal Note Holder<br><br>VALUE $    0 | | | | 33,160 | 33,160 |
| ACCOUNT NO.<br><br>Seacoast Capital Partners II LP<br>55 Ferncroft Rd<br>Danvers, MA 01923 | | | <br><br>VALUE $    0 | | | | 5,387,041 | 5,387,041 |

Sheet no. __6__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)   $ 16,066,747   $

Total(s) (Use only on last page)   $   $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  -  32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tamara Sue Prescott<br>1512 Sonora Dr<br>McPherson, KS 67460 | | | <br><br><br><br>VALUE $　　　　0 | | | | Unknown | Unknown |
| ACCOUNT NO.<br><br>Thomas Cox<br>14156 Pinnacle Dr<br>Wichita, KS 67230 | | | <br><br><br><br>VALUE $　　　　0 | | | | 117,020 | 117,020 |
| ACCOUNT NO.<br><br>Thomas J. Herten<br>25 Fox Run<br>Allendale, NJ 07401 | | | Legal Note Holder<br><br><br><br>VALUE $　　　　0 | | | | 28,278 | 28,278 |
| ACCOUNT NO.<br><br>Troika, LC<br>10014 W. Greenspoint St<br>Wichita, KS 67205 | | | Legal Note Holder<br><br><br><br>VALUE $　　　　0 | | | | 185,507 | 185,507 |
| ACCOUNT NO.<br><br>Vern Nelson<br>247 E. Chestnut, Apt. 2501<br>Chicago, IL 60611 | | | Legal Note Holder<br><br><br><br>VALUE $　　　　0 | | | | 2,615,817 | 2,615,817 |

Sheet no. _7_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)　$ 2,946,622　$

Total(s) ▶
(Use only on last page)　$　　　$

(Report also on　　　　　(If applicable, report
Summary of Schedules)　also on Statistical
　　　　　　　　　　　Summary of Certain
　　　　　　　　　　　Liabilities and Related
　　　　　　　　　　　Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

B6D (Official Form 6D) (12/07) – Cont.

In re ___QuVis, Inc._____,     Case No. _____
                 **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Vernon R. Nelson IRA #06-1720, dtd 9/30/2004, PrivateBank & Trust Co., Custodian c/o Cynthia Sikora 10 N. Dearborn #700 Chicago, IL 60602 | | | Legal Note Holder <br><br> VALUE $     0 | | | | 113,079 | 113,079 |
| ACCOUNT NO. VRN, LLC 247 E Chestnut, Apt. 2501 Chicago, IL 60611 | | | Legal Note Holder <br><br> VALUE $     0 | | | | 163,745 | 163,745 |
| ACCOUNT NO. Wade A. Gaeddert, M.D. 1100 Turkey Creek Drive McPherson, KS 67460 | | | Legal Note Holder <br><br> VALUE $     0 | | | | 33,544 | 33,544 |
| ACCOUNT NO. White Industrial Corporation 3869 Dividend Dr, Ste 1 Shingle Springs, CA 95682-8485 | | | Security: PDR-IRX410 BGA Rework Systen; PDR-SP05012 IR Thermal Sensor; PDR-MTR417 17" Multi-Mode Monitor; MM-RB-2000 BGA Reball Kit <br><br> VALUE $     0 | | | | 30,193 | 30,193 |
| ACCOUNT NO. William C. Sullivan 1 Indian Springs Rd Dover, MA 02030-3331 | | | Legal Note Holder <br><br> VALUE $     0 | | | | 28,156 | 28,156 |

Sheet no. __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)                       
(Total(s) of this page)                                    

| | $ | 368,717 | $ | 368,717 |
|---|---|---|---|---|

Total(s) 
(Use only on last page)

| | $ | 31,129,279 | $ | 31,129,279 |
|---|---|---|---|---|

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re   QuVis, Inc.                                                      ,          Case No._____
_____                                    _____
                    Debtor                                                             (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re_____QuVis, Inc._____,     Case No._____
                                          Debtor                                                                     (if known)

☐     **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐     **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑     **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐     **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐     **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

8
\_\_\_\_ **continuation sheets attached**

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  -  32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                    **Debtor**                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Antonio A. Austin <br> 731 NE Strait AVe <br> Topeka, KS 66616 | | | Wage Claim No. 09DL0243CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br> Cary A Shoup <br> 5831 SW 58th <br> Topeka, KS 66619 | | | Wage Claim No. 09DL0263CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br> Charlotte J Kimball <br> 8408 SW K-4 Hwy. <br> Topeka, KS 66614 | | | Wage Claim No. 09DL0255CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br> Curtis T Drake <br> 831 Surrey Ln <br> Maize, KS 67101 | | | Wage Claim No. 09DL0264CL | X | | | Unknown | Unknown | Unknown |

Sheet no. __1__ of __8__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)     $ 0     $ 0     $ 0

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)     $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $     $     $

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)  Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> David Bell <br> 2807 SW Arvonia PL <br> Topeka, KS 66614 | | | Wage Claim No. 09DL0250CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br> Gary M Hammes <br> 2549 SW Santa Fe Ct <br> Topeka, KS 66614 | | | Wage Claim 09DL0244CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br> Gary W Green <br> 7509 SW Arthurs Rd <br> Topeka, KS 66610 | | | Wage Claim No. 09DL0265CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br> Jason C Dale <br> 2600 Gracy Farms Ln, Apt 1321 <br> Austin, TX 78758-2948 | | | Wage Claim No. 09DL0258CL | X | | | Unknown | Unknown | Unknown |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 0 | $ 0 | $ 0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    **Sec. 507(a)(4)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jay M. Horting <br> 3107 SW Muirfield Ct <br> Topeka, KS 66614 | | | Wage Claim No. 09DL0252CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Jerry J. Pearson <br> 101 SW Llandovery Ln <br> Topeka, KS 66614 | | | Wage Claim No. 09DL0242CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> John J Isermann <br> 1211 Navajo Dr <br> St. Marys, KS 66536 | | | Wage Claim No. 09DL0253CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Joseph Dewayne Christensen <br> 241 NE 159th Terr <br> Topeka, KS 66617 | | | Wage Claim No. 090048-4 | X | | | Notice Only | Notice Only | Notice Only |

Sheet no. __3__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 0 | $ 0 | $ 0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,      Case No. _____
                        **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)      Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Joshua A Norton<br>4130 NW Union Dr<br>Topeka, KS 66618 | | | Wage Claim No. 09DL0262CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Kevin B Dayo<br>2434 SW Ancaster Rd<br>Topeka, KS 66614 | | | Wage Claim No. 09DL0245CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Melissa D Daubert<br>1828 SW Meadow Ln<br>Topeka, Ks 66604 | | | Wage Claim No. 09DL0247CL | X | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Michael C. Paulson<br>2735 SW Santa Fe Dr<br>Topeka, KS 66614 | | | Wage Claim No. 09DL0261DL | X | | | Unknown | Unknown | Unknown |

Sheet no. __4__ of __8__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotal** (Totals of this page) ▶ | $ 0 | $ 0 | $ 0

**Total** (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ▶ | $

**Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ▶ | $ | $ | $

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)      Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

<div style="writing-mode: vertical-lr;">Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paul C Nelson<br>111 Lynn Lane, #8<br>Newton, KS 67114 | | | Wage Claim No. 09DL0256CL | | X | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Paul R Florez<br>310 SW Franklin Ave<br>Topeka, KS 66606 | | | Wage Claim No. 09DL0260CL | | X | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Richard G Ehret<br>3725 SW Springcreek Dr<br>Topeka, KS 66610 | | | Wage Claim No. 09DL0254CL | | X | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Robert D. Turner<br>5644 SW 36th St<br>Topeka, KS 66614 | | | Wage Claim No. 09DL0251CL | | X | | Unknown | Unknown | Unknown |

Sheet no. __5__ of __8__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 0 | $ 0 | $ 0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

In re __QuVis, Inc._____,     Case No. _____
               **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)   Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert K Stratton<br>7350 N US 1, Apt 101<br>Cocoa, FL 32927 | | | Wage Claim No. 09DL0248CL | | X | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Sara L. Steele<br>114 NW Buchanan<br>Topeka, KS 66606 | | | Wage Claim No. 09DL0246CL | | X | | Unknown | Unknown | Unknown |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _6_ of _8_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 0 | $ 0 | $ 0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc. _____,     Case No. _____

              **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    **Sec. 507(a)(8)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>California Department of Revenue<br>Franchise Tax Board<br>PO Box 1468<br>Sacramento, CA 95812-1468 | | | State of California Sales Tax | | | | 15,000 | 0 | 15,000 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>271 West 3rd North, Suite 3000<br>Stop 5333 WIC<br>Wichita, KS 67202 | | | 941 Taxes | | | | 171,947 | 171,947 | 0 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>271 West 3rd North, Suite 3000<br>Stop 5333 WIC<br>Wichita, KS 67202 | | | 941 Taxes for tax period 12/31/2008 | | | | 50,637 | 0 | 50,637 |
| ACCOUNT NO.  5F01<br><br>Kansas Department of Revenue<br>915 SW Harrison St<br>Topeka, KS 66612 | | | Retailer's Sales Tax M12 Dec 2008 | | | | 104 | 0 | 104 |
| Sheet no. 7 of 8 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal (Totals of this page) | | | | $ 237,688 | $ 171,947 | $ 65,741 |
| | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | | | | $ | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                                  **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shawnee County Treasurer <br> Room 101, 200 SE 7th <br> Topeka, KS 66603 | | | 2008 Personal Property Tax | | | | 14,688 | 14,688 | 0 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __8__ of __8__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal <br> (Totals of this page) | $ 14,688 | $ | $ |
| Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 252,376 | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 186,635 | $ 65,741 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07)

In re ___QuVis, Inc._____,          Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Accounts payable | | | | |
| 1*800*Conference 1717 N Penny Ln Ste 2 Schaumburg, IL 60173 | | | | | | | 255 |
| ACCOUNT NO. | | | | | | | |
| 990 Real Estate Investment 5100 SW 10th Ave Ste 100 Topeka, KS 66604 | | | | | | | 3,758 |
| ACCOUNT NO. | | | | | | | |
| AAA Self Storage 2155 SW Westport Dr Topeka, KS 66614-1928 | | | | | | | 3,540 |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Abbie Jones 7667 E Warren Dr #13-303 Denver CO 80231 | | | | | | | Notice Only |

___250___ continuation sheets attached

Subtotal ▶   $        7,553

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____

                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Abby Ausherman<br>Kenbe Goertzen, Custodian<br>2921 SW Wannamaker Dr, Ste 107<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Adam K. Berman<br>10660 Barkley<br>Overland Park, KS 66212 | | | Represents Arrow Electronics, Inc.<br>Case No. 08C001535 | X | | | Notice Only |
| ACCOUNT NO.<br><br>Adam R Rziha<br>c/o Robert Rziha<br>RR 2 Box 148<br>Great Bend KS 67530 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Adorno & Yoss, LLP<br>1625 S Congress Ave, Ste 300<br>Delray Beach, FL 33445-4618 | | | Represents American Express | | | | Notice Only |
| ACCOUNT NO.<br><br>Agile Aura Ltd.<br>PO Box 6055<br>Ashford Hill<br>RG19 8XN Thatcham, Berkshire | | | | | | | 11,945 |

Sheet no. __1__ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 11,945

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Alan A and Betty J Poos<br>2014 Collins<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Alan H and Anita Jo Hunt<br>7031 SW Fountaindale<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Alan W Groesbeck<br>6027 SW 36th St<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Alan Z Kessler<br>5204 W 158th Pl<br>Overland Park KS 66224-3617 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Albert W. Bayne<br>817 SW Blvd. Box 734<br>Madison KS 66860 | | | Equity shareholder | | | | Notice Only |

Sheet no. _2_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $                 0

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re <u>QuVis, Inc.</u>_____,     Case No. _____
        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Alexander M Stillwell<br>8405 W Central Apt 2313<br>Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Alexander S Matveyev<br>1721 SE Sage St<br>Topeka KS 66605-1562 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Allen III & Susan L. Atha<br>2848 SW Plass Ave<br>Topeka KS 66611 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Allison Morgan<br>8438 W Northridge Ct<br>Wichita KS 67205-1665 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Allison Werner<br>601 Oak Drive<br>Dover DE 19904 | | | Equity shareholder | | | | Notice Only |

Sheet no. <u>3</u> of <u>250</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re   QuVis, Inc._____,     Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Almar Yoder<br>Almar Yoder Trust<br>59566 CR 31<br>Middlebury IN 46540 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.**  1004<br>American Express Corporate Services<br>PO Box 981540<br>El Paso, TX 79998-1540 | | | | | | | 74,150 |
| **ACCOUNT NO.**<br>Amy L Hein<br>Karen S Hein Custodian<br>6809 Haskins<br>Shawnee KS 66216 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br>Amy R Miyamoto<br>9000 SW 45th St<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br>Anders M Urbom<br>4930 Brentwood Rd<br>Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |

Sheet no. __4__ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        74,150

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Andrew Goertzen 1001 W 13th Hutchinson St 67501 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Andrew L Woodward c/o Jim Woodward 5040 SW 28th St Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Ann Dalton 13 Bodwell Terrace Millburn NY 07041 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Ann Hessemann Ann W Hessemann Trust 7225 Cottonwood St Shawnee KS 66216 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Ann W. Hesemann Trust Dated February 21. 1986 Attn: David C. Carpenter, co-trustee PO Box 4287 Topeka, KS 66604-0287 | | | Legal Note Holder Case No. 08-CV-1274 | X | | | 75,000 |

Sheet no. __5__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 75,000

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                            ,          Case No. _____
                **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Anna Sabatini <br> c/o Mr Frank C Sabatini <br> 121 SW 6th St <br> Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Anne Case <br> 3531 NW 43rd St <br> Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Anthony W Thomas <br> 6040 NE Greenhills Rd <br> Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Arch Gothard <br> c/o Bruce Plankinton <br> PO Box 5950 <br> Breckonridge CO 80424 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Argyle Design, Inc. <br> 926 Carelton St. <br> Berkley, CA 94710 | | | | | | | 73,716 |

Sheet no. __6__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 73,716

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                        **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Arrow Electronics Inc <br> 6800 College Blvd, #501 <br> Leawood, KS 66211 | | | Case No.08C007535 | X | | | 47,829 |
| ACCOUNT NO. <br> Ash A Davis <br> c/o LeeAnn Woltkamp <br> 1901 Crest Drive <br> Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Associated Management Services, Inc. <br> PO Box 4507 <br> Topeka, KS 66604 | | | | | | | 64,975 |
| ACCOUNT NO. <br> AT&T <br> 14575 Presidio Square <br> Rm 100-CR <br> Houston, TX 77083 | | | | | | | 1,398 |
| ACCOUNT NO. <br> AT&T/SBC Long Distance <br> 14575 Presidio Square <br> Rm 100-CR <br> Houston, TX 77083 | | | | | | | 663 |

Sheet no. __7__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $       114,865

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                    ,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T/Southwestern Bell Internet<br>14575 Presidio Square<br>Rm 100-CR<br>Houston, TX 77083 | | | | | | | 2,117 |
| ACCOUNT NO.<br><br>Aubrey and Judith Greenberg<br>2710 N Lakeview<br>Chicago IL 60614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Audrey Hamburger<br>6407 NW 99th Ave<br>Parkland FL 33076 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>B J McGivern<br>1016 SW Dartmoor LN<br>Topeka KS 66604-1975 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>B Terry Whitehead<br>PO Box 6920<br>Sherwood AR 72124 | | | Equity shareholder | | | | Notice Only |

Sheet no. 8 of 250 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 2,117

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                                                ,      Case No. _____
                          **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>B&V Enterprises LP<br>Phillip Breede or Lawrence Valente<br>57 San Benito Ave<br>Atherton, CA 94027 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ballantyne of Omaha Inc.<br>4350 McKinley St<br>Omaha, NE 68112 | | | | | | | 158 |
| ACCOUNT NO.<br><br>Barbara A Enright<br>c/o Patsy A Enright<br>212 W 33rd St<br>Houston TX 77018 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Barbara A Hess<br>Trustee of the Baraba A Hess Trust<br>12920 NW 17th St<br>Topeka KS 66615 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Barbara E Kimbrough UND Roth<br>Conv IRA<br>c/o Fahnestock and Co Inc Custodian<br>534 Kansas Ave<br>Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |

Sheet no.  9  of  250  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 158

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                    ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Barbara Hess<br>PO Box 4387<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Barbara Hubbell Trustee<br>6442 SE 61st St<br>Tecumseh KS 66542 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Barbara Miller<br>11814 W 53rd St<br>Shawnee KS 66203 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Barbara Swanson<br>Revocable Trust<br>2352 Idaho Rd<br>Williamsburg KS 66095 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Barco Digital Cinema<br>3240 Town Point Drive<br>Kennesaw, Georgia 30144 | | | | | | | 1,316 |

Sheet no. __10__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 1,316

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
     **Debtor**                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Barry Walker<br>1901 SW West Trail<br>Topeka KS 66615 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Barry Weiner<br>230 W 55th, Suite 29D<br>New York, NY 10019 | | | Legal Note Holder | | | | 33,268 |
| ACCOUNT NO.<br><br>Becky Ann Lester IRA<br>c/o UMB Bank na Trustee IRA Dept<br>PO Box 419692<br>Kansas City MO 64179-0756 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Benjamin A and Roshena L Schmidt<br>1700 Hillcrest Dr Apt # P-9<br>Manhattan KS 66502 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Benjamin J. Brown<br>c/o Josephine P. Brown<br>PO Box 1219<br>Defuniak Springs FL 32435 | | | Equity shareholder | | | | Notice Only |

Sheet no. __11__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

               Subtotal ➤ $  33,268

                 Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
                  **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Beth G Wittig<br>521 SW Westchester<br>Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Betty Ausherman<br>Kenbe Goertzen, Custodian<br>2921 SW Wannamaker Dr, Ste 107<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Betty Goertzen<br>PO Box 4287<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Betty L or Irvin L Woodward<br>c/o Jim Woodward<br>5041 SW 28th St<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Betty M Hough Henry<br>Trustee of the Betty M Hough Henry Trust<br>300 Kennedy Lane<br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |

Sheet no. __12__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $       0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
                 **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Beverly A Loethen<br>1621 SW Mulvane<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Bill Rasmussen<br>1729 Wedgewood Rd<br>Sioux Falls SD 57107 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Billy Fred Warford<br>15902 Highway 70<br>Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Blake Post<br>115 SE 7th St<br>Topeka KS 66603-3901 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Blick IRA<br>c/o Maurus C. Blick<br>PO Box 419226<br>Kansas City MO 64141-6226 | | | Equity shareholder | | | | Notice Only |

Sheet no. __13__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,      Case No. _____

**Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BLW Associates LP<br>298 Chelsea Manor<br>Park Ridge NJ 07656 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Brad and Lisa Paulson<br>3709 South Cliff Ave<br>Sioux Falls SD 57103 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Brad J and Kris A Wiesen<br>503 N Wheatland Pl<br>Wichita KS 67235-8234 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Brad J. McGivern<br>10616 SW Dartmoor Ln<br>Topeka, KS 66604-1975 | | | Equity Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Brad Malone<br>Custodian for Brandon K Malone<br>2821 Nevada St<br>Manhattan KS 66502 | | | Equity shareholder | | | | Notice Only |

Sheet no. __14__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►    $         0

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
             **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brad Malone<br>Custodian for Crystal J Malone<br>2821 Nevada St<br>Manhattan KS 66502 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Brad Malone<br>2821 Nevada St<br>Manhattan KS 66502 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Brad P Wohletz<br>2112 W 64 St<br>Shawnee KS 66218-8981 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Brad Paletta<br>936 Wisteria<br>Derby KS 67037 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Bradley and Cynthia J Owen<br>5924 SW 35th<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __15__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $         0

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*(Left margin, vertical text: Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF)*

In re __QuVis, Inc._____,     Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Bradley L. Churchill c/o Lois Churchill 37 Villa Louisa Rd S. Glastonbury CT 06073 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Brandon D. or Maurus C. Blick 315 Franklin Topeka KS 66606 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Brenda Smith 1308 Crest Circle Benton AR 72015 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Brenda W McDonald 3500 Holy Ridge Rd Traskwood AR 72167 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Brenton Ewell 5324 SW 53rd St Topeka KS 66610 | | | | | | | Notice Only |

Sheet no. __16__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $              0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,        Case No. _____
              **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Brett and Kristine Warren <br> 9300 S Sierra Dr <br> North Platte NE 69101-4771 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Brian and Jennifer Voos <br> 919 Josela Ct <br> Leavenworth KS 66048-4752 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Brian Thrahsher <br> 637 Cobb Rd <br> Arab AL 35016 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Brian Weiss <br> 6407 NW 99th Ave <br> Parkland FL 33076 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Brianne Paletta <br> 2835 Lakeridge Ct <br> Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |

Sheet no. __17__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re    QuVis, Inc.                                                    ,          Case No. _____

                 **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2418<br><br>Bromberg & Sunstein, LLP<br>125 Summer St<br>Boston, MA 02110-1618 | | | Legal Note Holder | | | | 549,299 |
| ACCOUNT NO.<br><br>Bruce and Theresa Coates<br>1471 NW Taylor #35<br>Topeka KS 66608 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Bruce R Plankinton<br>PO Box 5649<br>Breckinridge CO 80424 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Bryan L Fischer<br>RR 3 Box 58<br>Larned KS 67550 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Bryan S Engel<br>2431 SW Candletree Lane<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __18__ of __250__ continuation sheets attached                                            Subtotal ➤ | $ | 549,299
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                            Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc. _____,     Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Buford Dean and Catherine Marie Bolejack 2901 SW Moundview Dr Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Business Wire 44 Montgomery St 39th Fl San Fransico, CA 94104 | | | | | | | 3,420 |
| **ACCOUNT NO.** Byron M Fry 1504 Mulvane Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** C Ronald and Susan R Burgess PO Box 301 Defuniak Springs FL 32435 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** C W and Shirley McMenamy 6713 Sandie Court Amarillo TX 79109 | | | Equity shareholder | | | | Notice Only |

Sheet no. __19__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $           3,420

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
               **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Caitlin Sabatini<br>c/o Mr Frank C Sabatini<br>122 SW 6th St<br>Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Callahan Creek<br>c/o Cindy Maude<br>805 New Hampshire<br>Lawrence KS 66044 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Cambridge Transportation<br>885 3rd Ave<br>New York, NY 10022 | | | | | | | 8 |
| ACCOUNT NO.<br><br>Campbell-Becker Inc<br>1321 Wakarusa Dr Ste 2102<br>Lawrence KS 66049 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Campbell-Becker Inc<br>Employee Profit Share Plan FBO<br>Carolyn Shelton<br>1321 Wakarusa Dr Ste 2102<br>Lawrence KS 66049 | | | Equity shareholder | | | | Notice Only |

Sheet no. __20__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $          8

Total▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
                   **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Campbell-Becker Inc<br>Employee Profit Sharing Plan FBO<br>Carolyn Shelton<br>1321 Wakarusa Dr Ste 2102<br>Lawrence KS 66049 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Campbell-Becker Inc<br>Employee Profit Sharing Plan FBO<br>Elizabeth Campbell<br>1321 Wakarusa Dr Ste 2102<br>Lawrence KS 66049 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Campbell-Becker Inc<br>Employee Profit Sharing Plan FBO<br>Sam Campbell<br>1321 Wakarusa Dr Ste 2102<br>Lawrence KS 66049 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Candace L Howe<br>Trustee of Candace L Howe Trust<br>26303 W 11th Terrace<br>Olathe KS 66061 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Captial City Bank<br>37th & Topeka Boulevard<br>Topeka, Kansas 66611 | | | | | | | 160 |

Sheet no. __21__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 160
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __QuVis, Inc._____,      Case No. _____
            **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cardona Coffee LLP<br>6700 SW Topeka Blvd<br>Topeka, KS 66619 | | | | | | | 298 |
| ACCOUNT NO.<br>Carla K Crane<br>516 E 8th<br>Hutchinson KS 67501 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Carla K Duckett<br>5100 Frankford Dr<br>Owens Crossroads AL 37563 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Carol Allison<br>9906 Chartwell Cir<br>Wichita KS 67205 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Carol E Holstead<br>812 W 8th St<br>Lawrence KS 66044 | | | Equity shareholder | | | | Notice Only |

Sheet no. __22__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $       298

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
           **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Carol L Foreman c/o Rebecca E Floyd 2304 Brookhaven Ln Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Carol L Foreman IRA c/o UMB Bank Trustee PO Box 419226 Kansas City MO 64141 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Caroll and Dee Snyder 3477 Old Kentucky Rd Morristown TN 37814 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Carolyn G Edwards 2958 SE Peck Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Carter Duling 141 S Mars Wichita KS 67209 | | | Equity shareholder | | | | Notice Only |

Sheet no. __23__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $            0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cary Shoup<br>2921 SW Wanamaker Dr #107<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Catherine H. Bradley<br>c/o Thomas S. Bradley<br>6330 Rock Creek Dr<br>Ozwakie KS 66070 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Catherine I. Bradley<br>115 New Murraytown Rd<br>Cleveland TN 37312 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>CBIZ Accounting Tax & Advisor<br>11440 Tomahawk Creek Pkwy<br>Leawood, KS 66211 | | | | | | | 582 |
| ACCOUNT NO.<br><br>Chad and Sherie Baldwin<br>2015 SE 55th St<br>Topeka KS 66609 | | | Equity shareholder | | | | Notice Only |

Sheet no. __24__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      582

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re   QuVis, Inc.                                                            ,         Case No. _____
                        **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Chad Duling<br>141 S Mars<br>Wichita KS 67209 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Chad M Waters<br>c/o Larry G Waters Custodian<br>1943 SW Oakley Ave<br>Topeka KS 66604-3254 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Chandra Goertzen<br>Kenbe Goertzen Custodian<br>2922 SW Wanamaker Dr Ste 107<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Char Kimball<br>8408 SW K4 Hwy<br>Topeka, Kansas 66614 | | | | | | | 85 |
| ACCOUNT NO. <br><br>Charles D and Janet K Wichert<br>710 SW Arthur's Rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. __25__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  | $ | 85

Total➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                                  **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Charles E and Diana S Mayer <br> 3101 SW 35th Terr <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Charles F Scheckel <br> Joan R Scheckel - Co Trustees <br> 6530 Waverly Ct <br> Willowbrook IL 60514 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Charles Griffin II <br> 1618 W 22nd <br> Hutchinson KS 67502 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Charles L Roberts III <br> 7135 Halsey <br> Shawnee KS 66216 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Charles Q Chandler IV <br> Box One <br> Wichita KS 67201 | | | Equity shareholder | | | | Notice Only |

Sheet no. __26__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $           0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __QuVis, Inc._____,     Case No. _____
                     **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Charles Schwab<br>Terry McNally IRA<br>Attn Securities Processing<br>101 Montgomery St<br>San Francisco CA 94104 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Charles W and Joyce Mauer<br>5324 NW Rochester Rd<br>Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Cheryl L. Gentry<br>c/o Westboro Hair Center<br>3119 Huntoon St<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Chester I and Carol Barber<br>303 N Bluff<br>Anthony KS 67003 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Chris and Catherine Holthaus<br>RT #3 Box 135<br>Seneca KS 66538 | | | Equity shareholder | | | | Notice Only |

Sheet no. __27__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,      Case No. _____
                     **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Chris Barter c/o Larry Strober 17 Redwood Dr San Rafael CA 94901 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Chris Mehrens 1931 SW Gage Topeka KS 66604 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Chris O'Neill 802 SE Oakridge Lane Topeka KS 66609 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Chris Shults Emprise Bank Trustee FBO Chris Shults Roth IRA 237 S Maple Dunes Court Wichita KS 67235 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Chris Shults 237 S Maple Dunes Ct Wichita KS 67235 | | | | | | | Notice Only |

Sheet no. __28__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $           0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Christian Blane Proctor 7696 S Monaco Cr East Centennial CO 80112 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Christopher A Tollefson c/o Dawnita Tollefson Custodian 3119 Huntoon St Topeka KS 66604 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Christopher and Linda Shults 237 S Maple Dunes Ct Wichita KS 67235 | | | | | | | 0 |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Christopher Blake Proctor 7696 S Monaco Cr East Centennial CO 80112 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Christopher D Caltagirone PO Box 2803 Rancho Sante Fe CA 92067 | | | | | | | Notice Only |

Sheet no. __29__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $         0

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,   Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Christopher N Carpenter <br>Jane H. Carpenter Custodian <br>3771 Stonybrook DR <br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Christopher Shults <br>237 Maple Dunes Ct <br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Christopher Shults <br>237 S Maple Dunes Ct <br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Christopher Waters <br>5504 SW Fairlawn Rd <br>Topeka KS 66610 | | | Equity shareholder | | | | 0 |
| ACCOUNT NO. <br><br>Chross, Inc <br>c/o Ross C. Hartley <br>PO Box 477 <br>Teton Village WY 83025 | | | Equity shareholder | | | | Notice Only |

Sheet no. __30__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $              0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____ ,        Case No. _____
                      **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chuck Bradley<br>6330 Rock Creek Dr<br>Ozwakie KS 66070 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Cindy K Manry<br>3723 SW Herefordshire Rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Cindy L Oliver<br>425 Alabama St<br>Lawrence KS 66044-1332 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Cindy M Starkey<br>2707 SW 15th St<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Clara K. & Thomas K. Asbury<br>216 SW Yorkshire Rd<br>Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |

Sheet no. __31__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,   Case No. _____
                  **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Clarence C and Velma J Glennie<br>17830 E 900 Rd<br>Humansville MO 65674 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Clatyon C Leis<br>c/o Laura Marie Leis<br>2835 SW Mission Woods Dr<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Clement and Leona Rivard<br>PO Box 428<br>Red Feathers Lake CO 80545 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Clifton D and Carol J Gideon<br>SW 53rd St<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Clyde and Joyce Baldwin<br>5516 California<br>Topeka KS 66609 | | | Equity shareholder | | | | Notice Only |

Sheet no. _32_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
           **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Clyde D Rivard<br>PO 1385<br>Castle Rock CO 80104 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>CMI Engineering<br>41663 170th St<br>Glencoe, MN 55336 | | | | | | | 43,872 |
| ACCOUNT NO.<br><br>Cody C. Davis<br>c/o LeeAnn Woltkamp<br>1901 Crest Drive<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Computech International, Inc.<br>525 Northern Blvd, Ste 102<br>Great Neck, NY 11021 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Conner & Winters<br>1627 I St NW<br>Washington, DC 20006 | | | | | | | 154,172 |

Sheet no. _33_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   198,044

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
           **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Corinna M Ellen Woodward <br> c/o Jim Woodward <br> 5042 SW 28th St <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Corsoft Corporation <br> 1710 S Amphlett Blvd, #209 <br> San Mateo, CA 94402 | | | | | | | 2,400 |
| **ACCOUNT NO.** <br><br> Cortez Transportation Co. <br> 3910 SW 40th Terr. <br> Topeka, Kansas 66610 | | | | | | | 129 |
| **ACCOUNT NO.** <br><br> Cory D Long <br> 516 Alice ST <br> Deshler NE 68340 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Costelow Co Inc <br> Employee Penion Fund <br> Mark E Mohen Trustee <br> 125 Kansas Ave <br> Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |

Sheet no. __34__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     2,529

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re QuVis, Inc. _____,  Case No. _____
    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Costelow Co Inc <br> Employee Pension Trust <br> Mark E. Mohen Trustee <br> 125 Kansas Ave <br> Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> Craig E and Ronette C Vering <br> 6880 SW Aylesbury Rd <br> Topeka KS 66610-1442 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> Craig E Selley <br> 3520 NW 44th Terr <br> Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> CRC Network <br> 4137 Lower Silver Lake Rd. <br> Topeka, Kansas 66618 | | | | | | | 540 |
| **ACCOUNT NO.** <br> Culligan of Northeast Kansas <br> PO Box 2271 <br> Olathe, KS 66051 | | | | | | | 1,051 |

Sheet no. _35_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,591

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
               **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Curt A and Jill M Sittenauer<br>3108 SW Staffordshire Rd<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Curtis 1000<br>5150 Blalock Rd<br>Houston, TX 77041 | | | | | | | 401 |
| ACCOUNT NO.<br><br>Cuy Mauck<br>13210 W Central<br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Cynthia S Clinkenbeard<br>c/o Patsy A Enright<br>2407 Pepperwood Cr<br>Topeka Ks 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>D Edward and Melva M Davis<br>19 Snead Lane<br>Amarillo TX 79124-1717 | | | Equity shareholder | | | | Notice Only |

Sheet no. __36__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $         401

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
             **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>D Scott and Valerie Henderson<br>1126 Las Lomas Ave<br>Pacific Palisades CA 90272 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dahl D Fry<br>5842 SW 28th Terrace<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dale E Horn<br>110 Countryside Dr<br>Hutchinson KS 67502-4456 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dan and Denise Keating<br>25785 W 77th<br>Shawnee KS 66227 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dan Pugh<br>906 E. Tyler St<br>Athens, TX 75751 | | | Legal Note Holder | | | | 57,281 |

Sheet no. __37__ of __250__ continuation sheets attached    Subtotal ➤    $    57,281
to Schedule of Creditors Holding Unsecured
Nonpriority Claims    Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                  **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dana and Judith Wilt<br>PO Box 404<br>Holton KS 66436 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dana Erickson<br>3007 SW Burnett Rd<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Daniel A Shults<br>429 N Colby<br>Valley Center KS 67147 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Daniel and Julia Mohesky Darby<br>CoTrustees<br>3210 NE Meriden Rd<br>Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Daniel J Lincoln<br>1093 Commerce Park Drive Suite #300<br>Oak Ridge TN 37830 | | | Equity shareholder | | | | Notice Only |

Sheet no. __38__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $           0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
                     **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Daniel L Howell<br>1723 Wildcat Rd<br>Frankfort KS 66427 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Daniel R Henry<br>8939 N Byfield Ave<br>Kanas City MO 64154-1840 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Daniel Stillwell<br>1316 N Denene<br>Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Daniel Werner<br>2912 Sunset Rd<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Danny and Diane Duling<br>4906 S Knight<br>Wichita KS 67217 | | | Equity shareholder | | | | Notice Only |

Sheet no. __39__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                    ,          Case No. _____
                  **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Danny L Downs 3842 SW Cambridge Terr Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Danny L Rose 10301 W 61st St Shawnee KS 66203 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Darcy K Grosebeck Kaw Valley State Bank Custodian FBO 6027 SW 36th ST Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Darlene Goertzen 1001 W 13th Hutchinson KS 67501 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Darlene Minotti 77 Wellwater Dr Palm Coast FL 32164-7836 | | | Equity shareholder | | | | Notice Only |

Sheet no. __40__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
                  **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Darryl Schmidt<br>7420 NE 119th Place<br>Oklahoma City OK 73151 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Daryl Malone<br>3302 Sanaloma Dr<br>Georgetown TX 78628 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dave Paulson<br>c/o Mr Michael Paulson<br>14456 Erskine St<br>Omaha NE 68116 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David A Butts<br>5958 SW 24th Terrace<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David A Nichol<br>1044 Sir Francis Drake Blvd<br>Kentfield CA 94904-1425 | | | Equity shareholder | | | | Notice Only |

Sheet no. __41__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $             0

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___QuVis, Inc._____,    Case No. _____
              **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David and Cynthia Hormann<br>425 W 2nd St<br>Waconia MN 55387 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David and Karen Duling<br>141 S Mars<br>Wichita KS 67209 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David and Kerri Falletti<br>2215 Kickapoo Rd<br>Winfield KS 67156 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David and Rosalee Wood<br>11964 South Provence #1903<br>Olathe KS 66061 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David Cooney<br>c/o Jennifer Burgin<br>14702 Aegean Way<br>Selma TX 78154 | | | Equity shareholder | | | | Notice Only |

Sheet no. __42__ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,  Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David Erickson<br>410 Cedar St<br>Concordia KS 66901 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David Goubeaux<br>122 North Rainbow Lake Rd<br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David Hanson<br>800 SW Jackson Ste 900<br>Topeka KS 66612 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David K and Christy Williams<br>Williams Living Trust<br>524 NW 141st St<br>Edmond OK 73013 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David L and Deborah S Welton<br>2144 NW 53rd Terrace<br>Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |

Sheet no. __43__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,      Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>David Lies<br>731 E Taylor Trl<br>Queen Creek AZ 85242 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>David Lloyd Brier<br>4603 Maple Ave<br>Bethesda MD 20814 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>David N Holstead<br>5100 SW 10th<br>Topeka KS 66609 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>David N Holstead IRA UMB<br>c/o UMB Bank<br>PO Box 419226<br>Kansas City MO 64141-6226 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>David Nelson IRA<br>c/o UMB Bank, N.A. as Trustee for<br>David Nelson IRA<br>PO Box 419692<br>Kansas City, MO 64179-0756 | | | Legal Note Holder | | | | 125,000 |

Sheet no. __44__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 125,000

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___QuVis, Inc._____,  Case No. _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. David Paul and Mary L Rogge 5240 NW 44th St Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. David Phillips 1116 Montana Chicago, IL 60614 | | | Legal Note Holder | | | | 43,140 |
| ACCOUNT NO. David Phillips c/o CPA Associates 1116 West Montana St Chicago IL 60614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. David Puderbaugh 2135 SW Potomac Dr Apt #3 66611-1450 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. David Svet c/o D3 Inc 2404 W 86th Terrace Leawood KS 66206 | | | Equity shareholder | | | | Notice Only |

Sheet no. __45__ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    43,140

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David T and Teresa K Hothan<br>4708 SE 25th ST<br>Tecumseh KS 66542 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David T Kidd<br>Trustee of David T Kidd Revocable Trust<br>2900 Social Hill Rd<br>Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>David W Lewis<br>PO Box 19123<br>Topeka KS 66619-0123 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dawn Goertzen<br>2922 SW Wanamaker Dr Ste 107<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dawn Paulson<br>c/o Michael Paulson<br>2921 SW Wanamaker Dr Ste 107<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __46__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　　　　　0

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __QuVis, Inc._____,     Case No. _____
                           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Dawnita Tollefson c/o Westboro Hair Center 3119 Huntoon St Topeka KS 66604 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Dean VanBockern c/o Michael Paulson 325 N Broadway Canton SD 57013 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Debbie Smith 1274 Grenada Dr Marion OH 43302-1640 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Debby S Haas 5630 SW West Drive Topeka KS 66606 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Deborah D Butts 5958 SW 24th Terrace Topeka KS 66614 | | | | | | | Notice Only |

Sheet no. __47__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►  $                    0

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,　　　Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Debra Carlson<br>c/o Laura Marie Leis<br>2835 SW Mission Woods Dr<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Debra G Vignatelli<br>1036 Hartland Dr<br>Lawrence KS 66049-3712 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Del Weidner<br>307 SW Whitehall Lane<br>Topeka KS 66606-2280 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Delores A Chin<br>205 Trull Lane East<br>Lowell MA 01852 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Denali Software, Inc.<br>1850 Embarcadero Rd., Suite B<br>Palo Alto, California 94303 | | | | | | | 5,000 |

Sheet no. __48__ of __250__ continuation sheets attached　　　　　　　Subtotal ▶ | $ | 5,000
to Schedule of Creditors Holding Unsecured
Nonpriority Claims　　　　　　　　　　　　　　　　　　　　　　　Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,  Case No. _____
        **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Denise Goodlove<br>Custodian for Lauren Goodlove<br>(KUTMA)<br>2501 SW Brandywind Ln #3<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dennis and Linda Byrd<br>4210 Ginger Dr<br>Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dennis C Petterson<br>338 SW Greenwood Ave<br>Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dennis C Petterson Trust<br>c/o Dennis C Petterson Trustee<br>338 SW Greenwood AVe<br>Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dennis J and Kathy M Goscha<br>5912 SW 10th Terr<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |

Sheet no. __49__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $               0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,   Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dennis L and Kay L Grunewald<br>17350 Pheasant Run<br>Wamego KS 66547 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dennis M Witthar<br>310 NW Valenica Rd<br>Topeka KS 66615-9243 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dennis W Tally<br>2174 Eagle Trail<br>Morristown TN 37813 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Derek and Amy Lecakes<br>2089 Plum St<br>Niskayuna NY 12309 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Derek L and Crystal D Kistner<br>2385 Verdvre Rd NE<br>Waverly KS 66871 | | | Equity shareholder | | | | Notice Only |

Sheet no. __50__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $                    0

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,       Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| DHL Express 1200 South Pine Island Rd Ste 600 Plantation, FL 33324 | | | | | | | 5,117 |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Diane Cline Diane Cline RevTrust 2037 Brentwood Wichita KS 67218-4925 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Diane Denham PO Box 4413 Topeka KS 66604 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Diane Fisher 12426 Holmes Rd Kansas City MO 64145 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Digital Cinema Providers (DCPG) 11500 Canton Dr. Studio City, California 91604-4160 | | | | | | | 7,500 |

Sheet no. __51__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   12,617

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                                              ,          Case No. _____
          **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Digital Cinema Report (DCR)<br>50 Sickel Avenue<br>Nyack, New York 10960 | | | | | | | 1,380 |
| ACCOUNT NO.<br><br>Distribution by Air, Inc.<br>PO Box 6090<br>Somerset, NJ 08875-6090 | | | | | | | 8,149 |
| ACCOUNT NO.<br><br>Domenic Corrado<br>13106 Mackey<br>Overland Park KS 66213 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Don and Debbie Thomas<br>15105 Dearborn<br>Overland Park KS 66223 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Don Desomond<br>c/o PCB Design Services<br>9320 W 127th<br>Overland Park KS 66213 | | | Equity shareholder | | | | Notice Only |

Sheet no. _52_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 9,529

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Don P and Ann H Henderson<br>2419 SE Alexander<br>Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Don Robinson<br>c/o Tuross Corporation<br>690 Pennsylvania Ave #215<br>San Francisco CA 94107 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Don Rosen<br>2540 NW 144th Avenue<br>Beaverton, OR 97006 | | | Legal Note Holder | | | | 7,261 |
| ACCOUNT NO.<br><br>Donald A and Deborah L Scholl<br>2609 SW 34th St<br>Topeka KS 66611-1822 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Donald and Cidney D Walter<br>1501 Greenleaf Blvd<br>Elkhart IN 46514 | | | Equity shareholder | | | | Notice Only |

Sheet no. __53__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $        7,261

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc. _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Donald and Laurie Rosen <br> 2540 NW 144th Ave <br> Beaverton OR 97006 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Donald E Sheets Trust <br> Beverly and Donald Sheets Co Trustees <br> 2372 SW Honeysuckle Ln <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Donald G Hazen <br> 1716 N Van Buren <br> Hutchinson KS 67502 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Donald J and Virginia N Minnis <br> 2917 Westdale Ct <br> Lawrence KS 66049 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Donald M Weichert <br> 6721 NW Church Ln <br> Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |

Sheet no. __54__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►  $                    0

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Donald Shuford<br>3119 SW 10th Ave<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Donald Walter<br>1501 Greenleaf Blvd<br>Elkhart IN 46514 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Donn J Jarski<br>21520 P Rd<br>Holton KS 66436 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Donna Zoeller<br>4516 SE Paulen Rd<br>Berryton KS 66409 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Doranne Holmes and Larry L Boltz<br>2340 Deltor Rd<br>Grantville KS 66429 | | | Equity shareholder | | | | Notice Only |

Sheet no. __55__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $          0

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>QuVis, Inc.</u> ,
        **Debtor**

Case No. _____
        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dorinda Harwick Hunt<br>3442 SW Randolph<br>Topeka KS 66611 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Dorothy VanBockern<br>c/o Mr Michael Paulson<br>325 N Broadway<br>Canton SD 57013 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Doug and Carole A Conwell<br>2207 Cat Creek Dr<br>Wamego KS 66547 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Doug and Jeanne Stanchik<br>13623 W 76th Terrace<br>Lenexa KS 66216 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Doug Lake<br>107 Sheridan Drive<br>New Canan, CT 06840 | | | Legal Note Holder | | | | 91,039 |

Sheet no. <u>56</u> of <u>250</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      91,039

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32442 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
                  **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Douglas and Kathy S Stacken<br>830 NW West Union Rd<br>Topeka KS 66615 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Douglas C Kidd Family Trust<br>PO Box 137<br>Benton AR 72018 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Douglas C. Brown<br>1293 N 1000 Rd<br>Lawrence KS 66047 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Douglas E and Jeanine K Wells<br>2224 SW Lowell Ln<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Douglas Friesen<br>10014 W. Greenspoint<br>Wichita, KS 67205 | | | Legal Note Holder | | | | 534,827 |

Sheet no. __57__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     534,827

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
               **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Douglas R Maenhoudt <br> c/o Domenic Corrado <br> 1326 Walton <br> Memphis TN 38117 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Douglas T Lake <br> 107 Sheridan Dr <br> New Canaan CT 06847 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Dr Jonathon Fielding <br> 12735 Hanover St <br> Los Angeles CA 90049 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Dr Marilyn Kent IRA <br> c/o UMB Bank na Trustee IRA Dept <br> PO Box 419692 <br> Kansas City MO 64179-0756 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Dr Robert and Sue Zwiesler <br> 12017 W Meribeau Ct <br> Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |

Sheet no. __58__ of __250__ continuation sheets attached            Subtotal ➤     | $           0
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                  Total ➤     | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,  Case No. _____
                            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                          Dr Ron Zoeller Pension 2900 Atwood Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.                                          Dr Tyler G Hughes 1481 Janasu Rd McPherson KS 67460 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.                                          Dr. Joseph G. Baba & Jae Pierce-Baba 12206 Ridgepoint Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.                                          Dr. William Gary Baker 1920 SW Warner Ct Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.                                          Dr. William Gary Baker IRA c/o A G Edwards & Sons Inc. One North Jefferson St Louis MO 63103 | | | Equity shareholder | | | | Notice Only |

Sheet no. _59_ of _250_ continuation sheets attached    Subtotal ➤ | $                    0
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                        Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____ ,          Case No. _____

                  **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Duane Goodlove <br> 207 Heather St <br> Burlington KS 66839 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Duane VanBockern <br> c/o Michael Paulson <br> 325 N Broadway <br> Canton SD 57013 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Duncan Peterson <br> Tuross Corporation <br> 103 Harvard Ave Suite 3 <br> Half Moon Bay CA 94019 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Dwight and Louell Fite <br> 1003 Hwy 35 <br> Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Dwight H Caldwell Jr <br> 2823 Shadow Creek <br> Benton AR 72015 | | | Equity shareholder | | | | Notice Only |

Sheet no. __60__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $            0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dylan and Nicole Smith<br>2837 SW Herefordshire Rd<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>E CIRCUITS<br>2305 NW Jefferson St<br>Blue Springs, MO 64015 | | | | | | | 1,323 |
| ACCOUNT NO.<br><br>E Clint Gilbert and Brenda Colley<br>2524 Summeroak Dr<br>Tucker GA 30084 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>E Harvey and Mary E Jewell<br>1100 East 38th St<br>Sioux Falls SD 57105 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>E Harvey Jewell and/or Mary E Jewell, JTWROS<br>1100 East 38th St<br>Sioux Falls, SD 57105 | | | Legal Note Holder | | | | 123,569 |

Sheet no. __61__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    124,892

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___QuVis, Inc._____,     Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Eben S Moulton<br>c/o Seacoast Capital<br>55 Ferncroft Rd<br>Danvers MA 01923 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>eBiz Software, Inc<br>PO Box 750413<br>Topeka KS 66675-0413 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ed Wade<br>Blue Heron Investments, LLC<br>14554 SW 60th<br>Andover, Kansas 67002 | | | | | | | 214,111 |
| ACCOUNT NO.<br><br>Eddy and Gail Koeling<br>1304 18th St<br>Wamego, KS 66547 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Edgar and Mildred Davis<br>5714 Purdue<br>Amarillo TX 79121 | | | Equity shareholder | | | | Notice Only |

Sheet no. __62__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   214,111

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,   Case No. _____
             **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Edith K Funk Trustee<br>Edith K Funk Trust<br>2545 SE Bennett Dr<br>Topeka KS 66605-2082 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Edward A. Kraus, Esq.<br>Creech, Liebow & Kraus<br>333 West San Carlos St, Ste 1600<br>San Jose, CA 95110 | | | Represents Sanmina-SCI Corp.<br>Case No. 108-CV-116716 | X | | | Notice Only |
| ACCOUNT NO.<br><br>Edward F Matyak<br>2637 SE 41st<br>Topeka KS 66609 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Edward Lee Baugher<br>2233 Sandplum Ct<br>Wichita KS 67205 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Edwin R and Rebecca S Linquist<br>Trustees or their successors under<br>revocable trust living<br>7232 SE Stanley Rd<br>Berryton KS 66409 | | | Equity shareholder | | | | Notice Only |

Sheet no. __63__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___QuVis, Inc._____,          Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Edwin Wiedeman<br>1320 Verges Ave<br>Norfolk NE 68701 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Eleanor Pacholski<br>9731 Sunrise Blvd<br>North Royalton OH 44133 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Eli J Groesbeck<br>Kaw Valley State Bank Custodian FBO<br>11740 W 118th Ter Apt 316<br>Overland Park KS 6+6210-2060 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Elizabeth A Schoof<br>2324 Briarwood Plaza, No 207F<br>Topeka KS 66611 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Elizabeth Baker<br>Krisie Baker, Custodian<br>c/o Lila Williams<br>5130 SW 25th St<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __64__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                 **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ellen M Feldman<br>22132 Old Fossil Rd<br>San Antonio TX 78261 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ellyn M Tyrell<br>10734 W 116th St<br>Overland Park KS 66210 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Emily Russo and Peter Aronson<br>186 Riverside Dr Apt 9A<br>New York NY 10024 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Emprise Bank and Ruth Shults<br>Co Trustees of Kyle Shults<br>Irrevocable trust<br>105 Peavine Creek Ct<br>Decatur GA 30030 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Emprise Bank and Ruth Shults<br>Co Trustees of Jennifer Shults<br>Irrevocable trust<br>105 Peavine Creek Ct<br>Decatur GA 30030 | | | Equity shareholder | | | | 0 |

Sheet no. __65__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $          0

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Eric P Long<br>15915 Indian Creek Pkwy<br>Olathe KS 66062 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Erin E. Carpenter<br>Jane H Carpenter Custodian<br>3771 Stonybrook DR<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.　110D<br><br>Evans and Mullinix, PA<br>7225 Renner Rd Ste 200<br>Shawnee, KS 66217 | | | | | | | 312 |
| ACCOUNT NO.<br><br>Evie Unkefer<br>1504 Mulvane<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Extron Electronics<br>P.O. Box 513206<br>Los Angeles, California 90051-1206 | | | | | | | 1,213 |

Sheet no. __66__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 1,525

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc.; ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
         **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Faraday Technology Corporation Corn Exchange 5th Floor 55 Mark Ln London EC3R 7NE United Kingdom | | | | | | | 841 |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Farzad Nikjeh 5804 W 129th St Overland Park, KS 66209-3604 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| FBO Gary Woodruff IRA c/o Piper Jaffray Cust/Ref 2510 SW James Ct Topeka KS 66614 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Fedex PO Box 1935 Provo, UT 84603-9926 | | | | | | | 60 |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Financial Holding Corp c/o Mr Michael Merriman 300 West 11th St Kansas City MO 64105 | | | | | | | Notice Only |

Sheet no. _67_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ | 901

Total ➤  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,   Case No. _____
               **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0001 <br><br>First Trust Corporation TTEE FBO: <br>Douglas A. Friesten <br>PO Box 173301 <br>Denver, CO 80217-3301 | | | Legal Note Holder | | | | 67,966 |
| ACCOUNT NO. <br><br>FOB Patrick G Sheehy IRA <br>Edward Jones and Co Custodian <br>201 Progress Parkway <br>Maryland Heights MO 63043-2549 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Forecast <br>2221 Rutherford Rd. <br>Carlsbad, CA 92008 | | | | | | | 1,280 |
| ACCOUNT NO. <br><br>Forrest D Ireland <br>22420 Q Rd <br>Holton KS 66436 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Frances I Rose <br>6928 Woodson <br>Overland Park KS 66204 | | | Equity shareholder | | | | Notice Only |

Sheet no. _68_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $     69,246

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                                    ,          Case No. _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Francis J Kuhn <br> 845 S Cactus Ct <br> Wichita KS 67230-9528 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Francis Newell <br> 3838 SW Deer Trail Drive <br> Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Frank A Sica <br> 524 S Kansas Suite 1035 <br> Topeka KS 66602 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Frank C Sabatini Trust <br> c/o Mr Frank C Sabatini <br> 2423 SE 7th <br> Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Fred and Alice Tilton <br> 2416 Indian Trail <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. 69 of 250 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,       Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Fred and Colleen Biesemeyer 8245 SW 29th Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Fred and Katharine Willey 3759 W 162 Pl Markham IL 60426 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Fred and Norma Lester 1038 S Broadway Springfield MO 65804 | | | Equity shareholder | | | | Unknown |
| **ACCOUNT NO.** Fred Kann c/o KL Industries 7 Schindler Way Fairfield NJ 07004 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Fred Lester 1038 S Broadway Springfield MO 65804 | | | Equity shareholder | | | | Notice Only |

Sheet no. __70__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____

              **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Frederick K and Linda L Starrett<br>11680 Bradshaw<br>Overland Park KS 66210 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Freeman Companies<br>1600 Viceroy Ste 100<br>Dallas, TX 75235 | | | | | | | 96 |
| ACCOUNT NO.<br><br>Future Electronics<br>237 Hymus Blvd<br>Pointe Clair, QC<br>H9R 5C7 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>G Douglas & Judith A Camplin<br>2516 Cottonwood<br>Grand Island NE 68801 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gable Whitehead<br>Ginger White, Trustee<br>1501 No Univ Suite 600<br>Little Rock AR 72207 | | | Equity shareholder | | | | Notice Only |

Sheet no. _71_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $      96

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gabriel G Shults<br>1907 W 24th Ave Apt 10A<br>Emporia KS 66801 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gail Dodds<br>2719 SW Belle<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gail F. Burbank<br>2201 SW Crest Dr<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gail L Thompson<br>851 Gilman<br>Wichita KS 67203 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gale Ewell<br>5324 SW 53rd St<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. _72_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $            0

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
               **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GAO Engineering Inc.<br>601 Milner Ave<br>Toronto, ON M1B1M8<br>Canada | | | | | | | 660 |
| ACCOUNT NO.<br><br>Garry R and Donna Smith<br>9010 Hwy 63<br>St Marys KS 66536 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gary and Ann Hough<br>4039 South 108th St<br>Omaha NE 68137 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gary and Delores Smith<br>2924 Se Meadowview<br>Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gary Baker<br>1920 SW Warner Ct<br>Topeka, Kansas 66604 | | | shareholder | | | | 49,044 |

Sheet no. __73__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      49,704

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Gary D and Nancy S Coates 1471 NW Taylor #35 Topeka KS 66608 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Gary D and Robyn K Hamilton 7000 W 65th Terrace Overland Park KS 66202 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Gary Duncan PO Box 242 Mt Vernon IL 62864 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Gary Jones 1262 SW Boswell Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Gary Kalfin PO Box 799 Amagansett NY 11930 | | | Equity shareholder | | | | Notice Only |

Sheet no. __74__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
                  **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gary Keller<br>605 W 47th St Ste 350<br>Kansas City MO 64112 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gary L Escher<br>5966 SW 24th Terrace<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gary L Escher IRA<br>c/o UMB Bank Trustee<br>PO Box 419226<br>Kansas City MO 64141 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gary L. & Pamela J. Adams<br>306 East 17th<br>Hutchinson, KS 67502 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gary R and Karen J Walker<br>PO Box 126<br>Sylvia KS 67581 | | | Equity shareholder | | | | Notice Only |

Sheet no. __75__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF*

In re __QuVis, Inc._____,   Case No. _____
                 **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Gaylene Rofkahr <br> c/o Doyle Gerard <br> 5218 Cherokee Ln <br> McLouth KS 66054 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> Gene and Dixie Challacombe <br> 4537 Mission Rd <br> Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> Gene and Thyrza Olson <br> 16605 W 144th St <br> Olathe KS 66062 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> Gene Bicknell <br> PO Box 643 <br> Pittsuburg KS 66762 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> Gentry Corporation <br> PO Box 5611 <br> Carefree, AZ 85377 | | | Legal Note Holder | | | | 77,362 |

Sheet no. __76__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                 Subtotal ▶   $       77,362

                                                   Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
               **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gentry Corporation<br>7696 S Monaco Cr East<br>Centennial CO 80112 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Geoffrey Evan Weiss Irrevocable Trust<br>Grand Bank and Trust of Florida<br>3601 PGA Blvd<br>Palm Beach Gardens FL 33410 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>George and Margaret Scheckel<br>105 Elizabeth Ln<br>Downers Grove IL 60516 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>George and Patricia Proctor<br>#1 Shenandoah Dr<br>Goddard KS 67052 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>George B Sittenauer Trust<br>920 NE 43rd St<br>Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |

Sheet no. __77__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                 0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____

              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> George Eugene Stephenson Revocable Trust 2742 Rushwood Ct Wichita KS 67226 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> George Eugene Stephenson Revocable Trust 2742 Rushwood Ct Wichita KS 67226 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> George O Haggard 724 Barton Dr Morristown TN 37814 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> George O. Haggard, Jr. 724 Barton Drive Morristown, TN 37814-2504 | | | Legal Note Holder | | | | 28,197 |
| ACCOUNT NO. <br><br> George Scheckel Jr 23307 Lull St Canoga Park CA 91304 | | | Equity shareholder | | | | Notice Only |

Sheet no. __78__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 28,197

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,      Case No. _____

              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>George Scheckel Jr IRA<br>c/o UMB Bank na Trustee<br>PO Box 419226<br>Kansas City Mo 64141-6226 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Georgia Greenberg<br>1808 N Halstead St<br>Chicago IL 60614 | | | Equity shareholder | | | | 0 |
| ACCOUNT NO.<br><br>Geraldine Matzke<br>3930 NW Thomas Rd<br>Silver Lake KS 66539 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gerlad L and Tamalyn J Sorrell<br>5633 SW 34th St<br>Topeka KS 66614-4579 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gerry Prell<br>9500 S Ocean Blvd<br>Jensen Beach FL 34951 | | | Equity shareholder | | | | Notice Only |

Sheet no. __79__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                Subtotal ▶ | $         0

                Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re __QuVis, Inc._____,     Case No. _____
           **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GES Exposition Services 950 Grier Drive Las Vegas, NV 89119 | | | | | | | 913 |
| ACCOUNT NO. Gladys E Holmes IRA c/o UMB Bank PO Box 419226 Kansas City MO 64141-6226 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Gladys Reynolds 695 San Juan Rd Colorado Springs CO 80904-2858 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Glen H and Ann M Deitcher 909 SW Naismith Pl Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Glen O and Nikki J Feuerborn 2418 SW Queens Way Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. _80_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 913

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re ___QuVis, Inc._____,    Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Glenn A Usher<br>307 E Lancaster Ave<br>Downingtown PA 19335 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Glenn D and Jefri A Leonardi<br>1404 E 345 Rd<br>Berryton KS 66409 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Glenn R Glennie<br>712 Brent Dr<br>Mulvane KS 67110 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gloria G Cunningham<br>620 NW Lyman Rd #102<br>Topeka KS 66608-1999 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gloria Hanna<br>5638 SW Hawick<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __81__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __QuVis, Inc._____,  Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Goertzen / QEG LLC c/o David Carpenter Escrow Agent PO Box 4287 Topeka KS 66604-0287 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  Goertzen / QEG, LLC c/o David Carpenter Escrow Agent PO Box 4287 Topeka KS 66604-0287 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  Goertzen Consulting Inc c/o Dr Kenneth Goertzen 6 Stadium Dr Haven KS 67543 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  Goldie E. Braymer 42 Hillsboro Rd Danville, KY 40422 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  Grand Bank and Trust of Florida Cusodian FBO Miles B Weiss IRA Attn Beth Pelchat 3601 PGA Blvd Palm Beach Gardens FL 33410 | | | Equity shareholder | | | | Notice Only |

Sheet no. __82__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $　　0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Greenville Cinemas, LLC<br>217 E Park Ave<br>Greenville, SC 29601 | | | Case No. 2007-CP-23-44448 | X | | | 130,000 |
| ACCOUNT NO.<br><br>Greg S McGivern<br>PO Box 4522<br>Topeka KS 66604-0522 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gregory and Michelle Pacholski<br>3747 Skippers Cove<br>Reminderville OH 44202 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gregory B Brown<br>1415 Pinewood<br>Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Gregory Lies<br>209 E 3rd Drive So Apt 101<br>Independence MO 64050 | | | Equity shareholder | | | | Notice Only |

Sheet no. __83__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        130,000

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Gregory M and Jody K Cooper <br> 7440 SW 53rd <br> Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Gregory Schwerdt <br> 3623 SW Stoneybrook Drive <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Gregory W and Amy S Sharpe <br> 2546 SW Windslow Ct <br> Topeka KS 66614-6105 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Gregory Wyant <br> 1301 S Westfield <br> Wichita KS 67209 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Gretchen Fox <br> 1397 N Valleyview <br> Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |

Sheet no. __84__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶　$ 　　　　　　0

Total ▶　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
               **Debtor**                                                                       (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Guy and Janet Rinehart <br> 910 SW Grand Ct <br> Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> H Allen and Joyce Paulson <br> c/o Michael Paulson <br> 3 Park Lane <br> Canton SD 57013 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Hal Yang <br> 393 Whitlem Dr <br> Palo Alto CA 94306 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Hamid Dehghanfar <br> 11302 Cody St <br> Overland Park KS 66210 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Harold D Matous <br> 14960 Collier Blvd #1029 <br> Naples FL 34119-7713 | | | Equity shareholder | | | | Notice Only |

Sheet no. __85__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,   Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Harold Hesemann<br>7225 Cottonwood St<br>Shawnee KS 66216 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Harold Hesemann<br>c/o David Carpenter Irrevocable Trust<br>7225 Cottonwood St<br>Shawnee KS 66216 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Haynes and Forbes Frieden<br>555 S Kansas Ave<br>Topeka KS 60126 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Helen S Yee<br>5017 California St Apt 3<br>San Francisco CA 94118 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Hendrickson Teter Investments LLC<br>921 Dawn Lane<br>Chanute KS 66720 | | | Equity shareholder | | | | Notice Only |

Sheet no. __86__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 0
Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
             **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Henry J Lawrie Jr<br>2275 Doury In<br>Northfield IL 60093 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Henry W and Lois M Schoemann<br>29150 Sandy Hook Rd<br>St Marys KS 66536 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Hermin M Yarahmadi<br>16398 South Church<br>Olathe KS 66062 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>High Def Expo, Inc.<br>3727 W Magnolia Blvd<br>No. 729<br>Burbank, CA 91505 | | | | | | | 2,260 |
| ACCOUNT NO.<br><br>High Expectations, LLC<br>2868 S Greenwich<br>Wichita, KS 67210 | | | Legal Note Holder | | | | 123,343 |

Sheet no. __87__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 125,603

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
                  **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hiroshi Asaga<br>405 Dai-Ni Sunny Court<br>3-11-1 Higashi Tokorozawa<br>Tokorozawa City, Japan 359-0021 | | | Legal Note Holder | | | | 173,681 |
| ACCOUNT NO.<br><br>Hisako Yoshimura<br>#103 4-4-10 Kurihara<br>Niiza-Shi, Saita Japan 352-0035 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Holly Palacio<br>14041 W 113th Terrace<br>Lenexa KS 66215 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Hossein Afshari<br>1768 South 32 St<br>Kansas City, KS 66106 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Howard I and Karen K Marlow<br>3804 Sw 40th<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. __88__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     173,681

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __QuVis, Inc._____,     Case No. _____
                   **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Howard Wolff<br>7030 Arbor Lane<br>Winnetka IL 60093 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ilene Friedman<br>14 Berkley Place<br>Livingston NJ 07039 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>InfoCOMM International<br>11242 Waples Mill Rd<br>Ste 200<br>Fairfax, VA 22030 | | | | | | | 800 |
| ACCOUNT NO.<br><br>Integrative Consulting LLC<br>Doug Friesen<br>10014 W Greenspoint St<br>Wichita KS 67205-1581 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Irwin and Betty Rosen<br>3506 Avalon Ln<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |

Sheet no. __89__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $         800

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
           **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>J Dwight Brown<br>34 Excelso Way<br>Hot Springs AR 71909 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>J Mark Goode<br>1093 Commerce Park Drive Suite 300<br>Oak Ridge TN 37830 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>J Thomas Freidheim<br>267 South St<br>Elmhurst IL 60126-4001 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>J Vig Sherrill<br>1093 Commerce Park Drive Suite #300<br>Oak Ridge TN 37830 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>JA Kerschen Trust<br>c/o Jeanette A Kerschen<br>Box 396<br>Cunningham KS 67035 | | | Equity shareholder | | | | Notice Only |

Sheet no. __90__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $           0

Total▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                     ,          Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jack E Henry <br> 300 Kennedy Lane <br> Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Jack H. Brier <br> Ten Westboro Place <br> Topeka KS 20657 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Jackson Proia <br> 220 Ponce De Leon Dr <br> Ormond Beach FL 30176 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Jacob Morgan <br> 8438 W Northridge Ct <br> Wichita KS 67205-1665 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Jacqueline A Wewers <br> 4515 Shavano Peak <br> San Antonio TX 78230 | | | Equity shareholder | | | | Notice Only |

Sheet no.  91   of 250  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jaime Henderson<br>5001 Redbud Court<br>Topkeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jaime Porter<br>19 Roosevelt Ave<br>Waterville ME 04901 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jake Huyett<br>17124 222nd Rd<br>Holton KS 66436 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jame M Concannon<br>950 Docking Rd<br>Topeka KS 66615 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jamed Eddy IRA<br>c/o Kaw Valley State Bank<br>1110 N Kansas Ave<br>Topeka KS 66608 | | | Equity shareholder | | | | Notice Only |

Sheet no. __92__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $             0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James and Betty L Stewart<br>5209 NW 52nd Ave<br>Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James and Carol Morgan<br>8438 W Northridge Ct<br>Wichita KS 67205-1665 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James and Cathy Windell<br>5632 Spiritus Pl<br>EL Paso TX 79932 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James and Cynthia Nash<br>1722 Pheasant Ridge<br>Sterling CO 80751 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James and Jolene A File<br>3014 NE Kansa Trail<br>Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |

Sheet no. __93__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF*

In re __QuVis, Inc._____,   Case No. _____
                **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James and Pamela Rodriguez<br>1449 Robin Hood Dr<br>Seymour IN 47274 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James Clifford<br>3 Brainerd Dr<br>Stoneypoint NY 10980 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James Cole<br>7309 Ruggles Ferry Pike Rd<br>Knoxville TN 37914 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James D. Henderson<br>6260 SW 9th St<br>Topeka KS 66615 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James DeCoursey<br>5411 SW 40th Terrace<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. __94__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
               **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James H Cramer<br>2009 SW Harp Place<br>Topeka KS 66611 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James Hayes<br>c/o Domenic Corrado<br>8521 Beaman<br>Kansas City MO 64154 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James Herbert<br>2018 Stone St<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James Hodgson<br>7305 Old Stone Dr<br>Owens Crossroads AL 35763 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James Houghton<br>PC Profit Sharing Plan<br>4620 Petit Ave<br>Encino CA 91436-3216 | | | Equity shareholder | | | | Notice Only |

Sheet no. __95__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,       Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James Kenneth Ogdon<br>2542 Lake Ridge Court<br>Wichita KS 67205 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James L. Bean<br>2625 Chelsea Dr<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James Prescott<br>823 N. Main<br>McPherson, KS 67460 | | | Legal Note Holder | | | | 123,892 |
| ACCOUNT NO.<br><br>James R and Gena D Rhodes<br>1224 Camp Creek Rd<br>Defuniak Springs FL 32433 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James R Wood IRA<br>c/o UMB Bank Trustee<br>PO Box 419226<br>Kansas City MO 64141-6226 | | | Equity shareholder | | | | Notice Only |

Sheet no. __96__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 123,892

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
        **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James Voos<br>310 E 71st St Apt 7K<br>New York NY 10021 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James W and Mira J Craine<br>PO Box 1779<br>Morristown TN 37816 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James W Hilbert<br>6336 SW South Pointe Dr<br>Auburn KS 66402 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James W McBride<br>25 SW Peppertree Ln<br>Topeka KS 66611 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James W Parrish<br>700 SW Jackson St Ste 200<br>Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |

Sheet no. __97__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $            0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,       Case No. _____

                  **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jana Voos<br>8234 Park Hill Circle<br>Lenexa KS 66215 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jane Carpenter<br>3771 Stonybrook Dr<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jane Carpenter<br>Trustee of Jane Carpenter Trust<br>3771 Stonybrook DR<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jane E Shults Living Trust<br>Jane E Freed Trustee<br>10801 N Meridian<br>Valley Center KS 67147 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Janice and Charles Griffin<br>1618 W 22nd<br>Hutchinson KS 67502 | | | Equity shareholder | | | | Notice Only |

Sheet no. _98_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,   Case No. _____
            **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Janice Henry 438 NW 58th St Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Janice K. Davis c/o Connie L Hartley 801 Morningside Terrace Osage City KS 66523 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Janile M and Kevin L Heinen 4220 SE Iowa Topeka KS 66609 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Janine M Mohan 125 Kansas Ave Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Jared M and Angela D Stange 4501 Newport Dr Norman OK 73072 | | | Equity shareholder | | | | Notice Only |

Sheet no. __99__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $          0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
           **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jared N Warford<br>15902 Highway 70<br>Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jason C and Brenda Rziha<br>511 N Longmore<br>Chandler AZ 85224 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jason Dale<br>207 Sunset Ln<br>Maple Hill KS 66507-9402 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jason K. Rew<br>Cochran, Oswald & Roam, LLC<br>601 NW Jefferson, PO Box 550<br>Blue Springs, MO 64013 | | | Represents Progress Instruments, Inc. | X | | | Notice Only |
| ACCOUNT NO.<br><br>Jason S. or Maurus C. Blick<br>315 Franklin<br>Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |

Sheet no. __100__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $              0

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jason W Coates<br>Gary D Coates Trustee<br>1471 NW Taylor #35<br>Topeka KS 66608 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Jay and Stacey Gertsberger<br>7216 Wallace Ave<br>Kansas City MO 64133 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Jay D McKee<br>14521 Dearborn<br>Overland Park KS 66223 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Jay L and Debra K Smith<br>945 Woodridge Ct<br>Wichita KS 67206 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Jay T and Susan E Ladenburger<br>4309 SW Eagle Pointe Rd<br>Topeka KS 66610-1573 | | | Equity shareholder | | | | Notice Only |

Sheet no. __101__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____ ,     Case No. _____
           **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jayne and Russ Sayers<br>1010 Road S<br>Clarkson NE 68629 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jaytide Investments LLC<br>PO Box 189<br>Teton Village WY 83025 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jeannine York-Schardt<br>902 S Beach St<br>Ormond Beach FL 32174 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jeffery Moore<br>137 Ainsworth Circle<br>Palm Springs FL 33461 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jeffrey D Plymire<br>201 E 7th<br>Beloit KS 67420 | | | Equity shareholder | | | | Notice Only |

Sheet no. __102__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $          0

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,    Case No. _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Jeffrey L. and Joni A Burkett 3450 SW Brandywine CT Topeka KS 66614 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Jennifer A McKee 14521 Dearborn Overland Park KS 66223 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Jennifer Barr 2003 SE Regency Park DR Topeka KS 66614 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Jennifer E Butts 5958 SW 24th Terrace Topeka KS 66614 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Jennifer E Henderson and George Eberhart 1610 West Highland Box 23 Chicago IL 60660 | | | | | | | Notice Only |

Sheet no. __103__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $              0

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jennifer Lee Woodward<br>c/o Jim Woodward<br>5043 SW 28th St<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jeremy David Strober<br>c/o Lawrence Strober<br>4259 189th Ave SE<br>Issaquah WA 98027 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jeremy Slusher<br>103 Sycamore Dr<br>Royal Palm Beach FL 33411 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jerri Shaffar<br>3406 SE Walnut Drive<br>Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jerry and Jennifer Bauer<br>c/o Mr. Michael Paulson<br>7822 SW 27th<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __104__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
        **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jerry Cheng-Kang Liu<br>17575 Orange Terrace<br>Yorba Linda CA 92886 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jerry D Edmonds<br>1468 E #1 Rd<br>Berryton KS 66409 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jerry Proctor<br>PO Box 214 #7 Stevie Court<br>Goddard KS 67052 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jesse Bates<br>Ginger White Trustee<br>1501 N University Suite 600<br>Little Rock AR 72207 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jessica A Stillwell<br>8405 W Central Apt 2313<br>Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |

Sheet no. __105__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____

           **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jessica Bruzios<br>2017-D N Lincoln Ave<br>Chicago IL 60614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jessica R Warford<br>15902 Highway 70<br>Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jim D or Barbara G Hoskins<br>5294 Butterfield Dr<br>Joplin MO 64804 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jim Houghton<br>4620 Petit Ave<br>Encino, CA 91436 | | | Legal Note Holder | | | | 201,586 |
| ACCOUNT NO.<br><br>Jim Lance Woodward<br>5040 SW 28th St<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __106__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $     201,586

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,    Case No. _____
              **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jim Lance Woodward<br>Sun America Trust FBO Jim Lance Woodward<br>5041 SW 28th St<br>Topeka KS 66615 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jimmie and Katherine Rodden<br>9826 Farley St<br>Overland Park KS 66212 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Joan Gordon<br>1050 Court Street #318<br>San Rafael CA 94901 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>JoAnn Sittenauer<br>Trustee of the JoAnn Sittenauer Trust<br>920 NE 43rd St<br>Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Joanna M. Carpenter<br>Jane H. Carpenter, Custodian<br>3771 Stonybrook DR<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. __107__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __QuVis, Inc._____,    Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Joe and Irene Evans 1760 Mt hood 452-1422 Las Vegas NV 89115 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Joe Tseng 21 E Los Olivos Santa Barbara CA 93105 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John & Sara Anderson 16359 S Sunset Olathe KS 66062 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John A McGivern 3333 SE 21st St Topeka KS 66607 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John A. Bausch 4220 SE Iowa Ave Topkea KS 66604-1952 | | | | | | | Notice Only |

Sheet no. __108__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $          0

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,                    Case No. _____
                                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John and Cindy Olsen 2728 SW Chauncey Ct Topeka KS 66614 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John and Danna Hayes 7831 Queens Cove Lisle IL 60532 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John and Denise Pacholski 1421 Hamilton Drive Broadway Heights OH 44147 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John C Garrett 1405 W Omaha Pl Broken Arrow, OK 74012-0415 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John C Long 42 Melody Lane Wellington KS 67152 | | | | | | | Notice Only |

Sheet no. __109__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                          0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,      Case No. _____
           **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>John C Roy<br>3545 NW Menoken Rd<br>Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br><br>John C Valley IRA<br>c/o UMB Bank Trustee<br>PO Box 419226<br>Kansas City MO 64141 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br><br>John Calhoun<br>3572 SugarPlum Ln<br>Port Orange FL 32129-7630 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br><br>John D and Patricia Irwin<br>c/o UBS<br>1 N Wacker Suite 3500<br>Chicago IL 60606 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br><br>John Dillion and Barbara Lynn McCall<br>1516 W Poplar<br>Olathe KS 66061 | | | Equity shareholder | | | | Notice Only |

Sheet no. __110__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 0

Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                    ,          Case No. _____
                 **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John E Howe Trustee of John E Howe Trust 26303 W 111th Terrace Olathe KS 66061 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John F Alden 247 E Chestnut St Apt 2501 Chicago IL 60611-2416 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John F McGivern II 3333 SE 21st St Topeka KS 66607 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John Gould 29 Waverton Dr St Louis MO 63124 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| John J Ambrosio Profit Sharing Plan 5897 SW 29th St Topeka KS 66614-2486 | | | | | | | Notice Only |

Sheet no.  111  of  250  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                    0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                              ,        Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> John J and Monica Miller II <br> 21134 W 71st <br> Shawnee KS 66218 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> John J Iserman <br> 1211 Navajo Dr <br> St Marys KS 66536 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> John J Matalone IRA <br> c/o UMb Bank na Trustee IRA Dept <br> PO Box 419620 <br> Kansas City MO 64179-0756 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> John J Miller <br> 526 S 29th <br> Lincoln NE 68510 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> John L Simms <br> 2601 SW 17th St <br> Topeka KS 66604-2669 | | | Equity shareholder | | | | Notice Only |

Sheet no. __112__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,  Case No. _____
                **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>John Marshall Brier<br>2901 Smallman St Apt 4e<br>Pittsburg PA 15201 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>John N. Hermes<br>McAffee & Taft<br>10th FL Two Leadership Square<br>211 North Robinson<br>Oklahoma City, OK 73102-7103 | | | Represnts MTV Capital LP<br>Case No. 07-cv-981-HE | X | | | Notice Only |
| ACCOUNT NO.<br><br>John P Silkiner Trust<br>12725 High Dr<br>Leawood KS 66209-1610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>John Phillip and Cynthia S Posten<br>1701 NW 78th St<br>Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>John R and Lisa M Hanna<br>16322 S Stagecoach Dr<br>Olathe MO 66062 | | | Equity shareholder | | | | Notice Only |

Sheet no. __113__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $           0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>John R Schuster<br>26 E 29th Circle<br>Fayetville AR 72701 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>John R Young<br>508 W North St<br>Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>John R. & Marilyn L. Atchley<br>5957 SW 31st<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>John R. and Cynthia L Barry<br>599 Auburn Rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>John R. Bailey, Sr<br>27506 Old School House Rd<br>Ardmore AL 35739-8430 | | | Equity shareholder | | | | Notice Only |

Sheet no. __114__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF*

In re  QuVis, Inc.                                    ,     Case No. _____
   **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> John Watson <br> 4500 West Hindsdale <br> Littleton CO 80128 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Johnathon and Julie Meraz <br> PO Box 159 <br> Plainview NE 68769-0159 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Johnathon Russo <br> 75 Bank St Apt 2H <br> New York NY 10014 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Johnny Lee Stone <br> 6520 Peppermill Dr <br> Las Vegas NV 89146 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Johnson Brothers Investments Inc <br> PO Box 205 <br> Bigelow AR 72016 | | | Equity shareholder | | | | Notice Only |

Sheet no.  115  of  250  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $              0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jon K and Devon M Kirkpatrick <br> 12138 Farley <br> Overland Park KS 66213 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Jon M Flickinger <br> 2921 SW Wanamaker Dr Ste 107 <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Jon M Hollis <br> 919 1/2 N 11th St <br> Manhattan KS 66502 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Jonathan Russo <br> 230 W 55th, Suite 29D <br> New York, NY 10019 | | | Legal Note Holder | | | | 73,293 |
| ACCOUNT NO. <br><br> Joseph C Eason <br> 102 Wingding Way <br> San Antonio TX 78232 | | | Equity shareholder | | | | Notice Only |

Sheet no. __116_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $   73,293

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  QuVis, Inc. _____,     Case No. _____
               **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Joseph Ebbett Jones <br> 4885 S Quebec St #327 <br> Denver CO 80237-2717 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Joseph Gerard Herold Trust <br> c/o Joseph Herold Trustee <br> PO Box 3846 <br> Topeka KS 66604-6846 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Joseph Minotti <br> 77 Wellwater Dr <br> Palm Coast FL 32164-7836 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Joshua P Morello <br> c/o Minority Trust <br> 3 Hershey Rd <br> Wayne NJ 07470 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Joy L and Richard L Warren Jr <br> 7512 Yorkshire Ct <br> Amarillo TX 79121 | | | Equity shareholder | | | | Notice Only |

Sheet no.  117  of  250  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,    Case No. _____
           **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Joyce Scheckel IRA <br> c/o UMB Bank na Trustee <br> PO Box 419226 <br> Kansas City MO 64141-6226 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Judd Fite <br> 1003 Hwy 35 <br> Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Judith A Walton <br> 2201 SE California Ave <br> Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Judy A Davis <br> 19 Snead Lane <br> Amarillo TX 79124-1717 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Judy K Row <br> 6410 SW Suffolk Rd <br> Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. __118__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   QuVis, Inc. _____,   Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Judy Warkentine <br> 6539 SW Vorse Rd <br> Auburn KS 66402 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Julie Paulson <br> c/o Michael Paulson <br> 3 Park Lane <br> Canton SD 57013 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Justin A Leis <br> c/o Laura Marie Leis <br> 2835 SW Mission Woods Dr <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Justin and Kelly Howe <br> 19582 W 105th <br> Olathe KS 66061 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Justin E. or Maurus C. Blick <br> 315 Franklin <br> Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |

Sheet no. _119_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
          **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Kadie Ausherman Kenbe Goertzen, Custodian 2921 SW Wannamaker Dr, Ste 107 Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Kaga Electronics 2-2-9 Hongou Bunkyou-ku Tokyo, Japan 133-8503 | | | Legal Note Holder | | | | 2,821,747 |
| ACCOUNT NO. Kaitlyn Morgan 8438 W Northridge Ct Wichita KS 67205-1665 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Kalisha Crawford 108 West 17th St New York NY 10011 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Kansas City Star 1729 Grand Blvd. Kansas City, MO 64108 | | | | | | | 738 |

Sheet no. __120__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    2,822,485

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
             **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kansas Imaging Consultants PA Profit Sharing Plan FBO Thomas Cox Merrill Lynch Attn: Julie Staehr 2959 N Rock Rd, Suite 200 Wichita, KS 67226 | | | Legal Note Holder | | | | 110,390 |
| ACCOUNT NO. 6906<br><br>Kansas Turnpike Authority PO Box 780007 Wichita, KS 67278-0007 | | | | | | | 125 |
| ACCOUNT NO.<br><br>Kara L Heitz 260 Yorkshire Rd Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Karen B Waters 5504 SW Fairlawn Rd Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Karen D Meyer PO Box 3880 Topeka KS 66604-6880 | | | Equity shareholder | | | | Notice Only |

Sheet no. __121__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    110,515

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    QuVis, Inc.                                                    ,          Case No. _____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Karen James<br>918 Shady Way<br>Wichita KS 67203 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Karen S Disidore<br>c/o MC Industries<br>3601 SW 29th St<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Karol A Luttjohann<br>4841 SW 21st St Ste 201<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Katharine F. Bennett<br>PO Box 89<br>Lake Forest, IL 60045 | | | Legal Note Holder | | | | 301,986 |
| ACCOUNT NO.<br><br>Kathleen H Werner Trust<br>Kathleen H Werner Trustee<br>2912 Sunset Rd<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. 122 of 250 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $        301,986

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___QuVis, Inc._____,  Case No. _____
            **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kathleen R Urbom<br>700 Jackson Suite #204<br>Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kathleen Roberts<br>18260 S Sunset Dr<br>Olathe KS 66062 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kathryn Groesbeck<br>6027 SW 36th St<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kathy Backhus<br>c/o Dennis Petterson<br>338 SW Greenwood Ave<br>Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kayla Keating<br>400 Prospect St Apt 233<br>La Jolle CA 92037 | | | Equity shareholder | | | | Notice Only |

Sheet no. __123_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>QuVis, Inc.</u>_____,  Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Keith and Cynthia Pfeifer<br>328 W 33rd St<br>Hays KS 67601 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Keith and Marlene Kohlmeier<br>3337 NW Bent Treen Ln<br>Topeka KS 66618-3476 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Keith Stelting IRA<br>c/o Kaw Valley State Bank Cust.<br>1110 N Kansas Ave<br>Topeka KS 66608 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kelly Ann Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kelsi Ausherman<br>Kenbe Goertzen, Custodian<br>2921 SW Wannamaker Dr, Ste 107<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. <u>124</u> of <u>250</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $            0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
            **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Kemnitzer Design Inc<br>10275 Shadow Ridge Dr<br>Olathe KS 66061 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br><br>Kenbe D. Goertzen<br>2921 SW Wannamaker Dr Ste 107<br>Topeka KS 66614 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br><br>Kenneth B Nelson<br>247 E Chestnut St Apt 2501<br>Chicago IL 60611-2416 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br><br>Kenneth E Teter<br>3609 SW Kings Forest Rd<br>Topeka KS 66610-1553 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br><br>Kenneth Goertzen<br>PO Box 4287<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |

Sheet no. __125__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __QuVis, Inc._____,  Case No. _____
           **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Kenneth R Shifflett 3212 Sunrise Dr Guntersville AL 35976 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Kenny Kalfin c/o Lisa Martinez 94 North Shining Sun Rd Santa Fe NM 87506 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Kevin and Arlene Evans 3708 SW Lincolnshire Rd Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Kevin and Tricia Buggs 1436 Alvarado Ave Burlingame CA 94010 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Kevin Friesen Brenda K or Kevin L. Friesen Trustees Greg Knoll, Esq Telthorst and Noll LLC 3620 SW Fairlawn Rd Suite 201 Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. _126_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                    0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  QuVis, Inc.                                          ,          Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kevin L and Kathy L Vickery<br>425 Maple Ln<br>Wichita KS 67209 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kevin R and Lori A Rathert<br>2874 Wilderness Ct<br>Wichita KS 67226 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kim and Kevin Bilderback<br>5824 Lennox Hill Dr<br>Plano TX 75093-8059 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kim Roam<br>Cochran, Oswald & Roam, LLC<br>601 NW Jefferson, PO Box 550<br>Blue Springs, MO 64013 | | | Represents Progress Instruments, Inc | X | | | Notice Only |
| ACCOUNT NO.<br><br>Kimberly M Hurn Mckinley<br>903 Valley Dr<br>Norton KS 67654-2308 | | | Equity shareholder | | | | Notice Only |

Sheet no. 127 of 250 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF*

**Case 09-10706     Doc# 17     Filed 05/19/09     Page 163 of 525**


In re __QuVis, Inc._____,     Case No. _____
          **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kristen C Voos<br>310 East 71st St Apt 7K<br>New York NY 10021 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kristie & Charles Baker<br>704 N. Cedar St<br>Abilene KS 67410 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>KTEC Holdings Inc<br>214 SW 6th St First Floor<br>Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kurt & Patricia Bossert<br>6832 SW 43rd St<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kurt A Wright<br>5333 McAuley Dr Ste 5016<br>Ypsilanti, MI 48197-1014 | | | Equity Shareholder | | | | Notice Only |

Sheet no. __128_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $                0

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
            **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kurt Eskilson<br>4825 Berryton RD<br>Berryton KS 66409 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kutak Rock LLP<br>1101 Connecticut Ave, N West<br>Washington, DC 20036 | | | | | | | 98,783 |
| ACCOUNT NO.<br><br>Kyle Sabatini<br>c/o Mr Frank Sabatini<br>123 SW 6th St<br>Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kyle Shults<br>633 Wheatland<br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Lance Horne<br>1 Columbus Place Apt N-18B<br>New York NY 10019 | | | Equity shareholder | | | | Notice Only |

Sheet no. __129__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $       98,783

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lance Malmstrom<br>13395 118th Rd<br>Hoyt KS 66440-9694 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Landon Zwiesler<br>12017 W Meribeau Ct<br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Larry and Sandra Swafford<br>5800 Purdue<br>Amarillo TX 79109 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Larry D and Charlene Plymire<br>201 E 7th<br>Beloit KS 67420 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Larry E & Carole M Challinski<br>1115 E Forest Hills Dr<br>Phoenix AZ 85022 | | | Equity shareholder | | | | Notice Only |

Sheet no. __130__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $                    0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　Larry G Waters 1943 SW Oakley Ave Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.　　　　Larry L. Brown c/o Linda A Grimes 3041 SE Eveningtide Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.　　　　Larry Strober 17 Redwood Dr San Rafael CA 94901 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.　　　　Laura Avalos-Evon 1817 Burnette Ave Jefferson City, TN 37760 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.　　　　Laura Lee Row 13345 Hemlock Overland Park KS 66210 | | | Equity shareholder | | | | Notice Only |

Sheet no. __131__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Laura Marie Leis <br> 2835 SW Mission Woods Dr <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Laura Yalem <br> 16786 Benton Taylor Dr <br> Chesterfield MO 63005-48779 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Lauren Zwiesler <br> 12017 W Meribeau Ct <br> Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Lawrence E and Jennifer J Connell <br> 5749 SW 33rd St <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Lawrence Strober <br> 3720 NE Spring Meadow Ct <br> McMinnville, OR 97128 | | | Legal Note Holder | | | | 21,916 |

Sheet no. __132__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 21,916

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  QuVis, Inc._____ ,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lee E and Anne Marie Snook <br> 3430 SW Stoneybrook DR <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Lee F Fischer <br> RR 3 - Box 128 <br> Larned KS 67550 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Lee F Fischer IRA <br> Bankan and Company FBO <br> c/o Bank of Kansas <br> PO Box 1707 <br> Hutchinson KS 67504 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Lee L. Crawford <br> 6021 NW Westbrooke Dr <br> Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Leo and Mary Lou LaFauce <br> 1135 Flossie Cir <br> Boubonnais IL 60914-4564 | | | Equity shareholder | | | | Notice Only |

Sheet no. __133__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $              0

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __QuVis, Inc._____,     Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Leo Leonard 13 Llosee Palm Coast FL 32164-5876 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Leona S Wyant Trustee Donald and Leona Wyant Revocable Trust 350 Parkridge Wichita KS 67209 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Leslie E Diehl 3600 SW Randolph Sq Unit 43 Topeka, KS 66611-3000 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Lila A Williams 5130 SW 25th St Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Linda Bixler 3121 SW Briarwood Circle Topeka KS 66611 | | | Equity shareholder | | | | Notice Only |

Sheet no. __134__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
            **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Linda D Shults<br>Revocable Trust<br>701 N Brookfield<br>Wichita KS 67206 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Linda Eisenhut<br>2341 SE 85th St<br>Berryton KS 66409 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Linda J Toller IRA<br>Fahnestock and Co Inc Custodian<br>1835 Collins<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Linda J Tuller<br>c/o Gary Baker<br>1835 Collins<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Linda M Kemnitzer<br>106 East Dartmouth<br>Kansas City MO 64113 | | | Equity shareholder | | | | Notice Only |

Sheet no. __135__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $          0

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Linda McBride<br>25 Peppertree<br>Topeka KS 66611 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Linda R Escher IRA<br>c/o UMB Bank Trustee<br>PO Box 419226<br>Kansas City MO 64141 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Lisa and Terry Carney<br>2144 SW 36th<br>Topeka KS 66611 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Lisa J Fahnholz<br>19844 Rosewood Dr<br>Stillwell KS 66085 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Lisa Miller and Colin Mahoney<br>723 Mass Apt 2<br>Lawrence KS 66044 | | | Equity shareholder | | | | Notice Only |

Sheet no. __136_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $              0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __QuVis, Inc._____,     Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lisa Rebel<br>1702 Agnes<br>Hays, KS 67601 | | | Legal Note Holder | | | | 13,261 |
| ACCOUNT NO.<br><br>Lloyd E O'Brien Trust<br>2326 Downing<br>Westchester IL 60154-5149 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Logan Business Machines<br>417B NE Hwy 24<br>Topeka, KS 66608 | | | | | | | 335 |
| ACCOUNT NO.<br><br>Lois Arnold<br>3333 SE 21st St<br>Topeka KS 66607 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Lois C Churchill<br>37 Villa Louisa Rd<br>S Glastonbury CT 06073 | | | Equity shareholder | | | | Notice Only |

Sheet no. __137_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $              13,596

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                    ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  -  32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lola K Keller<br>4637 Liberty<br>Kansas City MO 64112 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Lolita Lee<br>1625 Amhurst Way<br>Concord CA 94518 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Lou Mazzucchelli<br>947 Linwood Ave.<br>Ridgewood, NJ 07450 | | | | | | | 798 |
| ACCOUNT NO.<br><br>Louis J Mazzucchelli and Susan G Paffrath<br>12 Park Hill Ln<br>Larchmont NY 10538 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ludwig Bravman<br>3333 Henry Hudson Pkwy<br>Apt 6E<br>Riverdale NY 10463-3233 | | | Equity shareholder | | | | Notice Only |

Sheet no. __138__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                     798

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __QuVis, Inc._____,    Case No. _____
                   **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lusk Declaration of Trust<br>c/o Theodore E and Beverly J Lusk Trustees<br>6591 Rocky Crest Dr<br>San Jose CA 95120 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Luttjohann Investment Partnership<br>c/o John R Luttjohann<br>PO Box 1776<br>Topeka KS 66601 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Lutz Janitorial Service<br>8425 SE California St.<br>Berryton, KS 66409 | | | | | | | 546 |
| ACCOUNT NO.<br><br>Lynn A. Bishop<br>3339 SW 34th Ct<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Lynn S McGivern<br>3408 SW Mission<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __139__ of __250__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $       546

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
             **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lynn Shaver <br> 191 Twin Oak Dr <br> Guntersville AL 35976 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Lynne Duling <br> 141 S Mars <br> Wichita KS 67209 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> M2 Design <br> 5902 Locus <br> Kansas City, MO 64110 | | | | | | | 522 |
| ACCOUNT NO. <br><br> Madison Government Affairs <br> 444 N Captiol St Northwest #601 <br> Washington, DC 20001 | | | | | | | 60,208 |
| ACCOUNT NO. <br><br> Mara Sabatini <br> c/o Mr Frank Sabatini <br> 124 SW 6th St <br> Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |

Sheet no. __140__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $      60,730

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Margaret B Kidd <br> 1402 Misty Dr <br> Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Marhsall W. Brier II <br> 2385 Park Chesapeake <br> Lusby MD 20850 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Marica Bone <br> 7225 SW Palace Dr <br> Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Marietta S Lies <br> 2363 Cardinal Dr <br> Wichita KS 67204 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Marilyn and Johna Lentz <br> 5339 NW 70th <br> Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |

Sheet no. __141_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Marilyn Stoknes <br> 5440 Diamond Place NE <br> Bainbridge Island WA 98110 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Marilyn Waddell <br> 4513 East Boston Ave <br> Wichita KS 67218 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Marion and Brenda Little <br> 1904 Fairmont Dr <br> Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Marion Hawks <br> 1803 SW Stutley Rd <br> Topeka KS 66615-1325 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Marion Little <br> 1501 No University Ste 600 <br> Little Rock AR 72207 | | | Equity shareholder | | | | Notice Only |

Sheet no. __142__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $                     0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __QuVis, Inc._____,     Case No. _____
              **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Marion Little<br>Trustee of Bates Trust<br>1501 No University Ste 600<br>Little Rock AR 72207 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Marjorie Helen Baugher Trust<br>2233 Sandplum Ct<br>Wichita KS 67205 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mark A and Kathleen A Ward<br>3436 SE Pueblo Place<br>Tecumseh KS 66542 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mark A and Linda J Pierce<br>3048 SE 61st<br>Berryton KS 66409 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mark A. and Janet L Cairnes<br>901 Congressional Dr<br>Lawrence KS 66049 | | | Equity shareholder | | | | Notice Only |

Sheet no. __143__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
       **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mark and Angela Leggio <br> c/o Mr Michael Paulson <br> 3001 Fox Chase Run <br> Bloomington IN 47401-8874 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mark and Kelly Gottschalk <br> 4604 Barkbridge Ct <br> Chesterfield VA 23832 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mark and Mary E Kidd <br> 1608 SW High <br> Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mark and Pamela Toal <br> #6 Cherokee Trail <br> Ormond Beach, FL 32174 | | | Legal Note Holder | | | | 108,122 |
| ACCOUNT NO. <br><br> Mark Conboy <br> 2313 SW Stone Ave <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __144__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  108,122

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mark Cunningham<br>3007 SW Burnett Rd<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mark Dorsten<br>Protector Home Protector<br>PO Box 69<br>Bokeelia FL 33922 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mark E Shwartz<br>6142 SW 38th Terrace<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mark Foster<br>PO Box 729<br>Goddard KS 67052 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mark Gillis<br>607 N Market<br>Benton AR 72015 | | | Equity shareholder | | | | Notice Only |

Sheet no. __145__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
         **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mark Hall <br> c/o Kathleen Cain, c/o Michael Paulson <br> 2749 SW Lagito Dr <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mark J McGivern <br> 3333 SE 21st <br> Topeka KS 66607 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mark Porter <br> 2620 Chamberlain Ave <br> Madison WI 53705 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mark Shively <br> 8110 Bekemeyer <br> Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mark Toal <br> 54 Oakmont Cir <br> Ormond Beach FL 31174 | | | Equity shareholder | | | | Notice Only |

Sheet no. __146_ of _250_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $         0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
               **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mark V and Lisa A Heitz<br>B300<br>260 Yorkshire RD<br>Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mark W and Karen Hein<br>6809 Haskins<br>Shawnee KS 66216 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Marsha J Thomas<br>c/o Patricia A Ferris<br>H-25<br>Lake Lotawana MO 64086 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Marshall and Nichole Kass<br>11217 NW 70th Court<br>Parkland FL 33076 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Martin and Ann Schmiedeler<br>c/o Mr Michael Paulson<br>9234 SW 37th St<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __147__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $       0

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
               **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Martin and Deborah Scheckel<br>1355 Hastings<br>Naperville IL 60563 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Martin L and Pamela S Gies<br>2436 SE Cuvier Dr<br>Tecumseh KS 66542 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Marty and Patty Sterneker<br>1461 N Judith<br>Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mary A. Eddy IRA<br>c/o Kaw Valley State Bank<br>1110 N Kansas Ave<br>Topeka KS | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mary Isabelle Corrado<br>8521 N Beman Ave<br>Kansas City MO 64154 | | | Equity shareholder | | | | Notice Only |

Sheet no. __148__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mary Jane Bradley<br>Mary Jane Bradley Trust<br>9330 NE 109th Terrace<br>Kansas City MO 64157 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mary L Ingle IRA<br>22657 W 220th St<br>Spring Hill KS 66083 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mary Lee Stelting<br>3217 SW Westwood G<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mary Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mary Lynn and Joseph Dando<br>3739 E Monroe<br>Springfield MO 65809 | | | Equity shareholder | | | | Notice Only |

Sheet no. __149__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤　$　　　　　　0

Total➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____

_____**Debtor**_____  _____**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mary Sabatini<br>c/o Mr Frank Sabatini<br>125 SW 6th ST<br>Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Masatoshi Hatori<br>c/o Scott McCallum<br>84 Pleasant St<br>San Fransico CA 94108 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Matthew and Christine Weber<br>2518 S Denene Ct<br>Wichita KS 67215 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Matthew Hamburger<br>6407 NW 99th Ave<br>Parkland FL 33076 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Matthew J Coates<br>Gary D Coates Trustee<br>1471 NW Taylor #35<br>Topeka KS 66608 | | | Equity shareholder | | | | Notice Only |

Sheet no. __150__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Matthew S Oliver 2958 SE Peck Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  Maurice A. and Leslie Bergeron PMB 6315 PO Box 2428 Pensacola FL 32513 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  Maurus C. Blick or Brenda J. Dageford 315 Franklin Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  Max Lloyd 1093 Commerce Park Dr Suite 300 Oak Ridge TN 37830 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  Megan Zwiesler 12017 W Meribeau Ct Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |

Sheet no. _151_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___QuVis, Inc._____,    Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Melissa K Coates <br> Gary D Coates Trustee <br> 1471 NW Taylor #35 <br> Topeka KS 66608 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Melva and Ed Davis, L.P. <br> 19 Snead Lane <br> Amarillo, TX 79124 | | | Legal Note Holder | | | | 53,056 |
| ACCOUNT NO. <br> Merlin and Susan Hussey <br> 6513 Brianwood Circle <br> Wichita, KS 67212 | | | Legal Note Holder | | | | 30,924 |
| ACCOUNT NO. <br> Merlin C and Susan G Hussey <br> 6513 Briarwood Cir <br> Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Merlin Strahn <br> 5500 SW 23rd <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __152__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $    83,980

Total➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Merrilyn W Schinkel<br>5100 West 159th Terrace<br>Overland Park KS 66085 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael & Marie Chin<br>205 Trull Lane East<br>Lowell MA 01852 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael A and Catherine S Patterson<br>7516 SW Arthur Rd<br>Topeka KS 66610-1628 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael and Carolee Wangsgaard<br>115 E J Frick Drive<br>Manhattan KS 66503 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael and Cristina Schippers<br>Route #1 PO Box 146<br>Neodesha KS 66757 | | | Equity shareholder | | | | Notice Only |

Sheet no. __153__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $　　　　　　0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re __QuVis, Inc._____,  Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Michael and Dawn Paulson<br>c/o Mr Michael Paulson<br>2921 SW Wanamaker Dr Ste 107<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael and Deborah Cox<br>6249 Sout Pointe Dr<br>Auburn KS 66402 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael and Delores A Chin<br>205 Trull Lane East<br>Lowell MA 01852 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael and Janice Roberts<br>103 E Main<br>Junction City OH 43748 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael and LeAnn Glenn<br>5312 Congressioal Dr<br>Benton AR72015 | | | Equity shareholder | | | | Notice Only |

Sheet no. __154__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $　　　　　　0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
                 **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Michael and Margaret Lucchetti <br> 20018 E Brightway <br> Moicena IL 60448 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Michael and Martha Crow <br> 4210 SE Paulen RD <br> Topeka KS 66609-9112 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Michael C and Michelle F Werner <br> 3001 SE Burton St <br> Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Michael C Farkas <br> 1755 S Naperville RD Suite 100 <br> Wheaton IL 60187 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Michael C Flanagan <br> 9149 Schweiger #81 <br> Lenexa KS 66219 | | | Equity shareholder | | | | Notice Only |

Sheet no. __155__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                             Subtotal ►    $           0

                                                 Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re QuVis, Inc. _____,  Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Michael C Flanagan Roth IRA Delaware Charter Gaurantee and Trust Co c/o George K Baum and Co 120 W 12th St Kansas City MO 64105 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Michael C Reynolds 2501 SW 35th Terrace Topeka KS 66611 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Michael C. Burton c/o Penny Dawdy 4111 Plum Tree Wichita KS 67226 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Michael E and Karen L Scheopner 6701 SW Hamptonshire LN Topeka KS 66614 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Equity shareholder | | | | |
| Michael J and Debra C Cochenour 8401 Weatherford Ave Brooksville FL 34613 | | | | | | | Notice Only |

Sheet no. 156 of 250 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc. _____ ,  Case No. _____

         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Michael Jacejako<br>1317 Daytona Ave<br>Holly Hill FL 32117 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael K and Karen R Henderson<br>2419 SE Alexander<br>Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael Kann<br>c/o KL Industries<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael King<br>315 Lochmere Drive<br>Morristown, TN 37814 | | | Legal Note Holder | | | | 220,336 |
| ACCOUNT NO.<br><br>Michael Maher<br>2820 S Atlantic Ave<br>Daytona Beach FL 32118 | | | Equity shareholder | | | | Notice Only |

Sheet no.  157  of  250  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 220,336

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____ ,   Case No. _____
                      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Michael O and Linda A Weed <br> 1606 Salem Rd <br> Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Michael Paulson <br> 2735 SW Santa Fe Dr. <br> Topeka, Kansas 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Michael Paulson <br> 2735 SW Santa Fe Drive <br> Topeka, Kansas 66614 | | | | | | | 3,065 |
| ACCOUNT NO. <br><br> Michael R and Janice M King <br> 315 Lochmere Dr <br> Morristown TN 37814 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Michael S Tollefson <br> c/o Dawnita Tollefson Custodian <br> 3119 Huntoon St <br> Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |

Sheet no. __158__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          3,065

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Michael S Underwood IRA c/o UBS Financial Services, Inc CDN FBO Michael S Underwood 1000 Harbor Blvd 6th Floor Weehawken NJ 07086 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Michael Sasso c/o MJWhitman 622 3rd Ave, 32nd Floor New York, NY 10017 | | | Legal Note Holder | | | | 61,784 |
| **ACCOUNT NO.** Michael T and Barbara J Oliver Trust c/o Doris Oliver 457 W Eisenhower Rd Apt 301 Lansing KS 66043-2211 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Michael T Dreher 4110 Munson Ave Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| **ACCOUNT NO.** Michael T Oliver 2874 Darla Lane Grand Junction CO 81501 | | | Equity shareholder | | | | Notice Only |

Sheet no. __159__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 61,784

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Michael T Petterson<br>338 SW Greenwood Ave<br>Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michael T Wilson<br>3718 SW Stonebridge Ct<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michele Toelkes IRA<br>Edward Jones Cust ATTN Liz Little<br>Security Registration Dept<br>201 Progress Parkway<br>Maryland Heights MO 63043 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michelle C Higgs<br>7422 SW Arthurs Rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Michelle Coleen Duncan<br>3342 SW Skyline Dr West<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __160_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Michelle E Miller <br> 2519 SW Arrowhead <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Microland Electronics <br> 1883 Ringwood Ave <br> San Jose, CA 95131 | | | | | | | 15,622 |
| ACCOUNT NO. <br> Mike and Judy Gisel <br> 532 N Wheatland Pl <br> Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Mike McGivern <br> 3130 Skylark Dr <br> Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Miles Weiss <br> 6407 NW 99th Ave <br> Parkland FL 33076 | | | Equity shareholder | | | | Notice Only |

Sheet no. __161__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $     15,622

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,        Case No. _____
               **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Miles Weiss<br>6407 NW 99th Ave<br>Parkland, FL 33076 | | | Legal Note Holder | | | | 30,526 |
| ACCOUNT NO.<br><br>Miles Weiss IRA<br>c/o Grand Bank and Trust of Florida<br>3601 PGA Blvd<br>Palm Beach Gardens FL 33410 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Milton and Patsy Thompson<br>4308 E Ridge View Dr<br>Springfield MO 65809 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Milton Thompson<br>4308 E Ridge View Dr<br>Springfield MO 65809 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Monster, Inc.<br>P.O. Box 90364<br>Chicago, IL 60696-0364 | | | | | | | 1,250 |

Sheet no. __162__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      31,776

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MORI and CO/Acct TM Higgins III<br>Commerce Bank of KC<br>Attn Jim Stratton<br>922 Walnut St - Mail Stop TBTS - 2<br>Kansas City MO 64199-3366 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Morris Laing Evans Brock & Kennedy Chtd.<br>300 N Mead Ste 200<br>Wichita, KS 67202-2745 | | | | | | | 23,247 |
| ACCOUNT NO.<br><br>Morris W and Christa T Taylor<br>3777 SW Woodview Dr<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mouser Electronics<br>1000 N Main St<br>Mansfield, TX 76063-1514 | | | | | | | 3,539 |
| ACCOUNT NO.<br><br>Mr & Mrs Greg Burger<br>3273 Spring Wind Ct<br>Lawrenceville GA 30044 | | | Equity shareholder | | | | Notice Only |

Sheet no. __163__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 26,786

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re QuVis, Inc. , Case No. _____
_____
**Debtor** (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Mr and Mrs Allen Paulson c/o Mr Michael Paulson 3 Park Lane Canton SD 57013 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Mr and Mrs Craig D Poggenpohl 23725 W 55th Street Shawnee KS 66226 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Mr and Mrs Daniel Disiter Sr 3405 NW Harold Ct Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Mr and Mrs Dick VanBockern c/o Dr Michael Paulson 325 N Broadway Canton SD 57013 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Mr and Mrs Donald E Dugan 4434 Colly Creek Dr Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. 164 of 250 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,   Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mr and Mrs Donald E Redford<br>PO Box 422<br>Tonganoxie KS 66086-0422 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Gary L Lucas<br>5216 SW 40th Terrace<br>Topeka KS 66610-2400 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Glenn A Freeman<br>1608 SW MacVicar Ave<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Jerry Lammers<br>2800 SW Tallgrass Dr<br>Topeka KS 66614-6025 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs John A DeLeye<br>3749 SW Springcreek Dr<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. __165__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
                 **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mr and Mrs John R Schade<br>c/o Mr Domenic Corrado<br>12520 Ridgeland<br>Palos Heights IL 60463 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs John W Morgan<br>2416 SW Saturn Dr<br>Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Larry G Waters<br>1943 SW Oakley Ave<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Lester C Keller<br>127 W 30th Ave<br>Hutchinson KS 67502 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Mark B Strube<br>c/o Domenic Corrado<br>7642 Foster Ridge<br>Germantown TN 38138 | | | Equity shareholder | | | | Notice Only |

Sheet no. __166__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,   Case No. _____

             **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mr and Mrs Marvin P Maenhoudt <br> c/o Domenci Corrado <br> 2176 E Court <br> Dyersburg TN 38024 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mr and Mrs Marvin P Maenhoudt Jr <br> c/o Domenic Corrado <br> 710 Hwy, 51 By-Pass PMB 6151 <br> Dyersburg TN 38024 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mr and Mrs Maximus A Lopez <br> 12852 W 88th Cir <br> Lenexa KS 66215-3542 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mr and Mrs Mick Hurley <br> c/o Michael Paulson <br> 409 Meadow Lark Trail <br> Sioux Falls SD 57108-2986 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mr and Mrs Philip H Shuley <br> 5902 W 124th St <br> Overland Park KS 66209 | | | Equity shareholder | | | | Notice Only |

Sheet no. __167__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __QuVis, Inc._____,    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mr and Mrs Randall L Hewitt<br>2101 SW 33rd St<br>Topeka KS 66611 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Randy J Terhune<br>515 Fowler St<br>Maple Hill KS 66507 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Robert Goodall<br>3844 SW Cambridge Ct<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Rodd Miller<br>3523 SW Ashworth<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Ronald E Sulzen<br>10521 Sugumore Rd<br>Leawood KS 66206 | | | Equity shareholder | | | | Notice Only |

Sheet no. __168__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mr and Mrs Sidney D Hoobler<br>PO Box 740<br>Maple Hill KS 66507 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Stephen L Johnson<br>3208 Atwood<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Thomas A McDonnell<br>4909 Sunset Dr<br>Kansas City MO 64112 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and MRs Todd R Williams<br>7048 SW 53rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr and Mrs Willard Steinkuehler<br>1325 SE 43rd St<br>Topeka KS 66609 | | | Equity shareholder | | | | Notice Only |

Sheet no. __169__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                                    0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,  Case No. _____
                **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Mr and Mrs William Dunlap III 7248 Ambassador Pl Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Mr Charles W Smiley 7101 College Boulevard #200 Overland Park KS 66210 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Mr Don K Ausherman c/o Kenbe Goertzen 2921 SW Wannamaker Dr, Ste 107 Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Mr John Stutz c/o Kemnitzer Design 7295 Houston Shawnee KS 66227 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Mr Mark Schraad c/o D3 Inc 2801 Crestline Dr Lawrence KS 66047 | | | Equity shareholder | | | | Notice Only |

Sheet no. __170__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $              0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,      Case No. _____
                    **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mr Patrick W Sargent<br>c/o Domenic Corrado<br>3904 69th St<br>Urbandale LA 50322 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr R Greg Wright<br>2921 Sw Wanamaker Dr<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr Robert D Wittman<br>622 Indiana St<br>Lawrence KS 66044 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr Roger Schmanke<br>6621 Marion Rd<br>Osklaloosa KS 66066 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mr Ronald Wright<br>Wright Trust<br>4704 Sweetmeadow Cir<br>Sarasota FL 34238 | | | Equity shareholder | | | | Notice Only |

Sheet no. __171__ of __250__ continuation sheets attached        Subtotal ▶   $                    0
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                             Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,      Case No. _____
         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mr Terry L Schonlaw <br> 117 SW Courtland Ave <br> Topeka KS 66606-1266 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mr Thomas H Trabon <br> 3441 W 131st Street <br> Leawood KS 66209 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mr. and Mrs. Charles Beall Sr. <br> Co-Trustees of the Ida V. Beall Trust <br> 1527 Ward Parkway <br> Topeka KS 66604-1952 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mrs Cindy L Gavigan <br> 129 E 19th St <br> Manhattan KS 66046-2955 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Ms LeeAnn Woltkamp <br> 1901 Crest Drive <br> Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |

Sheet no. __172_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re  QuVis, Inc. _____,   Case No. _____
      **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ms. Kayann B Ausherman <br> c/o Kenbe Goertzen <br> 2921 SW Wannamaker Dr, Ste 107 <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Murray and Dixie Heinrich <br> Trustees <br> 3900 17th <br> Great Bend, KS 67530 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Myca Mooshian <br> 30 Water Street Apt 8 <br> Attleboro MA 02703 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Myron Bregman <br> 3 Hershey Rd <br> Wayne NJ 07470 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Myron E and Karen Kay Lietz <br> 8415 NW Topeka Blvd <br> Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |

Sheet no. _173_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> NAB <br> 1771 N Street NW <br> Washington, D.C. 20036 | | | | | | | 22,500 |
| ACCOUNT NO. <br> Nancy J Crawford <br> 525 Lawrence Ave <br> Lawrence KS 66049 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Nancy L Hahne <br> PO Box 1409 <br> Norris TN 37828 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Nathan Rziha <br> c/o Robert Rziha <br> RR2 Box 148 <br> Great Bend KS 67530 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> National Association of Theater <br> 750 First St NE <br> Ste 1130 <br> Washington, DC 20002 | | | | | | | 7,000 |

Sheet no. __174__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 29,500

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Neil Foth<br>14305 West 53rd Terrace<br>Shawnee KS 66216 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Neill Weiss<br>6407 NW 99th Ave<br>Parland FL 33076 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Nelson Family Limited Partnership<br>c/o Vernan Nelson<br>247 E Chestnut St Apt 2501<br>Chicago IL 60611-2416 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Newark Electronics<br>4801 N Ravenswood<br>Chicago, IL 60640-4496 | | | | | | | 6 |
| ACCOUNT NO.<br>Nicholas Pastura Jr<br>6020 West 130th St<br>Brookpark OH 44142 | | | Equity shareholder | | | | Notice Only |

Sheet no. __175__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          6

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __QuVis, Inc._____,     Case No. _____

              **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Nichole R Coates <br> Gary D Coates Trustee <br> 1471 NW Taylor #35 <br> Topeka KS 66608 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Nicolas S Morello <br> c/o Minority Trust <br> 3 Hershey Rd <br> Wayne NJ 07470 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Nicole and Michael McLaughlin <br> 30113 N 219th Ter <br> Spring Hill KS 66083 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Nicole Bradley <br> 105 Peavine Creek Ct <br> Decatur GA 30030 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Noble Chiapelli <br> PO Box 253 <br> Waltonville IL 62894 | | | Equity shareholder | | | | Notice Only |

Sheet no. __176__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $            0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____

              **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nobue Kure<br>#103 4-4-10 Kurihara<br>Niiza-Shi, Saitama<br>Japan 352-0035 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Noriyuki Yamagishi<br>34-3-503 Shirahata Mukai-machi<br>Yokohama City, Japan 221-0077 | | | Legal Note Holder | | | | 173,681 |
| ACCOUNT NO.<br><br>Norm and Diane Zoglman<br>2326 N Watersedge Circle<br>Wichita KS 67205 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Norma Lester<br>1038 S Broadway<br>Springfield MO 65804 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Norman Wayne & Diane Faye Goertzen<br>3714 N Victory Rd<br>Buhler KS 67522 | | | Equity shareholder | | | | Notice Only |

Sheet no. __177__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $      173,681

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
               **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Office Max/HSBC Business Solutions<br>PO Box 4160<br>Carol Stream, IL 60197-4160 | | | | | | | 2,140 |
| ACCOUNT NO.<br><br>Oliver London<br>1107 Geroge Ct #3<br>Lawrence KS 66044 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Owen Leonard<br>c/o PNC Bank as Trustee for the IRA<br>of Owen Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Owen Patrick Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Pamela M Higgs<br>3943 Stonybrook Dr<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. __178_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

              Subtotal ►     $       2,140

                 Total ►     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,  Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pamela Toal<br>54 Oakmont Cir<br>Ormond Beach FL 31174 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Paragon Software Group Corp<br>15615 Alton Pkwy, Ste 450<br>Irvine, CA 92618 | | | | | | | 21,009 |
| ACCOUNT NO.<br><br>Paralee Lester<br>4405 S 1201 Rd<br>Eldorado Springs MO 64744 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Pat McGivern<br>3130 SE Skylark Dr<br>Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Patricia A McKee Trustee<br>5825 SW 28th St<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __179__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   21,009

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF*

In re __QuVis, Inc._____,      Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Patricia A Stallbaumer Trust <br> 8624 NE Indian Creek Rd <br> Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Patricia and Douglas Cornett <br> 6413 SW Wentley Ln <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Patricia Clark <br> 2338 SW Westport Dr <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Patricia N Leonard <br> Park 80 West Plaza I <br> Saddlebrook NJ 07663-5087 | | | Equity shareholder | | | | Unknown |
| ACCOUNT NO. <br><br> Patrick D Mulroy <br> 23592 Bel-Ridge Dr <br> Elkhart IN 46516 | | | Equity shareholder | | | | Notice Only |

Sheet no. __180__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc. _____ ,          Case No. _____
           **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Patrick Doherty<br>AG Edwards & Sons<br>Attn: Restricted Stock/Legal Dept<br>One North Jefferson<br>St Louis MO 63103 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Patrick G Sheehy Trustee<br>c/o Dr Patrick G Sheehy<br>6151 SW 38th St<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Patrick Lee and Donna Jean Keller<br>3945 Manly Rd<br>Goddard KS 67052-9213 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Patty and Kelsey Sterneker<br>1462 N Judith<br>Wichita KS 67213 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Paul A Rosenberg<br>203 W Wabash #900<br>Chicago IL 60601 | | | Equity shareholder | | | | Notice Only |

Sheet no. 181 of 250 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                    0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____

                **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paul and Camilla Hass<br>2210 Constitution Ave<br>Enid OK 73703 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Paul F Fischer<br>PO Box 95<br>Larned KS 67550 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Paul J Greenfield<br>880 N Lake Shore Drive<br>Chicago IL 60611 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Paul S. Landis<br>217 E. Park Ave<br>PO Box 1749 (29602)<br>Greenville, SC 29601 | | | Represents Greenville Cinemas, LLC<br>Case No. 2007-CP-23-44448 | X | | | Notice Only |
| ACCOUNT NO.<br><br>Paul T Hendrickson<br>300 E 3rd St<br>Eureka KS 67045 | | | Equity shareholder | | | | Notice Only |

Sheet no. __182__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $       0

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,    Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paula E Davis<br>1210 Alki Avenue SW<br>Seattle WA 98116 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Paula Kovitz<br>375 Cochrane Place<br>Valley Stream NY 11581 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Paula Sue Rayls<br>c/o Jo Lynn Rayls<br>1437 SW Lancaster<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  5724<br><br>PDR-America<br>PDR/Xytronic<br>3869 Dividend Drive, Ste 1<br>Shingle Springs, CA 94582 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Peggy T Loop<br>6364 Upchurch<br>Park City KS 67219 | | | Equity shareholder | | | | Notice Only |

Sheet no. __183_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 0

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>QuVis, Inc.</u>                              ,          Case No. _____

            **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Peter Clifford<br>100 Danbury Rd Apt 2G<br>Ridgefield CT 06877 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Peter E or Jane A Hagstrand<br>207 Greenwood Ave<br>Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Peter Gavigan<br>1520 El Dorado Dr<br>Lawrence KS 66047 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Peter Inova<br>1240 Marion Dr<br>Glendale CA 91205 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Peter J. Caltagirone<br>PO Box 2803<br>Rancho Santa Fe CA 92067 | | | Equity shareholder | | | | Notice Only |

Sheet no. <u>184</u> of <u>250</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $       0

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re <u>QuVis, Inc.</u>                                    ,          Case No. _____
                      **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Peter Montalbano<br>3433 Pueblo Place<br>Tecumseh KS 66542 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Pfister Family Revocable Trust<br>1 Lakeridge Dr<br>Goddard KS 67052 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Philip C and Sandra D Tenhulzen<br>811 Russell Cir<br>Firth NE 68358 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Phillip M. Black<br>c/o Chris Black<br>2712 N 87th St<br>Kansas City KS 66109 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Phyllis Malone<br>2011 Hillview Dr<br>Manhattan KS 66502 | | | Equity shareholder | | | | Notice Only |

Sheet no. <u>185</u> of <u>250</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
                **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pitney Bowes<br>PO Box 856042<br>Louisville, KY 40285 | | | | | | | 137 |
| ACCOUNT NO.<br><br>Principal Financial Group<br>PO Box 2000<br>Mason City, IA 50402-2000 | | | | | | | 21,288 |
| ACCOUNT NO.<br><br>Procurement LLC<br>716 N 119th W Suite 120<br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Progress Instruments, Inc.<br>807 NW Commerce Drive<br>Lee's Sumit, MO 64086 | | | Lawsuit in Missouri Circuit Court | X | | | 177,581 |
| ACCOUNT NO.<br><br>RAAM Management Limited<br>6 Victoria Crescent Rd<br>Glaslow, G12 9DB | | | | | | | 200 |

Sheet no. __186_ of _250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $     199,206

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
               **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Raleigh J Groesbeck<br>Kaw Valley State Bank Custodian<br>FBO<br>6027 SW 36th ST<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ralph Joseph & Jeanne C Carr<br>2521 NW 35th St<br>Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Randal Dyck<br>3018 SW Tutbury Town Rd<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Randall J. Forbes<br>555 S. Kansas Ave<br>PO Box 639<br>Topeka, KS 66601 | | | Represents Ann W. Hesemann Trust<br>Case No. 08-CV-1274 | X | | | Notice Only |
| ACCOUNT NO.<br><br>Randall W Rahberg<br>1821 NE 62nd St<br>Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |

Sheet no. __187_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $        0

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc. _____,    Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Randy Baird <br> 5100 W 10th St Suite 100 <br> Topeka, KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Randy Baird IRA <br> c/o UMB Bank, na Trustee <br> PO Box 419226 <br> Kansas City MO 64141-6226 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Randy Brehm <br> 749 St Andrews <br> Wichita KS 67230 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Randy Goldsmith <br> 3950 SW Gamwell Rd <br> Topeka KS 66610-1455 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Randy Lee Dupler <br> 4416 SW Deer Run <br> Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. __188__ of __250__ continuation sheets attached     Subtotal ▶  $                0
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                              Total ▶     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　Randy N Haas　8011 SW 24th　Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.　　Ray and Winona Duling　9300 W Shade　Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.　　Ray Beers Jr.　Ray Beers Jr Trustee for Ray Beers Trust　2840 SW MacVicar　Topeka KS 66611 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.　　Raymond and Bonnie Harvey　7405 SW Fountaindale Rd　Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.　　Raymond E Novak　14828 East 24th North　Wichita KS 67228 | | | Equity shareholder | | | | Notice Only |

Sheet no. __189__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　　　0

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___QuVis, Inc._____,     Case No. _____
_____**Debtor**_____                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rebecca Floyd <br> c/o Carol Foreman <br> 6855 Kimberly Dr <br> Ozawkie KS 66070-4145 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Rebecca J Rose <br> 6928 Woodson <br> Overland Park SK 66204 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Renee Dorion <br> 2518 N Burns <br> Wichita KS 67204 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Revenue Investments LLC <br> PO Box 1776 <br> Topeka KS 66601 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Rex and Pearl Wilt <br> 1231 NW 62nd <br> Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |

Sheet no. __190__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $            0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Rex W and Dolores A Cornett c/o Patricia A Cornett 6413 SW Wentley Ln Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Rich Miller 986 Blueridge Drive Carson City NV 89705 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Richard and Kathleen Selig 5601 SE Ratner Rd Berryton KS 66409 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Richard and Marlene Nadzam Trustee PO Box 1426 Bodega Bay CA 94923 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Richard and Patricia Seng 2736 Northshore Ct Wichita KS 67205 | | | Equity shareholder | | | | Notice Only |

Sheet no. __191__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $               0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,  Case No. _____
        **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Richard and Sharon Moy<br>1500 40th Ave<br>San Francisco CA 94122-3030 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard Bone<br>256 Earheart Cr<br>Lawrence KS 66049 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard D Higgs Jr<br>7422 SW Arthurs Rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard D Higgs Jr<br>Custodian for Holly Higgs UTMA<br>7422 SW Arthurs Rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard D Higgs Jr<br>Custodian for Jennilee Higgs UTMA<br>7422 SW Arthurs Rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Unknown |

Sheet no. __192__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $               0

Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
            **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Richard D Higgs Jr Self Directed IRA c/o UMB Bank Cust PO Box 419226 Kansas City MO 64141-6226 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Richard Essman PO Box 165 Grantville KS 66429 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Richard G Ehret 3725 SW Springcreek Dr Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Richard Gomez 817 SW Oakley Ave Topeka KS 66606-1957 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Richard Greenberg 1808 N Halstead St Chicago IL 60614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __193__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,      Case No. _____
               **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Richard J Mooney<br>Dick Mooney, Inc<br>PO Box 2350<br>Benton AR 72018-2350 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard J. Baum<br>9 South 606 Brookbank Rd<br>Hinsdale IL 60521-7042 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard L and Doris I Stowe<br>10521 SW 101 St<br>Auburn KS 66402 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard L Munich MD<br>4980 Yoakum Blvd<br>Houston TX 77006 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard S and Kelly A Smalley<br>3718 SW Arvoina Pl<br>Topeka KS 66610-1356 | | | Equity shareholder | | | | Notice Only |

Sheet no. __194__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $          0

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
                 **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Richard Simmons<br>1180 Sunset Dr<br>Broomfield CO 80020 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard Thiessen<br>3023 Cherry Hill<br>Manhattan KS 66503-3011 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard W and Bernice H Owen<br>Trustees of the Richard W and<br>Bernice H Owen Revocable Trust<br>2724 SW Chauncey Ct<br>Topeka KS 66614-4884 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard W and Richell P Baldwin<br>2005 SE 53rd<br>Topeka KS 66609 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard Woltkamp<br>1006 Parkview<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |

Sheet no. __195__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Richmond North and Associates PO Box 963 4232 Ridge Lea Rd Amherst, NY 14226-0963 | | | Reprents Pitney Bowes | | | | Unknown |
| ACCOUNT NO.  Rick and Edna Sterneker 18213 W 103rd St South Clearwater KS 67026 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  Rick B and Sharon R Sands 4340 SE 23rd Terrace Tecumseh KS 66542 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  Rick M Elskamp 7431 SE 37th ST Techumseh KS 66542 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.  Rick Tramp 4408 SW Pinebrook Ln Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __196_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　　　　　0

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
                        **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ricki Borger<br>301 E 47th St Apt 5E<br>New York NY | | | | | | | Notice Only |
| ACCOUNT NO.<br>Rip Howe<br>2600 W 6th St Apt #J8<br>Lawrence KS 66049-4322 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Rita A Stolz<br>RR2 Box 147<br>Great Bend KS 67530 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Rita Newman<br>1610 Wayne<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>RL Kerschen Trust<br>c/o Robert L Kerschen<br>Box 396<br>Cunningham KS 67035 | | | Equity shareholder | | | | Notice Only |

Sheet no. __197__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
         **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1878 <br><br> RMS <br> 4836 Brecksville Rd <br> PO Box 523 <br> Richfield, OH 44286 | | | Represents Underwriters Laboratories, Inc. | | | | Notice Only |
| ACCOUNT NO. 76M1 <br><br> RMS <br> 4836 Brecksville Rd <br> PO Box 523 <br> Richfield, OH 44286 | | | Represents UPS Supply Chain Solutions | | | | Notice Only |
| ACCOUNT NO. 1KAM <br><br> RMS <br> 55 Shuman Rd <br> PO Box 3100 <br> Naperville, IL 60566-7099 | | | Represents Principal Financial Group | | | | Notice Only |
| ACCOUNT NO. <br><br> Rob and Stacey Sterneker <br> 1339 Ashland Ave <br> Columbus OH 43212 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Rob Jensen <br> 1320 Daydream Lane <br> Astor FL 32102 | | | Equity shareholder | | | | Notice Only |

Sheet no. __198__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $       0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robbie and Sandy Duling<br>2829 W 70th S<br>Haysville KS 67060 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert A and Louann L Fulmer<br>3953 SW Marion LN<br>Topeka KS 66610-1566 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert A Willis DDS Inc<br>2230 Patterson Blvd<br>Dayton OH 45409 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert A Woizekski<br>9200 SW 96th Court Rd<br>Ocala FL 34481-6598 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert and Lesa Schippers<br>1819 N Floyd<br>Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |

Sheet no. __199__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤         $                    0

Total ➤         $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                    ,          Case No. _____
            **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Robert and Lili Raymer 2306 SW Brookfield Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Robert and Lillian Faught 3634 SW Spring Creek Ct Topeka KS 66614-3969 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Robert and Maggie Sterneker 2118 SW 170th Ave Cunningham KS 67035 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Robert and Marjorie Zwiesler 2317 N High Point Cr Wichita KS 67205 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Robert and Maureen Washatka 3706 SW Topeka Blvd Ste 202 Topeka KS 66609 | | | Equity shareholder | | | | Notice Only |

Sheet no.  200  of  250  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
                **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert and Maxine Ganer<br>Garner Grossbach & Ganer<br>1995 Broadway 16th Floor<br>New York, NY 10023 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert and Nancy Rziha<br>RR2 Box 148<br>Great Bend KS 67530 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert and Vicki Burgess<br>3602 Coy Burgess Loop<br>Defuniak Springs FL 32435 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert D Hartley II<br>7 Goldeneye Cove<br>Rockymount NC 27804 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert D Proctor<br>PO Box 232<br>Goddard KS 67052 | | | Equity shareholder | | | | Notice Only |

Sheet no. __201__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $              0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
                 **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert D Turner<br>5644 SW 36th St<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert E Ehrlich<br>2317 Trillium Hts<br>Longview WA 98632 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert G and Carolyn A Mauer<br>6021 NW North Hills Dr<br>Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert Holmes<br>c/o Holmes and Assoc<br>3735 SW Wanamaker Rd<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert Holmes IRA<br>c/o UMB Bank<br>PO Box 419226<br>Kansas City MO 64141-6226 | | | Equity shareholder | | | | Notice Only |

Sheet no. __202__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,   Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert J Schippers Trustee<br>David M Lies Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert J Schippers Trustee<br>Gregory A Lies Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert J Schippers Trustee<br>Marietta S Lies Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert J Schippers Trustee<br>Michael J Schippers Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert J Schippers Trustee<br>Robert J Schippers Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | | | Equity shareholder | | | | Notice Only |

Sheet no. __203__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $　　　　　　0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re QuVis, Inc. _____,    Case No. _____
                 **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Robert J Schippers Trustee <br> Robert M Lies Family Trust <br> 2363 Cardinal Dr <br> Wichita KS 67204 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Robert J Schippers Trustee <br> Sue Ann Schippers Zwiesler Family Trust <br> 2363 Cardinal Dr <br> Wichita KS 67204 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Robert J Schippers Trustee <br> Virginia Marie Nevitt Family Trust <br> 2363 Cardinal Dr <br> Wichita KS 67204 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Robert L Oliver <br> 1843 Caryle Lane <br> The Villages FL 32162 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Robert L Oliver <br> c/o Doris Oliver <br> 657 W Eisenhower Rd Apt 202 <br> Lansing KS 66043-2211 | | | Equity shareholder | | | | Notice Only |

Sheet no. 204 of 250 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __QuVis, Inc._____,    Case No. _____
        **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert M and Marrietta S Trustees<br>Robert M Lies Living Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert Newton<br>5654 SW 29th<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert Schuster<br>3712 SW Ashworth Ct<br>Topeka KS 66610-1223 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert Stratton<br>3318 SW Skyline Dr.<br>Topeka, KS 66614 | | | | | | | 302 |
| ACCOUNT NO.<br><br>Robert Stratton<br>3318 SW Skyline Dr.<br>Topeka, KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. __205_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $       302

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                   **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert Telthorst Trustee<br>6734 SW 69th<br>Auburn KS 66402 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Roberta R Johnson<br>7707 W Central Park<br>Wichita KS 67205 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robin B Young<br>201 Peeler Bend Rd<br>Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robin L Fateley<br>6333 SW 32nd St<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Rod Seel<br>8326 SW 77th St<br>Auburn KS 66402 | | | Equity shareholder | | | | Notice Only |

Sheet no. __206__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $             0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
               **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

<div style="text-align:left; writing-mode: vertical">Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rodney Flowers<br>3516 Tillerman Dr<br>Lawrence KS 66049-5105 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Rodney Paletta<br>5625 SW 28th Ct<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Rodney Peake<br>2540 Sunset Dr<br>Belleville KS 66935 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Roger G and Lillian M Miller<br>315 East 1st St<br>Cortland NE 68331-0067 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Roger Miller<br>315 East 1st St<br>Cortland NE 68331-0067 | | | Equity shareholder | | | | Notice Only |

Sheet no. __207__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $            0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___QuVis, Inc._____,        Case No. _____
           **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Roger Schuster<br>1949 Saddle Creek Ct<br>Wichita KS 67206 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Roger Underwood IRA<br>c/o UBS Financial Services Inc CDN<br>FBO Roger Underwood<br>1000 Harbor Blvd Po Box 3321<br>Weehawken NJ 07086 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Roma E Shults<br>Irrevocable Trust<br>14431 W Maple<br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Roma E Shults<br>Revocable Trust<br>14431 W Maple<br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ron and Kristeen Faught<br>2709 Devin Drive<br>Junction City KS 66441 | | | Equity shareholder | | | | Notice Only |

Sheet no. __208__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
_____**Debtor**_____                            _____**(If known)**_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ron and Linda Gwaltney<br>c/o Mr. Michael Paulson<br>6969 SW Fountaindale Rd<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ron and Muriel Koehn<br>2356 Westerman Dr<br>Benton, AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ron Butts<br>5958 SW 24th Terrace<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ron Bynum<br>2616 S Peninsula Dr<br>Daytona Beach FL 32118 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ron Bynum<br>2616 S Penninsula Dr.<br>Daytona Beach, FL 32118 | | | Legal Note Holder | | | | 176,950 |

Sheet no. __209__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   176,950

Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ronald B Kemnitzer<br>14609 Stroubles Creek Rd<br>Blacksburg VA 24060 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ronald K Warta<br>1155 SW Red Oaks Pl<br>Topeka KS 66615 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ronald L. & Martha J. Albers<br>7028 SW 160th St<br>Cunningham, KS 67035 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ronnie Mac and Brenda Smith<br>1308 Crest Circle<br>Benton Ar 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Rosalie Sacks<br>426 NE Forest Ave<br>Topeka KS 66616 | | | Equity shareholder | | | | Notice Only |

Sheet no. __210_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $　　　　　　　0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,  Case No. _____
       **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rosalyn Slater<br>317 NE Burgess St<br>Topeka KS 66608 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Rose Alice Green<br>505 W Cross<br>Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Row Educational Trust No 1<br>William Row Trustee<br>6410 SW Suffolk Rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Row Educational Trust No 2<br>Michael McGivern Trustee<br>6410 SW Suffolk Rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Row Realty Inc<br>6410 SW Suffolk Rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. __211__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____

                **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rozanna L Selley<br>3520 NW 44th Terr<br>Topeka KS 66618 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Russ and Susan Flynn<br>c/o Mr Michael Paulson<br>3112 SW Staffordshire<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Russell and Leslie Wismer<br>12812 W 82nd St<br>Lenexa, KS 66215-2619 | | | Legal Note Holder | | | | 27,394 |
| ACCOUNT NO.<br><br>Russell W Haley<br>PO Box 7930 SE 32nd Terrace<br>Tecumseh KS 66542 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Russell W Haley IRA<br>c/o UMB Bank Trustee<br>PO Box 419226<br>Kansas City MO 64141-6226 | | | Equity shareholder | | | | Notice Only |

Sheet no. _212_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                      Subtotal▶   $       27,394

                                           Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Russell W Keller<br>1711 Dalton Ford Rd<br>Morristown TN 37814 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Russo Living Trust<br>126 Cresent Ln<br>Roslyn Heights NY 11577 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ruth A Shults<br>105 Peavine Creek Ct<br>Decatur GA 30030 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ruth Martin<br>5644 SW 45th St<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ruth Shults<br>105 Peavine Creek Court<br>Decatur, GA 30030 | | | Legal Note Holder | | | | 30,924 |

Sheet no. __213_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                         Subtotal ➤ | $ | 30,924

                                          Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
               **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Ryan Eakin <br> 2111 Kasold Dr., Apt. E102 <br> Lawrence, Kansas 66047 | | | | | | | 500 |
| ACCOUNT NO. <br> Ryan L McGivern <br> 1016 Dartmoor Ln <br> Topeka KS 66604-1975 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Ryan S Coates <br> Gary D Coates Trustee <br> 1471 NW Taylor #35 <br> Topeka KS 66608 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Saeed Jalilpoor <br> 5401 W 132nd Terr <br> Leawood KS 66209 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Sam and Becky Ballard <br> 619 Miller Cove <br> Benton AR 72015 | | | Equity shareholder | | | | Notice Only |

Sheet no. __214__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        500

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __QuVis, Inc._____,    Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sam H Sabaugh Jr <br> Custodian for Alicia <br> 5004 West 131st Terrace <br> Leawood KS 66209 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Sam H Sabaugh Jr <br> Custodian for Jason <br> 5004 West 131st Terrace <br> Leawood KS 66209 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Sam H Sabaugh Jr <br> Custodian for Sam H <br> 5004 West 131st Terrace <br> Leawood KS 66209 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Sandra Hanson <br> 8733 SW 37th <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Sanmina-SCI Corporation <br> 2700 N. 1st St <br> San Jose, CA 95134 | | | Case No. 108 CV 116716 | X | | | 1,049,390 |

Sheet no. __215__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　Subtotal ▶ | $ | 1,049,390

　　　　　　　　　　　　　　　　　　　　　　　　　Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __QuVis, Inc._____,    Case No. _____
                    **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sarah B Lacy<br>1920 SW Pembroke Lane<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sarah C Scheckel<br>22307 Lull St<br>Canoga Park CA 91304 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sarah E Merriman<br>Donna J Geisler<br>3600 Hartford Ct<br>Lawrence KS 66047-3727 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sarah Jane Alright<br>3511 Holmes Rd<br>Kansas City MO 64109 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sarah Stillwell<br>1316 N Denene<br>Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |

Sheet no. __216__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $             0

Total➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                   **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Scott and Cheryl Gales<br>1605 SW Lakeside Dr<br>Topeka KS 66604-2531 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Scott and Deborah Goltl<br>12714 S Taft<br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Scott D and Cheryl S Hankia<br>1707 SW Cheyenne Rd<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Scott W Florence<br>3427 SW James<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sean F Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | | | Equity shareholder | | | | Notice Only |

Sheet no. __217__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,    Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sean L. Bishop<br>3 Birchwood PL<br>Palm Coast FL 32164-7836 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sean LaRue<br>c/o Jaime Stutzman<br>3412 S 148th E Pl<br>Tulsa OK 74134 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sean Leonard<br>c/o KL Industries<br>Park 80 West, Plaza One<br>Saddle Brook, NJ 07663-5807 | | | Legal Note Holder | | | | 77,653 |
| ACCOUNT NO.<br><br>Sean Shuford<br>629 NE Grattan Rd<br>Topeka KS 66616-1234 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sean Shuford<br>629 NE Grattan Rd<br>Topeka KS 66616-1234 | | | Equity shareholder | | | | Notice Only |

Sheet no. __218_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    77,653

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __QuVis, Inc._____,    Case No. _____
                    **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ServerSupply.com, Inc.<br>3100 47th Ave<br>Long Island City, NY 11101 | | | | | | | 347 |
| ACCOUNT NO.<br><br>Service Source, Inc.<br>Dept. 34073<br>PO Box 39000<br>San Francisco, CA 94139 | | | | | | | 2,348 |
| ACCOUNT NO.<br><br>Seth Russo<br>53 Roger Dr<br>Port Washington NY 11050 | | | Equity shareholder | | | | Unknown |
| ACCOUNT NO.<br><br>Seth Russo and Sylvie Nouel<br>53 Roger Dr<br>Port Washington NY 11050 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Shane Mathis<br>4813 SW Fairlawn<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |

Sheet no. __219__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $        2,695

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,       Case No. _____
             **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shane Paletta<br>1023 SW Parkview<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Shane Smith<br>4909 Kavanaugh Blvd<br>Little Rock AR 72207 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Shannon Combs<br>1308 Crest Circle<br>Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Shari Waters<br>225 SW Broadmoor<br>Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sharon L Veach<br>610 N Wheatland PL<br>Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |

Sheet no. __220__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,   Case No. _____
           **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sharon Ruth Buck<br>Revocable Family Trust<br>2760 N. North Shore Ct<br>Wichita KS 67205 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sharon Veach<br>610 N. Wheatland Pl.<br>Wichita, KS 67235 | | | Legal Note Holder | | | | 31,323 |
| ACCOUNT NO.<br><br>Shawn and Rebecca Grimm<br>2530 Yellowstone Cir<br>Wichita KS 67215 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Shawn Paletta<br>11980 158th Rd<br>Mayetta KS 66509 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sheila D Florence<br>2834 SW Cannock Chase Rd<br>Topeka KS 66614-1529 | | | Equity shareholder | | | | Notice Only |

Sheet no. __221__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    31,323

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                          **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shelley or Antony Buckley<br>310 NE Mimosa LN<br>Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Shelly K Reams<br>c/o Barry Walker<br>267 Witter Gulch<br>Evergreen CO 80439 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Shirley S Farrell<br>3111 NE Kincaid<br>Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Skylar Bates<br>Ginger White Trustee<br>1501 N University Suite 600<br>Little Rock AR 72207 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Spencer F. Smith<br>McAffee & Taft<br>10th FL Two Leadership Square<br>211 North Robinson<br>Oklahoma City, OK 73102-7103 | | | Represents MTV Capital LP<br>Case No. 07-cv-981-HE | X | | | Notice Only |

Sheet no. __222__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7810<br><br>Sprint<br>PO Box 8077<br>London, KY 40742-8077 | | | | | | | 1,386 |
| ACCOUNT NO.  1352<br><br>SSI<br>634 2nd St<br>San Francisco, CA 94107 | | | | | | | 2,348 |
| ACCOUNT NO.<br><br>Stacy G. Anderson<br>3505 Beech St<br>Rogers AK 72756 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Stephanie and Tom Coyle<br>PO Box 5<br>Junction City OH 43748 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Stephen A Oliver<br>1520 El Dorado Dr<br>Lawrence KS 66047 | | | Equity shareholder | | | | Notice Only |

Sheet no. _223_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　Subtotal ➤　$　　　3,734
　　　　　　　　　　　　　　　　　　　　　Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____

**Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Stephen A Oliver IRA <br> c/o The Trust Co of KS Custodian <br> 125 N Market Ste 1400 <br> Wichita KS 67201-3699 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Stephen A Oliver Trust <br> 1520 El Dorado Dr <br> Lawrence KS 66047 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Stephen and Bonnie Edwards <br> 629 NE Grattan <br> Topeka KS 66616 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Stephen and Suzanne Huston <br> 2262 Llandovery Ln <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Stephen G and Bonnie S Nordhus <br> RR1 Box 164B <br> Seneca KS 66538 | | | Equity shareholder | | | | Notice Only |

Sheet no. __224__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                    0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __QuVis, Inc._____,  Case No. _____
             **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Stephen J Lambrecht <br> 6142 SE 44th St <br> Tecumseh KS 66542 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Stephen M Meyer Trustee <br> 1830 S 18th St <br> Leavenworth KS 66048 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Stephen Meyer <br> 1830 S. 18th St <br> Leavenworth, KS 66048 | | | Legal Note Holder | | | | Notice Only |
| ACCOUNT NO. <br><br> Stephen S. Caltagirone <br> PO Box 2803 <br> Rancho Santa Fe CA 92067 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Sterling Technology <br> c/o Pat Bradbury <br> 3 Fox Run <br> Sterling MA 01564 | | | Equity shareholder | | | | Notice Only |

Sheet no. __225_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $              0

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __QuVis, Inc._____,    Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Steve and Janey Montgomery <br> 3351 SW Indian Hills Rd <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Steve Horne <br> Tuross Corporation <br> 103 Harvard Ave Ste 3 <br> Half Moon Bay CA 94019 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Steve Huston <br> 2262 Llandovery Ln <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Steve Ryan Proctor <br> 7696 S Monaco Cr East <br> Centennial CO 80112 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Steven and Whitney Thomas <br> 601 NE Tudor Rd Apt 7 <br> Lees Summit MO 64086-5893 | | | Equity shareholder | | | | Notice Only |

Sheet no. __226__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                          0

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____

_____**Debtor**_____  _____**(If known)**_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Steven Fahrion and Patricia Norris 27660 Poppy Drive Willis CA 95490 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Steven Hein Karen S Hein Custodian 6809 Haskins Shawnee KS 66216 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Steven L and Ramona A Gray 16056 US 24 Hwy Lawrence KS 66044 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Steven L. Brown Living Trust Steven W. or Martha G Brown Trustees 2035 E Iron Ave Ste101 Salina KS 67402-2177 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. Steven M Geier 5620 N Hillbrooke Trce Alpharetta, GA 30005-7298 | | | Equity shareholder | | | | Notice Only |

Sheet no. __227__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
               **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Steven Williams<br>6350 S 72nd East Ave<br>Tulsa OK 74133-1121 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Strong Communications<br>901 Central Florida Pkwy, #A3<br>Orlando, FL 32824 | | | | | | | 750 |
| ACCOUNT NO.<br>Structure Law Group, LLP<br>1754 Technology Drive, Ste 135<br>San Jose, CA 95110 | | | Represents Sanmina-SCI Corporation | | | | Notice Only |
| ACCOUNT NO.<br>Stuart and Judith Teitlebaum<br>13484 Umberland Circle<br>Wellington FL 33414 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Susan Adams & Josephine Gonzales<br>PO Box 711<br>Franklin, WV 26807 | | | Equity shareholder | | | | Notice Only |

Sheet no. __228__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $      750

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Susan D. Ancell<br>505 Napa Ave<br>Rodeo CA 94572 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Susan Greenberg<br>2220 N Seeley<br>Chicago IL 60647 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Susan J Ross<br>PMB 13774<br>237 Rainbow Dr<br>Livingston TX 77399-2037 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Susan K. Bernica<br>1631 Lakeside Dr<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>SVSC Incorporated<br>2764 Lake Sahara Dr., Suite 111<br>Las Vegas, Nevada 89117 | | | | | | | 17,335 |

Sheet no. __229_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $     17,335

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2406<br>Synter Reasource Group, LLC<br>PO Box 1041<br>Ashland, VA 23005-4041 | | | Represents DHL Express | | | | 959 |
| ACCOUNT NO.<br>Tamim Hamid<br>15 Twelve Oaks Drive<br>Pleasanton CA 94588 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Tanya McCall<br>2009 Harp Place<br>Topeka KS 66611-2586 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Technical Cable Concepts<br>350 Lear Ave<br>Costa Mesa, CA 92626 | | | | | | | 648 |
| ACCOUNT NO.<br>Technicolor Digital Cinema<br>2255 N Ontario St<br>#300<br>Burbank, CA 91504 | | | | | | | 9,902 |

Sheet no. __230__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      11,509

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                          ,     Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Teresa Oelke <br> 15931 Serenity Point Ln <br> Rogers AR 72756-8615 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Terra and Felicia Miller Haas <br> 7831 NW 21st St <br> Silver Lake KS 66539 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Terrance A and Rosann Osborn <br> 1827 Trefoil Rd NE <br> Waverly KS 66871 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Terri L Gallagher <br> 6908 SW 33rd St <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Terry A Lester <br> PO Box 227 <br> Baldwin City, KS 66006 | | | Equity shareholder | | | | Notice Only |

Sheet no. __231__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $                    0

Total➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
          **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Terry A Milberger IRA <br> c/o Piper Jaffay and Co as Cust FBO <br> Terry Milberger <br> 5724 SW 37th Terrace <br> Topeka KS 66610-1273 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Terry A Millberger Trust <br> 5724 Sw 37th Terrace <br> Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Terry Huffhines <br> 7862 Darnell <br> Lenexa KS 662116 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Terry Stearman <br> c/o Professional Products <br> 505 Washburn <br> Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> The Augustus Strober '98 Trust <br> Larry Strober Trustee <br> 17 Redwood Dr <br> San Rafael CA 94901 | | | Equity shareholder | | | | Notice Only |

Sheet no. __232__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
                            **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> The Costello Co Inc <br> 125 Kansas Ave <br> Topeka KS 66603 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> The Mate Company <br> 336 Bon Air Center PMB256 <br> Greenbrae, CA 94904 | | | | | | | 12,300 |
| ACCOUNT NO. <br><br> Thea Goertzen <br> Kenbe Goertzen Custodian <br> 2921 SW Wanamaker Dr Ste 107 <br> Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Thomas and Adele Horgan Trustees <br> 100 Worcester Loop <br> Los Gatos CA 95030 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Thomas Evans <br> 1519 E Sunshine <br> Springfield MO 65804 | | | Equity shareholder | | | | Notice Only |

Sheet no. __233__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $       12,300

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,    Case No. _____
           **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Thomas G and Gerry L Winters <br> 607 Wheatland <br> Wichita KS 67235 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Thomas Grace <br> 12760 E Bethany Pl <br> Aurora CO 80014 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Thomas H Wilson Trustee <br> Thomas H Wilson Living Trust <br> 405 S 6th St Box 488 <br> Madison KS 66860 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Thomas J and Judith M Grace <br> 8560 Silverberry Ln <br> Bozeman MT 59718 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Thomas J and Judith M Grace <br> Tenants in Common <br> 8560 Silverberry Ln <br> Bozeman MT 59718 | | | Equity shareholder | | | | Notice Only |

Sheet no. __234_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
               **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tiffanie Williams<br>c/o Steven Williams<br>5979 SW 31st Terrace<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Tim and Jane Stearman<br>6677 E Millstone St<br>Highlands Ranch CO 80126 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Tim D Swope<br>7820 SW Huntoon<br>Topeka KS 66615 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Tim Rohr<br>3535 NE Seward Ave<br>Topeka KS 66616 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Timothy and Melinda Shively<br>4995 S Malaya<br>Aurora CO 80015 | | | Equity shareholder | | | | Notice Only |

Sheet no. __235__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $          0

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
                      **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Timothy J and Hildegard B McManus<br>1410 E 345 Rd<br>Berryton KS 66409 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Timothy Kirk and LeAnn Petterson<br>338 SW Greenwood Ave<br>Topeka KS 66606 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Timothy L Mertz<br>62330 Gail Ct<br>Montrose CO 81401 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Timothy M McGivern<br>27 Logan Circle NW #12<br>Washinton DC 20005 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>TM Higgins III Trustee<br>TM Higgins Jr and GST NonMarital Trust<br>1037 West 59th St<br>Kansas City MO 64113 | | | Equity shareholder | | | | Notice Only |

Sheet no. _236_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $        0

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____

                     **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TNT Showfreight<br>Unit 3A<br>National Exhibitions Centre<br>Birmingham, West Midlands<br>B40 1PJ | | | | | | | 1,618 |
| ACCOUNT NO.<br><br>Todd D and Karen S Larson<br>767 E Center St<br>Juneau WI 53039 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Todd Eric Keller<br>1711 Dalton Ford Rd<br>Morristown TN 37814 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Todd P and Christie C Gottschalk<br>2032 N Parkridge Ct<br>Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Tom and Shirli Turner<br>5050 Woodbridge Dr<br>Udall KS 67146 | | | Equity shareholder | | | | Notice Only |

Sheet no. __237__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          1,618

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
                  **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tom Smith<br>1274 Grenada Dr<br>Marion OH 43302-1640 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Tommy and Ann Smith<br>Rt. #1 Box 35<br>Garfield KS 67529 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Toni M Schuckman<br>9714 Cornelison<br>Wichita KS 67212 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Topeka Community Foundation<br>1315 SW Arrowhead<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Torqmaster International<br>200 Harvard Ave<br>Stamford, CT 06902 | | | | | | | 437 |

Sheet no. __238__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $      437

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,  Case No. _____
                 **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Transamerica Occidental<br>PO Box 61950<br>Roseville, GA 95661 | | | | | | | 5,715 |
| ACCOUNT NO. 1703<br>Transworld Systems<br>PO Box 1864<br>Santa Rosa, CA 95402 | | | Represents Culligan of Northeastern Kansas | | | | Notice Only |
| ACCOUNT NO. 4127<br>Travelers<br>PO Box 26385<br>Richmond, VA 23260-6385 | | | | | | | 8,251 |
| ACCOUNT NO.<br>Troy and Julee Slater<br>300 S H St<br>Herington KS 67449 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Troy and Shelly McMaster<br>7734 SW 28th<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |

Sheet no. _239_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      13,966

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
                                        **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Troy H Smith<br>1028 E Sunburst Lane<br>Tempe AZ 85284-1519 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Tyler and Katherine McMaster<br>7316 SW Kings Forest Rd<br>Topeka KS 66610 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Tyler Paletta<br>2835 Lakeridge Ct<br>Topeka KS 66605 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Underwriters Laboratories, Inc<br>2600 NW Lake Rd<br>Camas, WA 98607-8542 | | | | | | | 11,685 |
| ACCOUNT NO.<br>United Entertainment Media<br>460 Park Avenue South, 9th Floor<br>New York, NY 10016 | | | | | | | 2,000 |

Sheet no. __240_ of _250_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  13,685

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____
          **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>UPS<br>PO Box 650580<br>Dallas, TX 75265-0580 | | | | | | | 18,227 |
| ACCOUNT NO.<br>USC/Entertainment Tech Consultants<br>639 N. Larchomont Blvd., Suite 203<br>Los Angeles, CA 90004 | | | | | | | 5,000 |
| ACCOUNT NO.<br>V-Quest Inc<br>6-8-8 Akasaka Minato-ku<br>Tokyo Japan | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Venture Industrial Products, Inc<br>525 SE Oldham Pkwy<br>Lee's Summit, MO 64081-2931 | | | | | | | 38,776 |
| ACCOUNT NO.<br>Vernis P Stallbaumer Trust<br>8624 NE Indian Creek Rd<br>Topeka KS 66617 | | | Equity shareholder | | | | Notice Only |

Sheet no. __241_ of _250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      62,003

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,    Case No. _____

              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Vernon Nelson<br>247 E Chestnut St Apt 2501<br>Chicago IL 60611-2416 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Vernon Nelson<br>Trustee of the Kay Alden Inc<br>Retirement Plan<br>247 E Chestnut St Apt 2501<br>Chicago IL 60611-2416 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Vicki Goodlove<br>1162 SW Mifflin Ct<br>Topeka KS 66604-2048 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Victor A and JoAnn Hepworth<br>12433 SW 35th<br>Topeka KS 66614 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Virginia Barr Trustee<br>5100 SW 10th<br>Topeka KS 66604 | | | Equity shareholder | | | | Notice Only |

Sheet no. __242__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $           0

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
              **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Virginia Burgess<br>3602 Coy Burgess Loop<br>Defuniak Springs FL 32435 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Virginia Nevitt<br>22424 Van Loo Dr<br>Maricopa AZ 85239 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>VNU Business Media, Inc<br>P.O. Box 88915<br>Chicago, IL 60695-1915 | | | | | | | 2,200 |
| ACCOUNT NO.<br><br>W C Long<br>22 Crestway<br>Wellington KS 67152 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>W J Young and Associates Ltd<br>2625 Butterfield Rd Ste 216 South<br>Oak Brook IL 60523 | | | Equity shareholder | | | | Notice Only |

Sheet no. __243__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ 2,200

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> W T Kidd <br> Trustee of W T Kidd Family <br> 2916 Social Hill Rd <br> Benton AR 72015 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Waldo W Yee <br> 5017 Calfiornia St Apt 3 <br> San Francisco CA 94118 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Wallace J Stenhouse <br> 175 East Delaware Place #8707 <br> Chicago IL 60611 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Walter and Mary Lou Lineberger <br> 970 W Broadway Ste E-464 <br> Jackson WY 83001-9475 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Wanda H Nickerson <br> 1401-197 El Norte Pkwy <br> San Marcos CA 92069 | | | Equity shareholder | | | | Notice Only |

Sheet no. __244__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                    ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wayne and Pamela Cranwell<br>2868 E 277th St<br>Lyndon KS 66451 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Westar Capital<br>c/o Mark Ruelle<br>818 Kansas Ave<br>Topeka KS 66612 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Westar Industries, Inc.<br>818 So. Kansas Ave<br>Topeka, KS 66612 | | | Legal Note Holder | | | | 600,263 |
| ACCOUNT NO.<br><br>Western Event Service<br>1970 Williams St<br>San Leandro, CA 94577 | | | | | | | 896 |
| ACCOUNT NO.<br><br>Westlake Hardware<br>14000 Marshall Drive<br>Lenexa, KS 66215 | | | | | | | 12 |

Sheet no.  245  of  250  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   601,171

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wichita Investment Group<br>237 S Maple Dunes Ct<br>Wichita, KS 67235 | | | Legal Note Holder | | | | 853,769 |
| ACCOUNT NO.<br><br>Wichita Investment Group - Shults<br>2375 S. Maple Dunes Ct<br>Wichita, KS 67235 | | | | | | | 937,708 |
| ACCOUNT NO.<br><br>Will and Vicki Griffin<br>2408 W 86th Terrace<br>Leawood KS 66206 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Will and Vicki Griffin<br>2408 W. 86th Terr.<br>Leawood, KS 66206 | | | Legal Note Holder | | | | Notice Only |
| ACCOUNT NO.<br><br>William and Linda Lichty<br>16350 Briarwood Ct<br>Olathe KS 66062 | | | Equity shareholder | | | | Notice Only |

Sheet no. __246__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 1,791,477

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,     Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>William and Ramona Woodfin<br>PO Box 961<br>Bunnel FL 32110 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>William C Sullivan<br>1 Indian Spring Rd<br>Dover MA 02030-2331 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>William D Uzzell<br>PO Box 353<br>Springfield KS 66083 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>William E Enright<br>c/o Patsy A Enright<br>6088 Knolls Way<br>Cave Creek AZ 85331 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>William Geraghty<br>c/o MJWhitman<br>622 3rd Ave, 32nd Floor<br>New York, NY 10017 | | | Legal Note Holder | | | | 61,784 |

Sheet no. __247__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $          61,784

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>William Hutchison<br>1508 SW Harrison St<br>Topeka KS 66612-1812 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>William L Thomas<br>PO Box 67026<br>Topeka KS 66667-0026 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>William R Sutton<br>321 Canterberry Ln<br>Oak Brook IL 60523-2306 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>William S Dunlap IV<br>3101 Wells Branch Pkwy #1238<br>Austin TX 78728 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Willliam A Malkes<br>7521 Blacks Ferry Rd<br>Knoxville TN 37931 | | | Equity shareholder | | | | Notice Only |

Sheet no. __248__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $        0

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,  Case No. _____
               **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Winifred S Conway <br> 7731 Broadway #341 K <br> San Antonio TX 78209 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> WMPP, LLC <br> P.O. Box 4507 <br> Topeka, KS 66604 | | | | | | | 25,947 |
| ACCOUNT NO. <br><br> Woodridge Equipment LC <br> c/o David Carpenter <br> PO Box 4287 <br> Topeka KS 66604-0287 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Worldwide Express <br> 2828 Routh St <br> Ste 400 <br> Dallas, TX 75201 | | | | | | | 24,802 |
| ACCOUNT NO. <br><br> Zachary Matthew Strober <br> c/o Lawrence Strober <br> 831 S Clarkson St <br> Denver CO 80209 | | | Equity shareholder | | | | Notice Only |

Sheet no. __249__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       50,749

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re __QuVis, Inc._____,     Case No. _____
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Zachary Procotr McGill<br>1000 Larmie<br>Manhattan KS 66502 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Zachary Proctor Jones<br>4885 S Quebec St #327<br>Denver CO 80237-2717 | | | Equity shareholder | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __250__ of __250__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $         0

Total ► $     11,882,218

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  QuVis, Inc.
_____
**Debtor**

Case No. _____
**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Thomas R. Peterson<br>Assoicated Commerical Brokers, Co.<br>1111 Gage, Ste 100<br>Topeka, KS 66604-1742 | Lease on building |
| Bose Electronics<br>The Mountain<br>Framingham, MA 01701-9168 | 35 Units |
| White Industrial Corporation dba PRC America<br>3869 Dividend Dr, Ste 1<br>Shingle Springs, CA 95682-8485 | Surface mount rework station<br>($4,000 a month) |
| | |
| | |
| | |
| | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re    QuVis, Inc.                                                    Case No. _____
         **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Kenbe Goertzen<br>12012 X Rd.<br>Meridian, KS 66512 | Chris Shults<br>237 S. Maple Dunes Ct.<br>Wichita, KS 67235 |
| Vern Nelson<br>247 E. Chestnut, Apt. 2501<br>Chicago, IL 60611 | Chris Shults<br>237 S. Maple Dunes Ct.<br>Wichita, KS 67235 |
| Owen Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | Chris Shults<br>237 S. Maple Dunes Ct.<br>Wichita, KS 67235 |
| Wichita Investment Group<br>237 S. Maple Dunes Ct.<br>Wichita, KS 67235 | Chris Shults<br>237 S. Maple Dunes Ct.<br>Wichita, KS 67235 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  - 32442 - Adobe PDF

QuVis, Inc.

**In re** _____     **Case No.** _____
                    **Debtor**                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                                                                  Debtor:

Date _____     Signature: _____
                                                                                     (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                                 Social Security No.
of Bankruptcy Petition Preparer                                           *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____          _____
    Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the ___President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the QuVis, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __279__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___5/15/2009_____     Signature: _____/s/ Kenbe D. Goertzen_____

                                                                         ___KENBE D. GOERTZEN_____
                                                                         [Print or type name of individual signing on behalf of debtor.]

------------------------------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re  QuVis, Inc._____ ,
                         Debtor

Case No. _____

Chapter     11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Abbie Jones<br>7667 E Warren Dr #13-303<br>Denver CO 80231 | 944 | |
| Abby Ausherman<br>Kenbe Goertzen, Custodian<br>2921 SW Wannamaker Dr, Ste 107<br>Topeka KS 66614 | 37,500 | |
| Adam R Rziha<br>c/o Robert Rziha<br>RR 2 Box 148<br>Great Bend KS 67530 | 500 | |
| Alan A and Betty J Poos<br>2014 Collins<br>Topeka KS 66604 | 10,000 | |
| Alan H and Anita Jo Hunt<br>7031 SW Fountaindale<br>Topeka KS 66614 | 40,343 | |
| Alan W Groesbeck<br>6027 SW 36th St<br>Topeka KS 66614 | 32,500 | |
| Alan Z Kessler<br>5204 W 158th Pl<br>Overland Park KS 66224-3617 | 1,000 | |
| Albert W. Bayne<br>817 SW Blvd. Box 734<br>Madison KS 66860 | 11,000 | |
| Alexander M Stillwell<br>8405 W Central Apt 2313<br>Wichita KS 67212 | 140 | |
| Alexander S Matveyev<br>1721 SE Sage St<br>Topeka KS 66605-1562 | 1,000 | |
| Allen III & Susan L. Atha<br>2848 SW Plass Ave<br>Topeka KS 66611 | 60,000 | |
| Allen Schmidt<br>1104 Franklin<br>Wichita KS 67203 | 17,200 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  -  32342 - Adobe PDF

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Allison Morgan<br>8438 W Northridge Ct<br>Wichita KS 67205-1665 | 140 | |
| Allison Werner<br>601 Oak Drive<br>Dover DE 19904 | 4,035 | |
| Almar Yoder<br>Almar Yoder Trust<br>59566 CR 31<br>Middlebury IN 46540 | 4,000 | |
| Amy L Hein<br>Karen S Hein Custodian<br>6809 Haskins<br>Shawnee KS 66216 | 1,614 | |
| Amy R Miyamoto<br>9000 SW 45th St<br>Topeka KS 66610 | 20,000 | |
| Anders M Urbom<br>4930 Brentwood Rd<br>Topeka KS 66606 | 914 | |
| Andrew Goertzen<br>1001 W 13th<br>Hutchinson St 67501 | 8,227 | |
| Andrew L Woodward<br>c/o Jim Woodward<br>5040 SW 28th St<br>Topeka KS 66614 | 100 | |
| Ann Dalton<br>13 Bodwell Terrace<br>Millburn NY 07041 | 5,000 | |
| Ann Hessemann<br>Ann W Hessemann Trust<br>7225 Cottonwood St<br>Shawnee KS 66216 | 24,910 | |
| Anna Sabatini<br>c/o Mr Frank C Sabatini<br>121 SW 6th St<br>Topeka KS 66603 | 10,000 | |
| Anne Case<br>3531 NW 43rd St<br>Topeka KS 66618 | 1,000 | |
| Anthony W Thomas<br>6040 NE Greenhills Rd<br>Topeka KS 66618 | 130,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.9.9-735 - 32442 - Adobe PDF

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Arch Gothard<br>c/o Bruce Plankinton<br>PO Box 5950<br>Breckonridge CO 80424 | 6,901 | |
| Ash A Davis<br>c/o LeeAnn Woltkamp<br>1901 Crest Drive<br>Topeka KS 66604 | 2,000 | |
| Aubrey and Judith Greenberg<br>2710 N Lakeview<br>Chicago IL 60614 | 30,000 | |
| Audrey Hamburger<br>6407 NW 99th Ave<br>Parkland FL 33076 | 45,750 | |
| B J McGivern<br>1016 SW Dartmoor LN<br>Topeka KS 66604-1975 | 5,000 | |
| B Terry Whitehead<br>PO Box 6920<br>Sherwood AR 72124 | 20,000 | |
| B&V Enterprises LP<br>Phillip Breede or Lawrence Valente<br>57 San Benito Ave<br>Atherton, CA 94027 | 25,000 | |
| Barbara A Enright<br>c/o Patsy A Enright<br>212 W 33rd St<br>Houston TX 77018 | 11,128 | |
| Barbara A Hess<br>Trustee of the Baraba A Hess Trust<br>12920 NW 17th St<br>Topeka KS 66615 | 3,200 | |
| Barbara E Kimbrough UND Roth Conv IRA<br>c/o Fahnestock and Co Inc Custodian<br>534 Kansas Ave<br>Topeka KS 66603 | 32,500 | |
| Barbara Hess<br>PO Box 4387<br>Topeka KS 66604 | 2,017 | |
| Barbara Hubbell Trustee<br>6442 SE 61st St<br>Tecumseh KS 66542 | 2,000 | |
| Barbara Miller<br>11814 W 53rd St<br>Shawnee KS 66203 | 4,131 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Barbara Swanson Revocable Trust 2352 Idaho Rd Williamsburg KS 66095 | 1,000 | |
| Barry Walker 1901 SW West Trail Topeka KS 66615 | 61 | |
| Becky Ann Lester IRA c/o UMB Bank na Trustee IRA Dept PO Box 419692 Kansas City MO 64179-0756 | 22,500 | |
| Benjamin A and Roshena L Schmidt 1700 Hillcrest Dr Apt # P-9 Manhattan KS 66502 | 1,000 | |
| Benjamin J. Brown c/o Josephine P. Brown PO Box 1219 Defuniak Springs FL 32435 | 11,500 | |
| Beth G Wittig 521 SW Westchester Topeka KS 66606 | 2,241,965 | |
| Betty Ausherman Kenbe Goertzen, Custodian 2921 SW Wannamaker Dr, Ste 107 Topeka KS 66614 | 37,500 | |
| Betty Goertzen PO Box 4287 Topeka KS 66604 | 112,500 | |
| Betty L or Irvin L Woodward c/o Jim Woodward 5041 SW 28th St Topeka KS 66614 | 100 | |
| Betty M Hough Henry Trustee of the Betty M Hough Henry Trust 300 Kennedy Lane Wichita KS 67235 | 1,000 | |
| Beverly A Loethen 1621 SW Mulvane Topeka KS 66604 | 9,034 | |
| Bill Rasmussen 1729 Wedgewood Rd Sioux Falls SD 57107 | 1,000 | |
| Billy Fred Warford 15902 Highway 70 Benton AR 72015 | 10,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re    QuVis, Inc.                ,      Case No.                      

                          Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Blake Post<br>115 SE 7th St<br>Topeka KS 66603-3901 | 10,000 | |
| Blick IRA<br>c/o Maurus C. Blick<br>PO Box 419226<br>Kansas City MO 64141-6226 | 7,500 | |
| BLW Associates LP<br>298 Chelsea Manor<br>Park Ridge NJ 07656 | 50,000 | |
| Brad and Lisa Paulson<br>3709 South Cliff Ave<br>Sioux Falls SD 57103 | 17,750 | |
| Brad J and Kris A Wiesen<br>503 N Wheatland Pl<br>Wichita KS 67235-8234 | 2,000 | |
| Brad J. McGivern<br>10616 SW Dartmoor Ln<br>Topeka, KS 66604-1975 | 20,000 | |
| Brad Malone<br>Custodian for Brandon K Malone<br>2821 Nevada St<br>Manhattan KS 66502 | 1,500 | |
| Brad Malone<br>Custodian for Crystal J Malone<br>2821 Nevada St<br>Manhattan KS 66502 | 1,500 | |
| Brad Malone<br>2821 Nevada St<br>Manhattan KS 66502 | 15,000 | |
| Brad P Wohletz<br>2112 W 64 St<br>Shawnee KS 66218-8981 | 1,000 | |
| Brad Paletta<br>936 Wisteria<br>Derby KS 67037 | 400 | |
| Bradley and Cynthia J Owen<br>5924 SW 35th<br>Topeka KS 66614 | 5,000 | |
| Bradley L. Churchill<br>c/o Lois Churchill<br>37 Villa Louisa Rd<br>S. Glastonbury CT 06073 | 5,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re     QuVis, Inc.                       ,     Case No. _____

Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|:---:|---|
| Brandon D. or Maurus C. Blick<br>315 Franklin<br>Topeka KS 66606 | 150 | |
| Brenda Smith<br>1308 Crest Circle<br>Benton AR 72015 | 17,000 | |
| Brenda W McDonald<br>3500 Holy Ridge Rd<br>Traskwood AR 72167 | 500 | |
| Brenton Ewell<br>5324 SW 53rd St<br>Topeka KS 66610 | 500 | |
| Brett and Kristine Warren<br>9300 S Sierra Dr<br>North Platte NE 69101-4771 | 2,000 | |
| Brian and Jennifer Voos<br>919 Josela Ct<br>Leavenworth KS 66048-4752 | 668 | |
| Brian Thrahsher<br>637 Cobb Rd<br>Arab AL 35016 | 500 | |
| Brian Weiss<br>6407 NW 99th Ave<br>Parkland FL 33076 | 75,000 | |
| Brianne Paletta<br>2835 Lakeridge Ct<br>Topeka KS 66605 | 200 | |
| Bruce and Theresa Coates<br>1471 NW Taylor #35<br>Topeka KS 66608 | 7,500 | |
| Bruce R Plankinton<br>PO Box 5649<br>Breckinridge CO 80424 | 6,961 | |
| Bryan L Fischer<br>RR 3 Box 58<br>Larned KS 67550 | 2,500 | |
| Bryan S Engel<br>2431 SW Candletree Lane<br>Topeka KS 66614 | 1,000 | |
| Buford Dean and Catherine Marie Bolejack<br>2901 SW Moundview Dr<br>Topeka KS 66614 | 2,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re QuVis, Inc. , Case No. _____

Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Byron M Fry<br>1504 Mulvane<br>Topeka KS 66604 | 8,500 | |
| C Ronald and Susan R Burgess<br>PO Box 301<br>Defuniak Springs FL 32435 | 24,000 | |
| C W and Shirley McMenamy<br>6713 Sandie Court<br>Amarillo TX 79109 | 1,000 | |
| Caitlin Sabatini<br>c/o Mr Frank C Sabatini<br>122 SW 6th St<br>Topeka KS 66603 | 10,000 | |
| Callahan Creek<br>c/o Cindy Maude<br>805 New Hampshire<br>Lawrence KS 66044 | 150,000 | |
| Campbell-Becker Inc<br>1321 Wakarusa Dr Ste 2102<br>Lawrence KS 66049 | 26,544 | |
| Campbell-Becker Inc<br>Employee Profit Share Plan FBO Carolyn Shelton<br>1321 Wakarusa Dr Ste 2102<br>Lawrence KS 66049 | 18,159 | |
| Campbell-Becker Inc<br>Employee Profit Sharing Plan FBO Carolyn Shelton<br>1321 Wakarusa Dr Ste 2102<br>Lawrence KS 66049 | 18,159 | |
| Campbell-Becker Inc<br>Employee Profit Sharing Plan FBO Elizabeth Campbell<br>1321 Wakarusa Dr Ste 2102<br>Lawrence KS 66049 | 18,159 | |
| Campbell-Becker Inc<br>Employee Profit Sharing Plan FBO Sam Campbell<br>1321 Wakarusa Dr Ste 2102<br>Lawrence KS 66049 | 70,300 | |
| Candace L Howe<br>Trustee of Candace L Howe Trust<br>26303 W 11th Terrace<br>Olathe KS 66061 | 7,500 | |
| Carla K Crane<br>516 E 8th<br>Hutchinson KS 67501 | 1,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,    Case No. _____

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Carla K Duckett<br>5100 Frankford Dr<br>Owens Crossroads AL 37563 | 500 | |
| Carol Allison<br>9906 Chartwell Cir<br>Wichita KS 67205 | 3,500 | |
| Carol E Holstead<br>812 W 8th St<br>Lawrence KS 66044 | 15,000 | |
| Carol L Foreman<br>c/o Rebecca E Floyd<br>2304 Brookhaven Ln<br>Topeka KS 66614 | 20,000 | |
| Carol L Foreman IRA<br>c/o UMB Bank Trustee<br>PO Box 419226<br>Kansas City MO 64141 | 9,651 | |
| Caroll and Dee Snyder<br>3477 Old Kentucky Rd<br>Morristown TN 37814 | 5,000 | |
| Carolyn G Edwards<br>2958 SE Peck<br>Topeka KS 66605 | 4,857 | |
| Carter Duling<br>141 S Mars<br>Wichita KS 67209 | 140 | |
| Cary Shoup<br>2921 SW Wanamaker Dr #107<br>Topeka KS 66614 | 10,000 | |
| Catherine H. Bradley<br>c/o Thomas S. Bradley<br>6330 Rock Creek Dr<br>Ozwakie KS 66070 | 17,750 | |
| Catherine I. Bradley<br>115 New Murraytown Rd<br>Cleveland TN 37312 | 40,250 | |
| Chad and Sherie Baldwin<br>2015 SE 55th St<br>Topeka KS 66609 | 41,200 | |
| Chad Duling<br>141 S Mars<br>Wichita KS 67209 | 140 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re  QuVis, Inc.                                          ,          Case No. _____

                        Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Chad M Waters<br>c/o Larry G Waters Custodian<br>1943 SW Oakley Ave<br>Topeka KS 66604-3254 | 3,005 | |
| Chandra Goertzen<br>Kenbe Goertzen Custodian<br>2922 SW Wanamaker Dr Ste 107<br>Topeka KS 66614 | 37,500 | |
| Charles D and Janet K Wichert<br>710 SW Arthur's Rd<br>Topeka KS 66610 | 10,000 | |
| Charles E and Diana S Mayer<br>3101 SW 35th Terr<br>Topeka KS 66614 | 1,000 | |
| Charles F Scheckel<br>Joan R Scheckel - Co Trustees<br>6530 Waverly Ct<br>Willowbrook IL 60514 | 20,000 | |
| Charles Griffin II<br>1618 W 22nd<br>Hutchinson KS 67502 | 18,500 | |
| Charles L Roberts III<br>7135 Halsey<br>Shawnee KS 66216 | 25,548 | |
| Charles Q Chandler IV<br>Box One<br>Wichita KS 67201 | 30,000 | |
| Charles Schwab<br>Terry McNally IRA<br>Attn Securities Processing<br>101 Montgomery St<br>San Francisco CA 94104 | 3,000 | |
| Charles W and Joyce Mauer<br>5324 NW Rochester Rd<br>Topeka KS 66617 | 20,000 | |
| Cheryl L. Gentry<br>c/o Westboro Hair Center<br>3119 Huntoon St<br>Topeka KS 66604 | 3,950 | |
| Chester I and Carol Barber<br>303 N Bluff<br>Anthony KS 67003 | 8,069 | |
| Chris and Catherine Holthaus<br>RT #3 Box 135<br>Seneca KS 66538 | 4,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 33242 - Adobe PDF

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Chris Barter<br>c/o Larry Strober<br>17 Redwood Dr<br>San Rafael CA 94901 | 25,000 | |
| Chris Mehrens<br>1931 SW Gage<br>Topeka KS 66604 | 3,000 | |
| Chris O'Neill<br>802 SE Oakridge Lane<br>Topeka KS 66609 | 5,000 | |
| Chris Shults<br>Emprise Bank Trustee FBO Chris Shults Roth IRA<br>237 S Maple Dunes Court<br>Wichita KS 67235 | -189,185 | |
| Chris Shults<br>237 S Maple Dunes Ct<br>Wichita KS 67235 | 83,498 | |
| Christian Blane Proctor<br>7696 S Monaco Cr East<br>Centennial CO 80112 | 500 | |
| Christine M. Baugher Revocable Living Trust<br>PO Box 2018<br>Lake Forest, IL 60045 | 85,000 | |
| Christopher A Tollefson<br>c/o Dawnita Tollefson Custodian<br>3119 Huntoon St<br>Topeka KS 66604 | 250 | |
| Christopher and Linda Shults<br>237 S Maple Dunes Ct<br>Wichita KS 67235 | 3,832 | |
| Christopher Blake Proctor<br>7696 S Monaco Cr East<br>Centennial CO 80112 | 500 | |
| Christopher D Caltagirone<br>PO Box 2803<br>Rancho Sante Fe CA 92067 | 50,000 | |
| Christopher N Carpenter<br>Jane H. Carpenter Custodian<br>3771 Stonybrook DR<br>Topeka KS 66610 | 2,000 | |
| Christopher Shults<br>237 Maple Dunes Ct<br>Wichita KS 67235 | -74,815 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re ___QuVis, Inc._____ ,  Case No. _____

<center>Debtor</center>

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Christopher Shults<br>237 S Maple Dunes Ct<br>Wichita KS 67235 | 678,546 | |
| Christopher Waters<br>5504 SW Fairlawn Rd<br>Topeka KS 66610 | 1,500 | |
| Chross, Inc<br>c/o Ross C. Hartley<br>PO Box 477<br>Teton Village WY 83025 | 112,500 | |
| Chuck Bradley<br>6330 Rock Creek Dr<br>Ozwakie KS 66070 | 37,500 | |
| Cindy K Manry<br>3723 SW Herefordshire Rd<br>Topeka KS 66610 | 9,000 | |
| Cindy L Oliver<br>425 Alabama St<br>Lawrence KS 66044-1332 | 2,000 | |
| Cindy M Starkey<br>2707 SW 15th St<br>Topeka KS 66604 | 1,000 | |
| Clara K. & Thomas K. Asbury<br>216 SW Yorkshire Rd<br>Topeka KS 66606 | 5,000 | |
| Clarence C and Velma J Glennie<br>17830 E 900 Rd<br>Humansville MO 65674 | 11,000 | |
| Clatyon C Leis<br>c/o Laura Marie Leis<br>2835 SW Mission Woods Dr<br>Topeka KS 66614 | 250 | |
| Clement and Leona Rivard<br>PO Box 428<br>Red Feathers Lake CO 80545 | 1,000 | |
| Clifton D and Carol J Gideon<br>SW 53rd St<br>Topeka KS 66610 | 10,000 | |
| Clyde and Joyce Baldwin<br>5516 California<br>Topeka KS 66609 | 31,200 | |
| Clyde D Rivard<br>PO 1385<br>Castle Rock CO 80104 | 3,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 33342 - Adobe PDF

In re  QuVis, Inc.                                    ,        Case No. _____
                    Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Cody C. Davis<br>c/o LeeAnn Woltkamp<br>1901 Crest Drive<br>Topeka KS 66604 | 2,000 | |
| Corinna M Ellen Woodward<br>c/o Jim Woodward<br>5042 SW 28th St<br>Topeka KS 66614 | 500 | |
| Cory D Long<br>516 Alice ST<br>Deshler NE 68340 | 1,614 | |
| Costelow Co Inc<br>Employee Penion Fund<br>Mark E Mohen Trustee<br>125 Kansas Ave<br>Topeka KS 66603 | 10,000 | |
| Costelow Co Inc<br>Employee Pension Trust<br>Mark E. Mohen Trustee<br>125 Kansas Ave<br>Topeka KS 66603 | 10,000 | |
| Craig E and Ronette C Vering<br>6880 SW Aylesbury Rd<br>Topeka KS 66610-1442 | 1,000 | |
| Craig E Selley<br>3520 NW 44th Terr<br>Topeka KS 66618 | 17,500 | |
| Curt A and Jill M Sittenauer<br>3108 SW Staffordshire Rd<br>Topeka KS 66614 | 5,000 | |
| Cuy Mauck<br>13210 W Central<br>Wichita KS 67235 | 30,000 | |
| Cynthia S Clinkenbeard<br>c/o Patsy A Enright<br>2407 Pepperwood Cr<br>Topeka Ks 66614 | 1,000 | |
| D Edward and Melva M Davis<br>19 Snead Lane<br>Amarillo TX 79124-1717 | 36,500 | |
| D Scott and Valerie Henderson<br>1126 Las Lomas Ave<br>Pacific Palisades CA 90272 | 10,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc. _____,  Case No. _____

Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Dahl D Fry<br>5842 SW 28th Terrace<br>Topeka KS 66614 | 15,000 | |
| Dale E Horn<br>110 Countryside Dr<br>Hutchinson KS 67502-4456 | 3,000 | |
| Dan and Denise Keating<br>25785 W 77th<br>Shawnee KS 66227 | 2,297 | |
| Dana and Judith Wilt<br>PO Box 404<br>Holton KS 66436 | 5,000 | |
| Dana Erickson<br>3007 SW Burnett Rd<br>Topeka KS 66614 | 21,800 | |
| Daniel A Shults<br>429 N Colby<br>Valley Center KS 67147 | 1,250 | |
| Daniel and Julia Mohesky Darby<br>CoTrustees<br>3210 NE Meriden Rd<br>Topeka KS 66617 | 4,500 | |
| Daniel J Lincoln<br>1093 Commerce Park Drive Suite #300<br>Oak Ridge TN 37830 | 170,475 | |
| Daniel L Howell<br>1723 Wildcat Rd<br>Frankfort KS 66427 | 7,163 | |
| Daniel R Henry<br>8939 N Byfield Ave<br>Kanas City MO 64154-1840 | 100,051 | |
| Daniel Stillwell<br>1316 N Denene<br>Wichita KS 67212 | 140 | |
| Daniel Werner<br>2912 Sunset Rd<br>Topeka KS 66614 | 4,034 | |
| Danny and Diane Duling<br>4906 S Knight<br>Wichita KS 67217 | 3,000 | |
| Danny L Downs<br>3842 SW Cambridge Terr<br>Topeka KS 66610 | 14,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-755 - 32342 - Adobe PDF

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Danny L Rose<br>10301 W 61st St<br>Shawnee KS 66203 | 3,750 | |
| Darcy K Grosebeck<br>Kaw Valley State Bank Custodian FBO<br>6027 SW 36th ST<br>Topeka KS 66614 | 1,000 | |
| Darlene Goertzen<br>1001 W 13th<br>Hutchinson KS 67501 | 37,500 | |
| Darlene Minotti<br>77 Wellwater Dr<br>Palm Coast FL 32164-7836 | 18,894 | |
| Darryl Schmidt<br>7420 NE 119th Place<br>Oklahoma City OK 73151 | 5,000 | |
| Daryl Malone<br>3302 Sanaloma Dr<br>Georgetown TX 78628 | 2,065 | |
| Dave Paulson<br>c/o Mr Michael Paulson<br>14456 Erskine St<br>Omaha NE 68116 | 6,018 | |
| David A Butts<br>5958 SW 24th Terrace<br>Topeka KS 66614 | 50,000 | |
| David A Nelson IRA C/C UMB Bank<br>P.O. Box 419692<br>Kansas City, Kansas 64141 | 10,000 | |
| David A Nichol<br>1044 Sir Francis Drake Blvd<br>Kentfield CA 94904-1425 | 10,000 | |
| David and Cynthia Hormann<br>425 W 2nd St<br>Waconia MN 55387 | 1,000 | |
| David and Karen Duling<br>141 S Mars<br>Wichita KS 67209 | 3,000 | |
| David and Kerri Falletti<br>2215 Kickapoo Rd<br>Winfield KS 67156 | 700 | |
| David and Rosalee Wood<br>11964 South Provence #1903<br>Olathe KS 66061 | 10,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re ___QuVis, Inc._____ ,        Case No. _____

                              Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| David Cooney<br>c/o Jennifer Burgin<br>14702 Aegean Way<br>Selma TX 78154 | 160,000 | |
| David Erickson<br>410 Cedar St<br>Concordia KS 66901 | 3,000 | |
| David Goubeaux<br>122 North Rainbow Lake Rd<br> Wichita KS 67235 | 11,333 | |
| David Hanson<br>800 SW Jackson Ste 900<br>Topeka KS 66612 | 20,000 | |
| David K and Christy Williams<br>Williams Living Trust<br>524 NW 141st St<br>Edmond OK 73013 | 2,000 | |
| David L and Deborah S Welton<br>2144 NW 53rd Terrace<br>Topeka KS 66618 | 1,000 | |
| David Lies<br>731 E Taylor Trl<br>Queen Creek AZ 85242 | 833 | |
| David Lloyd Brier<br>4603 Maple Ave<br>Bethesda MD 20814 | 1,625 | |
| David N Holstead<br>5100 SW 10th<br>Topeka KS 66609 | 434,047 | |
| David N Holstead IRA UMB<br>c/o UMB Bank<br>PO Box 419226<br>Kansas City MO 64141-6226 | 25,000 | |
| David Paul and Mary L Rogge<br>5240 NW 44th St<br>Topeka KS 66618 | 10,000 | |
| David Phillips<br>c/o CPA Associates<br>1116 West Montana St<br>Chicago IL 60614 | 133,333 | |
| David Puderbaugh<br>2135 SW Potomac Dr Apt #3<br>66611-1450 | 1,200 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re  QuVis, Inc. ,  Case No. _____
                                        Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| David Svet<br>c/o D3 Inc<br>2404 W 86th Terrace<br>Leawood KS 66206 | 28,125 | |
| David T and Teresa K Hothan<br>4708 SE 25th ST<br>Tecumseh KS 66542 | 4,034 | |
| David T Kidd<br>Trustee of David T Kidd Revocable Trust<br>2900 Social Hill Rd<br>Benton AR 72015 | 19,500 | |
| David W Lewis<br>PO Box 19123<br>Topeka KS 66619-0123 | 40,000 | |
| Dawn Goertzen<br>2922 SW Wanamaker Dr Ste 107<br>Topeka KS 66614 | 1,881,210 | |
| Dawn Paulson<br>c/o Michael Paulson<br>2921 SW Wanamaker Dr Ste 107<br>Topeka KS 66614 | 25,000 | |
| Dawnita Tollefson<br>c/o Westboro Hair Center<br>3119 Huntoon St<br>Topeka KS 66604 | 300 | |
| Dean VanBockern<br>c/o Michael Paulson<br>325 N Broadway<br>Canton SD 57013 | 250 | |
| Debbie Smith<br>1274 Grenada Dr<br>Marion OH 43302-1640 | 800 | |
| Debby S Haas<br>5630 SW West Drive<br>Topeka KS 66606 | 19,638 | |
| Deborah D Butts<br>5958 SW 24th Terrace<br>Topeka KS 66614 | 50,000 | |
| Debra Carlson<br>c/o Laura Marie Leis<br>2835 SW Mission Woods Dr<br>Topeka KS 66614 | 1,500 | |
| Debra G Vignatelli<br>1036 Hartland Dr<br>Lawrence KS 66049-3712 | 25,000 | |

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Del Weidner<br>307 SW Whitehall Lane<br>Topeka KS 66606-2280 | 35,000 | |
| Delores A Chin<br>205 Trull Lane East<br>Lowell MA 01852 | 1,000 | |
| Denise Goodlove<br>Custodian for Lauren Goodlove (KUTMA)<br>2501 SW Brandywind Ln #3<br>Topeka KS 66614 | 135 | |
| Dennis and Linda Byrd<br>4210 Ginger Dr<br>Benton AR 72015 | 13,000 | |
| Dennis C Petterson<br>338 SW Greenwood Ave<br>Topeka KS 66606 | 90,000 | |
| Dennis C Petterson Trust<br>c/o Dennis C Petterson Trustee<br>338 SW Greenwood AVe<br>Topeka KS 66606 | 20,000 | |
| Dennis J and Kathy M Goscha<br>5912 SW 10th Terr<br>Topeka KS 66604 | 8,550 | |
| Dennis L and Kay L Grunewald<br>17350 Pheasant Run<br>Wamego KS 66547 | 10,000 | |
| Dennis M Witthar<br>310 NW Valenica Rd<br>Topeka KS 66615-9243 | 2,000 | |
| Dennis W Tally<br>2174 Eagle Trail<br>Morristown TN 37813 | 10,000 | |
| Derek and Amy Lecakes<br>2089 Plum St<br>Niskayuna NY 12309 | 2,500 | |
| Derek L and Crystal D Kistner<br>2385 Verdvre Rd NE<br>Waverly KS 66871 | 5,000 | |
| Diane Cline<br>Diane Cline RevTrust<br>2037 Brentwood<br>Wichita KS 67218-4925 | 50,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re _____QuVis, Inc._____ ,     Case No. _____

Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Diane Denham<br>PO Box 4413<br>Topeka KS 66604 | 2,000 | |
| Diane Fisher<br>12426 Holmes Rd<br>Kansas City MO 64145 | 1,000 | |
| Domenic Corrado<br>13106 Mackey<br>Overland Park KS 66213 | 45,625 | |
| Don and Debbie Thomas<br>15105 Dearborn<br>Overland Park KS 66223 | 1,000 | |
| Don Desomond<br>c/o PCB Design Services<br>9320 W 127th<br>Overland Park KS 66213 | 250 | |
| Don P and Ann H Henderson<br>2419 SE Alexander<br>Topeka KS 66605 | 5,000 | |
| Don Robinson<br>c/o Tuross Corporation<br>690 Pennsylvania Ave #215<br>San Francisco CA 94107 | 32,274 | |
| Donald A and Deborah L Scholl<br>2609 SW 34th St<br>Topeka KS 66611-1822 | 5,000 | |
| Donald and Cidney D Walter<br>1501 Greenleaf Blvd<br>Elkhart IN 46514 | 42,000 | |
| Donald and Laurie Rosen<br>2540 NW 144th Ave<br>Beaverton OR 97006 | 115,000 | |
| Donald E Sheets Trust<br>Beverly and Donald Sheets Co Trustees<br>2372 SW Honeysuckle Ln<br>Topeka KS 66614 | 11,000 | |
| Donald G Hazen<br>1716 N Van Buren<br>Hutchinson KS 67502 | 35,000 | |
| Donald J and Virginia N Minnis<br>2917 Westdale Ct<br>Lawrence KS 66049 | 3,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____ ,   Case No. _____
                         Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Donald M Weichert<br>6721 NW Church Ln<br>Topeka KS 66618 | 7,000 | |
| Donald Shuford<br>3119 SW 10th Ave<br>Topeka KS 66604 | 300 | |
| Donald Walter<br>1501 Greenleaf Blvd<br>Elkhart IN 46514 | 3,000 | |
| Donn J Jarski<br>21520 P Rd<br>Holton KS 66436 | 1,000 | |
| Donna Zoeller<br>4516 SE Paulen Rd<br>Berryton KS 66409 | 54,000 | |
| Doranne Holmes and Larry L Boltz<br>2340 Deltor Rd<br>Grantville KS 66429 | 13,334 | |
| Dorinda Harwick Hunt<br>3442 SW Randolph<br>Topeka KS 66611 | 12,500 | |
| Dorothy VanBockern<br>c/o Mr Michael Paulson<br>325 N Broadway<br>Canton SD 57013 | 2,000 | |
| Doug and Carole A Conwell<br>2207 Cat Creek Dr<br>Wamego KS 66547 | 3,000 | |
| Doug and Jeanne Stanchik<br>13623 W 76th Terrace<br>Lenexa KS 66216 | 3,566 | |
| Douglas and Kathy S Stacken<br>830 NW West Union Rd<br>Topeka KS 66615 | 10,000 | |
| Douglas C Kidd Family Trust<br>PO Box 137<br>Benton AR 72018 | 50,000 | |
| Douglas C. Brown<br>1293 N 1000 Rd<br>Lawrence KS 66047 | 667 | |
| Douglas E and Jeanine K Wells<br>2224 SW Lowell Ln<br>Topeka KS 66614 | 10,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32442 - Adobe PDF

In re    QuVis, Inc.                                              ,        Case No. _____
                                        Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Douglas Friesen<br>10014 W. Greenspoint<br>Wichita, KS 67205 | 86,329 | |
| Douglas R Maenhoudt<br>c/o Domenic Corrado<br>1326 Walton<br>Memphis TN 38117 | 1,875 | |
| Douglas T Lake<br>107 Sheridan Dr<br>New Canaan CT 06847 | 83,000 | |
| Dr Jonathon Fielding<br>12735 Hanover St<br>Los Angeles CA 90049 | 322,472 | |
| Dr Marilyn Kent IRA<br>c/o UMB Bank na Trustee IRA Dept<br>PO Box 419692<br>Kansas City MO 64179-0756 | 30,000 | |
| Dr Robert and Sue Zwiesler<br>12017 W Meribeau Ct<br>Wichita KS 67235 | 42,000 | |
| Dr Ron Zoeller Pension<br>2900 Atwood<br>Topeka KS 66614 | 3,970 | |
| Dr Tyler G Hughes<br>1481 Janasu Rd<br>McPherson KS 67460 | 54,280 | |
| Dr. Joseph G. Baba & Jae Pierce-Baba<br>12206 Ridgepoint<br>Wichita KS 67235 | 10,000 | |
| Dr. William Gary Baker<br>1920 SW Warner Ct<br>Topeka KS 66604 | 169,129 | |
| Dr. William Gary Baker IRA<br>c/o A G Edwards & Sons Inc.<br>One North Jefferson<br>St Louis MO 63103 | 75,000 | |
| Duane Goodlove<br>207 Heather St<br>Burlington KS 66839 | 269 | |
| Duane VanBockern<br>c/o Michael Paulson<br>325 N Broadway<br>Canton SD 57013 | 250 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____ ,     Case No. _____

                           Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Duncan Peterson<br>Tuross Corporation<br>103 Harvard Ave Suite 3<br>Half Moon Bay CA 94019 | 201,371 | |
| Dwight and Louell Fite<br>1003 Hwy 35<br>Benton AR 72015 | 12,000 | |
| Dwight H Caldwell Jr<br>2823 Shadow Creek<br>Benton AR 72015 | 3,000 | |
| Dylan and Nicole Smith<br>2837 SW Herefordshire Rd<br>Topeka KS 66614 | 200 | |
| E Clint Gilbert and Brenda Colley<br>2524 Summeroak Dr<br>Tucker GA 30084 | 2,000 | |
| E Harvey and Mary E Jewell<br>1100 East 38th St<br>Sioux Falls SD 57105 | 10,000 | |
| Eben S Moulton<br>c/o Seacoast Capital<br>55 Ferncroft Rd<br>Danvers MA 01923 | 60,000 | |
| eBiz Software, Inc<br>PO Box 750413<br>Topeka KS 66675-0413 | 7,500 | |
| Eddy and Gail Koeling<br>1304 18th St<br>Wamego, KS 66547 | 2,000 | |
| Edgar and Mildred Davis<br>5714 Purdue<br>Amarillo TX 79121 | 1,500 | |
| Edith K Funk Trustee<br>Edith K Funk Trust<br>2545 SE Bennett Dr<br>Topeka KS 66605-2082 | 10,000 | |
| Edward F Matyak<br>2637 SE 41st<br>Topeka KS 66609 | 20,000 | |
| Edward Lee Baugher<br>2233 Sandplum Ct<br>Wichita KS 67205 | 15,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  - 32342 - Adobe PDF

In re ___QuVis, Inc._____ ,    Case No. _____

Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Edwin R and Rebecca S Linquist<br>Trustees or their successors under revocable trust living<br>7232 SE Stanley Rd<br>Berryton KS 66409 | 2,500 | |
| Edwin Wiedeman<br>1320 Verges Ave<br>Norfolk NE 68701 | 7,000 | |
| Eleanor Pacholski<br>9731 Sunrise Blvd<br>North Royalton OH 44133 | 2,500 | |
| Eli J Groesbeck<br>Kaw Valley State Bank Custodian FBO<br>11740 W 118th Ter Apt 316<br>Overland Park KS 6+6210-2060 | 2,000 | |
| Elizabeth A Schoof<br>2324 Briarwood Plaza, No 207F<br>Topeka KS 66611 | 100 | |
| Elizabeth Baker<br>Krisie Baker, Custodian<br>c/o Lila Williams<br>5130 SW 25th St<br>Topeka KS 66614 | 20,000 | |
| Ellen M Feldman<br>22132 Old Fossil Rd<br>San Antonio TX 78261 | 6,817 | |
| Ellyn M Tyrell<br>10734 W 116th St<br>Overland Park KS 66210 | 5,000 | |
| Emily Russo and Peter Aronson<br>186 Riverside Dr Apt 9A<br>New York NY 10024 | 37,500 | |
| Emprise Bank and Ruth Shults<br>Co Trustees of Kyle Shults Irrevocable trust<br>105 Peavine Creek Ct<br>Decatur GA 30030 | 35,000 | |
| Emprise Bank and Ruth Shults<br>Co Trustees of Jennifer Shults Irrevocable trust<br>105 Peavine Creek Ct<br>Decatur GA 30030 | 35,000 | |
| Eric P Long<br>15915 Indian Creek Pkwy<br>Olathe KS 66062 | 1,614 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Erin E. Carpenter<br>Jane H Carpenter Custodian<br>3771 Stonybrook DR<br>Topeka KS 66610 | 2,000 | |
| Evie Unkefer<br>1504 Mulvane<br>Topeka KS 66604 | 8,500 | |
| Farzad Nikjeh<br>5804 W 129th St<br>Overland Park, KS 66209-3604 | 5,000 | |
| FBO Gary Woodruff IRA<br>c/o Piper Jaffray Cust/Ref<br>2510 SW James Ct<br>Topeka KS 66614 | 20,000 | |
| Financial Holding Corp<br>c/o Mr Michael Merriman<br>300 West 11th St<br>Kansas City MO 64105 | 548,292 | |
| FOB Patrick G Sheehy IRA<br>Edward Jones and Co Custodian<br>201 Progress Parkway<br>Maryland Heights MO 63043-2549 | 39,883 | |
| Forrest D Ireland<br>22420 Q Rd<br>Holton KS 66436 | 500 | |
| Frances I Rose<br>6928 Woodson<br>Overland Park KS 66204 | 22,412 | |
| Francis J Kuhn<br>845 S Cactus Ct<br>Wichita KS 67230-9528 | 8,000 | |
| Francis Newell<br>3838 SW Deer Trail Drive<br>Topeka KS 66610 | 5,000 | |
| Frank A Sica<br>524 S Kansas Suite 1035<br>Topeka KS 66602 | 3,000 | |
| Frank C Sabatini Trust<br>c/o Mr Frank C Sabatini<br>2423 SE 7th<br>Topeka KS 66605 | 500,000 | |
| Fred and Alice Tilton<br>2416 Indian Trail<br>Topeka KS 66614 | 3,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re **QuVis, Inc.** , Case No. _____

Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Fred and Colleen Biesemeyer<br>8245 SW 29th<br>Topeka KS 66614 | 70,000 | |
| Fred and Katharine Willey<br>3759 W 162 Pl<br>Markham IL 60426 | 10,000 | |
| Fred and Norma Lester<br>1038 S Broadway<br>Springfield MO 65804 | 5,000 | |
| Fred Kann<br>c/o KL Industries<br>7 Schindler Way<br>Fairfield NJ 07004 | 500,000 | |
| Fred Lester<br>1038 S Broadway<br>Springfield MO 65804 | 8,000 | |
| Frederick K and Linda L Starrett<br>11680 Bradshaw<br>Overland Park KS 66210 | 8,069 | |
| G Douglas & Judith A Camplin<br>2516 Cottonwood<br>Grand Island NE 68801 | 5,000 | |
| Gable Whitehead<br>Ginger White, Trustee<br>1501 No Univ Suite 600<br>Little Rock AR 72207 | 1,333 | |
| Gabriel G Shults<br>1907 W 24th Ave Apt 10A<br>Emporia KS 66801 | 1,000 | |
| Gail Dodds<br>2719 SW Belle<br>Topeka KS 66614 | 18,750 | |
| Gail F. Burbank<br>2201 SW Crest Dr<br>Topeka KS 66614 | 32,500 | |
| Gail L Thompson<br>851 Gilman<br>Wichita KS 67203 | 800 | |
| Gale Ewell<br>5324 SW 53rd St<br>Topeka KS 66610 | 1,000 | |
| Garry R and Donna Smith<br>9010 Hwy 63<br>St Marys KS 66536 | 11,537 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9.735  -  32342 - Adobe PDF

In re   QuVis, Inc.                    ,          Case No. _____

Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Gary and Ann Hough<br>4039 South 108th St<br>Omaha NE 68137 | 2,500 | |
| Gary and Delores Smith<br>2924 Se Meadowview<br>Topeka KS 66605 | 1,700 | |
| Gary Baker<br>1920 SW Warner Ct<br>Topeka, Kansas 66604 | 13,334 | |
| Gary D and Nancy S Coates<br>1471 NW Taylor #35<br>Topeka KS 66608 | 34,774 | |
| Gary D and Robyn K Hamilton<br>7000 W 65th Terrace<br>Overland Park KS 66202 | 35,000 | |
| Gary Duncan<br>PO Box 242<br>Mt Vernon IL 62864 | 3,500 | |
| Gary Jones<br>1262 SW Boswell<br>Topeka KS 66604 | 3,000 | |
| Gary Kalfin<br>PO Box 799<br>Amagansett NY 11930 | 5,000 | |
| Gary Keller<br>605 W 47th St Ste 350<br>Kansas City MO 64112 | 30,787 | |
| Gary L Escher<br>5966 SW 24th Terrace<br>Topeka KS 66614 | 5,000 | |
| Gary L Escher IRA<br>c/o UMB Bank Trustee<br>PO Box 419226<br>Kansas City MO 64141 | 35,605 | |
| Gary L. & Pamela J. Adams<br>306 East 17th<br>Hutchinson, KS 67502 | 63,066 | |
| Gary R and Karen J Walker<br>PO Box 126<br>Sylvia KS 67581 | 2,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re ___QuVis, Inc._____ ,     Case No. _____

                          Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Gaylene Rofkahr<br>c/o Doyle Gerard<br>5218 Cherokee Ln<br>McLouth KS 66054 | 5,000 | |
| Gene and Dixie Challacombe<br>4537 Mission Rd<br>Topeka KS 66618 | 1,000 | ` |
| Gene and Thyrza Olson<br>16605 W 144th St<br>Olathe KS 66062 | 5,000 | |
| Gene Bicknell<br>PO Box 643<br>Pittsuburg KS 66762 | 5,000 | |
| Gentry Corporation<br>7696 S Monaco Cr East<br>Centennial CO 80112 | 10,334 | |
| Geoffrey Evan Weiss Irrevocable Trust<br>Grand Bank and Trust of Florida<br>3601 PGA Blvd<br>Palm Beach Gardens FL 33410 | 50,000 | |
| George and Margaret Scheckel<br>105 Elizabeth Ln<br>Downers Grove IL 60516 | 20,000 | |
| George and Patricia Proctor<br>#1 Shenandoah Dr<br>Goddard KS 67052 | 70,600 | |
| George B Sittenauer Trust<br>920 NE 43rd St<br>Topeka KS 66617 | 1,500 | |
| George Eugene Stephenson<br>Revocable Trust<br>2742 Rushwood Ct<br>Wichita KS 67226 | 10,000 | |
| George Eugene Stephenson<br>Revocable Trust<br>2742 Rushwood Ct<br>Wichita KS 67226 | 10,000 | |
| George O Haggard<br>724 Barton Dr<br>Morristown TN 37814 | 25,600 | |
| George Scheckel Jr<br>23307 Lull St<br>Canoga Park CA 91304 | 29,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re    QuVis, Inc.                                    ,        Case No. _____

Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| George Scheckel Jr IRA<br>c/o UMB Bank na Trustee<br>PO Box 419226<br>Kansas City Mo 64141-6226 | 36,403 | |
| Georgia Greenberg<br>1808 N Halstead St<br>Chicago IL 60614 | 6,666 | |
| Geraldine Matzke<br>3930 NW Thomas Rd<br>Silver Lake KS 66539 | 4,000 | |
| Gerlad L and Tamalyn J Sorrell<br>5633 SW 34th St<br>Topeka KS 66614-4579 | 100 | |
| Gerry Prell<br>9500 S Ocean Blvd<br>Jensen Beach FL 34951 | 8,000 | |
| Gladys E Holmes IRA<br>c/o UMB Bank<br>PO Box 419226<br>Kansas City MO 64141-6226 | 10,000 | |
| Gladys Reynolds<br>695 San Juan Rd<br>Colorado Springs CO 80904-2858 | 2,000 | |
| Glen H and Ann M Deitcher<br>909 SW Naismith Pl<br>Topeka KS 66606 | 22,500 | |
| Glen O and Nikki J Feuerborn<br>2418 SW Queens Way<br>Topeka KS 66614 | 20,000 | |
| Glenn A Usher<br>307 E Lancaster Ave<br>Downingtown PA 19335 | 1,000 | |
| Glenn D and Jefri A Leonardi<br>1404 E 345 Rd<br>Berryton KS 66409 | 8,069 | |
| Glenn R Glennie<br>712 Brent Dr<br>Mulvane KS 67110 | 2,500 | |
| Gloria G Cunningham<br>620 NW Lyman Rd #102<br>Topeka KS 66608-1999 | 12,000 | |
| Gloria Hanna<br>5638 SW Hawick<br>Topeka KS 66614 | 10,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  -  32442 - Adobe PDF

In re   QuVis, Inc.                                    ,        Case No. _____

        Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Goertzen / QEG LLC<br>c/o David Carpenter Escrow Agent<br>PO Box 4287<br>Topeka KS 66604-0287 | 59,700 | |
| Goertzen / QEG, LLC<br>c/o David Carpenter Escrow Agent<br>PO Box 4287<br>Topeka KS 66604-0287 | 162,000 | |
| Goertzen Consulting Inc<br>c/o Dr Kenneth Goertzen<br>6 Stadium Dr<br>Haven KS 67543 | 400,000 | |
| Goldie E. Braymer<br>42 Hillsboro Rd<br>Danville, KY 40422 | 6,000 | |
| Grand Bank and Trust of Florida<br>Cusodian FBO Miles B Weiss IRA<br>Attn Beth Pelchat<br>3601 PGA Blvd<br>Palm Beach Gardens FL 33410 | 25,000 | |
| Greg S McGivern<br>PO Box 4522<br>Topeka KS 66604-0522 | 20,000 | |
| Gregory and Michelle Pacholski<br>3747 Skippers Cove<br>Reminderville OH 44202 | 17,776 | |
| Gregory B Brown<br>1415 Pinewood<br>Benton AR 72015 | 5,000 | |
| Gregory Lies<br>209 E 3rd Drive So Apt 101<br>Independence MO 64050 | 833 | |
| Gregory M and Jody K Cooper<br>7440 SW 53rd<br>Topeka KS 66610 | 33,000 | |
| Gregory Schwerdt<br>3623 SW Stoneybrook Drive<br>Topeka KS 66614 | 125,000 | |
| Gregory W and Amy S Sharpe<br>2546 SW Windslow Ct<br>Topeka KS 66614-6105 | 10,000 | |
| Gregory Wyant<br>1301 S Westfield<br>Wichita KS 67209 | 3,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 33242 - Adobe PDF

In re  QuVis, Inc.                                              ,        Case No. _____

                    Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Gretchen Fox<br>1397 N Valleyview<br>Wichita KS 67212 | 5,000 | |
| Guy and Janet Rinehart<br>910 SW Grand Ct<br>Topeka KS 66606 | 10,638 | |
| H Allen and Joyce Paulson<br>c/o Michael Paulson<br>3 Park Lane<br>Canton SD 57013 | 1,000 | |
| Hal Yang<br>393 Whitlem Dr<br>Palo Alto CA 94306 | 50,000 | |
| Hamid Dehghanfar<br>11302 Cody St<br>Overland Park KS 66210 | 14,000 | |
| Harold D Matous<br>14960 Collier Blvd #1029<br>Naples FL 34119-7713 | 112,500 | |
| Harold Hesemann<br>7225 Cottonwood St<br>Shawnee KS 66216 | 33,000 | |
| Harold Hesemann<br>c/o David Carpenter Irrevocable Trust<br>7225 Cottonwood St<br>Shawnee KS 66216 | 18,500 | |
| Haynes and Forbes Frieden<br>555 S Kansas Ave<br>Topeka KS 60126 | 29,166 | |
| Helen S Yee<br>5017 California St Apt 3<br>San Francisco CA 94118 | 4,841 | |
| Hendrickson Teter Investments LLC<br>921 Dawn Lane<br>Chanute KS 66720 | 14,000 | |
| Henry J Lawrie Jr<br>2275 Doury In<br>Northfield IL 60093 | 3,000 | |
| Henry W and Lois M Schoemann<br>29150 Sandy Hook Rd<br>St Marys KS 66536 | 10,000 | |
| Hermin M Yarahmadi<br>16398 South Church<br>Olathe KS 66062 | 1,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  -  32342 - Adobe PDF

In re   QuVis, Inc.          ,     Case No. _____
               Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Hisako Yoshimura<br>#103 4-4-10 Kurihara<br>Niiza-Shi, Saita Japan 352-0035 | 20,000 | |
| Holly Palacio<br>14041 W 113th Terrace<br>Lenexa KS 66215 | 700 | |
| Hossein Afshari<br>1768 South 32 St<br>Kansas City, KS 66106 | 10,000 | |
| Howard I and Karen K Marlow<br>3804 Sw 40th<br>Topeka KS 66610 | 1,500 | |
| Howard Wolff<br>7030 Arbor Lane<br>Winnetka IL 60093 | 3,000 | |
| Ilene Friedman<br>14 Berkley Place<br>Livingston NJ 07039 | 15,000 | |
| Integrative Consulting LLC<br>Doug Friesen<br>10014 W Greenspoint St<br>Wichita KS 67205-1581 | 46,000 | |
| Irwin and Betty Rosen<br>3506 Avalon Ln<br>Topeka KS 66604 | 32,274 | |
| J Dwight Brown<br>34 Excelso Way<br>Hot Springs AR 71909 | 20,000 | |
| J Mark Goode<br>1093 Commerce Park Drive Suite 300<br>Oak Ridge TN 37830 | 170,457 | |
| J Thomas Freidheim<br>267 South St<br>Elmhurst IL 60126-4001 | 10,000 | |
| J Vig Sherrill<br>1093 Commerce Park Drive Suite #300<br>Oak Ridge TN 37830 | 170,475 | |
| J. Greg Kite<br>230 North Market<br>Suite 201<br>Wichita, KS 67202-2006 | 50,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc. _____ ,    Case No. _____

                             Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| JA Kerschen Trust<br>c/o Jeanette A Kerschen<br>Box 396<br>Cunningham KS 67035 | 10,000 | |
| Jack E Henry<br>300 Kennedy Lane<br>Wichita KS 67235 | 1,000 | |
| Jack H. Brier<br>Ten Westboro Place<br>Topeka KS 20657 | 416,473 | |
| Jackson Proia<br>220 Ponce De Leon Dr<br>Ormond Beach FL 30176 | 6,382 | |
| Jacob Morgan<br>8438 W Northridge Ct<br>Wichita KS 67205-1665 | 140 | |
| Jacqueline A Wewers<br>4515 Shavano Peak<br>San Antonio TX 78230 | 3,000 | |
| Jaime Henderson<br>5001 Redbud Court<br>Topkeka KS 66606 | 143,083 | |
| Jaime Porter<br>19 Roosevelt Ave<br>Waterville ME 04901 | 5,000 | |
| Jake Huyett<br>17124 222nd Rd<br>Holton KS 66436 | 2,500 | |
| Jame M Concannon<br>950 Docking Rd<br>Topeka KS 66615 | 35,000 | |
| Jamed Eddy IRA<br>c/o Kaw Valley State Bank<br>1110 N Kansas Ave<br>Topeka KS 66608 | 40,000 | |
| James and Betty L Stewart<br>5209 NW 52nd Ave<br>Topeka KS 66618 | 2,500 | |
| James and Carol Morgan<br>8438 W Northridge Ct<br>Wichita KS 67205-1665 | 5,000 | |
| James and Cathy Windell<br>5632 Spiritus Pl<br>EL Paso TX 79932 | 750 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., - ver. 4.4.9-735 - 32342 - Adobe PDF

Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| James and Cynthia Nash<br>1722 Pheasant Ridge<br>Sterling CO 80751 | 30,000 | |
| James and Jolene A File<br>3014 NE Kansa Trail<br>Topeka KS 66617 | 7,000 | |
| James and Pamela Rodriguez<br>1449 Robin Hood Dr<br>Seymour IN 47274 | 1,000 | |
| James Clifford<br>3 Brainerd Dr<br>Stoneypoint NY 10980 | 6,000 | |
| James Cole<br>7309 Ruggles Ferry Pike Rd<br>Knoxville TN 37914 | 18,558 | |
| James D. Henderson<br>6260 SW 9th St<br>Topeka KS 66615 | 186,668 | |
| James DeCoursey<br>5411 SW 40th Terrace<br>Topeka KS 66610 | 15,000 | |
| James H Cramer<br>2009 SW Harp Place<br>Topeka KS 66611 | 1,000 | |
| James Hayes<br>c/o Domenic Corrado<br>8521 Beaman<br>Kansas City MO 64154 | 5,097 | |
| James Herbert<br>2018 Stone St<br>Topeka KS 66604 | 14,750 | |
| James Hodgson<br>7305 Old Stone Dr<br>Owens Crossroads AL 35763 | 2,000 | |
| James Houghton<br>PC Profit Sharing Plan<br>4620 Petit Ave<br>Encino CA 91436-3216 | 183,000 | |
| James Kenneth Ogdon<br>2542 Lake Ridge Court<br>Wichita KS 67205 | 100,000 | |
| James L. Bean<br>2625 Chelsea Dr<br>Topeka KS 66614 | 5,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re　QuVis, Inc.　　　　　　　　　　　　　,　　Case No. _____

Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| James R and Gena D Rhodes<br>1224 Camp Creek Rd<br>Defuniak Springs FL 32433 | 18,500 | |
| James R Wood IRA<br>c/o UMB Bank Trustee<br>PO Box 419226<br>Kansas City MO 64141-6226 | 20,000 | |
| James Voos<br>310 E 71st St Apt 7K<br>New York NY 10021 | 1,500 | |
| James W and Mira J Craine<br>PO Box 1779<br>Morristown TN 37816 | 3,400 | |
| James W Hilbert<br>6336 SW South Pointe Dr<br>Auburn KS 66402 | 5,000 | |
| James W McBride<br>25 SW Peppertree Ln<br>Topeka KS 66611 | 3,000 | |
| James W Parrish<br>700 SW Jackson St Ste 200<br>Topeka KS 66603 | 25,000 | |
| Jana Voos<br>8234 Park Hill Circle<br>Lenexa KS 66215 | 1,350 | |
| Jane Carpenter<br>3771 Stonybrook Dr<br>Topeka KS 66610 | 84,493 | |
| Jane Carpenter<br>Trustee of Jane Carpenter Trust<br>3771 Stonybrook DR<br>Topeka KS 66610 | 60,500 | |
| Jane E Shults Living Trust<br>Jane E Freed Trustee<br>10801 N Meridian<br>Valley Center KS 67147 | 5,000 | |
| Janice and Charles Griffin<br>1618 W 22nd<br>Hutchinson KS 67502 | 11,614 | |
| Janice Henry<br>438 NW 58th St<br>Topeka KS 66617 | 20,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____,  Case No. _____

　　　　　　　　Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Janice K. Davis<br>c/o Connie L Hartley<br>801 Morningside Terrace<br>Osage City KS 66523 | 62,500 | |
| Janile M and Kevin L Heinen<br>4220 SE Iowa<br>Topeka KS 66609 | 5,100 | |
| Janine M Mohan<br>125 Kansas Ave<br>Topeka KS 66603 | 5,000 | |
| Jared M and Angela D Stange<br>4501 Newport Dr<br>Norman OK 73072 | 7,000 | |
| Jared N Warford<br>15902 Highway 70<br>Benton AR 72015 | 2,500 | |
| Jason C and Brenda Rziha<br>511 N Longmore<br>Chandler AZ 85224 | 10,000 | |
| Jason Dale<br>207 Sunset Ln<br>Maple Hill KS 66507-9402 | 18,000 | |
| Jason S. or Maurus C. Blick<br>315 Franklin<br>Topeka KS 66606 | 150 | |
| Jason W Coates<br>Gary D Coates Trustee<br>1471 NW Taylor #35<br>Topeka KS 66608 | 1,614 | |
| Jay and Stacey Gertsberger<br>7216 Wallace Ave<br>Kansas City MO 64133 | 5,000 | |
| Jay D McKee<br>14521 Dearborn<br>Overland Park KS 66223 | 50,000 | |
| Jay L and Debra K Smith<br>945 Woodridge Ct<br>Wichita KS 67206 | 3,500 | |
| Jay T and Susan E Ladenburger<br>4309 SW Eagle Pointe Rd<br>Topeka KS 66610-1573 | 29,538 | |
| Jayne and Russ Sayers<br>1010 Road S<br>Clarkson NE 68629 | 100 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32442 - Adobe PDF

In re ___QuVis, Inc._____ ,     Case No. _____

                Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Jaytide Investments LLC<br>PO Box 189<br>Teton Village WY 83025 | 45,573 | |
| Jeannine York-Schardt<br>902 S Beach St<br>Ormond Beach FL 32174 | 5,319 | |
| Jeffery Moore<br>137 Ainsworth Circle<br>Palm Springs FL 33461 | 5,341 | |
| Jeffrey D Plymire<br>201 E 7th<br>Beloit KS 67420 | 10,000 | |
| Jeffrey L. and Joni A Burkett<br>3450 SW Brandywine CT<br>Topeka KS 66614 | 5,000 | |
| Jennifer A McKee<br>14521 Dearborn<br>Overland Park KS 66223 | 7,500 | |
| Jennifer Barr<br>2003 SE Regency Park DR<br>Topeka KS 66614 | 50 | |
| Jennifer E Butts<br>5958 SW 24th Terrace<br>Topeka KS 66614 | 50,000 | |
| Jennifer E Henderson and George Eberhart<br>1610 West Highland Box 23<br>Chicago IL 60660 | 2,000 | |
| Jennifer Lee Woodward<br>c/o Jim Woodward<br>5043 SW 28th St<br>Topeka KS 66614 | 500 | |
| Jeremy David Strober<br>c/o Lawrence Strober<br>4259 189th Ave SE<br>Issaquah WA 98027 | 67,000 | |
| Jeremy Slusher<br>103 Sycamore Dr<br>Royal Palm Beach FL 33411 | 10,000 | |
| Jerri Shaffar<br>3406 SE Walnut Drive<br>Topeka KS 66605 | 300 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re _____QuVis, Inc._____ ,   Case No. _____

                        Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Jerry and Jennifer Bauer<br>c/o Mr. Michael Paulson<br>7822 SW 27th<br>Topeka KS 66614 | 500 | |
| Jerry Cheng-Kang Liu<br>17575 Orange Terrace<br>Yorba Linda CA 92886 | 30,000 | |
| Jerry D Edmonds<br>1468 E #1 Rd<br>Berryton KS 66409 | 35,000 | |
| Jerry Proctor<br>PO Box 214 #7 Stevie Court<br>Goddard KS 67052 | 66,500 | |
| Jesse Bates<br>Ginger White Trustee<br>1501 N University Suite 600<br>Little Rock AR 72207 | 1,334 | |
| Jessica A Stillwell<br>8405 W Central Apt 2313<br>Wichita KS 67212 | 140 | |
| Jessica Bruzios<br>2017-D N Lincoln Ave<br>Chicago IL 60614 | 6,666 | |
| Jessica R Warford<br>15902 Highway 70<br>Benton AR 72015 | 2,500 | |
| JFM Limited Partnership I<br>3333 SE 21st<br>Topeka, KS 66612 | 314,338 | |
| Jim D or Barbara G Hoskins<br>5294 Butterfield Dr<br>Joplin MO 64804 | 5,000 | |
| Jim Lance Woodward<br>5040 SW 28th St<br>Topeka KS 66614 | 6,800 | |
| Jim Lance Woodward<br>Sun America Trust FBO Jim Lance Woodward<br>5041 SW 28th St<br>Topeka KS 66615 | 14,569 | |
| Jimmie and Katherine Rodden<br>9826 Farley St<br>Overland Park KS 66212 | 5,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.9-735 - 32342 - Adobe PDF

In re QuVis, Inc. ,                                    Case No. _____

Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Joan Gordon<br>1050 Court Street #318<br>San Rafael CA 94901 | 15,000 | |
| JoAnn Sittenauer<br>Trustee of the JoAnn Sittenauer Trust<br>920 NE 43rd St<br>Topeka KS 66617 | 1,500 | |
| Joanna M. Carpenter<br>Jane H. Carpenter, Custodian<br>3771 Stonybrook DR<br>Topeka KS 66610 | 2,000 | |
| Joe and Irene Evans<br>1760 Mt hood 452-1422<br>Las Vegas NV 89115 | 7,182 | |
| Joe M and Janice F Stange<br>PO Box 720434<br>Norman OK 73070 | 136,480 | |
| Joe Tseng<br>21 E Los Olivos<br>Santa Barbara CA 93105 | 4,034 | |
| John & Sara Anderson<br>16359 S Sunset<br>Olathe KS 66062 | 800 | |
| John A McGivern<br>3333 SE 21st St<br>Topeka KS 66607 | 101,662 | |
| John A. Bausch<br>4220 SE Iowa Ave<br>Topeka KS 66604-1952 | 9,000 | |
| John and Cindy Olsen<br>2728 SW Chauncey Ct<br>Topeka KS 66614 | 2,500 | |
| John and Danna Hayes<br>7831 Queens Cove<br>Lisle IL 60532 | 2,000 | |
| John and Denise Pacholski<br>1421 Hamilton Drive<br>Broadway Heights OH 44147 | 2,500 | |
| John C Garrett<br>1405 W Omaha Pl<br>Broken Arrow, OK 74012-0415 | 5,000 | |
| John C Long<br>42 Melody Lane<br>Wellington KS 67152 | 84,536 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| John C Roy<br>3545 NW Menoken Rd<br>Topeka KS 66618 | 100 | |
| John C Valley IRA<br>c/o UMB Bank Trustee<br>PO Box 419226<br>Kansas City MO 64141 | 10,000 | |
| John Calhoun<br>3572 SugarPlum Ln<br>Port Orange FL 32129-7630 | 2,000 | |
| John D and Patricia Irwin<br>c/o UBS<br>1 N Wacker Suite 3500<br>Chicago IL 60606 | 63,000 | |
| John Dillion and Barbara Lynn McCall<br>1516 W Poplar<br>Olathe KS 66061 | 30,000 | |
| John E Howe<br>Trustee of John E Howe Trust<br>26303 W 111th Terrace<br>Olathe KS 66061 | 7,500 | |
| John F Alden<br>247 E Chestnut St<br>Apt 2501<br>Chicago IL 60611-2416 | 10,000 | |
| John F McGivern II<br>3333 SE 21st St<br>Topeka KS 66607 | 110,363 | |
| John Gould<br>29 Waverton Dr<br>St Louis MO 63124 | 52,500 | |
| John J Ambrosio<br>Profit Sharing Plan<br>5897 SW 29th St<br>Topeka KS 66614-2486 | 5,000 | |
| John J and Monica Miller II<br>21134 W 71st<br>Shawnee KS 66218 | 200 | |
| John J Iserman<br>1211 Navajo Dr<br>St Marys KS 66536 | 1,000 | |
| John J Matalone IRA<br>c/o UMb Bank na Trustee IRA Dept<br>PO Box 419692<br>Kansas City MO 64179-0756 | 2,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32442 - Adobe PDF

In re  QuVis, Inc.                                    ,     Case No. _____
                    Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| John J Miller<br>526 S 29th<br>Lincoln NE 68510 | 1,650 | |
| John L Simms<br>2601 SW 17th St<br>Topeka KS 66604-2669 | 2,500 | |
| John Marshall Brier<br>2901 Smallman St Apt 4e<br>Pittsburg PA 15201 | 2,125 | |
| John P Silkiner Trust<br>12725 High Dr<br>Leawood KS 66209-1610 | 25,000 | |
| John Phillip and Cynthia S Posten<br>1701 NW 78th St<br>Topeka KS 66618 | 4,750 | |
| John R and Lisa M Hanna<br>16322 S Stagecoach Dr<br>Olathe MO 66062 | 1,000 | |
| John R Schuster<br>26 E 29th Circle<br>Fayetville AR 72701 | 1,610 | |
| John R Young<br>508 W North St<br>Benton AR 72015 | 5,000 | |
| John R. & Marilyn L. Atchley<br>5957 SW 31st<br>Topeka KS 66614 | 10,000 | |
| John R. and Cynthia L Barry<br>599 Auburn Rd<br>Topeka KS 66610 | 1,000 | |
| John R. Bailey, Sr<br>27506 Old School House Rd<br>Ardmore AL 35739-8430 | 9,000 | |
| John Watson<br>4500 West Hindsdale<br>Littleton CO 80128 | 1,000 | |
| Johnathon and Julie Meraz<br>PO Box 159<br>Plainview NE 68769-0159 | 1,500 | |
| Johnathon Russo<br>75 Bank St Apt 2H<br>New York NY 10014 | 181,666 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  -  32442 - Adobe PDF

In re ___QuVis, Inc._____ ,    Case No. _____

               Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Johnny Lee Stone<br>6520 Peppermill Dr<br>Las Vegas NV 89146 | 1,500 | |
| Johnson Brothers Investments Inc<br>PO Box 205<br>Bigelow AR 72016 | 73,333 | |
| Jon K and Devon M Kirkpatrick<br>12138 Farley<br>Overland Park KS 66213 | 6,500 | |
| Jon M Flickinger<br>2921 SW Wanamaker Dr Ste 107<br>Topeka KS 66614 | 11,000 | |
| Jon M Hollis<br>919 1/2 N 11th St<br>Manhattan KS 66502 | 1,000 | |
| Joseph C Eason<br>102 Wingding Way<br>San Antonio TX 78232 | 40,000 | |
| Joseph Ebbett Jones<br>4885 S Quebec St #327<br>Denver CO 80237-2717 | 945 | |
| Joseph Gerard Herold Trust<br>c/o Joseph Herold Trustee<br>PO Box 3846<br>Topeka KS 66604-6846 | 20,000 | |
| Joseph Minotti<br>77 Wellwater Dr<br>Palm Coast FL 32164-7836 | 42,553 | |
| Joshua P Morello<br>c/o Minority Trust<br>3 Hershey Rd<br>Wayne NJ 07470 | 13,333 | |
| Joy L and Richard L Warren Jr<br>7512 Yorkshire Ct<br>Amarillo TX 79121 | 14,000 | |
| Joyce Scheckel IRA<br>c/o UMB Bank na Trustee<br>PO Box 419226<br>Kansas City MO 64141-6226 | 2,000 | |
| Judd Fite<br>1003 Hwy 35<br>Benton AR 72015 | 12,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 3342 - Adobe PDF

In re  QuVis, Inc.                                    ,     Case No. _____
                        Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Judith A Walton<br>2201 SE California Ave<br>Topeka KS 66605 | 1,814 | |
| Judy A Davis<br>19 Snead Lane<br>Amarillo TX 79124-1717 | 10,000 | |
| Judy K Row<br>6410 SW Suffolk Rd<br>Topeka KS 66610 | 37,377 | |
| Judy Warkentine<br>6539 SW Vorse Rd<br>Auburn KS 66402 | 35,000 | |
| Julie Paulson<br>c/o Michael Paulson<br>3 Park Lane<br>Canton SD 57013 | 4,518 | |
| Justin A Leis<br>c/o Laura Marie Leis<br>2835 SW Mission Woods Dr<br>Topeka KS 66614 | 250 | |
| Justin and Kelly Howe<br>19582 W 105th<br>Olathe KS 66061 | 1,000 | |
| Justin E. or Maurus C. Blick<br>315 Franklin<br>Topeka KS 66606 | 150 | |
| Kadie Ausherman<br>Kenbe Goertzen, Custodian<br>2921 SW Wannamaker Dr, Ste 107<br>Topeka KS 66614 | 37,500 | |
| Kaitlyn Morgan<br>8438 W Northridge Ct<br>Wichita KS 67205-1665 | 140 | |
| Kalisha Crawford<br>108 West 17th St<br>New York NY 10011 | 21,000 | |
| Kara L Heitz<br>260 Yorkshire Rd<br>Topeka KS 66603 | 40,343 | |
| Karen B Waters<br>5504 SW Fairlawn Rd<br>Topeka KS 66610 | 1,500 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re     QuVis, Inc.                                      ,          Case No. _____

                        Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Karen D Meyer<br>PO Box 3880<br>Topeka KS 66604-6880 | 9,296 | |
| Karen James<br>918 Shady Way<br>Wichita KS 67203 | 800 | |
| Karen S Disidore<br>c/o MC Industries<br>3601 SW 29th St<br>Topeka KS 66614 | 2,500 | |
| Karol A Luttjohann<br>4841 SW 21st St Ste 201<br>Topeka KS 66604 | 63,750 | |
| Kathleen H Werner Trust<br>Kathleen H Werner Trustee<br>2912 Sunset Rd<br>Topeka KS 66614 | 25,000 | |
| Kathleen R Urbom<br>700 Jackson Suite #204<br>Topeka KS 66603 | 144,468 | |
| Kathleen Roberts<br>18260 S Sunset Dr<br>Olathe KS 66062 | 6,000 | |
| Kathryn Groesbeck<br>6027 SW 36th St<br>Topeka KS 66614 | 10,000 | |
| Kathy Backhus<br>c/o Dennis Petterson<br>338 SW Greenwood Ave<br>Topeka KS 66606 | 8,000 | |
| Kayla Keating<br>400 Prospect St Apt 233<br>La Jolle CA 92037 | 150 | |
| Keith and Cynthia Pfeifer<br>328 W 33rd St<br>Hays KS 67601 | 5,715 | |
| Keith and Marlene Kohlmeier<br>3337 NW Bent Treen Ln<br>Topeka KS 66618-3476 | 1,000 | |
| Keith Stelting IRA<br>c/o Kaw Valley State Bank Cust.<br>1110 N Kansas Ave<br>Topeka KS 66608 | 12,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re    QuVis, Inc.                                    ,        Case No. _____
                    Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Kelly Ann Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | 100,000 | |
| Kelsi Ausherman<br>Kenbe Goertzen, Custodian<br>2921 SW Wannamaker Dr, Ste 107<br>Topeka KS 66614 | 37,500 | |
| Kemnitzer Design Inc<br>10275 Shadow Ridge Dr<br>Olathe KS 66061 | 37,500 | |
| Kenbe D. Goertzen<br>2921 SW Wannamaker Dr Ste 107<br>Topeka KS 66614 | 1,509,509 | |
| Kenneth B Nelson<br>247 E Chestnut St Apt 2501<br>Chicago IL 60611-2416 | 10,000 | |
| Kenneth E Teter<br>3609 SW Kings Forest Rd<br>Topeka KS 66610-1553 | 2,500 | |
| Kenneth Goertzen<br>PO Box 4287<br>Topeka KS 66604 | 112,500 | |
| Kenneth R Shifflett<br>3212 Sunrise Dr<br>Guntersville AL 35976 | 1,000 | |
| Kenny Kalfin<br>c/o Lisa Martinez<br>94 North Shining Sun Rd<br>Santa Fe NM 87506 | 10,000 | |
| Kevin and Arlene Evans<br>3708 SW Lincolnshire Rd<br>Topeka KS 66610 | 20,000 | |
| Kevin and Tricia Buggs<br>1436 Alvarado Ave<br>Burlingame CA 94010 | 3,000 | |
| Kevin Friesen<br>Brenda K or Kevin L. Friesen Trustees<br>Greg Knoll, Esq Telthorst and Noll LLC<br>3620 SW Fairlawn Rd Suite 201<br>Topeka KS 66614 | 2,500 | |
| Kevin L and Kathy L Vickery<br>425 Maple Ln<br>Wichita KS 67209 | 1,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735  -  32442 - Adobe PDF

In re  QuVis, Inc.                              ,        Case No. _____

                    Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Kevin R and Lori A Rathert<br>2874 Wilderness Ct<br>Wichita KS 67226 | 35,000 | |
| Kim and Kevin Bilderback<br>5824 Lennox Hill Dr<br>Plano TX 75093-8059 | 20,000 | |
| Kimberly M Hurn Mckinley<br>903 Valley Dr<br>Norton KS 67654-2308 | 1,000 | |
| Kristen C Voos<br>310 East 71st St Apt 7K<br>New York NY 10021 | 9,984 | |
| Kristie & Charles Baker<br>704 N. Cedar St<br>Abilene KS 67410 | 50,000 | |
| KTEC Holdings Inc<br>214 SW 6th St First Floor<br>Topeka KS 66603 | 427,495 | |
| Kurt & Patricia Bossert<br>6832 SW 43rd St<br>Topeka KS 66610 | 50,000 | |
| Kurt A Wright<br>5333 McAuley Dr Ste 5016<br>Ypsilanti, MI 48197-1014 | 16,000 | |
| Kurt Eskilson<br>4825 Berryton RD<br>Berryton KS 66409 | 2,500 | |
| Kyle Sabatini<br>c/o Mr Frank Sabatini<br>123 SW 6th St<br>Topeka KS 66603 | 10,000 | |
| Kyle Shults<br>633 Wheatland<br>Wichita KS 67235 | 4,000 | |
| Lance Horne<br>1 Columbus Place Apt N-18B<br>New York NY 10019 | 34,000 | |
| Lance Malmstrom<br>13395 118th Rd<br>Hoyt KS 66440-9694 | 2,000 | |
| Landon Zwiesler<br>12017 W Meribeau Ct<br>Wichita KS 67235 | 140 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 33242 - Adobe PDF

In re QuVis, Inc. ,                    Case No. _____

              Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Larry and Sandra Swafford<br>5800 Purdue<br>Amarillo TX 79109 | 1,000 | |
| Larry D and Charlene Plymire<br>201 E 7th<br>Beloit KS 67420 | 64,000 | |
| Larry E & Carole M Challinski<br>1115 E Forest Hills Dr<br>Phoenix AZ 85022 | 5,000 | |
| Larry G Waters<br>1943 SW Oakley Ave<br>Topeka KS 66604 | 10,000 | |
| Larry L. Brown<br>c/o Linda A Grimes<br>3041 SE Eveningtide<br>Topeka KS 66605 | 8,500 | |
| Larry Strober<br>17 Redwood Dr<br>San Rafael CA<br>94901 | 1,500,000 | |
| Laura Avalos-Evon<br>1817 Burnette Ave<br>Jefferson City, TN 37760 | 1,000 | |
| Laura Lee Row<br>13345 Hemlock<br>Overland Park KS 66210 | 5,500 | |
| Laura Marie Leis<br>2835 SW Mission Woods Dr<br>Topeka KS 66614 | 7,500 | |
| Laura Yalem<br>16786 Benton Taylor Dr<br>Chesterfield MO 63005-48779 | 8,069 | |
| Lauren Zwiesler<br>12017 W Meribeau Ct<br>Wichita KS 67235 | 140 | |
| Lawrence E and Jennifer J Connell<br>5749 SW 33rd St<br>Topeka KS 66614 | 3,000 | |
| Lee E and Anne Marie Snook<br>3430 SW Stoneybrook DR<br>Topeka KS 66614 | 1,000 | |
| Lee F Fischer<br>RR 3 - Box 128<br>Larned KS 67550 | 4,061 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.9-735  - 32442 - Adobe PDF

In re <u>QuVis, Inc.</u> ,     Case No. _____

            Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Lee F Fischer IRA<br>Bankan and Company FBO<br>c/o Bank of Kansas<br>PO Box 1707<br>Hutchinson KS 67504 | 27,300 | |
| Lee L. Crawford<br>6021 NW Westbrooke Dr<br>Topeka KS 66617 | 7,500 | |
| Leo and Mary Lou LaFauce<br>1135 Flossie Cir<br>Boubonnais IL 60914-4564 | 8,069 | |
| Leo Leonard<br>13 Llosee<br>Palm Coast FL 32164-5876 | 10,638 | |
| Leona S Wyant<br>Trustee Donald and Leona Wyant Revocable Trust<br>350 Parkridge<br>Wichita KS 67209 | 5,000 | |
| Leslie E Diehl<br>3600 SW Randolph Sq Unit 43<br>Topeka, KS 66611-3000 | 300 | |
| Lila A Williams<br>5130 SW 25th St<br>Topeka KS 66614 | 30,000 | |
| Linda Bixler<br>3121 SW Briarwood Circle<br>Topeka KS 66611 | 1,000 | |
| Linda D Shults<br>Revocable Trust<br>701 N Brookfield<br>Wichita KS 67206 | 34,460 | |
| Linda Eisenhut<br>2341 SE 85th St<br>Berryton KS 66409 | 2,500 | |
| Linda J Toller IRA<br>Fahnestock and Co Inc Custodian<br>1835 Collins<br>Topeka KS 66604 | 1,000 | |
| Linda J Tuller<br>c/o Gary Baker<br>1835 Collins<br>Topeka KS 66604 | 1,000 | |
| Linda M Kemnitzer<br>106 East Dartmouth<br>Kansas City MO 64113 | 9,375 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                    ,    Case No. _____

_____Debtor_____

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Linda McBride<br>25 Peppertree<br>Topeka KS 66611 | 9,000 | |
| Linda R Escher IRA<br>c/o UMB Bank Trustee<br>PO Box 419226<br>Kansas City MO 64141 | 19,734 | |
| Lisa and Terry Carney<br>2144 SW 36th<br>Topeka KS 66611 | 4,500 | |
| Lisa J Fahnholz<br>19844 Rosewood Dr<br>Stillwell KS 66085 | 500 | |
| Lisa Miller and Colin Mahoney<br>723 Mass Apt 2<br>Lawrence KS 66044 | 200 | |
| Lloyd E O'Brien Trust<br>2326 Downing<br>Westchester IL 60154-5149 | 10,000 | |
| Lois Arnold<br>3333 SE 21st St<br>Topeka KS 66607 | 2,000 | |
| Lois C Churchill<br>37 Villa Louisa Rd<br>S Glastonbury CT 06073 | 30,000 | |
| Lola K Keller<br>4637 Liberty<br>Kansas City MO 64112 | 5,000 | |
| Lolita Lee<br>1625 Amhurst Way<br>Concord CA 94518 | 12,000 | |
| Louis J Mazzucchelli and Susan G Paffrath<br>12 Park Hill Ln<br>Larchmont NY 10538 | 7,000 | |
| Ludwig Bravmann<br>3333 Henry Hudson Pkwy<br>Apt 6E<br>Riverdale NY 10463-3233 | 600,000 | |
| Lusk Declaration of Trust<br>c/o Theodore E and Beverly J Lusk Trustees<br>6591 Rocky Crest Dr<br>San Jose CA 95120 | 10,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  - 32342 - Adobe PDF

In re  QuVis, Inc.                              ,          Case No. _____

                    Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Luttjohann Investment Partnership<br>c/o John R Luttjohann<br>PO Box 1776<br>Topeka KS 66601 | 15,000 | |
| Lynn A. Bishop<br>3339 SW 34th Ct<br>Topeka KS 66614 | 33,276 | |
| Lynn S McGivern<br>3408 SW Mission<br>Topeka KS 66614 | 25,000 | |
| Lynn Shaver<br>191 Twin Oak Dr<br>Guntersville AL 35976 | 1,000 | |
| Lynne Duling<br>141 S Mars<br>Wichita KS 67209 | 140 | |
| Mara Sabatini<br>c/o Mr Frank Sabatini<br>124 SW 6th St<br>Topeka KS 66603 | 10,000 | |
| Margaret B Kidd<br>1402 Misty Dr<br>Benton AR 72015 | 20,000 | |
| Marhsall W. Brier II<br>2385 Park Chesapeake<br>Lusby MD 20850 | 1,250 | |
| Marica Bone<br>7225 SW Palace Dr<br>Topeka KS 66610 | 22,500 | |
| Marietta S and Robert M Lies Trustees<br>Marietta S Lies Living Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | 15,500 | |
| Marietta S Lies<br>2363 Cardinal Dr<br>Wichita KS 67204 | 5,000 | |
| Marilyn and Johna Lentz<br>5339 NW 70th<br>Topeka KS 66618 | 5,000 | |
| Marilyn Stoknes<br>5440 Diamond Place NE<br>Bainbridge Island WA 98110 | 25,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.9-735  - 32342 - Adobe PDF

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Marilyn Waddell<br>4513 East Boston Ave<br>Wichita KS 67218 | 1,000 | |
| Marion and Brenda Little<br>1904 Fairmont Dr<br>Benton AR 72015 | 20,000 | |
| Marion Hawks<br>1803 SW Stutley Rd<br>Topeka KS 66615-1325 | 500 | |
| Marion Little<br>1501 No University Ste 600<br>Little Rock AR 72207 | 40,000 | |
| Marion Little<br>Trustee of Bates Trust<br>1501 No University Ste 600<br>Little Rock AR 72207 | 26,000 | |
| Marjorie Helen Baugher Trust<br>2233 Sandplum Ct<br>Wichita KS 67205 | 15,000 | |
| Mark A and Kathleen A Ward<br>3436 SE Pueblo Place<br>Tecumseh KS 66542 | 13,000 | |
| Mark A and Linda J Pierce<br>3048 SE 61st<br>Berryton KS 66409 | 2,500 | |
| Mark A. and Janet L Cairnes<br>901 Congressional Dr<br>Lawrence KS 66049 | 10,000 | |
| Mark and Angela Leggio<br>c/o Mr Michael Paulson<br>3001 Fox Chase Run<br>Bloomington IN 47401-8874 | 1,000 | |
| Mark and Kelly Gottschalk<br>4604 Barkbridge Ct<br>Chesterfield VA 23832 | 2,500 | |
| Mark and Mary E Kidd<br>1608 SW High<br>Topeka KS 66604 | 1,180 | |
| Mark Conboy<br>2313 SW Stone Ave<br>Topeka KS 66614 | 5,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  - 32442 - Adobe PDF

In re   QuVis, Inc.                          ,          Case No. _____
                    Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Mark Cunningham<br>3007 SW Burnett Rd<br>Topeka KS 66614 | 43,000 | |
| Mark Dorsten<br>Protector Home Protector<br>PO Box 69<br>Bokeelia FL 33922 | 20,000 | |
| Mark E Shwartz<br>6142 SW 38th Terrace<br>Topeka KS 66610 | 5,000 | |
| Mark Foster<br>PO Box 729<br>Goddard KS 67052 | 6,000 | |
| Mark Gillis<br>607 N Market<br>Benton AR 72015 | 5,000 | |
| Mark Hall<br>c/o Kathleen Cain, c/o Michael Paulson<br>2749 SW Lagito Dr<br>Topeka KS 66614 | 1,000 | |
| Mark J McGivern<br>3333 SE 21st<br>Topeka KS 66607 | 10,000 | |
| Mark Porter<br>2620 Chamberlain Ave<br>Madison WI 53705 | 18,750 | |
| Mark Shively<br>8110 Bekemeyer<br>Wichita KS 67212 | 1,500 | |
| Mark Toal<br>54 Oakmont Cir<br>Ormond Beach FL 31174 | 7,979 | |
| Mark V and Lisa A Heitz<br>B300<br>260 Yorkshire RD<br>Topeka KS 66603 | 56,480 | |
| Mark W and Karen Hein<br>6809 Haskins<br>Shawnee KS 66216 | 3,227 | |
| Marsha J Thomas<br>c/o Patricia A Ferris<br>H-25<br>Lake Lotawana MO 64086 | 1,600 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  - 32442 - Adobe PDF

In re  QuVis, Inc.                                    ,     Case No. _____
            Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Marshall and Nichole Kass<br>11217 NW 70th Court<br>Parkland FL 33076 | 5,000 | |
| Martin and Ann Schmiedeler<br>c/o Mr Michael Paulson<br>9234 SW 37th St<br>Topeka KS 66614 | 2,000 | |
| Martin and Deborah Scheckel<br>1355 Hastings<br>Naperville IL 60563 | 2,000 | |
| Martin L and Pamela S Gies<br>2436 SE Cuvier Dr<br>Tecumseh KS 66542 | 32,274 | |
| Marty and Patty Sterneker<br>1461 N Judith<br>Wichita KS 67212 | 22,799 | |
| Mary A. Eddy IRA<br>c/o Kaw Valley State Bank<br>1110 N Kansas Ave<br>Topeka KS | 20,000 | |
| Mary Isabelle Corrado<br>8521 N Beman Ave<br>Kansas City MO 64154 | 4,500 | |
| Mary Jane Bradley<br>Mary Jane Bradley Trust<br>9330 NE 109th Terrace<br>Kansas City MO 64157 | 121,854 | |
| Mary L Ingle IRA<br>22657 W 220th St<br>Spring Hill KS 66083 | 20,000 | |
| Mary Lee Stelting<br>3217 SW Westwood G<br>Topeka KS 66614 | 5,000 | |
| Mary Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | 5,000 | |
| Mary Lynn and Joseph Dando<br>3739 E Monroe<br>Springfield MO 65809 | 1,000 | |
| Mary Sabatini<br>c/o Mr Frank Sabatini<br>125 SW 6th ST<br>Topeka KS 66603 | 10,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.9-735 - 32442 - Adobe PDF

In re   QuVis, Inc.                                        ,        Case No. _____

                          Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Masatoshi Hatori<br>c/o Scott McCallum<br>84 Pleasant St<br>San Fransico CA 94108 | 12,274 | |
| Matthew and Christine Weber<br>2518 S Denene Ct<br>Wichita KS 67215 | 1,000 | |
| Matthew Hamburger<br>6407 NW 99th Ave<br>Parkland FL 33076 | 4,000 | |
| Matthew J Coates<br>Gary D Coates Trustee<br>1471 NW Taylor #35<br>Topeka KS 66608 | 1,614 | |
| Matthew S Oliver<br>2958 SE Peck<br>Topeka KS 66605 | 13,010 | |
| Maurice A. and Leslie Bergeron<br>PMB 6315<br>PO Box 2428<br>Pensacola FL 32513 | 50,000 | |
| Maurus C. Blick or Brenda J. Dageford<br>315 Franklin<br>Topeka KS 66606 | 2,050 | |
| Max Lloyd<br>1093 Commerce Park Dr Suite 300<br>Oak Ridge TN 37830 | 34,050 | |
| Megan Zwiesler<br>12017 W Meribeau Ct<br>Wichita KS 67235 | 140 | |
| Melissa K Coates<br>Gary D Coates Trustee<br>1471 NW Taylor #35<br>Topeka KS 66608 | 1,614 | |
| Merlin C and Susan G Hussey<br>6513 Briarwood Cir<br>Wichita KS 67212 | 5,000 | |
| Merlin Strahn<br>5500 SW 23rd<br>Topeka KS 66614 | 4,569 | |
| Merrilyn W Schinkel<br>5100 West 159th Terrace<br>Overland Park KS 66085 | 8,069 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re  QuVis, Inc. ,  Case No. 

Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Michael & Marie Chin<br>205 Trull Lane East<br>Lowell MA 01852 | 105,000 | |
| Michael A and Catherine S Patterson<br>7516 SW Arthur Rd<br>Topeka KS 66610-1628 | 5,000 | |
| Michael and Carolee Wangsgaard<br>115 E J Frick Drive<br>Manhattan KS 66503 | 2,000 | |
| Michael and Cristina Schippers<br>Route #1 PO Box 146<br>Neodesha KS 66757 | 11,000 | |
| Michael and Dawn Paulson<br>c/o Mr Michael Paulson<br>2921 SW Wanamaker Dr Ste 107<br>Topeka KS 66614 | 18,562 | |
| Michael and Deborah Cox<br>6249 Sout Pointe Dr<br>Auburn KS 66402 | 34,000 | |
| Michael and Delores A Chin<br>205 Trull Lane East<br>Lowell MA 01852 | 265,000 | |
| Michael and Janice Roberts<br>103 E Main<br>Junction City OH 43748 | 2,000 | |
| Michael and LeAnn Glenn<br>5312 Congressioal Dr<br>Benton AR72015 | 5,000 | |
| Michael and Margaret Lucchetti<br>20018 E Brightway<br>Moicena IL 60448 | 2,000 | |
| Michael and Martha Crow<br>4210 SE Paulen RD<br>Topeka KS 66609-9112 | 500 | |
| Michael C and Michelle F Werner<br>3001 SE Burton St<br>Topeka KS 66605 | 15,000 | |
| Michael C Farkas<br>1755 S Naperville RD Suite 100<br>Wheaton IL 60187 | 25,000 | |
| Michael C Flanagan<br>9149 Schweiger #81<br>Lenexa KS 66219 | 6,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                                    ,      Case No. _____

                    Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Michael C Flanagan Roth IRA<br>Delaware Charter Gaurantee and Trust Co<br>c/o George K Baum and Co<br>120 W 12th St<br>Kansas City MO 64105 | 10,000 | |
| Michael C Reynolds<br>2501 SW 35th Terrace<br>Topeka KS 66611 | 15,000 | |
| Michael C. Burton<br>c/o Penny Dawdy<br>4111 Plum Tree<br>Wichita KS 67226 | 2,265 | |
| Michael E and Karen L Scheopner<br>6701 SW Hamptonshire LN<br>Topeka KS 66614 | 5,000 | |
| Michael J and Debra C Cochenour<br>8401 Weatherford Ave<br>Brooksville FL 34613 | 2,500 | |
| Michael Jacejako<br>1317 Daytona Ave<br>Holly Hill FL 32117 | 10,382 | |
| Michael K and Karen R Henderson<br>2419 SE Alexander<br>Topeka KS 66605 | 101,469 | |
| Michael Kann<br>c/o KL Industries<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663 | 80,000 | |
| Michael Maher<br>2820 S Atlantic Ave<br>Daytona Beach FL 32118 | 3,500 | |
| Michael O and Linda A Weed<br>1606 Salem Rd<br>Benton AR 72015 | 5,000 | |
| Michael Paulson<br>2735 SW Santa Fe Dr.<br>Topeka, Kansas 66614 | 3,562 | |
| Michael R and Janice M King<br>315 Lochmere Dr<br>Morristown TN 37814 | 1,000 | |
| Michael S Tollefson<br>c/o Dawnita Tollefson Custodian<br>3119 Huntoon St<br>Topeka KS 66604 | 250 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re  QuVis, Inc. _____ ,  Case No. _____

Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Michael S Underwood IRA<br>c/o UBS Financial Services, Inc CDN FBO Michael S Underwood<br>1000 Harbor Blvd 6th Floor<br>Weehawken NJ 07086 | 10,700 | |
| Michael T and Barbara J Oliver Trust<br>c/o Doris Oliver<br>457 W Eisenhower Rd Apt 301<br>Lansing KS 66043-2211 | 3,334 | |
| Michael T Dreher<br>4110 Munson Ave<br>Topeka KS 66604 | 13,000 | |
| Michael T Oliver<br>2874 Darla Lane<br>Grand Junction CO 81501 | 5,000 | |
| Michael T Petterson<br>338 SW Greenwood Ave<br>Topeka KS 66606 | 8,000 | |
| Michael T Wilson<br>3718 SW Stonebridge Ct<br>Topeka KS 66610 | 5,000 | |
| Michele Toelkes IRA<br>Edward Jones Cust ATTN Liz Little<br>Security Registration Dept<br>201 Progress Parkway<br>Maryland Heights MO 63043 | 15,215 | |
| Michelle C Higgs<br>7422 SW Arthurs Rd<br>Topeka KS 66610 | 17,500 | |
| Michelle Coleen Duncan<br>3342 SW Skyline Dr West<br>Topeka KS 66614 | 3,000 | |
| Michelle E Miller<br>2519 SW Arrowhead<br>Topeka KS 66614 | 7,875 | |
| Mike and Judy Gisel<br>532 N Wheatland Pl<br>Wichita KS 67235 | 7,000 | |
| Mike McGivern<br>3130 Skylark Dr<br>Topeka KS 66605 | 2,250 | |
| Miles Weiss<br>6407 NW 99th Ave<br>Parkland FL 33076 | 125,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  - 32342 - Adobe PDF

In re  QuVis, Inc.                                    ,          Case No. _____

                    Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Miles Weiss IRA<br>c/o Grand Bank and Trust of Florida<br>3601 PGA Blvd<br>Palm Beach Gardens FL 33410 | 25,000 | |
| Milton and Patsy Thompson<br>4308 E Ridge View Dr<br>Springfield MO 65809 | 5,000 | |
| Milton Thompson<br>4308 E Ridge View Dr<br>Springfield MO 65809 | 10,000 | |
| MORI and CO/Acct TM Higgins III<br>Commerce Bank of KC<br>Attn Jim Stratton<br>922 Walnut St - Mail Stop TBTS - 2<br>Kansas City MO 64199-3366 | 54,829 | |
| Morris W and Christa T Taylor<br>3777 SW Woodview Dr<br>Topeka KS 66610 | 12,500 | |
| Mr & Mrs Greg Burger<br>3273 Spring Wind Ct<br>Lawrenceville GA 30044 | 11,254 | |
| Mr and Mrs Allen Paulson<br>c/o Mr Michael Paulson<br>3 Park Lane<br>Canton SD 57013 | 35,000 | |
| Mr and Mrs Craig D Poggenpohl<br>23725 W 55th Street<br>Shawnee KS 66226 | 17,622 | |
| Mr and Mrs Daniel Disiter Sr<br>3405 NW Harold Ct<br>Topeka KS 66618 | 4,841 | |
| Mr and Mrs Dick VanBockern<br>c/o Dr Michael Paulson<br>325 N Broadway<br>Canton SD 57013 | 7,500 | |
| Mr and Mrs Donald E Dugan<br>4434 Colly Creek Dr<br>Topeka KS 66610 | 12,000 | |
| Mr and Mrs Donald E Redford<br>PO Box 422<br>Tonganoxie KS 66086-0422 | 2,000 | |
| Mr and Mrs Gary L Lucas<br>5216 SW 40th Terrace<br>Topeka KS 66610-2400 | 65,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re  QuVis, Inc. _____ ,   Case No. _____

Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Mr and Mrs Glenn A Freeman<br>1608 SW MacVicar Ave<br>Topeka KS 66604 | 10,000 | |
| Mr and Mrs Jerry Lammers<br>2800 SW Tallgrass Dr<br>Topeka KS 66614-6025 | 39,000 | |
| Mr and Mrs John A DeLeye<br>3749 SW Springcreek Dr<br>Topeka KS 66610 | 67,500 | |
| Mr and Mrs John R Schade<br>c/o Mr Domenic Corrado<br>12520 Ridgeland<br>Palos Heights IL 60463 | 1,875 | |
| Mr and Mrs John W Morgan<br>2416 SW Saturn Dr<br>Topeka KS 66605 | 2,000 | |
| Mr and Mrs Larry G Waters<br>1943 SW Oakley Ave<br>Topeka KS 66604 | 8,040 | |
| Mr and Mrs Lester C Keller<br>127 W 30th Ave<br>Hutchinson KS 67502 | 10,000 | |
| Mr and Mrs Mark B Strube<br>c/o Domenic Corrado<br>7642 Foster Ridge<br>Germantown TN 38138 | 6,853 | |
| Mr and Mrs Marvin P Maenhoudt<br>c/o Domenci Corrado<br>2176 E Court<br>Dyersburg TN 38024 | 20,000 | |
| Mr and Mrs Marvin P Maenhoudt Jr<br>c/o Domenic Corrado<br>710 Hwy, 51 By-Pass PMB 6151<br>Dyersburg TN 38024 | 13,000 | |
| Mr and Mrs Maximus A Lopez<br>12852 W 88th Cir<br>Lenexa KS 66215-3542 | 15,000 | |
| Mr and Mrs Mick Hurley<br>c/o Michael Paulson<br>409 Meadow Lark Trail<br>Sioux Falls SD 57108-2986 | 4,247 | |
| Mr and Mrs Philip H Shuley<br>5902 W 124th St<br>Overland Park KS 66209 | 33,750 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re ___QuVis, Inc._____ ,  Case No. _____

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Mr and Mrs Randall L Hewitt<br>2101 SW 33rd St<br>Topeka KS 66611 | 65,000 | |
| Mr and Mrs Randy J Terhune<br>515 Fowler St<br>Maple Hill KS 66507 | 6,500 | |
| Mr and Mrs Robert Goodall<br>3844 SW Cambridge Ct<br>Topeka KS 66610 | 5,663 | |
| Mr and Mrs Rodd Miller<br>3523 SW Ashworth<br>Topeka KS 66614 | 2,000 | |
| Mr and Mrs Ronald E Sulzen<br>10521 Sugumore Rd<br>Leawood KS 66206 | 3,000 | |
| Mr and Mrs Sidney D Hoobler<br>PO Box 740<br>Maple Hill KS 66507 | 7,000 | |
| Mr and Mrs Stephen L Johnson<br>3208 Atwood<br>Topeka KS 66614 | 2,000 | |
| Mr and Mrs Thomas A McDonnell<br>4909 Sunset Dr<br>Kansas City MO 64112 | 182,764 | |
| Mr and MRs Todd R Williams<br>7048 SW 53rd<br>Topeka KS 66610 | 86,500 | |
| Mr and Mrs Willard Steinkuehler<br>1325 SE 43rd St<br>Topeka KS 66609 | 22,835 | |
| Mr and Mrs William Dunlap III<br>7248 Ambassador Pl<br>Topeka KS 66610 | 20,000 | |
| Mr Charles W Smiley<br>7101 College Boulevard #200<br>Overland Park KS 66210 | 5,000 | |
| Mr Don K Ausherman<br>c/o Kenbe Goertzen<br>2921 SW Wannamaker Dr, Ste 107<br>Topeka KS 66614 | 37,500 | |
| Mr John Stutz<br>c/o Kemnitzer Design<br>7295 Houston<br>Shawnee KS 66227 | 9,375 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Mr Mark Schraad<br>c/o D3 Inc<br>2801 Crestline Dr<br>Lawrence KS 66047 | 28,125 | |
| Mr Patrick W Sargent<br>c/o Domenic Corrado<br>3904 69th St<br>Urbandale LA 50322 | 422 | |
| Mr R Greg Wright<br>2921 Sw Wanamaker Dr<br>Topeka KS 66614 | 7,000 | |
| Mr Robert D Wittman<br>622 Indiana St<br>Lawrence KS 66044 | 5,010 | |
| Mr Roger Schmanke<br>6621 Marion Rd<br>Osklaloosa KS 66066 | 24,569 | |
| Mr Ronald Wright<br>Wright Trust<br>4704 Sweetmeadow Cir<br>Sarasota FL 34238 | 40,000 | |
| Mr Terry L Schonlaw<br>117 SW Courtland Ave<br>Topeka KS 66606-1266 | 10,000 | |
| Mr Thomas H Trabon<br>3441 W 131st Street<br>Leawood KS 66209 | 3,398 | |
| Mr. and Mrs. Charles Beall Sr.<br>Co-Trustees of the Ida V. Beall Trust<br>1527 Ward Parkway<br>Topeka KS 66604-1952 | 50,000 | |
| Mrs Cindy L Gavigan<br>129 E 19th St<br>Manhattan KS 66046-2955 | 11,000 | |
| Ms LeeAnn Woltkamp<br>1901 Crest Drive<br>Topeka KS 66604 | 22,000 | |
| Ms. Kayann B Ausherman<br>c/o Kenbe Goertzen<br>2921 SW Wannamaker Dr, Ste 107<br>Topeka KS 66614 | 187,500 | |
| MSL Investments LP<br>c/o Robert J. Schippers<br>2363 Cardinal Dr<br>Wichtita KS 67204 | 2,500 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  - 32342 - Adobe PDF

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Murray and Dixie Heinrich<br>Trustees<br>3900 17th<br>Great Bend, KS 67530 | 9,020 | |
| Myca Mooshian<br>30 Water Street Apt 8<br>Attleboro MA 02703 | 2,000 | |
| Myron Bregman<br>3 Hershey Rd<br>Wayne NJ 07470 | 100,000 | |
| Myron E and Karen Kay Lietz<br>8415 NW Topeka Blvd<br>Topeka KS 66617 | 10,000 | |
| Nancy J Crawford<br>525 Lawrence Ave<br>Lawrence KS 66049 | 7,500 | |
| Nancy L Hahne<br>PO Box 1409<br>Norris TN 37828 | 170,475 | |
| Nathan Rziha<br>c/o Robert Rziha<br>RR2 Box 148<br>Great Bend KS 67530 | 500 | |
| Neil Foth<br>14305 West 53rd Terrace<br>Shawnee KS 66216 | 60,000 | |
| Neill Weiss<br>6407 NW 99th Ave<br>Parland FL 33076 | 75,000 | |
| Nelson Family Limited Partnership<br>c/o Vernan Nelson<br>247 E Chestnut St Apt 2501<br>Chicago IL 60611-2416 | 1,500,000 | |
| Nicholas Pastura Jr<br>6020 West 130th St<br>Brookpark OH 44142 | 8,510 | |
| Nichole R Coates<br>Gary D Coates Trustee<br>1471 NW Taylor #35<br>Topeka KS 66608 | 1,614 | |
| Nicolas S Morello<br>c/o Minority Trust<br>3 Hershey Rd<br>Wayne NJ 07470 | 13,334 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Nicole and Michael McLaughlin<br>30113 N 219th Ter<br>Spring Hill KS 66083 | 135 | |
| Nicole Bradley<br>105 Peavine Creek Ct<br>Decatur GA 30030 | 2,000 | |
| Noble Chiapelli<br>PO Box 253<br>Waltonville IL 62894 | 3,500 | |
| Nobue Kure<br>#103 4-4-10 Kurihara<br>Niiza-Shi, Saitama<br>Japan 352-0035 | 49,098 | |
| Norm and Diane Zoglman<br>2326 N Watersedge Circle<br>Wichita KS 67205 | 2,000 | |
| Norma Lester<br>1038 S Broadway<br>Springfield MO 65804 | 22,625 | |
| Norman Wayne & Diane Faye Goertzen<br>3714 N Victory Rd<br>Buhler KS 67522 | 6,614 | |
| Oliver London<br>1107 Geroge Ct #3<br>Lawrence KS 66044 | 800 | |
| Owen Leonard<br>c/o KL Industries<br>Park 80 West, Plaza One<br>Saddle Brook, NJ 07663-5807 | 3,187,335 | |
| Owen Leonard<br>c/o PNC Bank as Trustee for the IRA of Owen Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | 135,000 | |
| Owen Patrick Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | 100,000 | |
| Pamela M Higgs<br>3943 Stonybrook Dr<br>Topeka KS 66610 | 10,000 | |
| Pamela Toal<br>54 Oakmont Cir<br>Ormond Beach FL 31174 | 7,978 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re  QuVis, Inc.                                    ,     Case No. _____
                    Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Paralee Lester<br>4405 S 1201 Rd<br>Eldorado Springs MO 64744 | 32,000 | |
| Pat McGivern<br>3130 SE Skylark Dr<br>Topeka KS 66605 | 2,250 | |
| Patricia A McKee Trustee<br>5825 SW 28th St<br>Topeka KS 66614 | 10,000 | |
| Patricia A Stallbaumer Trust<br>8624 NE Indian Creek Rd<br>Topeka KS 66617 | 5,000 | |
| Patricia and Douglas Cornett<br>6413 SW Wentley Ln<br>Topeka KS 66614 | 32,400 | |
| Patricia Clark<br>2338 SW Westport Dr<br>Topeka KS 66614 | 2,000 | |
| Patricia N Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | 30,000 | |
| Patrick D Mulroy<br>23592 Bel-Ridge Dr<br>Elkhart IN 46516 | 5,000 | |
| Patrick Doherty<br>AG Edwards & Sons<br>Attn: Restricted Stock/Legal Dept<br>One North Jefferson<br>St Louis MO 63103 | 10,000 | |
| Patrick G Sheehy Trustee<br>c/o Dr Patrick G Sheehy<br>6151 SW 38th St<br>Topeka KS 66610 | 225,000 | |
| Patrick Lee and Donna Jean Keller<br>3945 Manly Rd<br>Goddard KS 67052-9213 | 3,500 | |
| Patty and Kelsey Sterneker<br>1462 N Judith<br>Wichita KS 67213 | 2,000 | |
| Paul A Rosenberg<br>203 W Wabash #900<br>Chicago IL 60601 | 3,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  -  32342 - Adobe PDF

In re     QuVis, Inc.                                    ,        Case No. _____
                                    Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Paul and Camilla Hass<br>2210 Constitution Ave<br>Enid OK 73703 | 2,000 | |
| Paul F Fischer<br>PO Box 95<br>Larned KS 67550 | 1,000 | |
| Paul J Greenfield<br>880 N Lake Shore Drive<br>Chicago IL 60611 | 20,000 | |
| Paul T Hendrickson<br>300 E 3rd St<br>Eureka KS 67045 | 1,250 | |
| Paula E Davis<br>1210 Alki Avenue SW<br>Seattle WA 98116 | 10,000 | |
| Paula Kovitz<br>375 Cochrane Place<br>Valley Stream NY 11581 | 5,000 | |
| Paula Sue Rayls<br>c/o Jo Lynn Rayls<br>1437 SW Lancaster<br>Topeka KS 66604 | 2,000 | |
| Peggy T Loop<br>6364 Upchurch<br>Park City KS 67219 | 37,500 | |
| Peter Clifford<br>100 Danbury Rd Apt 2G<br>Ridgefield CT 06877 | 310,000 | |
| Peter E or Jane A Hagstrand<br>207 Greenwood Ave<br>Topeka KS 66606 | 10,000 | |
| Peter Gavigan<br>1520 El Dorado Dr<br>Lawrence KS 66047 | 2,000 | |
| Peter Inova<br>1240 Marion Dr<br>Glendale CA 91205 | 5,000 | |
| Peter J. Caltagirone<br>PO Box 2803<br>Rancho Santa Fe CA 92067 | 50,000 | |
| Peter Montalbano<br>3433 Pueblo Place<br>Tecumseh KS 66542 | 1,500 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re    QuVis, Inc.                                  ,        Case No. _____
                                         Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Pfister Family Revocable Trust<br>1 Lakeridge Dr<br>Goddard KS 67052 | 200 | |
| Philip C and Sandra D Tenhulzen<br>811 Russell Cir<br>Firth NE 68358 | 2,400 | |
| Phillip M. Black<br>c/o Chris Black<br>2712 N 87th St<br>Kansas City KS 66109 | 2,500 | |
| Phyllis Malone<br>2011 Hillview Dr<br>Manhattan KS 66502 | 500 | |
| Priscilla Kay Nelson IRA #06-1719, dtd<br>9/30/2004, PrivateBank & Trust Co., Custodian<br>c/o Cynthia Sikora<br>10 N. Dearborn #700<br>Chicago, IL 60602 | 848,197 | |
| Procurement LLC<br>716 N 119th W Suite 120<br>Wichita KS 67235 | 15,000 | |
| Raleigh J Groesbeck<br>Kaw Valley State Bank Custodian FBO<br>6027 SW 36th ST<br>Topeka KS 66614 | 1,000 | |
| Ralph Joseph & Jeanne C Carr<br>2521 NW 35th St<br>Topeka KS 66618 | 10,000 | |
| Randal Dyck<br>3018 SW Tutbury Town Rd<br>Topeka KS 66614 | 18,000 | |
| Randall W Rahberg<br>1821 NE 62nd St<br>Topeka KS 66617 | 2,000 | |
| Randy Baird<br>5100 W 10th St Suite 100<br>Topeka, KS 66604 | 110,000 | |
| Randy Baird IRA<br>c/o UMB Bank, na Trustee<br>PO Box 419226<br>Kansas City MO 64141-6226 | 15,250 | |
| Randy Brehm<br>749 St Andrews<br>Wichita KS 67230 | 10,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re  QuVis, Inc. ,  Case No. _____

Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Randy Goldsmith<br>3950 SW Gamwell Rd<br>Topeka KS 66610-1455 | 2,500 | |
| Randy Lee Dupler<br>4416 SW Deer Run<br>Topeka KS 66610 | 100 | |
| Randy N Haas<br>8011 SW 24th<br>Topeka KS 66614 | 3,000 | |
| Ray and Winona Duling<br>9300 W Shade<br>Wichita KS 67212 | 1,000 | |
| Ray Beers Jr.<br>Ray Beers Jr Trustee for Ray Beers Trust<br>2840 SW MacVicar<br>Topeka KS 66611 | 5,000 | |
| Raymond and Bonnie Harvey<br>7405 SW Fountaindale Rd<br>Topeka KS 66614 | 8,000 | |
| Raymond E Novak<br>14828 East 24th North<br>Wichita KS 67228 | 10,000 | |
| Rebecca Floyd<br>c/o Carol Foreman<br>6855 Kimberly Dr<br>Ozawkie KS 66070-4145 | 18,500 | |
| Rebecca J Rose<br>6928 Woodson<br>Overland Park SK 66204 | 2,137 | |
| Renee Dorion<br>2518 N Burns<br>Wichita KS 67204 | 7,000 | |
| Revenue Investments LLC<br>PO Box 1776<br>Topeka KS 66601 | 7,500 | |
| Rex and Pearl Wilt<br>1231 NW 62nd<br>Topeka KS 66618 | 1,000 | |
| Rex W and Dolores A Cornett<br>c/o Patricia A Cornett<br>6413 SW Wentley Ln<br>Topeka KS 66614 | 4,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re  QuVis, Inc. _____,  Case No. _____

Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Rich Miller<br>986 Blueridge Drive<br>Carson City NV 89705 | 500 | |
| Richard and Kathleen Selig<br>5601 SE Ratner Rd<br>Berryton KS 66409 | 25,000 | |
| Richard and Marlene Nadzam Trustee<br>PO Box 1426<br>Bodega Bay CA 94923 | 72,617 | |
| Richard and Patricia Seng<br>2736 Northshore Ct<br>Wichita KS 67205 | 10,500 | |
| Richard and Sharon Moy<br>1500 40th Ave<br>San Francisco CA 94122-3030 | 8,000 | |
| Richard Bone<br>256 Earheart Cr<br>Lawrence KS 66049 | 22,500 | |
| Richard D Higgs Jr<br>7422 SW Arthurs Rd<br>Topeka KS 66610 | 130,000 | |
| Richard D Higgs Jr<br>Custodian for Holly Higgs UTMA<br>7422 SW Arthurs Rd<br>Topeka KS 66610 | 2,500 | |
| Richard D Higgs Jr<br>Custodian for Jennilee Higgs UTMA<br>7422 SW Arthurs Rd<br>Topeka KS 66610 | 2,500 | |
| Richard D Higgs Jr Self Directed IRA<br>c/o UMB Bank Cust<br>PO Box 419226<br>Kansas City MO 64141-6226 | 65,000 | |
| Richard Essman<br>PO Box 165<br>Grantville KS 66429 | 100 | |
| Richard G Ehret<br>3725 SW Springcreek Dr<br>Topeka KS 66610 | 5,000 | |
| Richard Gomez<br>817 SW Oakley Ave<br>Topeka KS 66606-1957 | 1,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Richard Greenberg<br>1808 N Halstead St<br>Chicago IL 60614 | 16,666 | |
| Richard J Mooney<br>Dick Mooney, Inc<br>PO Box 2350<br>Benton AR 72018-2350 | 25,000 | |
| Richard J. Baum<br>9 South 606 Brookbank Rd<br>Hinsdale IL 60521-7042 | 25,000 | |
| Richard L and Doris I Stowe<br>10521 SW 101 St<br>Auburn KS 66402 | 7,000 | |
| Richard L Munich MD<br>4980 Yoakum Blvd<br>Houston TX 77006 | 25,000 | |
| Richard S and Kelly A Smalley<br>3718 SW Arvoina Pl<br>Topeka KS 66610-1356 | 4,250 | |
| Richard Simmons<br>1180 Sunset Dr<br>Broomfield CO 80020 | 22,228 | |
| Richard Thiessen<br>3023 Cherry Hill<br>Manhattan KS 66503-3011 | 1,783 | |
| Richard W and Bernice H Owen<br>Trustees of the Richard W and Bernice H Owen Revocable Trust<br>2724 SW Chauncey Ct<br>Topeka KS 66614-4884 | 10,000 | |
| Richard W and Richell P Baldwin<br>2005 SE 53rd<br>Topeka KS 66609 | 10,000 | |
| Richard Woltkamp<br>1006 Parkview<br>Topeka KS 66604 | 160,000 | |
| Rick and Edna Sterneker<br>18213 W 103rd St South<br>Clearwater KS 67026 | 2,000 | |
| Rick B and Sharon R Sands<br>4340 SE 23rd Terrace<br>Tecumseh KS 66542 | 17,500 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735  -  32442 - Adobe PDF

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Rick M Elskamp<br>7431 SE 37th ST<br>Techumseh KS 66542 | 1,000 | |
| Rick Tramp<br>4408 SW Pinebrook Ln<br>Topeka KS 66614 | 4,570 | |
| Ricki Borger<br>301 E 47th St Apt 5E<br>New York NY | 20,000 | |
| Rip Howe<br>2600 W 6th St Apt #J8<br>Lawrence KS 66049-4322 | 1,000 | |
| Rita A Stolz<br>RR2 Box 147<br>Great Bend KS 67530 | 11,000 | |
| Rita Newman<br>1610 Wayne<br>Topeka KS 66604 | 3,125 | |
| RL Kerschen Trust<br>c/o Robert L Kerschen<br>Box 396<br>Cunningham KS 67035 | 10,000 | |
| Rob and Stacey Sterneker<br>1339 Ashland Ave<br>Columbus OH 43212 | 18,538 | |
| Rob Jensen<br>1320 Daydream Lane<br>Astor FL 32102 | 6,382 | |
| Robbie and Sandy Duling<br>2829 W 70th S<br>Haysville KS 67060 | 2,000 | |
| Robert A and Louann L Fulmer<br>3953 SW Marion LN<br>Topeka KS 66610-1566 | 10,000 | |
| Robert A Willis DDS Inc<br>2230 Patterson Blvd<br>Dayton OH 45409 | 6,000 | |
| Robert A Woizekski<br>9200 SW 96th Court Rd<br>Ocala FL 34481-6598 | 10,000 | |
| Robert and Lesa Schippers<br>1819 N Floyd<br>Wichita KS 67212 | 45,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re ___QuVis, Inc._____ ,    Case No. _____
                    Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Robert and Lili Raymer<br>2306 SW Brookfield<br>Topeka KS 66614 | 25,137 | |
| Robert and Lillian Faught<br>3634 SW Spring Creek Ct<br>Topeka KS 66614-3969 | 10,069 | |
| Robert and Maggie Sterneker<br>2118 SW 170th Ave<br>Cunningham KS 67035 | 17,796 | |
| Robert and Marjorie Zwiesler<br>2317 N High Point Cr<br>Wichita KS 67205 | 52,180 | |
| Robert and Maureen Washatka<br>3706 SW Topeka Blvd<br>Ste 202<br>Topeka KS 66609 | 73,189 | |
| Robert and Maxine Ganer<br>Garner Grossbach & Ganer<br>1995 Broadway 16th Floor<br>New York, NY 10023 | 10,000 | |
| Robert and Nancy Rziha<br>RR2 Box 148<br>Great Bend KS 67530 | 11,000 | |
| Robert and Vicki Burgess<br>3602 Coy Burgess Loop<br>Defuniak Springs FL 32435 | 116,500 | |
| Robert D Hartley II<br>7 Goldeneye Cove<br>Rockymount NC 27804 | 75,000 | |
| Robert D Proctor<br>PO Box 232<br>Goddard KS 67052 | 52,334 | |
| Robert D Turner<br>5644 SW 36th St<br>Topeka KS 66614 | 1,000 | |
| Robert E Ehrlich<br>2317 Trillium Hts<br>Longview WA 98632 | 35,000 | |
| Robert G and Carolyn A Mauer<br>6021 NW North Hills Dr<br>Topeka KS 66617 | 21,500 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  -  32442 - Adobe PDF

In re    QuVis, Inc. _____ ,     Case No. _____

                 Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Robert Holmes<br>c/o Holmes and Assoc<br>3735 SW Wanamaker Rd<br>Topeka KS 66614 | 32,500 | |
| Robert Holmes IRA<br>c/o UMB Bank<br>PO Box 419226<br>Kansas City MO 64141-6226 | 10,000 | |
| Robert J Schippers Trustee<br>David M Lies Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | 2,500 | |
| Robert J Schippers Trustee<br>Gregory A Lies Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | 2,500 | |
| Robert J Schippers Trustee<br>Marietta S Lies Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | 5,000 | |
| Robert J Schippers Trustee<br>Michael J Schippers Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | 2,500 | |
| Robert J Schippers Trustee<br>Robert J Schippers Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | 2,500 | |
| Robert J Schippers Trustee<br>Robert M Lies Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | 5,000 | |
| Robert J Schippers Trustee<br>Sue Ann Schippers Zwiesler Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | 2,500 | |
| Robert J Schippers Trustee<br>Virginia Marie Nevitt Family Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | 2,500 | |
| Robert L Oliver<br>1843 Caryle Lane<br>The Villages FL 32162 | 5,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re    QuVis, Inc.                                    ,    Case No. _____

                    Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Robert L Oliver<br>c/o Doris Oliver<br>657 W Eisenhower Rd Apt 202<br>Lansing KS 66043-2211 | 3,333 | |
| Robert M and Marrietta S Trustees<br>Robert M Lies Living Trust<br>2363 Cardinal Dr<br>Wichita KS 67204 | 5,500 | |
| Robert Newton<br>5654 SW 29th<br>Topeka KS 66614 | 10,000 | |
| Robert Schuster<br>3712 SW Ashworth Ct<br>Topeka KS 66610-1223 | 84,871 | |
| Robert Stratton<br>3318 SW Skyline Dr.<br>Topeka, KS 66614 | 28,672 | |
| Robert Telthorst Trustee<br>6734 SW 69th<br>Auburn KS 66402 | 23,637 | |
| Roberta R Johnson<br>7707 W Central Park<br>Wichita KS 67205 | 10,000 | |
| Robin B Young<br>201 Peeler Bend Rd<br>Benton AR 72015 | 5,000 | |
| Robin L Fateley<br>6333 SW 32nd St<br>Topeka KS 66614 | 40,000 | |
| Rod Seel<br>8326 SW 77th St<br>Auburn KS 66402 | 3,500 | |
| Rodney Flowers<br>3516 Tillerman Dr<br>Lawrence KS 66049-5105 | 2,500 | |
| Rodney Paletta<br>5625 SW 28th Ct<br>Topeka KS 66614 | 400 | |
| Rodney Peake<br>2540 Sunset Dr<br>Belleville KS 66935 | 225,000 | |
| Roger G and Lillian M Miller<br>315 East 1st St<br>Cortland NE 68331-0067 | 12,500 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re  QuVis, Inc. _____ ,   Case No. _____

Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Roger Miller<br>315 East 1st St<br>Cortland NE 68331-0067 | 8,069 | |
| Roger Schuster<br>1949 Saddle Creek Ct<br>Wichita KS 67206 | 69,703 | |
| Roger Underwood IRA<br>c/o UBS Financial Services Inc CDN FBO Roger Underwood<br>1000 Harbor Blvd Po Box 3321<br>Weehawken NJ 07086 | 31,250 | |
| Roma E Shults<br>Irrevocable Trust<br>14431 W Maple<br>Wichita KS 67235 | 40,000 | |
| Roma E Shults<br>Revocable Trust<br>14431 W Maple<br>Wichita KS 67235 | 50,000 | |
| Ron and Kristeen Faught<br>2709 Devin Drive<br>Junction City KS 66441 | 10,000 | |
| Ron and Linda Gwaltney<br>c/o Mr. Michael Paulson<br>6969 SW Fountaindale Rd<br>Topeka KS 66614 | 10,000 | |
| Ron Butts<br>5958 SW 24th Terrace<br>Topeka KS 66614 | 50,000 | |
| Ron Bynum<br>2616 S Peninsula Dr<br>Daytona Beach FL 32118 | 144,382 | |
| Ronald B Kemnitzer<br>14609 Stroubles Creek Rd<br>Blacksburg VA 24060 | 9,375 | |
| Ronald K Warta<br>1155 SW Red Oaks Pl<br>Topeka KS 66615 | 10,000 | |
| Ronald L. & Martha J. Albers<br>7028 SW 160th St<br>Cunningham, KS 67035 | 4,100 | |
| Ronnie Mac and Brenda Smith<br>1308 Crest Circle<br>Benton Ar 72015 | 33,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32442 - Adobe PDF

In re   QuVis, Inc.                                    ,        Case No. _____
                                        Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Rosalie Sacks<br>426 NE Forest Ave<br>Topeka KS 66616 | 1,375 | |
| Rosalyn Slater<br>317 NE Burgess St<br>Topeka KS 66608 | 20 | |
| Rose Alice Green<br>505 W Cross<br>Benton AR 72015 | 5,000 | |
| Row Educational Trust No 1<br>William Row Trustee<br>6410 SW Suffolk Rd<br>Topeka KS 66610 | 9,000 | |
| Row Educational Trust No 2<br>Michael McGivern Trustee<br>6410 SW Suffolk Rd<br>Topeka KS 66610 | 18,000 | |
| Row Realty Inc<br>6410 SW Suffolk Rd<br>Topeka KS 66610 | 70,000 | |
| Rozanna L Selley<br>3520 NW 44th Terr<br>Topeka KS 66618 | 17,500 | |
| Russ and Susan Flynn<br>c/o Mr Michael Paulson<br>3112 SW Staffordshire<br>Topeka KS 66614 | 5,000 | |
| Russell W Haley<br>PO Box 7930 SE 32nd Terrace<br>Tecumseh KS 66542 | 10,000 | |
| Russell W Haley IRA<br>c/o UMB Bank Trustee<br>PO Box 419226<br>Kansas City MO 64141-6226 | 40,000 | |
| Russell W Keller<br>1711 Dalton Ford Rd<br>Morristown TN 37814 | 5,000 | |
| Russo Living Trust<br>126 Cresent Ln<br>Roslyn Heights NY 11577 | 50,000 | |
| Ruth A Shults<br>105 Peavine Creek Ct<br>Decatur GA 30030 | 26,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.9-735 - 32442 - Adobe PDF

In re <u>QuVis, Inc.</u> , Case No. _____
Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Ruth Martin<br>5644 SW 45th St<br>Topeka KS 66610 | 200 | |
| Ryan L McGivern<br>1016 Dartmoor Ln<br>Topeka KS 66604-1975 | 20,000 | |
| Ryan S Coates<br>Gary D Coates Trustee<br>1471 NW Taylor #35<br>Topeka KS 66608 | 1,614 | |
| Saeed Jalilpoor<br>5401 W 132nd Terr<br>Leawood KS 66209 | 4,710 | |
| Sam and Becky Ballard<br>619 Miller Cove<br>Benton AR 72015 | 5,000 | |
| Sam H Sabaugh Jr<br>Custodian for Alicia<br>5004 West 131st Terrace<br>Leawood KS 66209 | 1,000 | |
| Sam H Sabaugh Jr<br>Custodian for Jason<br>5004 West 131st Terrace<br>Leawood KS 66209 | 1,000 | |
| Sam H Sabaugh Jr<br>Custodian for Sam H<br>5004 West 131st Terrace<br>Leawood KS 66209 | 1,000 | |
| Sandra Hanson<br>8733 SW 37th<br>Topeka KS 66614 | 20,000 | |
| Sarah B Lacy<br>1920 SW Pembroke Lane<br>Topeka KS 66604 | 7,500 | |
| Sarah C Scheckel<br>22307 Lull St<br>Canoga Park CA 91304 | 4,000 | |
| Sarah E Merriman<br>Donna J Geisler<br>3600 Hartford Ct<br>Lawrence KS 66047-3727 | 36,137 | |
| Sarah Jane Alright<br>3511 Holmes Rd<br>Kansas City MO 64109 | 20,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re     QuVis, Inc. _____ ,     Case No. _____

                Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Sarah Stillwell<br>1316 N Denene<br>Wichita KS 67212 | 140 | |
| Scott and Cheryl Gales<br>1605 SW Lakeside Dr<br>Topeka KS 66604-2531 | 2,500 | |
| Scott and Deborah Goltl<br>12714 S Taft<br>Wichita KS 67235 | 2,000 | |
| Scott D and Cheryl S Hankia<br>1707 SW Cheyenne Rd<br>Topeka KS 66604 | 13,071 | |
| Scott W Florence<br>3427 SW James<br>Topeka KS 66614 | 4,000 | |
| Sean F Leonard<br>Park 80 West Plaza I<br>Saddlebrook NJ 07663-5087 | 100,000 | |
| Sean L. Bishop<br>3 Birchwood PL<br>Palm Coast FL 32164-7836 | 18,893 | |
| Sean LaRue<br>c/o Jaime Stutzman<br>3412 S 148th E Pl<br>Tulsa OK 74134 | 1,000 | |
| Sean Shuford<br>629 NE Grattan Rd<br>Topeka KS 66616-1234 | 23,017 | |
| Sean Shuford<br>629 NE Grattan Rd<br>Topeka KS 66616-1234 | 14,800 | |
| Seth Russo<br>53 Roger Dr<br>Port Washington NY 11050 | 18,750 | |
| Seth Russo and Sylvie Nouel<br>53 Roger Dr<br>Port Washington NY 11050 | 18,750 | |
| Shane Mathis<br>4813 SW Fairlawn<br>Topeka KS 66610 | 200,000 | |
| Shane Paletta<br>1023 SW Parkview<br>Topeka KS 66604 | 400 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____ ,     Case No. _____

<center>Debtor</center>

<center>**List of Equity Security Holders (Continuation Page)**</center>

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Shane Smith<br>4909 Kavanaugh Blvd<br>Little Rock AR 72207 | 22,000 | |
| Shannon Combs<br>1308 Crest Circle<br>Benton AR 72015 | 5,000 | |
| Shari Waters<br>225 SW Broadmoor<br>Topeka KS 66606 | 2,000 | |
| Sharon L Veach<br>610 N Wheatland PL<br>Wichita KS 67235 | 15,000 | |
| Sharon Ruth Buck<br>Revocable Family Trust<br>2760 N. North Shore Ct<br>Wichita KS 67205 | 3,000 | |
| Shawn and Rebecca Grimm<br>2530 Yellowstone Cir<br>Wichita KS 67215 | 10,000 | |
| Shawn Paletta<br>11980 158th Rd<br>Mayetta KS 66509 | 2,400 | |
| Sheila D Florence<br>2834 SW Cannock Chase Rd<br>Topeka KS 66614-1529 | 4,000 | |
| Shelley or Antony Buckley<br>310 NE Mimosa LN<br>Topeka KS 66617 | 500 | |
| Shelly K Reams<br>c/o Barry Walker<br>267 Witter Gulch<br>Evergreen CO 80439 | 1,614 | |
| Shirley S Farrell<br>3111 NE Kincaid<br>Topeka KS 66617 | 1,700 | |
| Skylar Bates<br>Ginger White Trustee<br>1501 N University Suite 600<br>Little Rock AR 72207 | 1,333 | |
| Stacy G. Anderson<br>3505 Beech St<br>Rogers AK 72756 | 1,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 33342 - Adobe PDF

In re  QuVis, Inc.                                    ,      Case No. _____
_____
                Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Stephanie and Tom Coyle<br>PO Box 5<br>Junction City OH 43748 | 150 | |
| Stephen A Oliver<br>1520 El Dorado Dr<br>Lawrence KS 66047 | 5,000 | |
| Stephen A Oliver IRA<br>c/o The Trust Co of KS Custodian<br>125 N Market Ste 1400<br>Wichita KS 67201-3699 | 12,000 | |
| Stephen A Oliver Trust<br>1520 El Dorado Dr<br>Lawrence KS 66047 | 9,333 | |
| Stephen and Bonnie Edwards<br>629 NE Grattan<br>Topeka KS 66616 | 1,000 | |
| Stephen and Suzanne Huston<br>2262 Llandovery Ln<br>Topeka KS 66614 | 4,500 | |
| Stephen G and Bonnie S Nordhus<br>RR1 Box 164B<br>Seneca KS 66538 | 1,500 | |
| Stephen J Lambrecht<br>6142 SE 44th St<br>Tecumseh KS 66542 | 3,000 | |
| Stephen M Meyer Trustee<br>1830 S 18th St<br>Leavenworth KS 66048 | 40,343 | |
| Stephen S. Caltagirone<br>PO Box 2803<br>Rancho Santa Fe CA 92067 | 50,000 | |
| Sterling Technology<br>c/o Pat Bradbury<br>3 Fox Run<br>Sterling MA 01564 | 8,000 | |
| Steve and Janey Montgomery<br>3351 SW Indian Hills Rd<br>Topeka KS 66614 | 1,000 | |
| Steve Horne<br>Tuross Corporation<br>103 Harvard Ave Ste 3<br>Half Moon Bay CA 94019 | 40,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re <u>QuVis, Inc.</u>, Case No. _____
Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Steve Huston<br>2262 Llandovery Ln<br>Topeka KS 66614 | 2,500 | |
| Steve Ryan Proctor<br>7696 S Monaco Cr East<br>Centennial CO 80112 | 500 | |
| Steven and Whitney Thomas<br>601 NE Tudor Rd Apt 7<br>Lees Summit MO 64086-5893 | 16,500 | |
| Steven Fahrion and Patricia Norris<br>27660 Poppy Drive<br>Willis CA 95490 | 50 | |
| Steven Hein<br>Karen S Hein Custodian<br>6809 Haskins<br>Shawnee KS 66216 | 1,614 | |
| Steven L and Ramona A Gray<br>16056 US 24 Hwy<br>Lawrence KS 66044 | 16,137 | |
| Steven L. Brown Living Trust<br>Steven W. or Martha G Brown Trustees<br>2035 E Iron Ave Ste101<br>Salina KS 67402-2177 | 25,000 | |
| Steven M Geier<br>5620 N Hillbrooke Trce<br>Alpharetta, GA 30005-7298 | 1,100 | |
| Steven Williams<br>6350 S 72nd East Ave<br>Tulsa OK 74133-1121 | 10,000 | |
| Stuart and Judith Teitlebaum<br>13484 Umberland Circle<br>Wellington FL 33414 | 40,000 | |
| Susan Adams & Josephine Gonzales<br>PO Box 711<br>Franklin, WV 26807 | 2,000 | |
| Susan D. Ancell<br>505 Napa Ave<br>Rodeo CA 94572 | 5,000 | |
| Susan Greenberg<br>2220 N Seeley<br>Chicago IL 60647 | 6,666 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.9-735 - 32442 - Adobe PDF

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Susan J Ross<br>PMB 13774<br>237 Rainbow Dr<br>Livingston TX 77399-2037 | 3,227 | |
| Susan K. Bernica<br>1631 Lakeside Dr<br>Topeka KS 66604 | 10,000 | |
| Tamara Sue Prescott<br>1512 Sonora Dr<br>McPherson, KS 67460 | 20,000 | |
| Tamim Hamid<br>15 Twelve Oaks Drive<br>Pleasanton CA 94588 | 58,334 | |
| Tanya McCall<br>2009 Harp Place<br>Topeka KS 66611-2586 | 5,000 | |
| Teresa Oelke<br>15931 Serenity Point Ln<br>Rogers AR 72756-8615 | 10,000 | |
| Terra and Felicia Miller Haas<br>7831 NW 21st St<br>Silver Lake KS 66539 | 500 | |
| Terrance A and Rosann Osborn<br>1827 Trefoil Rd NE<br>Waverly KS 66871 | 5,000 | |
| Terri L Gallagher<br>6908 SW 33rd St<br>Topeka KS 66614 | 20,000 | |
| Terry A Lester<br>PO Box 227<br>Baldwin City, KS 66006 | 51,750 | |
| Terry A Milberger IRA<br>c/o Piper Jaffay and Co as Cust FBO Terry Milberger<br>5724 SW 37th Terrace<br>Topeka KS 66610-1273 | 10,000 | |
| Terry A Millberger Trust<br>5724 Sw 37th Terrace<br>Topeka KS 66610 | 50,000 | |
| Terry Huffhines<br>7862 Darnell<br>Lenexa KS 662116 | 2,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc. _____ ,   Case No. _____
                                      Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Terry Stearman<br>c/o Professional Products<br>505 Washburn<br>Topeka KS 66606 | 250 | |
| The Augustus Strober '98 Trust<br>Larry Strober Trustee<br>17 Redwood Dr<br>San Rafael CA 94901 | 21,862 | |
| The Costello Co Inc<br>125 Kansas Ave<br>Topeka KS 66603 | 2,000 | |
| Thea Goertzen<br>Kenbe Goertzen Custodian<br>2921 SW Wanamaker Dr Ste 107<br>Topeka KS 66614 | 37,500 | |
| Thomas and Adele Horgan Trustees<br>100 Worcester Loop<br>Los Gatos CA 95030 | 72,617 | |
| Thomas Evans<br>1519 E Sunshine<br>Springfield MO 65804 | 18,000 | |
| Thomas G and Gerry L Winters<br>607 Wheatland<br>Wichita KS 67235 | 5,000 | |
| Thomas Grace<br>12760 E Bethany Pl<br>Aurora CO 80014 | 9,500 | |
| Thomas H Wilson Trustee<br>Thomas H Wilson Living Trust<br>405 S 6th St Box 488<br>Madison KS 66860 | 10,000 | |
| Thomas J and Judith M Grace<br>8560 Silverberry Ln<br>Bozeman MT 59718 | 1,000 | |
| Thomas J and Judith M Grace<br>Tenants in Common<br>8560 Silverberry Ln<br>Bozeman MT 59718 | 614 | |
| Tiffanie Williams<br>c/o Steven Williams<br>5979 SW 31st Terrace<br>Topeka KS 66614 | 39,500 | |
| Tim and Jane Stearman<br>6677 E Millstone St<br>Highlands Ranch CO 80126 | 500 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 33242 - Adobe PDF

In re  QuVis, Inc.                                    ,     Case No. _____
                                    Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Tim D Swope<br>7820 SW Huntoon<br>Topeka KS 66615 | 9,682 | |
| Tim Rohr<br>3535 NE Seward Ave<br>Topeka KS 66616 | 20,000 | |
| Timothy and Melinda Shively<br>4995 S Malaya<br>Aurora CO 80015 | 2,500 | |
| Timothy J and Hildegard B McManus<br>1410 E 345 Rd<br>Berryton KS 66409 | 25,000 | |
| Timothy Kirk and LeAnn Petterson<br>338 SW Greenwood Ave<br>Topeka KS 66606 | 8,000 | |
| Timothy L Mertz<br>62330 Gail Ct<br>Montrose CO 81401 | 2,500 | |
| Timothy M McGivern<br>27 Logan Circle NW #12<br>Washinton DC 20005 | 52,274 | |
| TM Higgins III Trustee<br>TM Higgins Jr and GST NonMarital Trust<br>1037 West 59th St<br>Kansas City MO 64113 | 54,829 | |
| Todd D and Karen S Larson<br>767 E Center St<br>Juneau WI 53039 | 250 | |
| Todd Eric Keller<br>1711 Dalton Ford Rd<br>Morristown TN 37814 | 6,751 | |
| Todd P and Christie C Gottschalk<br>2032 N Parkridge Ct<br>Wichita KS 67212 | 2,000 | |
| Tom and Shirli Turner<br>5050 Woodbridge Dr<br>Udall KS 67146 | 750 | |
| Tom Smith<br>1274 Grenada Dr<br>Marion OH 43302-1640 | 1,100 | |
| Tommy and Ann Smith<br>Rt. #1 Box 35<br>Garfield KS 67529 | 10,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  - 32342 - Adobe PDF

In re __QuVis, Inc._____ ,    Case No. _____

           Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Toni M Schuckman<br>9714 Cornelison<br>Wichita KS 67212 | 20,000 | |
| Topeka Community Foundation<br>1315 SW Arrowhead<br>Topeka KS 66604 | 17,666 | |
| Troy and Julee Slater<br>300 S H St<br>Herington KS 67449 | 1,000 | |
| Troy and Shelly McMaster<br>7734 SW 28th<br>Topeka KS 66614 | 2,000 | |
| Troy H Smith<br>1028 E Sunburst Lane<br>Tempe AZ 85284-1519 | 2,421 | |
| Tyler and Katherine McMaster<br>7316 SW Kings Forest Rd<br>Topeka KS 66610 | 15,000 | |
| Tyler Paletta<br>2835 Lakeridge Ct<br>Topeka KS 66605 | 200 | |
| V-Quest Inc<br>6-8-8 Akasaka Minato-ku<br>Tokyo Japan | 50,000 | |
| Vernis P Stallbaumer Trust<br>8624 NE Indian Creek Rd<br>Topeka KS 66617 | 5,000 | |
| Vernon Nelson<br>247 E Chestnut St Apt 2501<br>Chicago IL 60611-2416 | 417,762 | |
| Vernon Nelson<br>Trustee of the Kay Alden Inc Retirement Plan<br>247 E Chestnut St Apt 2501<br>Chicago IL 60611-2416 | 50,000 | |
| Vernon R. Nelson IRA #06-1720, dtd<br>9/30/2004, PrivateBank & Trust Co., Custodian<br>c/o Cynthia Sikora<br>10 N. Dearborn #700<br>Chicago, IL 60602 | 147,509 | |
| Vicki Goodlove<br>1162 SW Mifflin Ct<br>Topeka KS 66604-2048 | 268 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re ___QuVis, Inc._____ ,   Case No. _____
                    Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---:|---|
| Victor A and JoAnn Hepworth<br>12433 SW 35th<br>Topeka KS 66614 | 1,000 | |
| Virginia Barr Trustee<br>5100 SW 10th<br>Topeka KS 66604 | 137,550 | |
| Virginia Burgess<br>3602 Coy Burgess Loop<br>Defuniak Springs FL 32435 | 18,500 | |
| Virginia Nevitt<br>22424 Van Loo Dr<br>Maricopa AZ 85239 | 834 | |
| W C Long<br>22 Crestway<br>Wellington KS 67152 | 81,992 | |
| W J Young and Associates Ltd<br>2625 Butterfield Rd Ste 216 South<br>Oak Brook IL 60523 | 180,000 | |
| W T Kidd<br>Trustee of W T Kidd Family<br>2916 Social Hill Rd<br>Benton AR 72015 | 5,000 | |
| Waldo W Yee<br>5017 Calfiornia St Apt 3<br>San Francisco CA 94118 | 4,841 | |
| Wallace J Stenhouse<br>175 East Delaware Place #8707<br>Chicago IL 60611 | 6,000 | |
| Walter and Mary Lou Lineberger<br>970 W Broadway Ste E-464<br>Jackson WY 83001-9475 | 16,666 | |
| Wanda H Nickerson<br>1401-197 El Norte Pkwy<br>San Marcos CA 92069 | 1,800 | |
| Wayne and Pamela Cranwell<br>2868 E 277th St<br>Lyndon KS 66451 | 13,500 | |
| Westar Capital<br>c/o Mark Ruelle<br>818 Kansas Ave<br>Topeka KS 66612 | 78,529 | |
| Will and Vicki Griffin<br>2408 W 86th Terrace<br>Leawood KS 66206 | 160,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

In re  QuVis, Inc.                ,     Case No. _____

Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| William and Linda Lichty<br>16350 Briarwood Ct<br>Olathe KS 66062 | 5,000 | |
| William and Ramona Woodfin<br>PO Box 961<br>Bunnel FL 32110 | 10,638 | |
| William C Sullivan<br>1 Indian Spring Rd<br>Dover MA 02030-2331 | 100,000 | |
| William D Uzzell<br>PO Box 353<br>Springfield KS 66083 | 26,405 | |
| William E Enright<br>c/o Patsy A Enright<br>6088 Knolls Way<br>Cave Creek AZ 85331 | 11,128 | |
| William Hutchison<br>1508 SW Harrison St<br>Topeka KS 66612-1812 | 3,000 | |
| William L Thomas<br>PO Box 67026<br>Topeka KS 66667-0026 | 2,614 | |
| William R Sutton<br>321 Canterberry Ln<br>Oak Brook IL 60523-2306 | 7,000 | |
| William S Dunlap IV<br>3101 Wells Branch Pkwy #1238<br>Austin TX 78728 | 1,500 | |
| Willliam A Malkes<br>7521 Blacks Ferry Rd<br>Knoxville TN 37931 | 34,050 | |
| Winifred S Conway<br>7731 Broadway #341 K<br>San Antonio TX 78209 | 5,000 | |
| Woodridge Equipment LC<br>c/o David Carpenter<br>PO Box 4287<br>Topeka KS 66604-0287 | 6,832 | |
| Zachary Matthew Strober<br>c/o Lawrence Strober<br>831 S Clarkson St<br>Denver CO 80209 | 67,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

In re  QuVis, Inc. ,                     Case No. _____
                    Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Zachary Procotr McGill<br>1000 Larmie<br>Manhattan KS 66502 | 2,000 | |
| Zachary Proctor Jones<br>4885 S Quebec St #327<br>Denver CO 80237-2717 | 944 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

B203
12/94

# United States Bankruptcy Court
## District of Kansas

In re QuVis, Inc.

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

    For legal services, I have agreed to accept .......................................…………………........ $ _____0_____

    Prior to the filing of this statement I have received ........…………….................. $ _____25,000_____

    Balance Due ...........................………………………………………….............. $ _____0_____

2.  The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

    *Agreed to amount is unknown
    *Balance Due amount is unknown
    Services are incurred on an hourly basis.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

| 5/15/2009 | /s/ Edward J. Nazar |
|---|---|
| *Date* | *Signature of Attorney* |
|  | Redmond & Nazar, L.L.P. |
|  | *Name of law firm* |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735  - 32342 - Adobe PDF

```
1*800*Conference
1717 N Penny Ln
Ste 2
Schaumburg, IL 60173


990 Real Estate Investment
5100 SW 10th Ave Ste 100
Topeka, KS 66604


AAA Self Storage
2155 SW Westport Dr
Topeka, KS 66614-1928


Abbie Jones
7667 E Warren Dr #13-303
Denver CO 80231


Abby Ausherman
Kenbe Goertzen, Custodian
2921 SW Wannamaker Dr, Ste 107
Topeka KS 66614


Adam K. Berman
10660 Barkley
Overland Park, KS 66212


Adam R Rziha
c/o Robert Rziha
RR 2 Box 148
Great Bend KS 67530


Adorno & Yoss, LLP
1625 S Congress Ave, Ste 300
Delray Beach, FL 33445-4618


Agile Aura Ltd.
PO Box 6055
Ashford Hill
RG19 8XN Thatcham, Berkshire


Alan A and Betty J Poos
2014 Collins
Topeka KS 66604
```

Alan H and Anita Jo Hunt
7031 SW Fountaindale
Topeka KS 66614


Alan W Groesbeck
6027 SW 36th St
Topeka KS 66614


Alan Z Kessler
5204 W 158th Pl
Overland Park KS 66224-3617


Albert W. Bayne
817 SW Blvd. Box 734
Madison KS 66860


Alexander M Stillwell
8405 W Central Apt 2313
Wichita KS 67212


Alexander S Matveyev
1721 SE Sage St
Topeka KS 66605-1562


Allen III & Susan L. Atha
2848 SW Plass Ave
Topeka KS 66611


Allen Schmidt
1104 Franklin
Wichita KS 67203


Allison Morgan
8438 W Northridge Ct
Wichita KS 67205-1665


Allison Werner
601 Oak Drive
Dover DE 19904

Almar Yoder
Almar Yoder Trust
59566 CR 31
Middlebury IN 46540


American Express Corporate Services
PO Box 981540
El Paso, TX 79998-1540


Amy L Hein
Karen S Hein Custodian
6809 Haskins
Shawnee KS 66216


Amy R Miyamoto
9000 SW 45th St
Topeka KS 66610


Anders M Urbom
4930 Brentwood Rd
Topeka KS 66606


Andrew Goertzen
1001 W 13th
Hutchinson St 67501


Andrew L Woodward
c/o Jim Woodward
5040 SW 28th St
Topeka KS 66614


Andy Fakhoury
2800 Windsor Blvd.
Oklahoma City, OK 73127


Ann Dalton
13 Bodwell Terrace
Millburn NY 07041


Ann Hessemann
Ann W Hessemann Trust
7225 Cottonwood St
Shawnee KS 66216

Ann W. Hesemann Trust
Dated February 21. 1986
Attn: David C. Carpenter, co-trustee
PO Box 4287
Topeka, KS 66604-0287


Anna Sabatini
c/o Mr Frank C Sabatini
121 SW 6th St
Topeka KS 66603


Anne Case
3531 NW 43rd St
Topeka KS 66618


Anthony G.A. Pollack
4121 N. Jasmine Court
Wichita, KS 67226


Anthony W Thomas
6040 NE Greenhills Rd
Topeka KS 66618


Antonio A. Austin
731 NE Strait AVe
Topeka, KS 66616


Arch Gothard
c/o Bruce Plankinton
PO Box 5950
Breckonridge CO 80424


Argyle Design, Inc.
926 Carelton St.
Berkley, CA 94710


Arrow Electronics Inc
6800 College Blvd, #501
Leawood, KS 66211


Ash A Davis
c/o LeeAnn Woltkamp
1901 Crest Drive
Topeka KS 66604

Associated Management Services, Inc.
PO Box 4507
Topeka, KS 66604


AT&T
14575 Presidio Square
Rm 100-CR
Houston, TX 77083


AT&T/SBC Long Distance
14575 Presidio Square
Rm 100-CR
Houston, TX 77083


AT&T/Southwestern Bell Internet
14575 Presidio Square
Rm 100-CR
Houston, TX 77083


Aubrey and Judith Greenberg
2710 N Lakeview
Chicago IL 60614


Audrey Hamburger
6407 NW 99th Ave
Parkland FL 33076


B J McGivern
1016 SW Dartmoor LN
Topeka KS 66604-1975


B Terry Whitehead
PO Box 6920
Sherwood AR 72124


B&V Enterprises LP
Phillip Breede or Lawrence Valente
57 San Benito Ave
Atherton, CA 94027


Ballantyne of Omaha Inc.
4350 McKinley St
Omaha, NE 68112

Barbara A Enright
c/o Patsy A Enright
212 W 33rd St
Houston TX 77018


Barbara A Hess
Trustee of the Baraba A Hess Trust
12920 NW 17th St
Topeka KS 66615


Barbara E Kimbrough UND Roth Conv IRA
c/o Fahnestock and Co Inc Custodian
534 Kansas Ave
Topeka KS 66603


Barbara Hess
PO Box 4387
Topeka KS 66604


Barbara Hubbell Trustee
6442 SE 61st St
Tecumseh KS 66542


Barbara Miller
11814 W 53rd St
Shawnee KS 66203


Barbara Swanson
Revocable Trust
2352 Idaho Rd
Williamsburg KS 66095


Barco Digital Cinema
3240 Town Point Drive
Kennesaw, Georgia 30144


Barry Walker
1901 SW West Trail
Topeka KS 66615


Barry Weiner
230 W 55th, Suite 29D
New York, NY 10019

Becky Ann Lester IRA
c/o UMB Bank na Trustee IRA Dept
PO Box 419692
Kansas City MO 64179-0756


Benjamin A and Roshena L Schmidt
1700 Hillcrest Dr Apt # P-9
Manhattan KS 66502


Benjamin J. Brown
c/o Josephine P. Brown
PO Box 1219
Defuniak Springs FL 32435


Beth G Wittig
521 SW Westchester
Topeka KS 66606


Beth Wittig
521 SW Westchester
Topeka, KS 66606


Betty Ausherman
Kenbe Goertzen, Custodian
2921 SW Wannamaker Dr, Ste 107
Topeka KS 66614


Betty Goertzen
PO Box 4287
Topeka KS 66604


Betty L or Irvin L Woodward
c/o Jim Woodward
5041 SW 28th St
Topeka KS 66614


Betty M Hough Henry
Trustee of the Betty M Hough Henry Trust
300 Kennedy Lane
Wichita KS 67235


Beverly A Loethen
1621 SW Mulvane
Topeka KS 66604

Bill Rasmussen
1729 Wedgewood Rd
Sioux Falls SD 57107


Billy Fred Warford
15902 Highway 70
Benton AR 72015


Blake Post
115 SE 7th St
Topeka KS 66603-3901


Blick IRA
c/o Maurus C. Blick
PO Box 419226
Kansas City MO 64141-6226


Blue Heron Investments, LLC
14554 SW 60th
Andover, KS 67002


BLW Associates LP
298 Chelsea Manor
Park Ridge NJ 07656


Bose Electronics
The Mountain
Framingham, MA 01701-9168


Brad and Lisa Paulson
3709 South Cliff Ave
Sioux Falls SD 57103


Brad J and Kris A Wiesen
503 N Wheatland Pl
Wichita KS 67235-8234


Brad J. McGivern
10616 SW Dartmoor Ln
Topeka, KS 66604-1975

Brad Malone
Custodian for Brandon K Malone
2821 Nevada St
Manhattan KS 66502


Brad Malone
Custodian for Crystal J Malone
2821 Nevada St
Manhattan KS 66502


Brad Malone
2821 Nevada St
Manhattan KS 66502


Brad P Wohletz
2112 W 64 St
Shawnee KS 66218-8981


Brad Paletta
936 Wisteria
Derby KS 67037


Bradley and Cynthia J Owen
5924 SW 35th
Topeka KS 66614


Bradley L. Churchill
c/o Lois Churchill
37 Villa Louisa Rd
S. Glastonbury CT 06073


Brandon D. or Maurus C. Blick
315 Franklin
Topeka KS 66606


Brenda Smith
1308 Crest Circle
Benton AR 72015


Brenda W McDonald
3500 Holy Ridge Rd
Traskwood AR 72167

Brenton Ewell
5324 SW 53rd St
Topeka KS 66610


Brett and Kristine Warren
9300 S Sierra Dr
North Platte NE 69101-4771


Brian and Jennifer Voos
919 Josela Ct
Leavenworth KS 66048-4752


Brian Thrahsher
637 Cobb Rd
Arab AL 35016


Brian Weiss
6407 NW 99th Ave
Parkland FL 33076


Brianne Paletta
2835 Lakeridge Ct
Topeka KS 66605


Bromberg & Sunstein, LLP
125 Summer St
Boston, MA 02110-1618


Bruce and Theresa Coates
1471 NW Taylor #35
Topeka KS 66608


Bruce R Plankinton
PO Box 5649
Breckinridge CO 80424


Bryan L Fischer
RR 3 Box 58
Larned KS 67550


Bryan S Engel
2431 SW Candletree Lane
Topeka KS 66614

Buford Dean and Catherine Marie Bolejack
2901 SW Moundview Dr
Topeka KS 66614


Business Wire
44 Montgomery St
39th Fl
San Fransico, CA 94104


Byron M Fry
1504 Mulvane
Topeka KS 66604


C Ronald and Susan R Burgess
PO Box 301
Defuniak Springs FL 32435


C W and Shirley McMenamy
6713 Sandie Court
Amarillo TX 79109


Caitlin Sabatini
c/o Mr Frank C Sabatini
122 SW 6th St
Topeka KS 66603


California Department of Revenue
Franchise Tax Board
PO Box 1468
Sacramento, CA 95812-1468


Callahan Creek
c/o Cindy Maude
805 New Hampshire
Lawrence KS 66044


Cambridge Transportation
885 3rd Ave
New York, NY 10022


Campbell-Becker Inc
1321 Wakarusa Dr Ste 2102
Lawrence KS 66049

Campbell-Becker Inc
Employee Profit Share Plan FBO Carolyn Shelton
1321 Wakarusa Dr Ste 2102
Lawrence KS 66049


Campbell-Becker Inc
Employee Profit Sharing Plan FBO Carolyn Shelton
1321 Wakarusa Dr Ste 2102
Lawrence KS 66049


Campbell-Becker Inc
Employee Profit Sharing Plan FBO Elizabeth Campbell
1321 Wakarusa Dr Ste 2102
Lawrence KS 66049


Campbell-Becker Inc
Employee Profit Sharing Plan FBO Sam Campbell
1321 Wakarusa Dr Ste 2102
Lawrence KS 66049


Candace L Howe
Trustee of Candace L Howe Trust
26303 W 11th Terrace
Olathe KS 66061


Captial City Bank
37th & Topeka Boulevard
Topeka, Kansas 66611


Cardona Coffee LLP
6700 SW Topeka Blvd
Topeka, KS 66619


Carla K Crane
516 E 8th
Hutchinson KS 67501


Carla K Duckett
5100 Frankford Dr
Owens Crossroads AL 37563


Carol Allison
9906 Chartwell Cir
Wichita KS 67205

Carol E Holstead
812 W 8th St
Lawrence KS 66044


Carol L Foreman
c/o Rebecca E Floyd
2304 Brookhaven Ln
Topeka KS 66614


Carol L Foreman IRA
c/o UMB Bank Trustee
PO Box 419226
Kansas City MO 64141


Caroll and Dee Snyder
3477 Old Kentucky Rd
Morristown TN 37814


Carolyn G Edwards
2958 SE Peck
Topeka KS 66605


Carter Duling
141 S Mars
Wichita KS 67209


Cary A Shoup
5831 SW 58th
Topeka, KS 66619


Cary Shoup
2921 SW Wanamaker Dr #107
Topeka KS 66614


Catherine H. Bradley
c/o Thomas S. Bradley
6330 Rock Creek Dr
Ozwakie KS 66070


Catherine I. Bradley
115 New Murraytown Rd
Cleveland TN 37312

CBIZ Accounting Tax & Advisor
11440 Tomahawk Creek Pkwy
Leawood, KS 66211


Chad and Sherie Baldwin
2015 SE 55th St
Topeka KS 66609


Chad Duling
141 S Mars
Wichita KS 67209


Chad M Waters
c/o Larry G Waters Custodian
1943 SW Oakley Ave
Topeka KS 66604-3254


Chandra Goertzen
Kenbe Goertzen Custodian
2922 SW Wanamaker Dr Ste 107
Topeka KS 66614


Char Kimball
8408 SW K4 Hwy
Topeka, Kansas 66614


Charles D and Janet K Wichert
710 SW Arthur's Rd
Topeka KS 66610


Charles E and Diana S Mayer
3101 SW 35th Terr
Topeka KS 66614


Charles F Scheckel
Joan R Scheckel - Co Trustees
6530 Waverly Ct
Willowbrook IL 60514


Charles Griffin II
1618 W 22nd
Hutchinson KS 67502

Charles L Roberts III
7135 Halsey
Shawnee KS 66216


Charles Q Chandler IV
Box One
Wichita KS 67201


Charles Schwab
Terry McNally IRA
Attn Securities Processing
101 Montgomery St
San Francisco CA 94104


Charles W and Joyce Mauer
5324 NW Rochester Rd
Topeka KS 66617


Charlotte J Kimball
8408 SW K-4 Hwy.
Topeka, KS 66614


Cheryl L. Gentry
c/o Westboro Hair Center
3119 Huntoon St
Topeka KS 66604


Chester I and Carol Barber
303 N Bluff
Anthony KS 67003


Chris and Catherine Holthaus
RT #3 Box 135
Seneca KS 66538


Chris Barter
c/o Larry Strober
17 Redwood Dr
San Rafael CA 94901


Chris Mehrens
1931 SW Gage
Topeka KS 66604

Chris O'Neill
802 SE Oakridge Lane
Topeka KS 66609


Chris Shults
237 S Maple Dunes Ct
Wichita, KS 67235


Chris Shults
Emprise Bank Trustee FBO Chris Shults Roth IRA
237 S Maple Dunes Court
Wichita KS 67235


Chris Shults
237 S Maple Dunes Ct
Wichita KS 67235


Christian Blane Proctor
7696 S Monaco Cr East
Centennial CO 80112


Christine M. Baugher Revocable Living Trust
PO Box 2018
Lake Forest, IL 60045


Christopher A Tollefson
c/o Dawnita Tollefson Custodian
3119 Huntoon St
Topeka KS 66604


Christopher and Linda Shults
237 S Maple Dunes Ct
Wichita KS 67235


Christopher Blake Proctor
7696 S Monaco Cr East
Centennial CO 80112


Christopher D Caltagirone
PO Box 2803
Rancho Sante Fe CA 92067

Christopher N Carpenter
Jane H. Carpenter Custodian
3771 Stonybrook DR
Topeka KS 66610


Christopher Shults
237 Maple Dunes Ct
Wichita KS 67235


Christopher Shults
237 S Maple Dunes Ct
Wichita KS 67235


Christopher Waters
5504 SW Fairlawn Rd
Topeka KS 66610


Chross, Inc
c/o Ross C. Hartley
PO Box 477
Teton Village WY 83025


Chuck Bradley
6330 Rock Creek Dr
Ozwakie KS 66070


Cindy K Manry
3723 SW Herefordshire Rd
Topeka KS 66610


Cindy L Oliver
425 Alabama St
Lawrence KS 66044-1332


Cindy M Starkey
2707 SW 15th St
Topeka KS 66604


Clara K. & Thomas K. Asbury
216 SW Yorkshire Rd
Topeka KS 66606

Clarence C and Velma J Glennie
17830 E 900 Rd
Humansville MO 65674


Clatyon C Leis
c/o Laura Marie Leis
2835 SW Mission Woods Dr
Topeka KS 66614


Clement and Leona Rivard
PO Box 428
Red Feathers Lake CO 80545


Clifton D and Carol J Gideon
SW 53rd St
Topeka KS 66610


Clyde and Joyce Baldwin
5516 California
Topeka KS 66609


Clyde D Rivard
PO 1385
Castle Rock CO 80104


Clyde Rivard
PO Box 1385
Castle Rock, CO 80104


CMI Engineering
41663 170th St
Glencoe, MN 55336


Cody C. Davis
c/o LeeAnn Woltkamp
1901 Crest Drive
Topeka KS 66604


Computech International, Inc.
525 Northern Blvd, Ste 102
Great Neck, NY 11021

Conner & Winters
1627 I St NW
Washington, DC 20006


Corinna M Ellen Woodward
c/o Jim Woodward
5042 SW 28th St
Topeka KS 66614


Corsoft Corporation
1710 S Amphlett Blvd, #209
San Mateo, CA 94402


Cortez Transportation Co.
3910 SW 40th Terr.
Topeka, Kansas 66610


Cory D Long
516 Alice ST
Deshler NE 68340


Costelow Co Inc
Employee Penion Fund
Mark E Mohen Trustee
125 Kansas Ave
Topeka KS 66603


Costelow Co Inc
Employee Pension Trust
Mark E. Mohen Trustee
125 Kansas Ave
Topeka KS 66603


Craig E and Ronette C Vering
6880 SW Aylesbury Rd
Topeka KS 66610-1442


Craig E Selley
3520 NW 44th Terr
Topeka KS 66618


CRC Network
4137 Lower Silver Lake Rd.
Topeka, Kansas 66618

```
Culligan of Northeast Kansas
PO Box 2271
Olathe, KS 66051


Curt A and Jill M Sittenauer
3108 SW Staffordshire Rd
Topeka KS 66614


Curtis 1000
5150 Blalock Rd
Houston, TX 77041


Curtis T Drake
831 Surrey Ln
Maize, KS 67101


Cuy Mauck
13210 W Central
Wichita KS 67235


Cynthia S Clinkenbeard
c/o Patsy A Enright
2407 Pepperwood Cr
Topeka Ks 66614


D Edward and Melva M Davis
19 Snead Lane
Amarillo TX 79124-1717


D Scott and Valerie Henderson
1126 Las Lomas Ave
Pacific Palisades CA 90272


D. Edward Davis or Melva M. Davis
19 Snead Lane
Amarillo, TX 79124


Dahl D Fry
5842 SW 28th Terrace
Topeka KS 66614


Dale E Horn
110 Countryside Dr
Hutchinson KS 67502-4456
```

Dan and Denise Keating
25785 W 77th
Shawnee KS 66227


Dan Pugh
906 E. Tyler St
Athens, TX 75751


Dana and Judith Wilt
PO Box 404
Holton KS 66436


Dana Erickson
3007 SW Burnett Rd
Topeka KS 66614


Daniel A Shults
429 N Colby
Valley Center KS 67147


Daniel and Julia Mohesky Darby
CoTrustees
3210 NE Meriden Rd
Topeka KS 66617


Daniel J Lincoln
1093 Commerce Park Drive Suite #300
Oak Ridge TN 37830


Daniel L Howell
1723 Wildcat Rd
Frankfort KS 66427


Daniel R Henry
8939 N Byfield Ave
Kanas City MO 64154-1840


Daniel Stillwell
1316 N Denene
Wichita KS 67212


Daniel Werner
2912 Sunset Rd
Topeka KS 66614

Danny and Diane Duling
4906 S Knight
Wichita KS 67217


Danny L Downs
3842 SW Cambridge Terr
Topeka KS 66610


Danny L Rose
10301 W 61st St
Shawnee KS 66203


Darcy K Grosebeck
Kaw Valley State Bank Custodian FBO
6027 SW 36th ST
Topeka KS 66614


Darlene Goertzen
1001 W 13th
Hutchinson KS 67501


Darlene Minotti
77 Wellwater Dr
Palm Coast FL 32164-7836


Darryl Schmidt
7420 NE 119th Place
Oklahoma City OK 73151


Daryl Malone
3302 Sanaloma Dr
Georgetown TX 78628


Dave Paulson
c/o Mr Michael Paulson
14456 Erskine St
Omaha NE 68116


David A Butts
5958 SW 24th Terrace
Topeka KS 66614

David A Nelson IRA C/C UMB Bank
P.O. Box 419692
Kansas City, Kansas 64141


David A Nichol
1044 Sir Francis Drake Blvd
Kentfield CA 94904-1425


David and Cynthia Hormann
425 W 2nd St
Waconia MN 55387


David and Karen Duling
141 S Mars
Wichita KS 67209


David and Kerri Falletti
2215 Kickapoo Rd
Winfield KS 67156


David and Rosalee Wood
11964 South Provence #1903
Olathe KS 66061


David Bell
2807 SW Arvonia PL
Topeka, KS 66614


David Cooney
c/o Jennifer Burgin
14702 Aegean Way
Selma TX 78154


David Erickson
410 Cedar St
Concordia KS 66901


David Goubeaux
122 North Rainbow Lake Rd
 Wichita KS 67235


David Hanson
800 SW Jackson Ste 900
Topeka KS 66612

David K and Christy Williams
Williams Living Trust
524 NW 141st St
Edmond OK 73013


David L and Deborah S Welton
2144 NW 53rd Terrace
Topeka KS 66618


David Lies
731 E Taylor Trl
Queen Creek AZ 85242


David Lloyd Brier
4603 Maple Ave
Bethesda MD 20814


David N Holstead
5100 SW 10th
Topeka KS 66609


David N Holstead IRA UMB
c/o UMB Bank
PO Box 419226
Kansas City MO 64141-6226


David Nelson IRA
c/o UMB Bank, N.A. as Trustee for David Nelson IRA
PO Box 419692
Kansas City, MO 64179-0756


David Paul and Mary L Rogge
5240 NW 44th St
Topeka KS 66618


David Phillips
1116 Montana
Chicago, IL 60614


David Phillips
c/o CPA Associates
1116 West Montana St
Chicago IL 60614

David Puderbaugh
2135 SW Potomac Dr Apt #3
66611-1450


David Svet
c/o D3 Inc
2404 W 86th Terrace
Leawood KS 66206


David T and Teresa K Hothan
4708 SE 25th ST
Tecumseh KS 66542


David T Kidd
Trustee of David T Kidd Revocable Trust
2900 Social Hill Rd
Benton AR 72015


David W Lewis
PO Box 19123
Topeka KS 66619-0123


Dawn Goertzen
2922 SW Wanamaker Dr Ste 107
Topeka KS 66614


Dawn Paulson
c/o Michael Paulson
2921 SW Wanamaker Dr Ste 107
Topeka KS 66614


Dawnita Tollefson
c/o Westboro Hair Center
3119 Huntoon St
Topeka KS 66604


Dean VanBockern
c/o Michael Paulson
325 N Broadway
Canton SD 57013


Debbie Smith
1274 Grenada Dr
Marion OH 43302-1640

Debby S Haas
5630 SW West Drive
Topeka KS 66606


Deborah D Butts
5958 SW 24th Terrace
Topeka KS 66614


Debra Carlson
c/o Laura Marie Leis
2835 SW Mission Woods Dr
Topeka KS 66614


Debra G Vignatelli
1036 Hartland Dr
Lawrence KS 66049-3712


Del Weidner
307 SW Whitehall Lane
Topeka KS 66606-2280


Delores A Chin
205 Trull Lane East
Lowell MA 01852


Denali Software, Inc.
1850 Embarcadero Rd., Suite B
Palo Alto, California 94303


Denise Goodlove
Custodian for Lauren Goodlove (KUTMA)
2501 SW Brandywind Ln #3
Topeka KS 66614


Dennis and Linda Byrd
4210 Ginger Dr
Benton AR 72015


Dennis C Petterson
338 SW Greenwood Ave
Topeka KS 66606

Dennis C Petterson Trust
c/o Dennis C Petterson Trustee
338 SW Greenwood AVe
Topeka KS 66606


Dennis J and Kathy M Goscha
5912 SW 10th Terr
Topeka KS 66604


Dennis L and Kay L Grunewald
17350 Pheasant Run
Wamego KS 66547


Dennis M Witthar
310 NW Valenica Rd
Topeka KS 66615-9243


Dennis W Tally
2174 Eagle Trail
Morristown TN 37813


Derek and Amy Lecakes
2089 Plum St
Niskayuna NY 12309


Derek L and Crystal D Kistner
2385 Verdvre Rd NE
Waverly KS 66871


DHL Express
1200 South Pine Island Rd
Ste 600
Plantation, FL 33324


Diane Cline
Diane Cline RevTrust
2037 Brentwood
Wichita KS 67218-4925


Diane Cline
2037 Brentwood
Wichita, KS 67218-4925

Diane Denham
PO Box 4413
Topeka KS 66604


Diane Fisher
12426 Holmes Rd
Kansas City MO 64145


Digital Cinema Providers (DCPG)
11500 Canton Dr.
Studio City, California 91604-4160


Digital Cinema Report (DCR)
50 Sickel Avenue
Nyack, New York 10960


Distribution by Air, Inc.
PO Box 6090
Somerset, NJ 08875-6090


Domenic Corrado
13106 Mackey
Overland Park KS 66213


Don and Debbie Thomas
15105 Dearborn
Overland Park KS 66223


Don Desomond
c/o PCB Design Services
9320 W 127th
Overland Park KS 66213


Don P and Ann H Henderson
2419 SE Alexander
Topeka KS 66605


Don Robinson
c/o Tuross Corporation
690 Pennsylvania Ave #215
San Francisco CA 94107

Don Rosen
2540 NW 144th Avenue
Beaverton, OR 97006


Donald A and Deborah L Scholl
2609 SW 34th St
Topeka KS 66611-1822


Donald and Cidney D Walter
1501 Greenleaf Blvd
Elkhart IN 46514


Donald and Laurie Rosen
2540 NW 144th Ave
Beaverton OR 97006


Donald E Sheets Trust
Beverly and Donald Sheets Co Trustees
2372 SW Honeysuckle Ln
Topeka KS 66614


Donald G Hazen
1716 N Van Buren
Hutchinson KS 67502


Donald J and Virginia N Minnis
2917 Westdale Ct
Lawrence KS 66049


Donald M Weichert
6721 NW Church Ln
Topeka KS 66618


Donald Shuford
3119 SW 10th Ave
Topeka KS 66604


Donald Walter
1501 Greenleaf Blvd
Elkhart IN 46514


Donn J Jarski
21520 P Rd
Holton KS 66436

Donna Zoeller
4516 SE Paulen Rd
Berryton KS 66409


Doranne Holmes and Larry L Boltz
2340 Deltor Rd
Grantville KS 66429


Dorinda Harwick Hunt
3442 SW Randolph
Topeka KS 66611


Dorothy VanBockern
c/o Mr Michael Paulson
325 N Broadway
Canton SD 57013


Doug and Carole A Conwell
2207 Cat Creek Dr
Wamego KS 66547


Doug and Jeanne Stanchik
13623 W 76th Terrace
Lenexa KS 66216


Doug Lake
107 Sheridan Drive
New Canan, CT 06840


Douglas and Kathy S Stacken
830 NW West Union Rd
Topeka KS 66615


Douglas C Kidd Family Trust
PO Box 137
Benton AR 72018


Douglas C. Brown
1293 N 1000 Rd
Lawrence KS 66047


Douglas Clifton Cusick
1120 Sandalwood
Wichita, KS 67230

Douglas E and Jeanine K Wells
2224 SW Lowell Ln
Topeka KS 66614


Douglas Friesen
10014 W. Greenspoint
Wichita, KS 67205


Douglas R Maenhoudt
c/o Domenic Corrado
1326 Walton
Memphis TN 38117


Douglas T Lake
107 Sheridan Dr
New Canaan CT 06847


Dr Jonathon Fielding
12735 Hanover St
Los Angeles CA 90049


Dr Marilyn Kent IRA
c/o UMB Bank na Trustee IRA Dept
PO Box 419692
Kansas City MO 64179-0756


Dr Robert and Sue Zwiesler
12017 W Meribeau Ct
Wichita KS 67235


Dr Ron Zoeller Pension
2900 Atwood
Topeka KS 66614


Dr Tyler G Hughes
1481 Janasu Rd
McPherson KS 67460


Dr. Joseph G. Baba & Jae Pierce-Baba
12206 Ridgepoint
Wichita KS 67235

Dr. William Gary Baker
1920 SW Warner Ct
Topeka KS 66604


Dr. William Gary Baker IRA
c/o A G Edwards & Sons Inc.
One North Jefferson
St Louis MO 63103


Duane Goodlove
207 Heather St
Burlington KS 66839


Duane VanBockern
c/o Michael Paulson
325 N Broadway
Canton SD 57013


Duncan Peterson
Tuross Corporation
103 Harvard Ave Suite 3
Half Moon Bay CA 94019


Dwight and Louell Fite
1003 Hwy 35
Benton AR 72015


Dwight H Caldwell Jr
2823 Shadow Creek
Benton AR 72015


Dylan and Nicole Smith
2837 SW Herefordshire Rd
Topeka KS 66614


E CIRCUITS
2305 NW Jefferson St
Blue Springs, MO 64015


E Clint Gilbert and Brenda Colley
2524 Summeroak Dr
Tucker GA 30084

E Harvey and Mary E Jewell
1100 East 38th St
Sioux Falls SD 57105


E Harvey Jewell and/or Mary E Jewell, JTWROS
1100 East 38th St
Sioux Falls, SD 57105


Eben S Moulton
c/o Seacoast Capital
55 Ferncroft Rd
Danvers MA 01923


eBiz Software, Inc
PO Box 750413
Topeka KS 66675-0413


Ed Wade
Blue Heron Investments, LLC
14554 SW 60th
Andover, Kansas 67002


Eddy and Gail Koeling
1304 18th St
Wamego, KS 66547


Edgar and Mildred Davis
5714 Purdue
Amarillo TX 79121


Edith K Funk Trustee
Edith K Funk Trust
2545 SE Bennett Dr
Topeka KS 66605-2082


Edward A. Kraus, Esq.
Creech, Liebow & Kraus
333 West San Carlos St, Ste 1600
San Jose, CA 95110


Edward F Matyak
2637 SE 41st
Topeka KS 66609

Edward Lee Baugher
2233 Sandplum Ct
Wichita KS 67205


Edwin R and Rebecca S Linquist
Trustees or their successors under revocable trust living
7232 SE Stanley Rd
Berryton KS 66409


Edwin Wiedeman
1320 Verges Ave
Norfolk NE 68701


Eleanor Pacholski
9731 Sunrise Blvd
North Royalton OH 44133


Eli J Groesbeck
Kaw Valley State Bank Custodian FBO
11740 W 118th Ter Apt 316
Overland Park KS 6+6210-2060


Elizabeth A Schoof
2324 Briarwood Plaza, No 207F
Topeka KS 66611


Elizabeth Baker
Krisie Baker, Custodian
c/o Lila Williams
5130 SW 25th St
Topeka KS 66614


Ellen M Feldman
22132 Old Fossil Rd
San Antonio TX 78261


Ellyn M Tyrell
10734 W 116th St
Overland Park KS 66210


Emily Russo and Peter Aronson
186 Riverside Dr Apt 9A
New York NY 10024

Emprise Bank and Ruth Shults
Co Trustees of Kyle Shults Irrevocable trust
105 Peavine Creek Ct
Decatur GA 30030


Emprise Bank and Ruth Shults
Co Trustees of Jennifer Shults Irrevocable trust
105 Peavine Creek Ct
Decatur GA 30030


Eric P Long
15915 Indian Creek Pkwy
Olathe KS 66062


Erin E. Carpenter
Jane H Carpenter Custodian
3771 Stonybrook DR
Topeka KS 66610


Evans and Mullinix, PA
7225 Renner Rd Ste 200
Shawnee, KS 66217


Evie Unkefer
1504 Mulvane
Topeka KS 66604


Extron Electronics
P.O. Box 513206
Los Angeles, California 90051-1206


Faraday Technology Corporation
Corn Exchange
5th Floor 55 Mark Ln
London EC3R 7NE
United Kingdom


Farzad Nikjeh
5804 W 129th St
Overland Park, KS 66209-3604


FBO Gary Woodruff IRA
c/o Piper Jaffray Cust/Ref
2510 SW James Ct
Topeka KS 66614

Fedex
PO Box 1935
Provo, UT 84603-9926


Financial Holding Corp
c/o Mr Michael Merriman
300 West 11th St
Kansas City MO 64105


First Trust Corporation TTEE FBO: Douglas A. Friesten
PO Box 173301
Denver, CO 80217-3301


FOB Patrick G Sheehy IRA
Edward Jones and Co Custodian
201 Progress Parkway
Maryland Heights MO 63043-2549


Forecast
2221 Rutherford Rd.
Carlsbad, CA 92008


Forrest D Ireland
22420 Q Rd
Holton KS 66436


Frances I Rose
6928 Woodson
Overland Park KS 66204


Francis J Kuhn
845 S Cactus Ct
Wichita KS 67230-9528


Francis Newell
3838 SW Deer Trail Drive
Topeka KS 66610


Frank A Sica
524 S Kansas Suite 1035
Topeka KS 66602

Frank C Sabatini Trust
c/o Mr Frank C Sabatini
2423 SE 7th
Topeka KS 66605


Fred and Alice Tilton
2416 Indian Trail
Topeka KS 66614


Fred and Colleen Biesemeyer
8245 SW 29th
Topeka KS 66614


Fred and Katharine Willey
3759 W 162 Pl
Markham IL 60426


Fred and Norma Lester
1038 S Broadway
Springfield MO 65804


Fred Kann
c/o KL Industries
Park 80 West, Plaza One
Saddle Brook, NJ 07663-5807


Fred Kann
c/o KL Industries
7 Schindler Way
Fairfield NJ 07004


Fred Lester
1038 S Broadway
Springfield MO 65804


Frederick K and Linda L Starrett
11680 Bradshaw
Overland Park KS 66210


Freeman Companies
1600 Viceroy Ste 100
Dallas, TX 75235

Future Electronics
237 Hymus Blvd
Pointe Clair, QC
H9R 5C7


G Douglas & Judith A Camplin
2516 Cottonwood
Grand Island NE 68801


Gable Whitehead
Ginger White, Trustee
1501 No Univ Suite 600
Little Rock AR 72207


Gabriel G Shults
1907 W 24th Ave Apt 10A
Emporia KS 66801


Gail Dodds
2719 SW Belle
Topeka KS 66614


Gail F. Burbank
2201 SW Crest Dr
Topeka KS 66614


Gail L Thompson
851 Gilman
Wichita KS 67203


Gale Ewell
5324 SW 53rd St
Topeka KS 66610


GAO Engineering Inc.
601 Milner Ave
Toronto, ON M1B1M8
Canada


Garry R and Donna Smith
9010 Hwy 63
St Marys KS 66536

Gary and Ann Hough
4039 South 108th St
Omaha NE 68137


Gary and Delores Smith
2924 Se Meadowview
Topeka KS 66605


Gary Baker
1920 SW Warner Ct
Topeka, Kansas 66604


Gary D and Nancy S Coates
1471 NW Taylor #35
Topeka KS 66608


Gary D and Robyn K Hamilton
7000 W 65th Terrace
Overland Park KS 66202


Gary Duncan
PO Box 242
Mt Vernon IL 62864


Gary Jones
1262 SW Boswell
Topeka KS 66604


Gary Kalfin
PO Box 799
Amagansett NY 11930


Gary Keller
605 W 47th St Ste 350
Kansas City MO 64112


Gary L Escher
5966 SW 24th Terrace
Topeka KS 66614

Gary L Escher IRA
c/o UMB Bank Trustee
PO Box 419226
Kansas City MO 64141


Gary L. & Pamela J. Adams
306 East 17th
Hutchinson, KS 67502


Gary M Hammes
2549 SW Santa Fe Ct
Topeka, KS 66614


Gary R and Karen J Walker
PO Box 126
Sylvia KS 67581


Gary W Green
7509 SW Arthurs Rd
Topeka, KS 66610


Gaylene Rofkahr
c/o Doyle Gerard
5218 Cherokee Ln
McLouth KS 66054


Gene and Dixie Challacombe
4537 Mission Rd
Topeka KS 66618


Gene and Thyrza Olson
16605 W 144th St
Olathe KS 66062


Gene Bicknell
PO Box 643
Pittsuburg KS 66762


Gentry Corporation
PO Box 5611
Carefree, AZ 85377

Gentry Corporation
7696 S Monaco Cr East
Centennial CO 80112


Geoffrey Evan Weiss Irrevocable Trust
Grand Bank and Trust of Florida
3601 PGA Blvd
Palm Beach Gardens FL 33410


George and Margaret Scheckel
105 Elizabeth Ln
Downers Grove IL 60516


George and Patricia Proctor
#1 Shenandoah Dr
Goddard KS 67052


George B Sittenauer Trust
920 NE 43rd St
Topeka KS 66617


George Eugen Stephenson Revocable Trust
2211 Rosemont Circle
Wichtita, KS 67228


George Eugene Stephenson
Revocable Trust
2742 Rushwood Ct
Wichita KS 67226


George O Haggard
724 Barton Dr
Morristown TN 37814


George O. Haggard, Jr.
724 Barton Drive
Morristown, TN 37814-2504


George Scheckel Jr
23307 Lull St
Canoga Park CA 91304

George Scheckel Jr IRA
c/o UMB Bank na Trustee
PO Box 419226
Kansas City Mo 64141-6226


Georgia Greenberg
1808 N Halstead St
Chicago IL 60614


Geraldine Matzke
3930 NW Thomas Rd
Silver Lake KS 66539


Gerlad L and Tamalyn J Sorrell
5633 SW 34th St
Topeka KS 66614-4579


Gerry Prell
9500 S Ocean Blvd
Jensen Beach FL 34951


GES Exposition Services
950 Grier Drive
Las Vegas, NV 89119


Gladys E Holmes IRA
c/o UMB Bank
PO Box 419226
Kansas City MO 64141-6226


Gladys Reynolds
695 San Juan Rd
Colorado Springs CO 80904-2858


Glen H and Ann M Deitcher
909 SW Naismith Pl
Topeka KS 66606


Glen O and Nikki J Feuerborn
2418 SW Queens Way
Topeka KS 66614

Glenn A Usher
307 E Lancaster Ave
Downingtown PA 19335


Glenn D and Jefri A Leonardi
1404 E 345 Rd
Berryton KS 66409


Glenn R Glennie
712 Brent Dr
Mulvane KS 67110


Gloria G Cunningham
620 NW Lyman Rd #102
Topeka KS 66608-1999


Gloria Hanna
5638 SW Hawick
Topeka KS 66614


Goertzen / QEG LLC
c/o David Carpenter Escrow Agent
PO Box 4287
Topeka KS 66604-0287


Goertzen / QEG, LLC
c/o David Carpenter Escrow Agent
PO Box 4287
Topeka KS 66604-0287


Goertzen Consulting Inc
c/o Dr Kenneth Goertzen
6 Stadium Dr
Haven KS 67543


Goldie E. Braymer
42 Hillsboro Rd
Danville, KY 40422


Grand Bank and Trust of Florida
Cusodian FBO Miles B Weiss IRA
Attn Beth Pelchat
3601 PGA Blvd
Palm Beach Gardens FL 33410

Greenville Cinemas, LLC
217 E Park Ave
Greenville, SC 29601


Greg S McGivern
PO Box 4522
Topeka KS 66604-0522


Gregory and Michelle Pacholski
3747 Skippers Cove
Reminderville OH 44202


Gregory B Brown
1415 Pinewood
Benton AR 72015


Gregory Lies
209 E 3rd Drive So Apt 101
Independence MO 64050


Gregory M and Jody K Cooper
7440 SW 53rd
Topeka KS 66610


Gregory Schwerdt
3623 SW Stoneybrook Drive
Topeka KS 66614


Gregory W and Amy S Sharpe
2546 SW Windslow Ct
Topeka KS 66614-6105


Gregory Wyant
1301 S Westfield
Wichita KS 67209


Gretchen Fox
1397 N Valleyview
Wichita KS 67212


Guy and Janet Rinehart
910 SW Grand Ct
Topeka KS 66606

H Allen and Joyce Paulson
c/o Michael Paulson
3 Park Lane
Canton SD 57013


H&S Trading Co.
2363 Cardinal Dr
Wichita, KS 67204


Hal Yang
393 Whitlem Dr
Palo Alto CA 94306


Hamid Dehghanfar
11302 Cody St
Overland Park KS 66210


Harold D Matous
14960 Collier Blvd #1029
Naples FL 34119-7713


Harold Hesemann
7225 Cottonwood St
Shawnee KS 66216


Harold Hesemann
c/o David Carpenter Irrevocable Trust
7225 Cottonwood St
Shawnee KS 66216


Haynes and Forbes Frieden
555 S Kansas Ave
Topeka KS 60126


Helen S Yee
5017 California St Apt 3
San Francisco CA 94118


Hendrickson Teter Investments LLC
921 Dawn Lane
Chanute KS 66720

Henry J Lawrie Jr
2275 Doury In
Northfield IL 60093


Henry W and Lois M Schoemann
29150 Sandy Hook Rd
St Marys KS 66536


Heritage Properties, LLC
c/o Bryan Hess
PO Box 1009
McPherson, KS 67460


Hermin M Yarahmadi
16398 South Church
Olathe KS 66062


High Def Expo, Inc.
3727 W Magnolia Blvd
No. 729
Burbank, CA 91505


High Expectations, LLC
2868 S Greenwich
Wichita, KS 67210


Hiroshi Asaga
405 Dai-Ni Sunny Court
3-11-1 Higashi Tokorozawa
Tokorozawa City, Japan 359-0021


Hisako Yoshimura
#103 4-4-10 Kurihara
Niiza-Shi, Saita Japan 352-0035


Holly Palacio
14041 W 113th Terrace
Lenexa KS 66215


Hossein Afshari
1768 South 32 St
Kansas City, KS 66106

Howard I and Karen K Marlow
3804 Sw 40th
Topeka KS 66610


Howard Wolff
7030 Arbor Lane
Winnetka IL 60093


Ilene Friedman
14 Berkley Place
Livingston NJ 07039


InfoCOMM International
11242 Waples Mill Rd
Ste 200
Fairfax, VA 22030


Integrative Consulting LLC
Doug Friesen
10014 W Greenspoint St
Wichita KS 67205-1581


Internal Revenue Service
271 West 3rd North, Suite 3000
Stop 5333 WIC
Wichita, KS 67202


Irwin and Betty Rosen
3506 Avalon Ln
Topeka KS 66604


J Dwight Brown
34 Excelso Way
Hot Springs AR 71909


J Mark Goode
1093 Commerce Park Drive Suite 300
Oak Ridge TN 37830


J Thomas Freidheim
267 South St
Elmhurst IL 60126-4001

J Vig Sherrill
1093 Commerce Park Drive Suite #300
Oak Ridge TN 37830


J. Greg Kite
230 North Market
Suite 201
Wichita, KS 67202-2006


JA Kerschen Trust
c/o Jeanette A Kerschen
Box 396
Cunningham KS 67035


Jack E Henry
300 Kennedy Lane
Wichita KS 67235


Jack H. Brier
Ten Westboro Place
Topeka KS 20657


Jackson Proia
220 Ponce De Leon Dr
Ormond Beach FL 30176


Jacob Morgan
8438 W Northridge Ct
Wichita KS 67205-1665


Jacqueline A Wewers
4515 Shavano Peak
San Antonio TX 78230


Jaime Henderson
5001 Redbud Court
Topkeka KS 66606


Jaime Porter
19 Roosevelt Ave
Waterville ME 04901

Jake Huyett
17124 222nd Rd
Holton KS 66436


Jame M Concannon
950 Docking Rd
Topeka KS 66615


Jamed Eddy IRA
c/o Kaw Valley State Bank
1110 N Kansas Ave
Topeka KS 66608


James and Betty L Stewart
5209 NW 52nd Ave
Topeka KS 66618


James and Carol Morgan
8438 W Northridge Ct
Wichita KS 67205-1665


James and Cathy Windell
5632 Spiritus Pl
EL Paso TX 79932


James and Cynthia Nash
1722 Pheasant Ridge
Sterling CO 80751


James and Jolene A File
3014 NE Kansa Trail
Topeka KS 66617


James and Pamela Rodriguez
1449 Robin Hood Dr
Seymour IN 47274


James Clifford
3 Brainerd Dr
Stoneypoint NY 10980


James Cole
7309 Ruggles Ferry Pike Rd
Knoxville TN 37914

James D. Henderson
6260 SW 9th St
Topeka KS 66615


James DeCoursey
5411 SW 40th Terrace
Topeka KS 66610


James Graham
4110 SW Eagle Point
Topeka, KS 66610


James H Cramer
2009 SW Harp Place
Topeka KS 66611


James Hayes
c/o Domenic Corrado
8521 Beaman
Kansas City MO 64154


James Herbert
2018 Stone St
Topeka KS 66604


James Hodgson
7305 Old Stone Dr
Owens Crossroads AL 35763


James Houghton
PC Profit Sharing Plan
4620 Petit Ave
Encino CA 91436-3216


James Kenneth Ogdon
2542 Lake Ridge Court
Wichita KS 67205


James L. Bean
2625 Chelsea Dr
Topeka KS 66614

James Prescott
823 N. Main
McPherson, KS 67460


James R and Gena D Rhodes
1224 Camp Creek Rd
Defuniak Springs FL 32433


James R Wood IRA
c/o UMB Bank Trustee
PO Box 419226
Kansas City MO 64141-6226


James Voos
310 E 71st St Apt 7K
New York NY 10021


James W and Mira J Craine
PO Box 1779
Morristown TN 37816


James W Hilbert
6336 SW South Pointe Dr
Auburn KS 66402


James W McBride
25 SW Peppertree Ln
Topeka KS 66611


James W Parrish
700 SW Jackson St Ste 200
Topeka KS 66603


Jana Voos
8234 Park Hill Circle
Lenexa KS 66215


Jane Carpenter
3771 Stonybrook Dr
Topeka KS 66610

Jane Carpenter
Trustee of Jane Carpenter Trust
3771 Stonybrook DR
Topeka KS 66610


Jane E Shults Living Trust
Jane E Freed Trustee
10801 N Meridian
Valley Center KS 67147


Janice and Charles Griffin
1618 W 22nd
Hutchinson KS 67502


Janice Henry
438 NW 58th St
Topeka KS 66617


Janice K. Davis
c/o Connie L Hartley
801 Morningside Terrace
Osage City KS 66523


Janile M and Kevin L Heinen
4220 SE Iowa
Topeka KS 66609


Janine M Mohan
125 Kansas Ave
Topeka KS 66603


Jared M and Angela D Stange
4501 Newport Dr
Norman OK 73072


Jared N Warford
15902 Highway 70
Benton AR 72015


Jason C and Brenda Rziha
511 N Longmore
Chandler AZ 85224

Jason C Dale
2600 Gracy Farms Ln, Apt 1321
Austin, TX 78758-2948


Jason Dale
207 Sunset Ln
Maple Hill KS 66507-9402


Jason K. Rew
Cochran, Oswald & Roam, LLC
601 NW Jefferson, PO Box 550
Blue Springs, MO 64013


Jason S. or Maurus C. Blick
315 Franklin
Topeka KS 66606


Jason W Coates
Gary D Coates Trustee
1471 NW Taylor #35
Topeka KS 66608


Jay and Stacey Gertsberger
7216 Wallace Ave
Kansas City MO 64133


Jay D McKee
14521 Dearborn
Overland Park KS 66223


Jay L and Debra K Smith
945 Woodridge Ct
Wichita KS 67206


Jay M. Horting
3107 SW Muirfield Ct
Topeka, KS 66614


Jay T and Susan E Ladenburger
4309 SW Eagle Pointe Rd
Topeka KS 66610-1573

Jayne and Russ Sayers
1010 Road S
Clarkson NE 68629


Jaytide Investments LLC
PO Box 189
Teton Village WY 83025


Jeannine York-Schardt
902 S Beach St
Ormond Beach FL 32174


Jeffery Moore
137 Ainsworth Circle
Palm Springs FL 33461


Jeffrey D Plymire
201 E 7th
Beloit KS 67420


Jeffrey L. and Joni A Burkett
3450 SW Brandywine CT
Topeka KS 66614


Jennifer A McKee
14521 Dearborn
Overland Park KS 66223


Jennifer Barr
2003 SE Regency Park DR
Topeka KS 66614


Jennifer E Butts
5958 SW 24th Terrace
Topeka KS 66614


Jennifer E Henderson and George Eberhart
1610 West Highland Box 23
Chicago IL 60660


Jennifer Lee Woodward
c/o Jim Woodward
5043 SW 28th St
Topeka KS 66614

Jeremy David Strober
c/o Lawrence Strober
4259 189th Ave SE
Issaquah WA 98027


Jeremy Slusher
103 Sycamore Dr
Royal Palm Beach FL 33411


Jerri Shaffar
3406 SE Walnut Drive
Topeka KS 66605


Jerry and Jennifer Bauer
c/o Mr. Michael Paulson
7822 SW 27th
Topeka KS 66614


Jerry Cheng-Kang Liu
17575 Orange Terrace
Yorba Linda CA 92886


Jerry D Edmonds
1468 E #1 Rd
Berryton KS 66409


Jerry J. Pearson
101 SW Llandovery Ln
Topeka, KS 66614


Jerry Proctor
PO Box 214 #7 Stevie Court
Goddard KS 67052


Jesse Bates
Ginger White Trustee
1501 N University Suite 600
Little Rock AR 72207


Jessica A Stillwell
8405 W Central Apt 2313
Wichita KS 67212

Jessica Bruzios
2017-D N Lincoln Ave
Chicago IL 60614


Jessica R Warford
15902 Highway 70
Benton AR 72015


JFM Limited Partnership I
3333 SE 21st
Topeka, KS 66612


Jim D or Barbara G Hoskins
5294 Butterfield Dr
Joplin MO 64804


Jim Houghton
4620 Petit Ave
Encino, CA 91436


Jim Lance Woodward
5040 SW 28th St
Topeka KS 66614


Jim Lance Woodward
Sun America Trust FBO Jim Lance Woodward
5041 SW 28th St
Topeka KS 66615


Jimmie and Katherine Rodden
9826 Farley St
Overland Park KS 66212


Joan Gordon
1050 Court Street #318
San Rafael CA 94901


JoAnn Sittenauer
Trustee of the JoAnn Sittenauer Trust
920 NE 43rd St
Topeka KS 66617

Joanna M. Carpenter
Jane H. Carpenter, Custodian
3771 Stonybrook DR
Topeka KS 66610


Joe and Irene Evans
1760 Mt hood 452-1422
Las Vegas NV 89115


Joe M and Janice F Stange
PO Box 720434
Norman OK 73070


Joe Stange
7512 Yorkshire Ct
Amarillo, TX 79121


Joe Tseng
21 E Los Olivos
Santa Barbara CA 93105


John & Sara Anderson
16359 S Sunset
Olathe KS 66062


John A McGivern
3333 SE 21st St
Topeka KS 66607


John A. Bausch
4220 SE Iowa Ave
Topkea KS 66604-1952


John and Cindy Olsen
2728 SW Chauncey Ct
Topeka KS 66614


John and Danna Hayes
7831 Queens Cove
Lisle IL 60532


John and Denise Pacholski
1421 Hamilton Drive
Broadway Heights OH 44147

John C Garrett
1405 W Omaha Pl
Broken Arrow, OK 74012-0415


John C Long
42 Melody Lane
Wellington KS 67152


John C Roy
3545 NW Menoken Rd
Topeka KS 66618


John C Valley IRA
c/o UMB Bank Trustee
PO Box 419226
Kansas City MO 64141


John Calhoun
3572 SugarPlum Ln
Port Orange FL 32129-7630


John D and Patricia Irwin
c/o UBS
1 N Wacker Suite 3500
Chicago IL 60606


John Dillion and Barbara Lynn McCall
1516 W Poplar
Olathe KS 66061


John E Howe
Trustee of John E Howe Trust
26303 W 111th Terrace
Olathe KS 66061


John F Alden
247 E Chestnut St
Apt 2501
Chicago IL 60611-2416


John F McGivern II
3333 SE 21st St
Topeka KS 66607

John Gould
29 Waverton Dr
St Louis MO 63124


John J Ambrosio
Profit Sharing Plan
5897 SW 29th St
Topeka KS 66614-2486


John J and Monica Miller II
21134 W 71st
Shawnee KS 66218


John J Iserman
1211 Navajo Dr
St Marys KS 66536


John J Isermann
1211 Navajo Dr
St. Marys, KS 66536


John J Matalone IRA
c/o UMb Bank na Trustee IRA Dept
PO Box 419692
Kansas City MO 64179-0756


John J Miller
526 S 29th
Lincoln NE 68510


John L Simms
2601 SW 17th St
Topeka KS 66604-2669


John Marshall Brier
2901 Smallman St Apt 4e
Pittsburg PA 15201


John N. Hermes
McAffee & Taft
10th FL Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103

John P Silkiner Trust
12725 High Dr
Leawood KS 66209-1610


John Phillip and Cynthia S Posten
1701 NW 78th St
Topeka KS 66618


John R and Lisa M Hanna
16322 S Stagecoach Dr
Olathe MO 66062


John R Schuster
26 E 29th Circle
Fayetville AR 72701


John R Young
508 W North St
Benton AR 72015


John R. & Marilyn L. Atchley
5957 SW 31st
Topeka KS 66614


John R. and Cynthia L Barry
599 Auburn Rd
Topeka KS 66610


John R. Bailey, Sr
27506 Old School House Rd
Ardmore AL 35739-8430


John Watson
4500 West Hindsdale
Littleton CO 80128


Johnathon and Julie Meraz
PO Box 159
Plainview NE 68769-0159


Johnathon Russo
75 Bank St Apt 2H
New York NY 10014

Johnny Lee Stone
6520 Peppermill Dr
Las Vegas NV 89146


Johnson Brothers Investments Inc
PO Box 205
Bigelow AR 72016


Jon K and Devon M Kirkpatrick
12138 Farley
Overland Park KS 66213


Jon M Flickinger
2921 SW Wanamaker Dr Ste 107
Topeka KS 66614


Jon M Hollis
919 1/2 N 11th St
Manhattan KS 66502


Jonathan Russo
230 W 55th, Suite 29D
New York, NY 10019


Joseph C Eason
102 Wingding Way
San Antonio TX 78232


Joseph Dewayne Christensen
241 NE 159th Terr
Topeka, KS 66617


Joseph Ebbett Jones
4885 S Quebec St #327
Denver CO 80237-2717


Joseph Gerard Herold Trust
c/o Joseph Herold Trustee
PO Box 3846
Topeka KS 66604-6846


Joseph Minotti
77 Wellwater Dr
Palm Coast FL 32164-7836

Joshua A Norton
4130 NW Union Dr
Topeka, KS 66618


Joshua P Morello
c/o Minority Trust
3 Hershey Rd
Wayne NJ 07470


Joy L and Richard L Warren Jr
7512 Yorkshire Ct
Amarillo TX 79121


Joyce Scheckel IRA
c/o UMB Bank na Trustee
PO Box 419226
Kansas City MO 64141-6226


Judd Fite
1003 Hwy 35
Benton AR 72015


Judith A Walton
2201 SE California Ave
Topeka KS 66605


Judy A Davis
19 Snead Lane
Amarillo TX 79124-1717


Judy K Row
6410 SW Suffolk Rd
Topeka KS 66610


Judy Warkentine
6539 SW Vorse Rd
Auburn KS 66402


Julie Paulson
c/o Michael Paulson
3 Park Lane
Canton SD 57013

Justin A Leis
c/o Laura Marie Leis
2835 SW Mission Woods Dr
Topeka KS 66614


Justin and Kelly Howe
19582 W 105th
Olathe KS 66061


Justin E. or Maurus C. Blick
315 Franklin
Topeka KS 66606


Kadie Ausherman
Kenbe Goertzen, Custodian
2921 SW Wannamaker Dr, Ste 107
Topeka KS 66614


Kaga Electronics
2-2-9 Hongou Bunkyou-ku
Tokyo, Japan 133-8503


Kaitlyn Morgan
8438 W Northridge Ct
Wichita KS 67205-1665


Kalisha Crawford
108 West 17th St
New York NY 10011


Kansas City Star
1729 Grand Blvd.
Kansas City, MO 64108


Kansas Department of Revenue
915 SW Harrison St
Topeka, KS 66612


Kansas Imaging Consultants PA Profit Sharing Plan FBO Thomas
Cox
Merrill Lynch Attn: Julie Staehr
2959 N Rock Rd, Suite 200
Wichita, KS 67226

Kansas Turnpike Authority
PO Box 780007
Wichita, KS 67278-0007


Kara L Heitz
260 Yorkshire Rd
Topeka KS 66603


Karen B Waters
5504 SW Fairlawn Rd
Topeka KS 66610


Karen D Meyer
PO Box 3880
Topeka KS 66604-6880


Karen James
918 Shady Way
Wichita KS 67203


Karen S Disidore
c/o MC Industries
3601 SW 29th St
Topeka KS 66614


Karol A Luttjohann
4841 SW 21st St Ste 201
Topeka KS 66604


Katharine F. Bennett
PO Box 89
Lake Forest, IL 60045


Kathleen H Werner Trust
Kathleen H Werner Trustee
2912 Sunset Rd
Topeka KS 66614


Kathleen R Urbom
700 Jackson Suite #204
Topeka KS 66603

Kathleen Roberts
18260 S Sunset Dr
Olathe KS 66062


Kathryn Groesbeck
6027 SW 36th St
Topeka KS 66614


Kathy Backhus
c/o Dennis Petterson
338 SW Greenwood Ave
Topeka KS 66606


Kayla Keating
400 Prospect St Apt 233
La Jolle CA 92037


Keith and Cynthia Pfeifer
328 W 33rd St
Hays KS 67601


Keith and Marlene Kohlmeier
3337 NW Bent Treen Ln
Topeka KS 66618-3476


Keith Stelting IRA
c/o Kaw Valley State Bank Cust.
1110 N Kansas Ave
Topeka KS 66608


Kelly Ann Leonard
Park 80 West Plaza I
Saddlebrook NJ 07663-5087


Kelsi Ausherman
Kenbe Goertzen, Custodian
2921 SW Wannamaker Dr, Ste 107
Topeka KS 66614


Kemnitzer Design Inc
10275 Shadow Ridge Dr
Olathe KS 66061

Kenbe D. Goertzen
2921 SW Wannamaker Dr Ste 107
Topeka KS 66614


Kenbe Goertzen
12012 X Rd.
Meridian, KS 66512


Kenneth B Nelson
247 E Chestnut St Apt 2501
Chicago IL 60611-2416


Kenneth E Teter
3609 SW Kings Forest Rd
Topeka KS 66610-1553


Kenneth Goertzen
PO Box 4287
Topeka KS 66604


Kenneth R Shifflett
3212 Sunrise Dr
Guntersville AL 35976


Kenny Kalfin
c/o Lisa Martinez
94 North Shining Sun Rd
Santa Fe NM 87506


Kevin and Arlene Evans
3708 SW Lincolnshire Rd
Topeka KS 66610


Kevin and Tricia Buggs
1436 Alvarado Ave
Burlingame CA 94010


Kevin B Dayo
2434 SW Ancaster Rd
Topeka, KS 66614

Kevin Friesen
Brenda K or Kevin L. Friesen Trustees
Greg Knoll, Esq Telthorst and Noll LLC
3620 SW Fairlawn Rd Suite 201
Topeka KS 66614


Kevin L and Kathy L Vickery
425 Maple Ln
Wichita KS 67209


Kevin R and Lori A Rathert
2874 Wilderness Ct
Wichita KS 67226


Kim and Kevin Bilderback
5824 Lennox Hill Dr
Plano TX 75093-8059


Kim Roam
Cochran, Oswald & Roam, LLC
601 NW Jefferson, PO Box 550
Blue Springs, MO 64013


Kimberly M Hurn Mckinley
903 Valley Dr
Norton KS 67654-2308


Kristen C Voos
310 East 71st St Apt 7K
New York NY 10021


Kristie & Charles Baker
704 N. Cedar St
Abilene KS 67410


KTEC Holdings Inc
214 SW 6th St First Floor
Topeka KS 66603


Kurt & Patricia Bossert
6832 SW 43rd St
Topeka KS 66610

Kurt A Wright
5333 McAuley Dr Ste 5016
Ypsilanti, MI 48197-1014


Kurt Eskilson
4825 Berryton RD
Berryton KS 66409


Kutak Rock LLP
1101 Connecticut Ave, N West
Washington, DC 20036


Kyle Sabatini
c/o Mr Frank Sabatini
123 SW 6th St
Topeka KS 66603


Kyle Shults
633 Wheatland
Wichita KS 67235


Lance Horne
1 Columbus Place Apt N-18B
New York NY 10019


Lance Malmstrom
13395 118th Rd
Hoyt KS 66440-9694


Landon Zwiesler
12017 W Meribeau Ct
Wichita KS 67235


Larry and Sandra Swafford
5800 Purdue
Amarillo TX 79109


Larry D and Charlene Plymire
201 E 7th
Beloit KS 67420


Larry E & Carole M Challinski
1115 E Forest Hills Dr
Phoenix AZ 85022

Larry G Waters
1943 SW Oakley Ave
Topeka KS 66604


Larry L. Brown
c/o Linda A Grimes
3041 SE Eveningtide
Topeka KS 66605


Larry Strober
17 Redwood Dr
San Rafael CA
94901


Laura Avalos-Evon
1817 Burnette Ave
Jefferson City, TN 37760


Laura Lee Row
13345 Hemlock
Overland Park KS 66210


Laura Marie Leis
2835 SW Mission Woods Dr
Topeka KS 66614


Laura Yalem
16786 Benton Taylor Dr
Chesterfield MO 63005-48779


Lauren Zwiesler
12017 W Meribeau Ct
Wichita KS 67235


Lawrence E and Jennifer J Connell
5749 SW 33rd St
Topeka KS 66614


Lawrence Strober
3720 NE Spring Meadow Ct
McMinnville, OR 97128

Lee E and Anne Marie Snook
3430 SW Stoneybrook DR
Topeka KS 66614


Lee F Fischer
RR 3 - Box 128
Larned KS 67550


Lee F Fischer IRA
Bankan and Company FBO
c/o Bank of Kansas
PO Box 1707
Hutchinson KS 67504


Lee L. Crawford
6021 NW Westbrooke Dr
Topeka KS 66617


Leo and Mary Lou LaFauce
1135 Flossie Cir
Boubonnais IL 60914-4564


Leo Leonard
13 Llosee
Palm Coast FL 32164-5876


Leona S Wyant
Trustee Donald and Leona Wyant Revocable Trust
350 Parkridge
Wichita KS 67209


Leslie E Diehl
3600 SW Randolph Sq Unit 43
Topeka, KS 66611-3000


Lila A Williams
5130 SW 25th St
Topeka KS 66614


Linda Bixler
3121 SW Briarwood Circle
Topeka KS 66611

Linda D Shults
Revocable Trust
701 N Brookfield
Wichita KS 67206


Linda Eisenhut
2341 SE 85th St
Berryton KS 66409


Linda J Toller IRA
Fahnestock and Co Inc Custodian
1835 Collins
Topeka KS 66604


Linda J Tuller
c/o Gary Baker
1835 Collins
Topeka KS 66604


Linda M Kemnitzer
106 East Dartmouth
Kansas City MO 64113


Linda McBride
25 Peppertree
Topeka KS 66611


Linda R Escher IRA
c/o UMB Bank Trustee
PO Box 419226
Kansas City MO 64141


Lisa and Terry Carney
2144 SW 36th
Topeka KS 66611


Lisa J Fahnholz
19844 Rosewood Dr
Stillwell KS 66085


Lisa Miller and Colin Mahoney
723 Mass Apt 2
Lawrence KS 66044

Lisa Rebel
1702 Agnes
Hays, KS 67601


Lloyd E O'Brien Trust
2326 Downing
Westchester IL 60154-5149


Logan Business Machines
417B NE Hwy 24
Topeka, KS 66608


Lois Arnold
3333 SE 21st St
Topeka KS 66607


Lois C Churchill
37 Villa Louisa Rd
S Glastonbury CT 06073


Lola K Keller
4637 Liberty
Kansas City MO 64112


Lolita Lee
1625 Amhurst Way
Concord CA 94518


Lou Mazzucchelli
947 Linwood Ave.
Ridgewood, NJ 07450


Louis J Mazzucchelli and Susan G Paffrath
12 Park Hill Ln
Larchmont NY 10538


Ludwig Bravmann
3333 Henry Hudson Pkwy
Apt 6E
Riverdale NY 10463-3233

Lusk Declaration of Trust
c/o Theodore E and Beverly J Lusk Trustees
6591 Rocky Crest Dr
San Jose CA 95120


Luttjohann Investment Partnership
c/o John R Luttjohann
PO Box 1776
Topeka KS 66601


Lutz Janitorial Service
8425 SE California St.
Berryton, KS 66409


Lynn A. Bishop
3339 SW 34th Ct
Topeka KS 66614


Lynn S McGivern
3408 SW Mission
Topeka KS 66614


Lynn Shaver
191 Twin Oak Dr
Guntersville AL 35976


Lynne Duling
141 S Mars
Wichita KS 67209


M2 Design
5902 Locus
Kansas City, MO 64110


Madison Government Affairs
444 N Captiol St Northwest #601
Washington, DC 20001


Mara Sabatini
c/o Mr Frank Sabatini
124 SW 6th St
Topeka KS 66603

Margaret B Kidd
1402 Misty Dr
Benton AR 72015


Marhsall W. Brier II
2385 Park Chesapeake
Lusby MD 20850


Marica Bone
7225 SW Palace Dr
Topeka KS 66610


Marietta S and Robert M Lies Trustees
Marietta S Lies Living Trust
2363 Cardinal Dr
Wichita KS 67204


Marietta S Lies
2363 Cardinal Dr
Wichita KS 67204


Marilyn and Johna Lentz
5339 NW 70th
Topeka KS 66618


Marilyn R. Friesen Greenbush
PO Box 5831
Denver, CO 80217-5831


Marilyn Stoknes
5440 Diamond Place NE
Bainbridge Island WA 98110


Marilyn Waddell
4513 East Boston Ave
Wichita KS 67218


Marion and Brenda Little
1904 Fairmont Dr
Benton AR 72015


Marion Hawks
1803 SW Stutley Rd
Topeka KS 66615-1325

```
Marion Little
1501 No University Ste 600
Little Rock AR 72207


Marion Little
Trustee of Bates Trust
1501 No University Ste 600
Little Rock AR 72207


Marjorie Helen Baugher Trust
2233 Sandplum Ct
Wichita KS 67205



Mark A and Kathleen A Ward
3436 SE Pueblo Place
Tecumseh KS 66542


Mark A and Linda J Pierce
3048 SE 61st
Berryton KS 66409


Mark A. and Janet L Cairnes
901 Congressional Dr
Lawrence KS 66049


Mark and Angela Leggio
c/o Mr Michael Paulson
3001 Fox Chase Run
Bloomington IN 47401-8874


Mark and Kelly Gottschalk
4604 Barkbridge Ct
Chesterfield VA 23832


Mark and Mary E Kidd
1608 SW High
Topeka KS 66604


Mark and Pamela Toal
#6 Cherokee Trail
Ormond Beach, FL 32174
```

Mark Conboy
2313 SW Stone Ave
Topeka KS 66614


Mark Cunningham
3007 SW Burnett Rd
Topeka KS 66614


Mark Dorsten
Protector Home Protector
PO Box 69
Bokeelia FL 33922


Mark E Shwartz
6142 SW 38th Terrace
Topeka KS 66610


Mark Foster
PO Box 729
Goddard KS 67052


Mark Gillis
607 N Market
Benton AR 72015


Mark Hall
c/o Kathleen Cain, c/o Michael Paulson
2749 SW Lagito Dr
Topeka KS 66614


Mark J McGivern
3333 SE 21st
Topeka KS 66607


Mark Porter
2620 Chamberlain Ave
Madison WI 53705


Mark Shively
8110 Bekemeyer
Wichita KS 67212

Mark Sullivan
c/o Spark Digital Media, Inc.
PO Box 37449
Houston, TX 77237-7449


Mark Toal
54 Oakmont Cir
Ormond Beach FL 31174


Mark V and Lisa A Heitz
B300
260 Yorkshire RD
Topeka KS 66603


Mark W and Karen Hein
6809 Haskins
Shawnee KS 66216


Marsha J Thomas
c/o Patricia A Ferris
H-25
Lake Lotawana MO 64086


Marshall and Nichole Kass
11217 NW 70th Court
Parkland FL 33076


Martin and Ann Schmiedeler
c/o Mr Michael Paulson
9234 SW 37th St
Topeka KS 66614


Martin and Deborah Scheckel
1355 Hastings
Naperville IL 60563


Martin L and Pamela S Gies
2436 SE Cuvier Dr
Tecumseh KS 66542


Marty and Patty Sterneker
1461 N Judith
Wichita KS 67212

```
Mary A. Eddy IRA
c/o Kaw Valley State Bank
1110 N Kansas Ave
Topeka KS


Mary Isabelle Corrado
8521 N Beman Ave
Kansas City MO 64154


Mary Jane Bradley
Mary Jane Bradley Trust
9330 NE 109th Terrace
Kansas City MO 64157


Mary L Ingle IRA
22657 W 220th St
Spring Hill KS 66083


Mary Lee Stelting
3217 SW Westwood G
Topeka KS 66614


Mary Leonard
Park 80 West Plaza I
Saddlebrook NJ 07663-5087


Mary Lynn and Joseph Dando
3739 E Monroe
Springfield MO 65809


Mary Sabatini
c/o Mr Frank Sabatini
125 SW 6th ST
Topeka KS 66603


Masatoshi Hatori
c/o Scott McCallum
84 Pleasant St
San Fransico CA 94108


Matthew and Christine Weber
2518 S Denene Ct
Wichita KS 67215
```

Matthew Hamburger
6407 NW 99th Ave
Parkland FL 33076


Matthew J Coates
Gary D Coates Trustee
1471 NW Taylor #35
Topeka KS 66608


Matthew S Oliver
2958 SE Peck
Topeka KS 66605


Maurice A. and Leslie Bergeron
PMB 6315
PO Box 2428
Pensacola FL 32513


Maurus C. Blick or Brenda J. Dageford
315 Franklin
Topeka KS 66606


Max Lloyd
1093 Commerce Park Dr Suite 300
Oak Ridge TN 37830


Megan Zwiesler
12017 W Meribeau Ct
Wichita KS 67235


Melissa D Daubert
1828 SW Meadow Ln
Topeka, Ks 66604


Melissa K Coates
Gary D Coates Trustee
1471 NW Taylor #35
Topeka KS 66608


Melva and Ed Davis, L.P.
19 Snead Lane
Amarillo, TX 79124

Merlin and Susan Hussey
6513 Brianwood Circle
Wichita, KS 67212


Merlin C and Susan G Hussey
6513 Briarwood Cir
Wichita KS 67212


Merlin Strahn
5500 SW 23rd
Topeka KS 66614


Merrilyn W Schinkel
5100 West 159th Terrace
Overland Park KS 66085


Michael & Marie Chin
205 Trull Lane East
Lowell MA 01852


Michael A and Catherine S Patterson
7516 SW Arthur Rd
Topeka KS 66610-1628


Michael and Carolee Wangsgaard
115 E J Frick Drive
Manhattan KS 66503


Michael and Cristina Schippers
Route #1 PO Box 146
Neodesha KS 66757


Michael and Dawn Paulson
c/o Mr Michael Paulson
2921 SW Wanamaker Dr Ste 107
Topeka KS 66614


Michael and Deborah Cox
6249 Sout Pointe Dr
Auburn KS 66402


Michael and Delores A Chin
205 Trull Lane East
Lowell MA 01852

Michael and Janice Roberts
103 E Main
Junction City OH 43748


Michael and LeAnn Glenn
5312 Congressioal Dr
Benton AR72015


Michael and Margaret Lucchetti
20018 E Brightway
Moicena IL 60448


Michael and Martha Crow
4210 SE Paulen RD
Topeka KS 66609-9112


Michael C and Michelle F Werner
3001 SE Burton St
Topeka KS 66605


Michael C Farkas
1755 S Naperville RD Suite 100
Wheaton IL 60187


Michael C Flanagan
9149 Schweiger #81
Lenexa KS 66219


Michael C Flanagan Roth IRA
Delaware Charter Gaurantee and Trust Co
c/o George K Baum and Co
120 W 12th St
Kansas City MO 64105


Michael C Reynolds
2501 SW 35th Terrace
Topeka KS 66611


Michael C. Burton
c/o Penny Dawdy
4111 Plum Tree
Wichita KS 67226

Michael C. Paulson
2735 SW Santa Fe Dr
Topeka, KS 66614


Michael E and Karen L Scheopner
6701 SW Hamptonshire LN
Topeka KS 66614


Michael J and Debra C Cochenour
8401 Weatherford Ave
Brooksville FL 34613


Michael Jacejako
1317 Daytona Ave
Holly Hill FL 32117


Michael K and Karen R Henderson
2419 SE Alexander
Topeka KS 66605


Michael Kann
c/o KL Industries
Park 80 West Plaza I
Saddlebrook NJ 07663


Michael Kann
c/o KL Industries
Park 80 West, Plaza One
Saddle Brook, NJ 07663-5807


Michael King
315 Lochmere Drive
Morristown, TN 37814


Michael Maher
2820 S Atlantic Ave
Daytona Beach FL 32118


Michael O and Linda A Weed
1606 Salem Rd
Benton AR 72015

Michael Paulson
2735 SW Santa Fe Dr.
Topeka, Kansas 66614


Michael Paulson
2735 SW Santa Fe Drive
Topeka, Kansas 66614


Michael R and Janice M King
315 Lochmere Dr
Morristown TN 37814


Michael S Tollefson
c/o Dawnita Tollefson Custodian
3119 Huntoon St
Topeka KS 66604


Michael S Underwood IRA
c/o UBS Financial Services, Inc CDN FBO Michael S Underwood
1000 Harbor Blvd 6th Floor
Weehawken NJ 07086


Michael Sasso
c/o MJWhitman
622 3rd Ave, 32nd Floor
New York, NY 10017


Michael T and Barbara J Oliver Trust
c/o Doris Oliver
457 W Eisenhower Rd Apt 301
Lansing KS 66043-2211


Michael T Dreher
4110 Munson Ave
Topeka KS 66604


Michael T Oliver
2874 Darla Lane
Grand Junction CO 81501


Michael T Petterson
338 SW Greenwood Ave
Topeka KS 66606

Michael T Wilson
3718 SW Stonebridge Ct
Topeka KS 66610


Michele Toelkes IRA
Edward Jones Cust ATTN Liz Little
Security Registration Dept
201 Progress Parkway
Maryland Heights MO 63043


Michelle C Higgs
7422 SW Arthurs Rd
Topeka KS 66610


Michelle Coleen Duncan
3342 SW Skyline Dr West
Topeka KS 66614


Michelle E Miller
2519 SW Arrowhead
Topeka KS 66614


Microland Electronics
1883 Ringwood Ave
San Jose, CA 95131


Mike and Judy Gisel
532 N Wheatland Pl
Wichita KS 67235


Mike McGivern
3130 Skylark Dr
Topeka KS 66605


Miles Weiss
6407 NW 99th Ave
Parkland FL 33076


Miles Weiss
6407 NW 99th Ave
Parkland, FL 33076

Miles Weiss IRA
c/o Grand Bank and Trust of Florida
3601 PGA Blvd
Palm Beach Gardens FL 33410


Milton and Patsy Thompson
4308 E Ridge View Dr
Springfield MO 65809


Milton Thompson
4308 E Ridge View Dr
Springfield MO 65809


Monster, Inc.
P.O. Box 90364
Chicago, IL 60696-0364


MORI and CO/Acct TM Higgins III
Commerce Bank of KC
Attn Jim Stratton
922 Walnut St - Mail Stop TBTS - 2
Kansas City MO 64199-3366


Morris Laing Evans Brock & Kennedy Chtd.
300 N Mead Ste 200
Wichita, KS 67202-2745


Morris W and Christa T Taylor
3777 SW Woodview Dr
Topeka KS 66610


Mouser Electronics
1000 N Main St
Mansfield, TX 76063-1514


Mr & Mrs Greg Burger
3273 Spring Wind Ct
Lawrenceville GA 30044


Mr and Mrs Allen Paulson
c/o Mr Michael Paulson
3 Park Lane
Canton SD 57013

Mr and Mrs Craig D Poggenpohl
23725 W 55th Street
Shawnee KS 66226


Mr and Mrs Daniel Disiter Sr
3405 NW Harold Ct
Topeka KS 66618


Mr and Mrs Dick VanBockern
c/o Dr Michael Paulson
325 N Broadway
Canton SD 57013


Mr and Mrs Donald E Dugan
4434 Colly Creek Dr
Topeka KS 66610


Mr and Mrs Donald E Redford
PO Box 422
Tonganoxie KS 66086-0422


Mr and Mrs Gary L Lucas
5216 SW 40th Terrace
Topeka KS 66610-2400


Mr and Mrs Glenn A Freeman
1608 SW MacVicar Ave
Topeka KS 66604


Mr and Mrs Jerry Lammers
2800 SW Tallgrass Dr
Topeka KS 66614-6025


Mr and Mrs John A DeLeye
3749 SW Springcreek Dr
Topeka KS 66610


Mr and Mrs John R Schade
c/o Mr Domenic Corrado
12520 Ridgeland
Palos Heights IL 60463

```
Mr and Mrs John W Morgan
2416 SW Saturn Dr
Topeka KS 66605


Mr and Mrs Larry G Waters
1943 SW Oakley Ave
Topeka KS 66604


Mr and Mrs Lester C Keller
127 W 30th Ave
Hutchinson KS 67502


Mr and Mrs Mark B Strube
c/o Domenic Corrado
7642 Foster Ridge
Germantown TN 38138


Mr and Mrs Marvin P Maenhoudt
c/o Domenci Corrado
2176 E Court
Dyersburg TN 38024


Mr and Mrs Marvin P Maenhoudt Jr
c/o Domenic Corrado
710 Hwy, 51 By-Pass PMB 6151
Dyersburg TN 38024


Mr and Mrs Maximus A Lopez
12852 W 88th Cir
Lenexa KS 66215-3542


Mr and Mrs Mick Hurley
c/o Michael Paulson
409 Meadow Lark Trail
Sioux Falls SD 57108-2986


Mr and Mrs Philip H Shuley
5902 W 124th St
Overland Park KS 66209


Mr and Mrs Randall L Hewitt
2101 SW 33rd St
Topeka KS 66611
```

Mr and Mrs Randy J Terhune
515 Fowler St
Maple Hill KS 66507


Mr and Mrs Robert Goodall
3844 SW Cambridge Ct
Topeka KS 66610


Mr and Mrs Rodd Miller
3523 SW Ashworth
Topeka KS 66614


Mr and Mrs Ronald E Sulzen
10521 Sugumore Rd
Leawood KS 66206


Mr and Mrs Sidney D Hoobler
PO Box 740
Maple Hill KS 66507


Mr and Mrs Stephen L Johnson
3208 Atwood
Topeka KS 66614


Mr and Mrs Thomas A McDonnell
4909 Sunset Dr
Kansas City MO 64112


Mr and MRs Todd R Williams
7048 SW 53rd
Topeka KS 66610


Mr and Mrs Willard Steinkuehler
1325 SE 43rd St
Topeka KS 66609


Mr and Mrs William Dunlap III
7248 Ambassador Pl
Topeka KS 66610


Mr Charles W Smiley
7101 College Boulevard #200
Overland Park KS 66210

Mr Don K Ausherman
c/o Kenbe Goertzen
2921 SW Wannamaker Dr, Ste 107
Topeka KS 66614


Mr John Stutz
c/o Kemnitzer Design
7295 Houston
Shawnee KS 66227


Mr Mark Schraad
c/o D3 Inc
2801 Crestline Dr
Lawrence KS 66047


Mr Patrick W Sargent
c/o Domenic Corrado
3904 69th St
Urbandale LA 50322


Mr R Greg Wright
2921 Sw Wanamaker Dr
Topeka KS 66614


Mr Robert D Wittman
622 Indiana St
Lawrence KS 66044


Mr Roger Schmanke
6621 Marion Rd
Osklaloosa KS 66066


Mr Ronald Wright
Wright Trust
4704 Sweetmeadow Cir
Sarasota FL 34238


Mr Terry L Schonlaw
117 SW Courtland Ave
Topeka KS 66606-1266


Mr Thomas H Trabon
3441 W 131st Street
Leawood KS 66209

Mr. and Mrs. Charles Beall Sr.
Co-Trustees of the Ida V. Beall Trust
1527 Ward Parkway
Topeka KS 66604-1952


Mrs Cindy L Gavigan
129 E 19th St
Manhattan KS 66046-2955


Ms LeeAnn Woltkamp
1901 Crest Drive
Topeka KS 66604


Ms. Kayann B Ausherman
c/o Kenbe Goertzen
2921 SW Wannamaker Dr, Ste 107
Topeka KS 66614


MSL Investments LP
c/o Robert J. Schippers
2363 Cardinal Dr
Wichtita KS 67204


MTV Capital Limited Partnership
101 N. Robinson Ave, Suite 800
Oklahoma City, OK 73102


Murray and Dixie Heinrich
Trustees
3900 17th
Great Bend, KS 67530


Myca Mooshian
30 Water Street Apt 8
Attleboro MA 02703


Myron Bregman
3 Hershey Rd
Wayne NJ 07470


Myron Bregman
c/o KL Industries
Park 80 West - Plaza One
Saddle Brook, NJ 07663-5807

Myron E and Karen Kay Lietz
8415 NW Topeka Blvd
Topeka KS 66617


NAB
1771 N Street NW
Washington, D.C. 20036


Nancy J Crawford
525 Lawrence Ave
Lawrence KS 66049


Nancy L Hahne
PO Box 1409
Norris TN 37828


Nathan Rziha
c/o Robert Rziha
RR2 Box 148
Great Bend KS 67530


National Association of Theater
750 First St NE
Ste 1130
Washington, DC 20002


Neil Foth
14305 West 53rd Terrace
Shawnee KS 66216


Neill Weiss
6407 NW 99th Ave
Parland FL 33076


Nelson Family Limited Partnership
c/o Vernan Nelson
247 E Chestnut St Apt 2501
Chicago IL 60611-2416


Newark Electronics
4801 N Ravenswood
Chicago, IL 60640-4496

Nicholas Pastura Jr
6020 West 130th St
Brookpark OH 44142


Nichole R Coates
Gary D Coates Trustee
1471 NW Taylor #35
Topeka KS 66608


Nicolas S Morello
c/o Minority Trust
3 Hershey Rd
Wayne NJ 07470


Nicole and Michael McLaughlin
30113 N 219th Ter
Spring Hill KS 66083


Nicole Bradley
105 Peavine Creek Ct
Decatur GA 30030


Noble Chiapelli
PO Box 253
Waltonville IL 62894


Nobue Kure
#103 4-4-10 Kurihara
Niiza-Shi, Saitama
Japan 352-0035


Noriyuki Yamagishi
34-3-503 Shirahata Mukai-machi
Yokohama City, Japan 221-0077


Norm and Diane Zoglman
2326 N Watersedge Circle
Wichita KS 67205


Norma Lester
1038 S Broadway
Springfield MO 65804

Norman Wayne & Diane Faye Goertzen
3714 N Victory Rd
Buhler KS 67522


Office Max/HSBC Business Solutions
PO Box 4160
Carol Stream, IL 60197-4160


Oliver London
1107 Geroge Ct #3
Lawrence KS 66044


Owen Leonard
c/o KL Industries
Park 80 West, Plaza One
Saddle Brook, NJ 07663-5807


Owen Leonard
c/o PNC Bank as Trustee for the IRA of Owen Leonard
Park 80 West Plaza I
Saddlebrook NJ 07663-5087


Owen Leonard
Park 80 West Plaza I
Saddlebrook NJ 07663-5087


Owen Patrick Leonard
Park 80 West Plaza I
Saddlebrook NJ 07663-5087


Pamela M Higgs
3943 Stonybrook Dr
Topeka KS 66610


Pamela Toal
54 Oakmont Cir
Ormond Beach FL 31174


Paragon Software Group Corp
15615 Alton Pkwy, Ste 450
Irvine, CA 92618

Paralee Lester
4405 S 1201 Rd
Eldorado Springs MO 64744


Pat McGivern
3130 SE Skylark Dr
Topeka KS 66605


Patricia A McKee Trustee
5825 SW 28th St
Topeka KS 66614


Patricia A Stallbaumer Trust
8624 NE Indian Creek Rd
Topeka KS 66617


Patricia and Douglas Cornett
6413 SW Wentley Ln
Topeka KS 66614


Patricia Clark
2338 SW Westport Dr
Topeka KS 66614


Patricia N Leonard
Park 80 West Plaza I
Saddlebrook NJ 07663-5087


Patrick D Mulroy
23592 Bel-Ridge Dr
Elkhart IN 46516


Patrick Doherty
AG Edwards & Sons
Attn: Restricted Stock/Legal Dept
One North Jefferson
St Louis MO 63103


Patrick G Sheehy Trustee
c/o Dr Patrick G Sheehy
6151 SW 38th St
Topeka KS 66610

Patrick Lee and Donna Jean Keller
3945 Manly Rd
Goddard KS 67052-9213


Patty and Kelsey Sterneker
1462 N Judith
Wichita KS 67213


Paul A Rosenberg
203 W Wabash #900
Chicago IL 60601


Paul and Camilla Hass
2210 Constitution Ave
Enid OK 73703


Paul C Nelson
111 Lynn Lane, #8
Newton, KS 67114


Paul F Fischer
PO Box 95
Larned KS 67550


Paul J Greenfield
880 N Lake Shore Drive
Chicago IL 60611


Paul R Florez
310 SW Franklin Ave
Topeka, KS 66606


Paul S. Landis
217 E. Park Ave
PO Box 1749 (29602)
Greenville, SC 29601


Paul T Hendrickson
300 E 3rd St
Eureka KS 67045

Paula E Davis
1210 Alki Avenue SW
Seattle WA 98116


Paula Kovitz
375 Cochrane Place
Valley Stream NY 11581


Paula Sue Rayls
c/o Jo Lynn Rayls
1437 SW Lancaster
Topeka KS 66604


PDR-America
PDR/Xytronic
3869 Dividend Drive, Ste 1
Shingle Springs, CA 94582


Peggy T Loop
6364 Upchurch
Park City KS 67219


Peter Clfford
100 Danbury Rd - Apt 2G
Ridgevield, CT 06877


Peter Clifford
100 Danbury Rd Apt 2G
Ridgefield CT 06877


Peter E or Jane A Hagstrand
207 Greenwood Ave
Topeka KS 66606


Peter Gavigan
1520 El Dorado Dr
Lawrence KS 66047


Peter Inova
1240 Marion Dr
Glendale CA 91205

Peter J. Caltagirone
PO Box 2803
Rancho Santa Fe CA 92067


Peter Montalbano
3433 Pueblo Place
Tecumseh KS 66542


Pfister Family Revocable Trust
1 Lakeridge Dr
Goddard KS 67052


Philip C and Sandra D Tenhulzen
811 Russell Cir
Firth NE 68358


Phillip M. Black
c/o Chris Black
2712 N 87th St
Kansas City KS 66109


Phyllis Malone
2011 Hillview Dr
Manhattan KS 66502


Pitney Bowes
PO Box 856042
Louisville, KY 40285


Principal Financial Group
PO Box 2000
Mason City, IA 50402-2000


Priscilla Kay Nelson IRA #06-1719, dtd
9/30/2004, PrivateBank & Trust Co., Custodian
c/o Cynthia Sikora
10 N. Dearborn #700
Chicago, IL 60602


Procurement LLC
716 N 119th W Suite 120
Wichita KS 67235

Progress Instruments, Inc.
807 NW Commerce Drive
Lee's Sumit, MO 64086


RAAM Management Limited
6 Victoria Crescent Rd
Glaslow, G12 9DB


Raleigh J Groesbeck
Kaw Valley State Bank Custodian FBO
6027 SW 36th ST
Topeka KS 66614


Ralph Joseph & Jeanne C Carr
2521 NW 35th St
Topeka KS 66618


Randal Dyck
3018 SW Tutbury Town Rd
Topeka KS 66614


Randall J. Forbes
555 S. Kansas Ave
PO Box 639
Topeka, KS 66601


Randall W Rahberg
1821 NE 62nd St
Topeka KS 66617


Randy Baird
5100 W 10th St Suite 100
Topeka, KS 66604


Randy Baird IRA
c/o UMB Bank, na Trustee
PO Box 419226
Kansas City MO 64141-6226


Randy Brehm
749 St Andrews
Wichita KS 67230

Randy Goldsmith
3950 SW Gamwell Rd
Topeka KS 66610-1455


Randy Lee Dupler
4416 SW Deer Run
Topeka KS 66610


Randy N Haas
8011 SW 24th
Topeka KS 66614


Ray and Winona Duling
9300 W Shade
Wichita KS 67212


Ray Beers Jr.
Ray Beers Jr Trustee for Ray Beers Trust
2840 SW MacVicar
Topeka KS 66611


Raymond and Bonnie Harvey
7405 SW Fountaindale Rd
Topeka KS 66614


Raymond E Novak
14828 East 24th North
Wichita KS 67228


Rebecca Floyd
c/o Carol Foreman
6855 Kimberly Dr
Ozawkie KS 66070-4145


Rebecca J Rose
6928 Woodson
Overland Park SK 66204


Renee Dorion
2518 N Burns
Wichita KS 67204

Revenue Investments LLC
PO Box 1776
Topeka KS 66601


Rex and Pearl Wilt
1231 NW 62nd
Topeka KS 66618


Rex W and Dolores A Cornett
c/o Patricia A Cornett
6413 SW Wentley Ln
Topeka KS 66614


Rich Miller
986 Blueridge Drive
Carson City NV 89705


Richard and Kathleen Selig
5601 SE Ratner Rd
Berryton KS 66409


Richard and Marlene Nadzam Trustee
PO Box 1426
Bodega Bay CA 94923


Richard and Patricia Seng
2736 Northshore Ct
Wichita KS 67205


Richard and Sharon Moy
1500 40th Ave
San Francisco CA 94122-3030


Richard Bone
256 Earheart Cr
Lawrence KS 66049


Richard D Higgs Jr
7422 SW Arthurs Rd
Topeka KS 66610

Richard D Higgs Jr
Custodian for Holly Higgs UTMA
7422 SW Arthurs Rd
Topeka KS 66610


Richard D Higgs Jr
Custodian for Jennilee Higgs UTMA
7422 SW Arthurs Rd
Topeka KS 66610


Richard D Higgs Jr Self Directed IRA
c/o UMB Bank Cust
PO Box 419226
Kansas City MO 64141-6226


Richard Essman
PO Box 165
Grantville KS 66429


Richard G Ehret
3725 SW Springcreek Dr
Topeka KS 66610


Richard G Ehret
3725 SW Springcreek Dr
Topeka, KS 66610


Richard Gomez
817 SW Oakley Ave
Topeka KS 66606-1957


Richard Greenberg
1808 N Halstead St
Chicago IL 60614


Richard J Mooney
Dick Mooney, Inc
PO Box 2350
Benton AR 72018-2350


Richard J. Baum
9 South 606 Brookbank Rd
Hinsdale IL 60521-7042

Richard L and Doris I Stowe
10521 SW 101 St
Auburn KS 66402


Richard L Munich MD
4980 Yoakum Blvd
Houston TX 77006


Richard S and Kelly A Smalley
3718 SW Arvoina Pl
Topeka KS 66610-1356


Richard Simmons
1180 Sunset Dr
Broomfield CO 80020


Richard Thiessen
3023 Cherry Hill
Manhattan KS 66503-3011


Richard W and Bernice H Owen
Trustees of the Richard W and Bernice H Owen Revocable Trust
2724 SW Chauncey Ct
Topeka KS 66614-4884


Richard W and Richell P Baldwin
2005 SE 53rd
Topeka KS 66609


Richard Woltkamp
1006 Parkview
Topeka KS 66604


Richmond North and Associates
PO Box 963
4232 Ridge Lea Rd
Amherst, NY 14226-0963


Rick and Edna Sterneker
18213 W 103rd St South
Clearwater KS 67026

Rick B and Sharon R Sands
4340 SE 23rd Terrace
Tecumseh KS 66542


Rick M Elskamp
7431 SE 37th ST
Techumseh KS 66542


Rick Tramp
4408 SW Pinebrook Ln
Topeka KS 66614


Ricki Borger
301 E 47th St Apt 5E
New York NY


Rip Howe
2600 W 6th St Apt #J8
Lawrence KS 66049-4322


Rita A Stolz
RR2 Box 147
Great Bend KS 67530


Rita Newman
1610 Wayne
Topeka KS 66604


RL Kerschen Trust
c/o Robert L Kerschen
Box 396
Cunningham KS 67035


RMS
4836 Brecksville Rd
PO Box 523
Richfield, OH 44286


RMS
55 Shuman Rd
PO Box 3100
Naperville, IL 60566-7099

Rob and Stacey Sterneker
1339 Ashland Ave
Columbus OH 43212


Rob Jensen
1320 Daydream Lane
Astor FL 32102


Robbie and Sandy Duling
2829 W 70th S
Haysville KS 67060


Robert A and Louann L Fulmer
3953 SW Marion LN
Topeka KS 66610-1566


Robert A Willis DDS Inc
2230 Patterson Blvd
Dayton OH 45409


Robert A Woizekski
9200 SW 96th Court Rd
Ocala FL 34481-6598


Robert and Lesa Schippers
1819 N Floyd
Wichita KS 67212


Robert and Lili Raymer
2306 SW Brookfield
Topeka KS 66614


Robert and Lillian Faught
3634 SW Spring Creek Ct
Topeka KS 66614-3969


Robert and Maggie Sterneker
2118 SW 170th Ave
Cunningham KS 67035


Robert and Marjorie Zwiesler
2317 N High Point Cr
Wichita KS 67205

Robert and Maureen Washatka
3706 SW Topeka Blvd
Ste 202
Topeka KS 66609


Robert and Maxine Ganer
Garner Grossbach & Ganer
1995 Broadway 16th Floor
New York, NY 10023


Robert and Nancy Rziha
RR2 Box 148
Great Bend KS 67530


Robert and Vicki Burgess
3602 Coy Burgess Loop
Defuniak Springs FL 32435


Robert D Hartley II
7 Goldeneye Cove
Rockymount NC 27804


Robert D Proctor
PO Box 232
Goddard KS 67052


Robert D Turner
5644 SW 36th St
Topeka KS 66614


Robert D. Turner
5644 SW 36th St
Topeka, KS 66614


Robert E Ehrlich
2317 Trillium Hts
Longview WA 98632


Robert G and Carolyn A Mauer
6021 NW North Hills Dr
Topeka KS 66617

Robert Holmes
c/o Holmes and Assoc
3735 SW Wanamaker Rd
Topeka KS 66614


Robert Holmes IRA
c/o UMB Bank
PO Box 419226
Kansas City MO 64141-6226


Robert J Schippers Trustee
David M Lies Family Trust
2363 Cardinal Dr
Wichita KS 67204


Robert J Schippers Trustee
Gregory A Lies Family Trust
2363 Cardinal Dr
Wichita KS 67204


Robert J Schippers Trustee
Marietta S Lies Family Trust
2363 Cardinal Dr
Wichita KS 67204


Robert J Schippers Trustee
Michael J Schippers Family Trust
2363 Cardinal Dr
Wichita KS 67204


Robert J Schippers Trustee
Robert J Schippers Family Trust
2363 Cardinal Dr
Wichita KS 67204


Robert J Schippers Trustee
Robert M Lies Family Trust
2363 Cardinal Dr
Wichita KS 67204


Robert J Schippers Trustee
Sue Ann Schippers Zwiesler Family Trust
2363 Cardinal Dr
Wichita KS 67204

Robert J Schippers Trustee
Virginia Marie Nevitt Family Trust
2363 Cardinal Dr
Wichita KS 67204


Robert K Stratton
7350 N US 1, Apt 101
Cocoa, FL32927


Robert L Oliver
1843 Caryle Lane
The Villages FL 32162


Robert L Oliver
c/o Doris Oliver
657 W Eisenhower Rd Apt 202
Lansing KS 66043-2211


Robert M and Marrietta S Trustees
Robert M Lies Living Trust
2363 Cardinal Dr
Wichita KS 67204


Robert Newton
5654 SW 29th
Topeka KS 66614


Robert Schuster
3712 SW Ashworth Ct
Topeka KS 66610-1223


Robert Stratton
3318 SW Skyline Dr.
Topeka, KS 66614


Robert Telthorst Trustee
6734 SW 69th
Auburn KS 66402


Roberta R Johnson
7707 W Central Park
Wichita KS 67205

Robin B Young
201 Peeler Bend Rd
Benton AR 72015


Robin L Fateley
6333 SW 32nd St
Topeka KS 66614


Rod Seel
8326 SW 77th St
Auburn KS 66402


Rodney Flowers
3516 Tillerman Dr
Lawrence KS 66049-5105


Rodney Paletta
5625 SW 28th Ct
Topeka KS 66614


Rodney Peake
2540 Sunset Dr
Belleville KS 66935


Roger G and Lillian M Miller
315 East 1st St
Cortland NE 68331-0067


Roger Miller
315 East 1st St
Cortland NE 68331-0067


Roger Schulz
114 S. Main
PO Box 515
Canton, KS 67428-0515


Roger Schuster
1949 Saddle Creek Ct
Wichita KS 67206

Roger Underwood IRA
c/o UBS Financial Services Inc CDN FBO Roger Underwood
1000 Harbor Blvd Po Box 3321
Weehawken NJ 07086


Roma E Shults
Irrevocable Trust
14431 W Maple
Wichita KS 67235


Roma E Shults
Revocable Trust
14431 W Maple
Wichita KS 67235


Ron and Kristeen Faught
2709 Devin Drive
Junction City KS 66441


Ron and Linda Gwaltney
c/o Mr. Michael Paulson
6969 SW Fountaindale Rd
Topeka KS 66614


Ron and Muriel Koehn
2356 Westerman Dr
Benton, AR 72015


Ron Butts
5958 SW 24th Terrace
Topeka KS 66614


Ron Bynum
2616 S Peninsula Dr
Daytona Beach FL 32118


Ron Bynum
2616 S Penninsula Dr.
Daytona Beach, FL 32118


Ronald B Kemnitzer
14609 Stroubles Creek Rd
Blacksburg VA 24060

Ronald K Warta
1155 SW Red Oaks Pl
Topeka KS 66615


Ronald L. & Martha J. Albers
7028 SW 160th St
Cunningham, KS 67035


Ronnie Mac and Brenda Smith
1308 Crest Circle
Benton Ar 72015


Rosalie Sacks
426 NE Forest Ave
Topeka KS 66616


Rosalyn Slater
317 NE Burgess St
Topeka KS 66608


Rose Alice Green
505 W Cross
Benton AR 72015


Row Educational Trust No 1
William Row Trustee
6410 SW Suffolk Rd
Topeka KS 66610


Row Educational Trust No 2
Michael McGivern Trustee
6410 SW Suffolk Rd
Topeka KS 66610


Row Realty Inc
6410 SW Suffolk Rd
Topeka KS 66610


Rozanna L Selley
3520 NW 44th Terr
Topeka KS 66618

Russ and Susan Flynn
c/o Mr Michael Paulson
3112 SW Staffordshire
Topeka KS 66614


Russell and Leslie Wismer
12812 W 82nd St
Lenexa, KS 66215-2619


Russell W Haley
PO Box 7930 SE 32nd Terrace
Tecumseh KS 66542


Russell W Haley IRA
c/o UMB Bank Trustee
PO Box 419226
Kansas City MO 64141-6226


Russell W Keller
1711 Dalton Ford Rd
Morristown TN 37814


Russo Living Trust
126 Cresent Ln
Roslyn Heights NY 11577


Ruth A Shults
105 Peavine Creek Ct
Decatur GA 30030


Ruth Martin
5644 SW 45th St
Topeka KS 66610


Ruth Shults
105 Peavine Creek Court
Decatur, GA 30030


Ryan Eakin
2111 Kasold Dr., Apt. E102
Lawrence, Kansas 66047

Ryan L McGivern
1016 Dartmoor Ln
Topeka KS 66604-1975


Ryan S Coates
Gary D Coates Trustee
1471 NW Taylor #35
Topeka KS 66608


Saeed Jalilpoor
5401 W 132nd Terr
Leawood KS 66209


Sam and Becky Ballard
619 Miller Cove
Benton AR 72015


Sam H Sabaugh Jr
Custodian for Alicia
5004 West 131st Terrace
Leawood KS 66209


Sam H Sabaugh Jr
Custodian for Jason
5004 West 131st Terrace
Leawood KS 66209


Sam H Sabaugh Jr
Custodian for Sam H
5004 West 131st Terrace
Leawood KS 66209


Sandra Hanson
8733 SW 37th
Topeka KS 66614


Sanmina-SCI Corporation
2700 N. 1st St
San Jose, CA 95134


Sara L. Steele
114 NW Buchanan
Topeka, KS 66606

Sarah B Lacy
1920 SW Pembroke Lane
Topeka KS 66604


Sarah C Scheckel
22307 Lull St
Canoga Park CA 91304


Sarah E Merriman
Donna J Geisler
3600 Hartford Ct
Lawrence KS 66047-3727


Sarah Jane Alright
3511 Holmes Rd
Kansas City MO 64109


Sarah Stillwell
1316 N Denene
Wichita KS 67212


Scott and Cheryl Gales
1605 SW Lakeside Dr
Topeka KS 66604-2531


Scott and Deborah Goltl
12714 S Taft
Wichita KS 67235


Scott D and Cheryl S Hankia
1707 SW Cheyenne Rd
Topeka KS 66604


Scott W Florence
3427 SW James
Topeka KS 66614


Seacoast Capital Partners II LP
55 Ferncroft Rd
Danvers, MA 01923


Sean F Leonard
Park 80 West Plaza I
Saddlebrook NJ 07663-5087

Sean L. Bishop
3 Birchwood PL
Palm Coast FL 32164-7836


Sean LaRue
c/o Jaime Stutzman
3412 S 148th E Pl
Tulsa OK 74134


Sean Leondard
c/o KL Industries
Park 80 West, Plaza One
Saddle Brook, NJ 07663-5807


Sean Shuford
629 NE Grattan Rd
Topeka KS 66616-1234


ServerSupply.com, Inc.
3100 47th Ave
Long Island City, NY 11101


Service Source, Inc.
Dept. 34073
PO Box 39000
San Francisco, CA 94139


Seth Russo
53 Roger Dr
Port Washington NY 11050


Seth Russo and Sylvie Nouel
53 Roger Dr
Port Washington NY 11050


Shane Mathis
4813 SW Fairlawn
Topeka KS 66610


Shane Paletta
1023 SW Parkview
Topeka KS 66604

Shane Smith
4909 Kavanaugh Blvd
Little Rock AR 72207


Shannon Combs
1308 Crest Circle
Benton AR 72015


Shari Waters
225 SW Broadmoor
Topeka KS 66606


Sharon L Veach
610 N Wheatland PL
Wichita KS 67235


Sharon Ruth Buck
Revocable Family Trust
2760 N. North Shore Ct
Wichita KS 67205


Sharon Veach
610 N. Wheatland Pl.
Wichita, KS 67235


Shawn and Rebecca Grimm
2530 Yellowstone Cir
Wichita KS 67215


Shawn Paletta
11980 158th Rd
Mayetta KS 66509


Shawnee County Treasurer
Room 101, 200 SE 7th
Topeka, KS 66603


Sheila D Florence
2834 SW Cannock Chase Rd
Topeka KS 66614-1529

Shelley or Antony Buckley
310 NE Mimosa LN
Topeka KS 66617


Shelly K Reams
c/o Barry Walker
267 Witter Gulch
Evergreen CO 80439


Shirley S Farrell
3111 NE Kincaid
Topeka KS 66617


Skylar Bates
Ginger White Trustee
1501 N University Suite 600
Little Rock AR 72207


Spencer F. Smith
McAffee & Taft
10th FL Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103


Sprint
PO Box 8077
London, KY 40742-8077


SSI
634 2nd St
San Francisco, CA 94107


Stacy G. Anderson
3505 Beech St
Rogers AK 72756


Stephanie and Tom Coyle
PO Box 5
Junction City OH 43748


Stephen A Oliver
1520 El Dorado Dr
Lawrence KS 66047

```
Stephen A Oliver IRA
c/o The Trust Co of KS Custodian
125 N Market Ste 1400
Wichita KS 67201-3699


Stephen A Oliver Trust
1520 El Dorado Dr
Lawrence KS 66047


Stephen and Bonnie Edwards
629 NE Grattan
Topeka KS 66616


Stephen and Suzanne Huston
2262 Llandovery Ln
Topeka KS 66614


Stephen G and Bonnie S Nordhus
RR1 Box 164B
Seneca KS 66538


Stephen J Lambrecht
6142 SE 44th St
Tecumseh KS 66542


Stephen M Meyer Trustee
1830 S 18th St
Leavenworth KS 66048


Stephen Meyer
1830 S. 18th St
Leavenworth, KS 66048


Stephen S. Caltagirone
PO Box 2803
Rancho Santa Fe CA 92067


Sterling Technology
c/o Pat Bradbury
3 Fox Run
Sterling MA 01564
```

Steve and Janey Montgomery
3351 SW Indian Hills Rd
Topeka KS 66614


Steve Horne
Tuross Corporation
103 Harvard Ave Ste 3
Half Moon Bay CA 94019


Steve Huston
2262 Llandovery Ln
Topeka KS 66614


Steve Ryan Proctor
7696 S Monaco Cr East
Centennial CO 80112


Steven and Whitney Thomas
601 NE Tudor Rd Apt 7
Lees Summit MO 64086-5893


Steven Fahrion and Patricia Norris
27660 Poppy Drive
Willis CA 95490


Steven Hein
Karen S Hein Custodian
6809 Haskins
Shawnee KS 66216


Steven L and Ramona A Gray
16056 US 24 Hwy
Lawrence KS 66044


Steven L. Brown Living Trust
Steven W. or Martha G Brown Trustees
2035 E Iron Ave Ste101
Salina KS 67402-2177


Steven M Geier
5620 N Hillbrooke Trce
Alpharetta, GA 30005-7298

Steven Williams
6350 S 72nd East Ave
Tulsa OK 74133-1121


Strong Communications
901 Central Florida Pkwy, #A3
Orlando, FL 32824


Structure Law Group, LLP
1754 Technology Drive, Ste 135
San Jose, CA 95110


Stuart and Judith Teitlebaum
13484 Umberland Circle
Wellington FL 33414


Susan Adams & Josephine Gonzales
PO Box 711
Franklin, WV 26807


Susan D. Ancell
505 Napa Ave
Rodeo CA 94572


Susan Greenberg
2220 N Seeley
Chicago IL 60647


Susan J Ross
PMB 13774
237 Rainbow Dr
Livingston TX 77399-2037


Susan K. Bernica
1631 Lakeside Dr
Topeka KS 66604


SVSC Incorporated
2764 Lake Sahara Dr., Suite 111
Las Vegas, Nevada 89117

Synter Reasource Group, LLC
PO Box 1041
Ashland, VA 23005-4041


Tamara Sue Prescott
1512 Sonora Dr
McPherson, KS 67460


Tamim Hamid
15 Twelve Oaks Drive
Pleasanton CA 94588


Tanya McCall
2009 Harp Place
Topeka KS 66611-2586


Technical Cable Concepts
350 Lear Ave
Costa Mesa, CA 92626


Technicolor Digital Cinema
2255 N Ontario St
#300
Burbank, CA 91504


Teresa Oelke
15931 Serenity Point Ln
Rogers AR 72756-8615


Terra and Felicia Miller Haas
7831 NW 21st St
Silver Lake KS 66539


Terrance A and Rosann Osborn
1827 Trefoil Rd NE
Waverly KS 66871


Terri L Gallagher
6908 SW 33rd St
Topeka KS 66614

Terry A Lester
PO Box 227
Baldwin City, KS 66006


Terry A Milberger IRA
c/o Piper Jaffay and Co as Cust FBO Terry Milberger
5724 SW 37th Terrace
Topeka KS 66610-1273


Terry A Millberger Trust
5724 Sw 37th Terrace
Topeka KS 66610


Terry Huffhines
7862 Darnell
Lenexa KS 662116


Terry Stearman
c/o Professional Products
505 Washburn
Topeka KS 66606


The Augustus Strober '98 Trust
Larry Strober Trustee
17 Redwood Dr
San Rafael CA 94901


The Costello Co Inc
125 Kansas Ave
Topeka KS 66603


The Mate Company
336 Bon Air Center PMB256
Greenbrae, CA 94904


Thea Goertzen
Kenbe Goertzen Custodian
2921 SW Wanamaker Dr Ste 107
Topeka KS 66614


Thomas and Adele Horgan Trustees
100 Worcester Loop
Los Gatos CA 95030

Thomas Cox
14156 Pinnacle Dr
Wichita, KS 67230


Thomas Evans
1519 E Sunshine
Springfield MO 65804


Thomas G and Gerry L Winters
607 Wheatland
Wichita KS 67235


Thomas Grace
12760 E Bethany Pl
Aurora CO 80014


Thomas H Wilson Trustee
Thomas H Wilson Living Trust
405 S 6th St Box 488
Madison KS 66860


Thomas J and Judith M Grace
8560 Silverberry Ln
Bozeman MT 59718


Thomas J and Judith M Grace
Tenants in Common
8560 Silverberry Ln
Bozeman MT 59718


Thomas J. Herten
25 Fox Run
Allendale, NJ 07401


Thomas R. Peterson
Assoicated Commerical Brokers, Co.
1111 Gage, Ste 100
Topeka, KS 66604-1742


Tiffanie Williams
c/o Steven Williams
5979 SW 31st Terrace
Topeka KS 66614

Tim and Jane Stearman
6677 E Millstone St
Highlands Ranch CO 80126


Tim D Swope
7820 SW Huntoon
Topeka KS 66615


Tim Rohr
3535 NE Seward Ave
Topeka KS 66616


Timothy and Melinda Shively
4995 S Malaya
Aurora CO 80015


Timothy J and Hildegard B McManus
1410 E 345 Rd
Berryton KS 66409


Timothy Kirk and LeAnn Petterson
338 SW Greenwood Ave
Topeka KS 66606


Timothy L Mertz
62330 Gail Ct
Montrose CO 81401


Timothy M McGivern
27 Logan Circle NW #12
Washinton DC 20005


TM Higgins III Trustee
TM Higgins Jr and GST NonMarital Trust
1037 West 59th St
Kansas City MO 64113


TNT Showfreight
Unit 3A
National Exhibitions Centre
Birmingham, West Midlands
B40 1PJ

Todd D and Karen S Larson
767 E Center St
Juneau WI 53039


Todd Eric Keller
1711 Dalton Ford Rd
Morristown TN 37814


Todd P and Christie C Gottschalk
2032 N Parkridge Ct
Wichita KS 67212


Tom and Shirli Turner
5050 Woodbridge Dr
Udall KS 67146


Tom Smith
1274 Grenada Dr
Marion OH 43302-1640


Tommy and Ann Smith
Rt. #1 Box 35
Garfield KS 67529


Toni M Schuckman
9714 Cornelison
Wichita KS 67212


Topeka Community Foundation
1315 SW Arrowhead
Topeka KS 66604


Torqmaster International
200 Harvard Ave
Stamford, CT 06902


Transamerica Occidental
PO Box 61950
Roseville, GA 95661


Transworld Systems
PO Box 1864
Santa Rosa, CA 95402

Travelers
PO Box 26385
Richmond, VA 23260-6385


Troika, LC
10014 W. Greenspoint St
Wichita, KS 67205


Troy and Julee Slater
300 S H St
Herington KS 67449


Troy and Shelly McMaster
7734 SW 28th
Topeka KS 66614


Troy H Smith
1028 E Sunburst Lane
Tempe AZ 85284-1519


Tyler and Katherine McMaster
7316 SW Kings Forest Rd
Topeka KS 66610


Tyler Paletta
2835 Lakeridge Ct
Topeka KS 66605


Underwriters Laboratories, Inc
2600 NW Lake Rd
Camas, WA 98607-8542


United Entertainment Media
460 Park Avenue South, 9th Floor
New York, NY 10016


UPS
PO Box 650580
Dallas, TX 75265-0580


USC/Entertainment Tech Consultants
639 N. Larchomont Blvd., Suite 203
Los Angeles, CA 90004

V-Quest Inc
6-8-8 Akasaka Minato-ku
Tokyo Japan


Venture Industrial Products, Inc
525 SE Oldham Pkwy
Lee's Summit, MO 64081-2931


Vern Nelson
247 E. Chestnut, Apt. 2501
Chicago, IL 60611


Vernis P Stallbaumer Trust
8624 NE Indian Creek Rd
Topeka KS 66617


Vernon Nelson
247 E Chestnut St Apt 2501
Chicago IL 60611-2416


Vernon Nelson
Trustee of the Kay Alden Inc Retirement Plan
247 E Chestnut St Apt 2501
Chicago IL 60611-2416


Vernon R. Nelson IRA #06-1720, dtd
9/30/2004, PrivateBank & Trust Co., Custodian
c/o Cynthia Sikora
10 N. Dearborn #700
Chicago, IL 60602


Vicki Goodlove
1162 SW Mifflin Ct
Topeka KS 66604-2048


Victor A and JoAnn Hepworth
12433 SW 35th
Topeka KS 66614


Virginia Barr Trustee
5100 SW 10th
Topeka KS 66604

Virginia Burgess
3602 Coy Burgess Loop
Defuniak Springs FL 32435


Virginia Nevitt
22424 Van Loo Dr
Maricopa AZ 85239


VNU Business Media, Inc
P.O. Box 88915
Chicago, IL 60695-1915


VRN, LLC
247 E Chestnut, Apt. 2501
Chicago, IL 60611


W C Long
22 Crestway
Wellington KS 67152


W J Young and Associates Ltd
2625 Butterfield Rd Ste 216 South
Oak Brook IL 60523


W T Kidd
Trustee of W T Kidd Family
2916 Social Hill Rd
Benton AR 72015


Wade A. Gaeddert, M.D.
1100 Turkey Creek Drive
McPherson, KS 67460


Waldo W Yee
5017 Calfiornia St Apt 3
San Francisco CA 94118


Wallace J Stenhouse
175 East Delaware Place #8707
Chicago IL 60611


Walter and Mary Lou Lineberger
970 W Broadway Ste E-464
Jackson WY 83001-9475

Wanda H Nickerson
1401-197 El Norte Pkwy
San Marcos CA 92069


Wayne and Pamela Cranwell
2868 E 277th St
Lyndon KS 66451


Westar Capital
c/o Mark Ruelle
818 Kansas Ave
Topeka KS 66612


Westar Industries, Inc.
818 So. Kansas Ave
Topeka, KS 66612


Western Event Service
1970 Williams St
San Leandro, CA 94577


Westlake Hardware
14000 Marshall Drive
Lenexa, KS 66215


White Industrial Corporation
3869 Dividend Dr, Ste 1
Shingle Springs, CA 95682-8485


White Industrial Corporation dba PRC America
3869 Dividend Dr, Ste 1
Shingle Springs, CA 95682-8485


Wichita Investment Group
237 S Maple Dunes Ct
Wichita, KS 67235


Wichita Investment Group
237 S. Maple Dunes Ct.
Wichita, KS 67235


Wichita Investment Group - Shults
2375 S. Maple Dunes Ct
Wichita, KS 67235

```
Will and Vicki Griffin
2408 W 86th Terrace
Leawood KS 66206


Will and Vicki Griffin
2408 W. 86th Terr.
Leawood, KS 66206


William and Linda Lichty
16350 Briarwood Ct
Olathe KS 66062


William and Ramona Woodfin
PO Box 961
Bunnel FL 32110


William C Sullivan
1 Indian Spring Rd
Dover MA 02030-2331


William C. Sullivan
1 Indian Springs Rd
Dover, MA 02030-3331


William D Uzzell
PO Box 353
Springfield KS 66083


William E Enright
c/o Patsy A Enright
6088 Knolls Way
Cave Creek AZ 85331


William Geraghty
c/o MJWhitman
622 3rd Ave, 32nd Floor
New York, NY 10017


William Hutchison
1508 SW Harrison St
Topeka KS 66612-1812
```

William L Thomas
PO Box 67026
Topeka KS 66667-0026


William R Sutton
321 Canterberry Ln
Oak Brook IL 60523-2306


William S Dunlap IV
3101 Wells Branch Pkwy #1238
Austin TX 78728


Willliam A Malkes
7521 Blacks Ferry Rd
Knoxville TN 37931


Winifred S Conway
7731 Broadway #341 K
San Antonio TX 78209


WMPP, LLC
P.O. Box 4507
Topeka, KS 66604


Woodridge Equipment LC
c/o David Carpenter
PO Box 4287
Topeka KS 66604-0287


Worldwide Express
2828 Routh St
Ste 400
Dallas, TX 75201


Zachary Matthew Strober
c/o Lawrence Strober
831 S Clarkson St
Denver CO 80209


Zachary Procotr McGill
1000 Larmie
Manhattan KS 66502

```
Zachary Proctor Jones
4885 S Quebec St #327
Denver CO 80237-2717
```

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re   QuVis, Inc._____ ,

　　　　　　　　　　　　　Debtor

Case No. _____

Chapter ____11_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 131 pages, is true, correct and complete to the best of my knowledge.

Date   5/15/2009_____

Signature   /s/ Kenbe D. Goertzen_____

KENBE D. GOERTZEN,
President

Edward J. Nazar
Redmond & Nazar, L.L.P.
245 N. Waco, Ste. 402
Wichita, KS 67202
(316) 262-8361
(316) 263-0610

# UNITED STATES BANKRUPTCY COURT
### District of Kansas

In Re __QuVis, Inc._____     Case No. _____
                                                                   (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|      | AMOUNT      | SOURCE                      |
|------|-------------|-----------------------------|
| 2009 | $363,000    | Estimated income from sales |
| 2008 | $3,158,239  | Estimated income            |
| 2007 | $2,733,706  | Estimated Income            |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735  - 32442 - Adobe PDF

**2. Income other than from employment or operation of business**

None

☒

      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                   SOURCE

---

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Sprint<br>PO Box 8077<br>London, KY 40742-8077 | Monthly | $1,500.00 per mo. | |
| AT&T<br>14575 Presidio Square<br>Rm 100-CR<br>Houston, TX 77083 | Monthly | $3,300.00 per mo. | |
| White Industrial Corporation<br>3869 Dividend Dr, Ste 1<br>Shingle Springs, CA 95682-8485 | Monthly | $4,000.00 per mo. | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Associated Management Services, Inc. PO Box 4507 Topeka, KS 66604 | Monthly | $5,000.00 per mo. | |

None

☐    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| JFM Limited Partnership I 3333 SE 21st Topeka, KS 66612 *Factoring - Jetco | 9/05/08 | $29,962.74 | |
| JFM Limited Partnership I 3333 SE 21st Topeka, KS 66612 *Factoring - Iwerks | 9/5/08 | $36,050.00 | |
| JFM Limited Partnership I 3333 SE 21st Topeka, KS 66612 *Factoring - Iwerks | 9/19/08 | $15,753.89 | |
| JFM Limited Partnership I 3333 SE 21st Topeka, KS 66612 *Factoring - ESPN | 9/27/08 | $71,280.00 | |
| JFM Limited Partnership I 3333 SE 21st Topeka, KS 66612 *Factoring NASA / Abacus | 9/30/08 | $125,334.00 | |
| JFM Limited Partnership I 3333 SE 21st Topeka, KS 66612 *Factoring - Bose | 10/6/08 | $231,750.00 | |
| JFM Limited Partnership I 3333 SE 21st Topeka, KS 66612 *Factoring - Pixar / Arcata | 10/14/08 | $19,115.26 | |
| JFM Limited Partnership I 3333 SE 21st Topeka, KS 66612 *Factoring - Disney | 10/20/08 | $6,466.02 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| JFM Limited Partnership I 3333 SE 21st Topeka, KS 66612 *Factoring - ASRC | 11/17/08 | $15,939.00 | |
| JFM Limited Partnership I 3333 SE 21st Topeka, KS 66612 *Madison Square Garden | | $28,551.65 | |
| Kenbe D. Goertzen 2921 SW Wannamaker Dr Ste 107 Topeka KS 66614 *See Statement of Financial Affairs #10 | | | |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| MTV Capital Limited Partnership v. QuVis, Inc., Kenbe Goertzen, Owen Leonard, Vernon R. Nelson, and Becky Lester Case No. 07-cv-981-HE | Breach of Contract, Violation of the Exchange Act, Violation of the Oklahoma Exchange Act, Common Law Fraud, Negligent Misrepresentation, Foreclosure on Collateral | US District Court Western District of Oklahoma | Pending |
| Greenville Cinemas LLC vs. QuVis, Inc. 2007-CP-23-44448 | Breach of Settlement Agreement | In the Court of Common Pleas Thirteenth Judical Circuit | Judgment Filed in Kansas |
| Sanmina-SCI Corporation, a Delaware corporation, and SANMINA-SCI USA, INC., a Delaware Corporation vs. QuVis, Inc., a Kansas Corporation Case No. 108 CV 116716 | Recovery of Money | In the Superior Court of the State of California in and for the County of Santa Clara | Default Judgment |
| Arrow Electronics, Inc. vs. QuVis, Inc. Case No. 08C007535 | Recovery of Money | Shawnee County District Court | Pending |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Ann Hesseman Trust vs. QuVis, Inc. Case No. 08-CV-1274 | Recovery of Money | Shawnee County District Court Division Nine | Pending |
| Progress Instruments, Inc. vs. QuVIS, Inc. | Breach of Settlement Agreement | Missouri Circuit Court | Pending |
| State of Kansas vs. QuVis, Inc. Case No. 09ST86 | Tax Warrant | | Pending |
| Robert K. Stratton vs. Quvis, Inc., et al. Wage Claim No. 09DL0248CL | Wage Claim | Kansas Department of Labor | Pending |
| David Bell vs. QuVis, Inc., et al. Wage Claim No. 09DL0250CL | Wage Claim | Kansas Department of Labor | Pending |
| Joseph D. Christenson vs. QuVis, Inc., et al. Wage Claim No. 09DL0259CL | Wage Claim | Kansas Department of Labor | Pending |
| Melissa D. Daubert vs. QuVis, Inc., et al. Wage Claim No. 09DL0247CL | Wage Claim | Kansas Department of Labor | Pending |
| Richard G. Ehret vs. QuVis, Inc., et al. Wage Claim No. 09DL0254CL | Wage Claim | Kansas Department of Labor | Pending |
| Kevin B. Dayo vs. QuVis, Inc., et al. Wage Claim No. 09DL0245CL | Wage Claim | Kansas Department of Labor | Pending |
| Curtis T. Drake vs. QuVis, Inc., et al. Wage Claim No. 09DL0264CL | Wage Claim | Kansas Department of Labor | Pending |
| Paul R. Florez vs. QuVis, Inc., et al. Wage Claim No. 09DL0260CL | Wage Claim | Kansas Department of Labor | Pending |
| John M. Flickinger, Jr. vs. QuVis, Inc., et al. Wage Claim No. 09DL0249CL | Wage Claim | Kansas Department of Labor | Pending |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 33242 - Adobe PDF

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Rodney J. Epple vs. QuVis, Inc., et al. Wage Claim No. 09DL0257CL | Wage Claim | Kansas Department of Labor | Pending |
| Gary W. Green vs. QuVis, Inc., et al. Wage Claim No. 09DL0265CL | Wage Claim | Kansas Department of Labor | Pending |
| Gary M. Hammes vs. QuVis, Inc., et al. Wage Claim No. 09DL0244CL | Wage Claim | Kansas Department of Labor | Pending |
| Jay M. Horting vs. QuVis, Inc., et al. Wage Claim No. 09DL0252CL | Wage Claim | Kansas Department of Labor | Pending |
| John J. Iserman vs. QuVis, Inc., et al. Wage Claim No. 09DL0253CL | Wage Claim | Kansas Department of Labor | Pending |
| Charlotte J. Kimball vs. QuVis, Inc., et al. Wage Claim No. 09DL0255CL | Wage Claim | Kansas Department of Labor | Pending |
| Paul C. Nelson vs. QuVis, Inc., et al. Wage Claim No. 09DL0256CL | Wage Claim | Kansas Department of Labor | Pending |
| Joshua A. Noton vs. QuVis, Inc., et al. Wage Claim No. 09DL0262CL | Wage Claim | Kansas Department of Labor | Pending |
| Michael C. Paulson vs. QuVis, Inc., et al. Wage Claim No. 09DL0261CL | Wage Claim | Kansas Department of Labor | Pending |
| Jerry J. Pearson vs. QuVis, Inc., et al. Wage Claim No. 09DL0242CL | Wage Claim | Kansas Department of Labor | Pending |
| Cary A. Shoup vs. QuVis, Inc., et al. Wage Claim No. 09DL0263 | Wage Claim | Kansas Department of Labor | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sara S. Steele vs. QuVis, Inc., et al. Wage Claim No. 09DL0246CL | Wage Claim | Kansas Department of Labor | Pending |
| Robert D. Turner vs. QuVis, Inc., et al. Wage Claim No. 09DL0521CL | Wage Claim | Kansas Department of Labor | Pending |
| Antonio A. Austin vs. QuVis, Inc., et al. Wage Claim No. 09DL0243CL | Wage Claim | Kansas Department of Labor | Pending |
| Joseph Dewayne Christensen vs. QuVis, Inc., et al. Wage Claim No. 090048-4 | Wage Claim | Kansas Department of Labor | Pending |
| IRS vs. QuVis, Inc. | Tax Lien or tax period 9/30/2008 | Secretary of State Topeka, KS | Pending |

None ☒  b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None ☒      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

**6. Assignments and Receiverships**

None
☒
  a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒
  b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☒
     List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐
     List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSurance, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| See attached "Exhibit A" | Missing property after employees laid off on 12/2/08 | 10/08 - 11/08 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Edward J. Nazar<br>Redmond & Nazar, L.L.P.<br>245 North Waco, Suite 402<br>Wichita, Kansas 67202 | 11/17/08 | $25,000.00 Retainer |

**10. Other transfers**

None ☐    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| JFM Limited Partnership I<br>3333 SE 21st<br>Topeka, KS 66612 | | Factory agreements with JFM |
| Kenbe D. Goertzen<br>2921 SW Wannamaker Dr Ste 107<br>Topeka KS 66614<br> Relationship: President | 1/10/2009 | $26,000.00 |
| Kenbe D. Goertzen<br>2921 SW Wannamaker Dr Ste 107<br>Topeka KS 66614<br> Relationship: President | 2/2009 | $16,000.00 |
| Kenbe D. Goertzen<br>2921 SW Wannamaker Dr Ste 107<br>Topeka KS 66614<br> Relationship: President | 3/2009 | $25,000.00 |
| Kenbe D. Goertzen<br>2921 SW Wannamaker Dr Ste 107<br>Topeka KS 66614<br> Relationship: President | | $1,300.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None  ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None  ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Landmark National Bank 6100 SW 21st PO Box 67149 Topeka, KS 66667 | Business Checking Account Acct No. 7139 Closing Balance: $0.00 | 1/23/2009 |

**12. Safe deposit boxes**

None  ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Capital City Bank PO Box 1433 Topeka, KS 66601-1433 | N/A | Backup Files | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

**13. Setoffs**

None ☒      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Paul Flores<br>310 SW Franklin Avenue<br>Topeka, Kansas 66606 | Service Tools<br>Estimated Value: $2,000.00 | 2921 SW Wanamaker Dr<br>Ste, 1207<br>Topeka, KS 66614 |

**15. Prior address of debtor**

None ☒      If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

> "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

> "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

NAME                                                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐           bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                               DATES SERVICES RENDERED

Richard G. Ehret                                                       Last 5-7 years
2921 SW Wannamaker Dr., Ste. 107
Topkea, KS 66614

Jerry Pearson                                                          2001 - Present
2921 SW Wanamaker Dr
Ste. 107
Topeka, KS

---

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☐           case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                          DATES SERVICES RENDERED

CBIZ Mayer Hoffman           11440 Tomahawk Creek Pkwy          2006 & 2007
McCann                          Leawood, KS 66211

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

None
☐
c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| CBIZ Mayer Hoffman McCann | 11440 Tomahawk Creek Pkwy<br>Leawood, KS 66211 |
| SS&C Business Tax Service, Inc.<br>c/o Gary R. Summers, CPA | 5825 SW 29th St<br>#101<br>Topeka, KS 66614 |

None
☐
d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Samina<br>2700 N. 1st St<br>San Jose, CA 95134 | 2008 |
| Venture Industrial Products, Inc.<br>525 SE Oldham Pkwy<br>Lee's Summit, MO 64081-2931 | 2008 |
| Progress Instruments, Inc.<br>807 NW Commerce Dr<br>Lees Summit, MO 64086 | 2008 |
| Christie<br>10550 Camden Dr.<br>Cypress, CA 90630 | 2008 |
| Paramount<br>5555 Melrose Avenue<br>Hollywood, CA 90038 | 2008 |
| KTX/Saetong<br>101, 473-36<br>Seogyo-Dong<br>Mapo-Gu<br>Seoul, 121-842 Korea | 2008 |
| Disney Worldwide Shared<br>Services<br>PO Box 10120<br>Lake Buena Vista, FL 32830 | 2008 |
| Universal Studios, Inc.<br>70 Universal City Plaza<br>Universal City, CA 91608 | 2008 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Secured Note Holders | 2007 & 2008 |
| Digiserve<br>*Address Unknown | 2007 |
| Technicolor Digital Cinema<br>2255 N. Ontario St<br>#300<br>Burbank, CA 91504 | |
| Digital Cinema-Korea | 2008 |
| Kaga Electronics<br>2-2-9 Hongou Bunkyou-Ku<br>Tokyo, Japan 133-8503 | Unknown |
| MTV-Black Oak<br>101 N Robinson Ave, Ste 800<br>Oklahoma City, OK 73102 | Unknown |
| Seacoast Capital Partners II, LP<br>55 Ferncroft Rd<br>Danvers, MA 01923 | Unknown |
| WIG<br>*Address Unknown | Unknown |

---

**20. Inventories**

None ☐    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 2007 | Richard G. Ehret | Inventory of values of property |
| 2007 | Richard G. Ehret | Material Consumable; Shippable Material |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-735 - 32342 - Adobe PDF

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☐      reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 2007 | CBIZ Mayer Hoffman McCann<br>11440 Tomahawk Creek Pkwy<br>Leawood, KS 66211 |

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐      directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Kenbe Goertzen<br>2921 SW Wannamaker Dr.,<br>Suite 107<br>Topeka, Kansas 66614 | President, CEO,<br>Chairman of Board<br>of Directors | Own 3,030,000 shares<br>Approx. 3.3% of stock |
| Owen F. Leonard<br>193 Squan Beach Drive<br>Mantoloking, New Jersey 98738 | Member of Board of<br>Directors | Own 18,212,000 shares<br>Approx. 19.9% of stock |
| Vernon R. Nelson<br>247 E. Chestnut, Apt. 2501<br>Chicago, Illinois 60611-2416 | Member of Board of<br>Directors | Owner of 8,687,000 shares<br>Approx. 9.5% of common stock |
| Gary Baker<br>1920 SW Warner Ct.<br>Topeka, Kansas 66604 | Memeber of Board | Own 13,334 shares |

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☐    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Eben Moulton resides in Massachusetts | Memeber of Board of Directors | 07/08 |

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|------|------|

**25. Pension Funds**

None ☐    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|------|------|
| 401k | 48-1169925 |

Principal Life Insurance Company
Department 900
P.O. Box 14415
Des Moines, Iowa 50306-3416

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32342 - Adobe PDF

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___5/15/2009___  Signature ___/s/ Kenbe D. Goertzen___

KENBE D. GOERTZEN,
President

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-735 - 32442 - Adobe PDF