U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
3/9/2010
Hon. Robert E. Nugent, Presiding

10:00 AM

Case Information:
    09-10706 QuVIS, Inc.  Chapter: 11

Judge: REN    Filed: 03/20/2009    Pln Confirmed:

Appearances:
| | |
|---|---|
| X | Jeffrey Rockett and Edward Nazar representing QuVIS, Inc. (Debtor) |
| X | William F. Schantz representing U.S. Trustee (U.S. Trustee) |
| X | J. Michael Morris representing J. Michael Morris (Creditor Committee) |
| X | Thomas J. Lasater representing Seacoast Capital Partners |
| X - telephonic | Max Tucker representing Seacoast Capital Partners |
| X | William B. Sorensen representing Douglas A Cusick, Douglas A Friesen and Marilyn R Friesen Greenbush |
| X - telephonic | R. Patrick Riordan representing JFM Limited Partnership I |

Issue(s):
    #1    Chapter 11 Voluntary Petition.

    #2    Motion for To Determine Secured Status of Noteholders for the Purpose of Plan Classification and Otherwise Filed on behalf of Debtor QuVIS, Inc. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3) (#212 filed 1/28/10)
    **    Response Filed by Creditor George O Haggard Jr (#223 filed 2/5/10)
    **    Response Filed by Creditor Committee J. Michael Morris (#224 filed 2/9/10)
    **    Response Filed by Creditor JFM Limited Partnership I (#234 filed 2/11/10)
    **    Response Filed by Creditor Seacoast Capital Partners (#235 filed 2/11/10)
    **    Response Filed by Creditor Douglas A. Friesen (#236 filed 2/11/10)

Notes/Decision:    Kenbe Goertzen appears. Counsel will submit a Pretrial Order. Issue #212 is currently set on the 3/16/10 evidentiary hearing docket. The matter is hard set to 3/17/10 at 9:00 am (½ day).

Courtroom Deputy: Annette Albright
Court Reporter/ECRO: Marsh Varbel