REDMOND & NAZAR, L.L.P.
245 N. Waco, Suite 402
Wichita, Kansas 67202
(316) 262-8361
(316) 263-0610, facsimile

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: QUVIS, INC.,

            *Debtor*.

Case No. 09-10706
Chapter 11

**Electronically Filed**

**DEBTOR'S RESPONSE TO SEACOAST CAPITAL PARTNERS II, L.P.'S
MOTION TO LIFT AUTOMATIC STAY**

COMES NOW the debtor, by and through its counsel of record, Edward J. Nazar and Nicholas R. Grillot of Redmond & Nazar, L.L.P., and hereby provides the following response to Seacoast Capital Partners II, L.P.'s Motion to Lift Automatic Stay (Docket #354) filed herein on June 17, 2010. The debtor states as follow:

1. The debtor admits to entering into the First Amended and Restated Convertible Loan and Security Agreement dated June 30, 2003 with several individuals and entities, hereinafter referred to as noteholders.

2. The debtor further agrees that it granted all noteholders a security interest in all of the assets of the debtor excluding certain factored accounts receivable.

3. The debtor further admits that on May 26, 2005, the debtor's board of directors approved a resolution authorizing it to enter into and issue a $5.5 Million note to Seacoast.

4. The debtor further acknowledges that the Note by it terms matured on June 30, 2006. However, the maturity date of the Note was extended by the board pursuant to the terms of the Note to 2008.

In the United States Bankruptcy Court for the District of Kansas
IN RE: QUVIS, INC., Case No. 09-10706-11
*Debtor's Response To Seacoast Capital Partners II, L.P.'s Motion To Lift Automatic Stay*
Page 2

5. The debtor also admits that Seacoast filed a UCC-1 on June 14, 2007 and an involuntary petition was filed against the debtor on March 20, 2009.

6. The debtor further alleges and states that two creditors, J. Greg Kite and the Christine M. Baugher Revocable Living Trust filed UCC-1 financing statements prior to Seacoast. The amount of those UCC-1 financing statements was approximately $250,000.00.

7. Pursuant to the Court's order on the debtor's motion to determine secured status, J. Greg Kite an the Christine M. Baugher Revocable Living Trust are senior to and have priority over Seacoast's interest.

8. The debtor further alleges and states that the liquidation value of its current inventory and equipment approximates $100,000.00 as identified in the schedules and the monthly reports filed with the Court. The debtor further alleges that its other major assets involve a limited amount of accounts receivable with various customers and certain intellectual property holdings.

9. The debtor has not obtained nor received a valuation of its inventory, equipment, accounts receivable, and intellectual property holdings. The debtor asserts that in order for cause to exist to lift stay under 11 U.S.C. §362(d), a creditor must establish that they are secured in the assets of the debtor of which to foreclose. 11 U.S.C. §362(g).

10. Moreover, without a valuation of those assets, the Court cannot assume that Seacoast holds a security interest under 11 U.S.C. §506 in the assets. In other words, Seacoast cannot prove that the value of the debtor's assets is enough to secure a portion of its claim. Without carrying that burden, Seacoast cannot prove that there is cause to lift the automatic stay and therefore, the debtor requests that the Court deny Seacoast's motion for stay relief.

In the United States Bankruptcy Court for the District of Kansas
IN RE: QUVIS, INC., Case No. 09-10706-11
*Debtor's Response To Seacoast Capital Partners II, L.P.'s Motion To Lift Automatic Stay*
Page 3

WHEREFORE, the debtor prays that the Court deny Seacoast's motion to lift stay and enter such other relief as the Court deems just and equitable.

REDMOND & NAZAR, L.L.P.

 s/ Nicholas R. Grillot
Nicholas R. Grillot, #22054
245 North Waco, Suite 402
Wichita, Kansas 67202
316-262-8361 / 316-263-0610 fax
ngrillot@redmondnazar.com
Attorneys for the Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was uploaded to the CM/ECF system on June 28, 2010, which will send a notice of electronic filing to those requesting notice pursuant to Bankruptcy Rule 2002 and other interested parties, and a copy was mailed by first-class mail, postage prepaid and properly addressed to the following:

Thomas J. Lasater
Fleeson, Gooing, Coulson & Kitch LLC
P. O. Box 997
Wichita, KS 67201

J. Maxwell Tucker
Patton Boggs LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201

             s/ Nicholas R. Grillot
             Nicholas R. Grillot, #22054