# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| QuVIS, Inc., ) | Case No. 09-10706 |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |

## JFM LIMITED PARTNERSHIP I'S OBJECTION TO SEACOAST CAPITAL PARTNERS II, L.P.'S MOTION TO LIFT AUTOMATIC STAY

**COMES NOW** JFM Limited Partnership I ("JFM"), a creditor in the above-captioned case, by and through its attorneys, Gay, Riordan, Fincher, Munson & Sinclair, PA, and hereby files its objection to Seacoast Capital Partners II, L.P.'s motion to lift automatic stay (Doc. # 354) filed herein on June 17, 2010. JFM states as follows:

1. JFM joins in the response filed June 28, 2010 by debtor QuVis, Inc. (Doc. # 363), and the objection filed July 2, 2010 by Petitioning Creditors, Kite, Trust and WIG (Doc. #366).

2. By way of further objection, JFM states that it and other parties-in-interest intend to file an adversary action seeking the equitable subordination of any alleged security interest by Seacoast Capital Partners II, L.P. ("Seacoast").

3. Equitable subordination is an affirmative defense to a motion for stay relief that is unique to the bankruptcy forum. *In re Poughkeepsie Hotel Assocs. Joint Venture*, 132 B.R. 287, 292-93 (Bankr. S.D.N.Y. 1991).

4. JFM believes that this Court should be the venue for determining the priorities of Seacoast as to other creditors in this case. Consequently, JFM prays that the Court, under the authority stated in 11 U.S.C. 362(e), stay any final hearing on the Seacoast's motion to lift automatic stay until the disposition of any adversary action filed as to Seacoast's claimed

1

security interest. *See, e.g., In re Utah Aircraft Alliance*, 342 B.R. 327, 332-33 (B.A.P. 10th 2006); *but see, In re West Daniels Land Ass'n, Inc.*, 2009 WL 5175196, at *4-5 (Bankr. D. Utah Dec. 18, 2009).

WHEREFORE, JFM respectfully prays that the motion of Seacoast for stay relief be denied, or in the alternative, for such further relief as the Court deems fair, just and equitable.

Respectfully Submitted By,

**s/ Michael R. Munson**
Michael R. Munson, #22585
R. Patrick Riordan, #15518
GAY, RIORDAN, FINCHER, MUNSON, & SINCLAIR, PA
3500 SW Fairlawn Road, Suite 210
Topeka, KS 66614
(785) 783-8323; (785) 783-8327 (fax)
*munson@grfmslaw.com*
*riordan@grfmslaw.com*
Attorneys for JFM Limited Partnership I

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2010, I electronically filed the above and foregoing using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system.

**s/ Michael R. Munson**
Michael R. Munson, #22585