Redmond & Nazar, L.L.P.
245 N. Waco, Suite 402
Wichita, Kansas 67202-1117
(316) 262-8361 / (316) 263-0610, facsimile

# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

QuVIS, Inc.

Case No. 09-10706
Chapter 11

Debtor-in-Possession.

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR-IN-POSSESSION

COMES NOW, Redmond and Nazar, L.L.P, Counsel for QuVIS, Inc., hereby moves the Court for a Order allowing us to withdraw as Counsel for QuVIS, Inc.

In support of thereof, Counsel states the following:

1. This Motion to Withdraw as Counsel is Pursuant to Rule 83.5.5 of the Local District Court Rules.

2. Counsel seeks to withdraw because the Client breached contractual obligations owed to the Law Firm Redmond and Nazar, L.L.P. Specifically, QuVIS Inc. has failed in its contractual obligation to timely pay the Law Firm fees that come due. Currently, through April 30, 2010, QuVIS owes the firm $69,865.55.

3. QuVIS, Inc. shall be responsible for complying with the Orders of the Court in the time limitations that is currently established.

4. QuVIS, Inc. has been specifically informed of the upcoming dates in this case, including the status conference to be held on August 10, 2010; the objection deadline of August 18, 2010 for the Notice of Compromise and Settlement with JFM; and the deadline on the Third Motion to Extend Time Regrading Payment of CEO Salary of

August 25, 2010. QuVIS, Inc., has also been informed if objections are filed to the Notice of Intended Compromise with JFM and the Third Motion to Extend Time Regarding Payment of CEO Salary, hearings will be held on September 9, 2010.

5. QuVIS is also aware that an amended plan and disclosure statement needs to be filed.

6. The current address of QuVIS, Inc. is 2191 SW Wanamaker Dr., Topeka, Kansas 66614. The person responsible for the current operations of QuVIS, Inc. is CEO Kenbe Goertzen.

7. This Motion is being sent to all Counsel of record and Pro-Se parties.

WHEREFORE, Counsel seeks to withdraw of representation of the creditor, QuVIS, Inc. and prays the Court to issue a appropriate Orders allowing it to withdraw as Counsel for the representation of QuVIS, Inc.

RESPECTFULLY SUBMITTED,

REDMOND & NAZAR, L.L.P.

/s/ Nicholas R. Grillot
Edward J. Nazar, #09845
Nicholas R. Grillot, #22054
245 N. Waco, Suite 402
Wichita, Kansas 67202
(316) 262-8361 / (316) 263-0610 fax
ngrillot@redmondnazar.com
*Attorney for the Debtor*