**SO ORDERED.**

**SIGNED this 19 day of November, 2010.**



_____
ROBERT E. NUGENT
UNITED STATES CHIEF BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| QUVIS, INC., | ) | Case No. 09-10706 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER APPROVING THE SECOND AMENDED NOTICE OF PROPOSED BID
PROCEDURES AND GRANTING RELATED RELIEF**

The Court has considered the Second Amended Notice of Proposed Bid Procedures (the "Bid Procedures")[1] filed by Seacoast Capital Partners II, LP ("Seacoast") in response to the Court's "Order Granting Limited Modification of the Automatic Stay on Motion Filed By Seacoast Capital Partners, II, L.P." (the "Lift Stay Order") (Doc. 426) issued on October 12, 2010, and in further response to the Court's directives announced at the Section 105 status conference in this case on November 16, 2010. Having considered the Bid Procedures, and the Court having determined that Seacoast has complied with the bidding instruction submission requirements of the Lift Stay Order,

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Bid Procedures.

In the United States Bankruptcy Court
for the District of Kansas
In Re QuVis, Inc.
Case No. 09-10706, Chapter 11
Order Approving Bid Procedures
Page 2

and that any objections to the Bid Procedures having been resolved, withdrawn, or otherwise overruled by this Order; after due deliberation, and sufficient cause appearing therefor, it is hereby

FOUND AND DETERMINED THAT:

A. The Revised Bid Procedures filed herein as Docket No. 443 on November 19, 2010 are hereby found to be reasonable and sufficient, and are deemed to be included as terms of this Order.

B. The automatic stay should be modified further as necessary to permit Seacoast to conduct the Auction described in the Bid Procedures.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Bid Procedures are APPROVED.

2. Any unresolved objections to the Bid Procedures are overruled in their entirety.

3. The automatic stay under Section 362 is modified as necessary to permit Seacoast to sell the collateral in accordance with the Bid Procedures and the Lift Stay Order.

4. Notwithstanding Bankruptcy Rule 6004(h) this Order shall not be stayed for fourteen (14) days after the entry hereof and this Order shall be effective and enforceable immediately upon entry on this Court's docket.

5. This Court shall retain jurisdiction over any matters within its subject matter jurisdiction related to or arising from the implementation of the Lift Stay Order, this Order,

In the United States Bankruptcy Court
for the District of Kansas
In Re QuVis, Inc.
Case No. 09-10706, Chapter 11
Order Approving Bid Procedures
Page 3

including, but not limited to, any matter, claim, or dispute arising from or relating to the Bid

Procedures and/or the implementation of this Order.

    IT IS SO ORDERED

# # #

Approved:

/s/ Thomas J. Lasater
Thomas J. Lasater, Reg. No. 11440
FLEESON, GOOING, COULSON & KITCH, L.L.C.
P.O. Box 997
Wichita, Kansas 67201
Telephone: (316) 267-7361
and
J. Maxwell ("Max") Tucker
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201-8001
Telephone: (214) 758-6602
Attorneys for Seacoast Capital Partners

/s/ Nicholas R. Grillot
Nicholas R. Grillot, Reg. No. 22054
REDMOND & NAZAR, L.L.P.
245 N. Waco, Suite 402
Wichita, KS 67202
Telephone: (316) 262-8361
Attorneys for Debtor

In the United States Bankruptcy Court
for the District of Kansas
In Re QuVis, Inc.
Case No. 09-10706, Chapter 11
Order Approving Bid Procedures
Page 4


/s/ William B. Sorensen, Jr.
William B. Sorensen, Jr., Reg. No. 10010
MORRIS, LAING, EVANS, BROCK & KENNEDY, Chartered
Old Town Square
300 N. Mead, Suite 200
Wichita, KS 67202-2745
Telephone: (316) 262-2671
Attorneys for Douglas A. Friesen, M.D.,
Marilyn R. Friesen Greenbush, Ph.D., Douglas D. Cusick,
JFM Limited Partnership I and
The Unsecured Creditors' Committee