Redmond & Nazar, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202
316-262-8361

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| QuVIS, INC. | ) | Case No. 09-10706 |
| | ) | Chapter 11 |
| Debtor | ) | |

**MOTION FOR EXPEDITED HEARING ON DEBTOR'S MOTION TO ASSESS COSTS AGAINST PROPERTY PURSUANT TO 11 U.S.C. §506(c)**

COMES NOW, QuVis, Inc., as Debtor in the above-captioned case by and through its attorneys Edward J. Nazar and Nicholas R. Grillot of Redmond & Nazar, L.L.P. and hereby moves the Court for an expedited hearing on the Debtor's Motion to Assess Costs Against Property Pursuant to 11 U.S.C. 503(c).

In support thereof, the Debtor states as follows:

1. On March 20, 2009, an involuntary petition for relief under Chapter 11 of the Bankruptcy Code was filed against the Debtor by creditors Douglas Cusick and Douglas Friesen. Service was made by the Clerk of the Court by first class mail. Debtor's management and Debtor's counsel first became aware of the filing on April 4, 2009. Debtor's counsel entered its appearance in this case on April 10, 2009.

2. On or about May 19, 2009, the Debtor acquiesced to the involuntary petition and the Court entered an order for relief under Chapter 11 of Title 11, U.S.C. §101-1330.

3. At the time the Debtor agreed to relief, it was obligated to certain creditors ("Noteholders") under the first Amended and Restated Note and Security Agreement ("Note"). Under the Note, each Noteholder was granted a security interest in all of the Debtor's:

    personal property, whether tangible or intangible, of every kind and description, wherever located, including all accounts receivable; all chattel property; all contracts (present, pending and executory); all equipment (office, laboratory and testing); all furnishings; all supplies; all fixtures; all goods; all instruments; all inventory; all patents (pending, provisional and registered); trade names, copyrights and other intellectual property or intellectual property rights; all software, including, but not limited to, Wraptor software and Paragon software; the names, e-mail addresses or domain names, telephone numbers and yellow page advertisements used in connection with the business of the Debtor and its subsidiaries; all customer lists, customer files, credit information, advertising, promotional and sales materials, sales data, surveys, and account histories and other information relating to the Debtor's business; and the business of the Debtor as a going concern and all goodwill associated therewith ("Collateral").

4. Since the order for relief was entered, this case revolved around the dispute between two creditor factions: (1) Seacoast Capital Partners I, LP ("Seacoast") and (2) the Wichita Investment Group ("WIG"), JFM Limited Partnership ("JFM"), and later, the Unsecured Creditor's Committee ("Committee").

5. The dispute could not be resolved and Seacoast eventually filed for stay relief in July 2010. The Court eventually granted Seacoast stay relief to conduct an Article 9 sale. That sale is set to take place in the first part of January 2011.

6. The debtor has filed a motion to surcharge the fees and expenses of Redmond & Nazar, L.L.P. ("Firm") to the Collateral to be sold under 11 U.S.C. §506(c).

7. A determination regarding the Debtor's ability to surcharge the Firm's fees and expenses is necessary before the sale is to occur.

8. The Debtor is in need of an expedited hearing on the referenced motions and requests, pursuant to Bankruptcy Rule 2002(a)(2), that the Court shorten the notice required such that

2

In the United States Bankruptcy Court for the District of Kansas
IN RE: QuVis, Inc.
MOTION FOR EXPEDITED HEARING ON DEBTOR'S MOTION TO ASSESS COSTS AGAINST PROPERTY PURSUANT TO 11 U.S.C. §506(c)
Page 3

this motion can be heard at the Court's docket on December 9, 2010.

WHEREFORE, the Debtor prays for appropriate relief as the Court deems just and equitable.

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.


 /s/ Nicholas R. Grillot
Edward J. Nazar #09845
Nicholas R. Grillot #22054
Attorney for Debtor
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610
ngrillot@redmondnazar.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the motion was uploaded to the CM/ECF system on December 1, 2010, which will send a notice of electronic filing to those requesting notice pursuant to Bankruptcy Rule 2002 and other interested parties, and a copy was mailed by first-class mail, postage prepaid and properly addressed to the 20 largest unsecured creditors as listed on the attachment hereto, all noteholders as listed on the attachment hereto, and to the following:

Office of the U.S. Trustee
301 N. Main, Ste. 1150
Wichita, KS 67202

J. Michael Morris
301 N Main, Suite 1600
Wichita, KS 67202

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

 /s/ Dawn Hatanelas
Dawn Hatanelas
Legal Assistant to Nicholas R. Grillot