U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
12/22/2010 @ 09:00 AM
Hon. Robert E. Nugent, Presiding

---

Case Information:
    09-10706 QuVIS, Inc.  Chapter: 11

Judge: REN    Filed: 03/20/2009    Pln Confirmed:

---

Appearances:
| | |
|---|---|
| X | Nicholas R Grillot representing QuVIS, Inc. (Debtor) |
|   | William F. Schantz representing U.S. Trustee (U.S. Trustee) |
|   | J. Michael Morris representing J. Michael Morris (Creditor Committee) |
| X | Thomas J. Lasater representing Seacoast Capital Partners. |

---

Issue(s):
    #1    Motion to Borrow $5,000.00 from Owen Leonard Filed on behalf of Debtor QuVIS, Inc. with Certificate of Service. (#461 filed 12/6/10)

---

Notes/Decision:    Motion to borrow to make sure quarterly taxes are paid. The Court inquires and there are no appearances in opposition to this motion. Motion is temporarily granted with counsel to notice for final hearing on 1/13/11 at 10:30 am.

---

Courtroom Deputy:    Annette Albright
ECRO:    Shirley Holmes